| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | JEFFREY W. LAWRENCE (166806) |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | jeffreyl@csgrr.com |

Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | No. C-07-05545-SI |
| Plaintiff, | CLASS ACTION |
| vs. | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT |
| FORMFACTOR, INC., et al., | |
| Defendants. | |

1  WHEREAS, on October 31, 2007, plaintiff Danny McCasland filed a Complaint alleging violations of the federal securities law (the "Complaint") against FormFactor, Inc. ("FormFactor" or the "Company"), Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman;

WHEREAS, the parties have met and conferred, and anticipate that motions for the appointment of lead plaintiff and lead counsel will be filed in this case, and that a consolidated complaint will be filed after the Court issues an Order appointing lead plaintiff and lead counsel;

WHEREAS, the parties agree that, pursuant to Civil L.R. 6-1(a), defendants need not respond or otherwise answer the Complaint, lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint, and defendants shall have sixty (60) days after being served with the anticipated consolidated complaint to answer or otherwise respond to a consolidated complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

1. Defendants need not answer or otherwise respond to the Complaint;

2. Lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint; and

3. Defendants shall answer or otherwise respond to the anticipated consolidated complaint no later than sixty (60) days from the date of service.

IT IS SO STIPULATED.

DATED: November 15, 2007                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        JEFFREY W. LAWRENCE


                                              /s/
                                        JEFFREY W. LAWRENCE

|   |   |
|---|---|
| | 100 Pine Street, Suite 2600 |
| | San Francisco, CA 94111 |
| | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| | |
| | ROY JACOBS & ASSOCIATES |
| | ROY L. JACOBS |
| | 60 East 42nd Street 46th Floor |
| | New York, NY 10165 |
| | Telephone: 212/867-1156 |
| | 212/504-8343 (fax) |
| | |
| | PASKOWITZ & ASSOCIATES |
| | LAURENCE D. PASKOWITZ |
| | 60 East 42nd Street, 46th Floor |
| | New York, NY 10165 |
| | Telephone: 212/685-0969 |
| | 212/685-2306 (fax) |
| | |
| | Attorneys for Plaintiff |
| DATED: November 15, 2007 | DAVIS POLK & WARDWELL |
| | ARTHUR J. BURKE |
| | |
| | _____/s/_____ |
| | ARTHUR J. BURKE |
| | |
| | 1600 El Camino Real |
| | Menlo Park, CA 94025 |
| | Telephone: 650/752-2021 |
| | 650/752-3621 (fax) |
| | |
| | Attorneys for Defendants |

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Responses to Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Arthur J. Burke has concurred in this filing.

DATED: November 15, 2007                                    _____/s/_____
                                                                                        JEFFREY W. LAWRENCE

                                            *     *     *

**O R D E R**

         IT IS SO ORDERED.

DATED: _____        _____
                                                                THE HONORABLE SUSAN ILLSTON
                                                                UNITED STATES DISTRICT JUDGE

T:\CasesSF\FormFactor\S_O00047071.doc

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT - C-07-05545-SI                                                                                      - 2 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on November 15, 2007, I electronically filed the foregoing with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on November 15, 2007.

/s/
JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:jeffreyl@csgrr.com

# Mailing Information for a Case 3:07-cv-05545-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```