# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,
                                Plaintiff,

v.

FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,
                                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5545 SI

TO: (Name and address of defendant)

SEE ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____ 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                      Date                                              Signature of Server

                                                                     _____
                                                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT A

FORMFACTOR, INC.
7005 Southfront Road
Livermore, CA  94551

IGOR Y. KHANDROS
c/o FormFactor, Inc.
7005 Southfront Road
Livermore, CA  94551

RONALD C. FOSTER
c/o FormFactor, Inc.
7005 Southfront Road
Livermore, CA  94551

RICHARD M. FREEMAN
c/o FormFactor, Inc.
7005 Southfront Road
Livermore, CA  94551

# WHEELS OF JUSTICE, INC.

W2486804

657 Mission Street, Suite 502, San Francisco, California  94105     Tel: (415) 546-6000     (fax) 546-6199

Attorney SHAWN A. WILLIAMS, ESQ. (213113)     Date November 5, 2007

Telephone (415) 288-4545
Fax       (415) 288-4534
Atty File DANNY MCCASLAND

000888-00004

Attention John Grant

Firm  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
      100 Pine Street, Suite 2600
      San Francisco, California  94111

Court UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
Plaintiff  DANNY McCASLAND
Defendant  FORMFACTOR, INC.
Case No.   07-5545 SI

Documents: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK

Serve: FORMFACTOR, INC.

| Residence Address (1) | Business Address (2) |
|---|---|
|  | 7005 Southfront Road |
|  | Livermore, California  94551 |
|  | Bus Phone  925-290-4000 |
| IGOR Y KHANDROS, PRESIDENT | STUART L. MARKADEAU, Agent for Service |

## STATUS REPORT

| Hearing Date | Time | Dept | Last Date to Serve do-today |
|---|---|---|---|

| Description | Age | 35 | Hgt | 5'4" | Race | Cauc | Wt | 125 | Sex | F | Hair | Blond |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Service Date | 11/5/07 | Time | 3:27 p.m. | Servers Name | Joel Kincaide |
|---|---|---|---|---|---|

Report  Served PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process.

Attorney Check Attached _____

## Thank you for using WHEELS OF JUSTICE, INC.



An invoice will follow with the Monthly Statement

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California   94111 | (415) 288-4545 | |
| Attorneys for:   DANNY MCCASLAND | Ref. No. Or File No.<br>W2486804 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANNY McCASLAND

Defendant:
FORMFACTOR, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07-5545 SI |
|---|---|---|---|---|

I, Joel Kincaide, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : FORMFACTOR, INC.

By Serving       : PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of
                   Process
Address          : 7005 Southfront Road , Livermore, California  94551
Date & Time      : Monday, November 5, 2007 @ 3:27 p.m.
Witness fees were : Not applicable.

Person serving:
Joel Kincaide
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 376
   (3) County: San Mateo
   (4) Expires: 7/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007                              Signature: _____
                                                              Joel Kincaide


Printed on recycled paper

# WHEELS OF JUSTICE, INC.

W2486805

657 Mission Street, Suite 502, San Francisco, California 94105    Tel: (415) 546-6000    (fax) 546-6199

| | | | |
|---|---|---|---|
| Attorney | SHAWN A. WILLIAMS, ESQ. (213113) | Date | November 5, 2007 |
| Telephone | (415) 288-4545 | Court | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax | (415) 288-4534 | Plaintiff | DANNY McCASLAND |
| Atty File | DANNY MCCASLAND | Defendant | FORMFACTOR, INC. |
| | 000888-00004 | Case No. | 07-5545 SI |
| Attention | John Grant | Documents | SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK |
| Firm | COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP 100 Pine Street, Suite 2600 San Francisco, California 94111 | | |
| Serve: | IGOR Y. KHANDROS | | |

| Residence Address (1) | FORMFACTOR, INC. 7005 Southfront Road Livermore, California 94551 Bus Phone 925-290-4000 | Business Address (2) |
|---|---|---|

## STATUS REPORT

| Hearing Date | | Time | | Dept | | Last Date to Serve | **do-today** |
|---|---|---|---|---|---|---|---|
| Description | Age **35** | Hgt **5'4"** | Race **Cauc** | Wt **125** | Sex **F** | Hair | **Blond** |
| Service Date | 11/5/07 | Time | 3;27 p.m. | Servers Name | Joel Kincaide | | |

Report  Served PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process.

Attorney Check Attached _____



Thank you for using WHEELS OF JUSTICE, INC.

An invoice will follow with the Monthly Statement

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: DANNY MCCASLAND | Ref. No. Or File No.<br>W2486805 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: DANNY McCASLAND

Defendant: FORMFACTOR, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07-5545 SI |
|---|---|---|---|---|

I, Joel Kincaide, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : IGOR Y. KHANDROS

By Serving       : PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process
Address          : 7005 Southfront Road , Livermore, California 94551
Date & Time      : Monday, November 5, 2007 @ 3;27 p.m.
Witness fees were : Not applicable.

Person serving:
Joel Kincaide
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 376
   (3) County: San Mateo
   (4) Expires: 7/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007                    Signature: _____
                                                     Joel Kincaide


Printed on recycled paper

# WHEELS OF JUSTICE, INC.

W2486806

657 Mission Street, Suite 502, San Francisco, California  94105    Tel: (415) 546-6000    (fax) 546-6199

| | | | |
|---|---|---|---|
| Attorney | SHAWN A. WILLIAMS, ESQ. (213113) | Date | November 5, 2007 |
| Telephone | (415) 288-4545 | Court | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax | (415) 288-4534 | Plaintiff | DANNY McCASLAND |
| Atty File | DANNY MCCASLAND | Defendant | FORMFACTOR, INC. |
| | 000888-00004 | Case No. | 07-5545 SI |
| Attention | John Grant | Documents | SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK |
| Firm | COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | | |
| Serve: | RONALD C. FOSTER | | |

| Residence Address (1) | FORMFACTOR, INC.<br>7005 Southfront Road<br>Livermore, California  94551<br>Bus Phone   925-290-4000 | Business Address (2) |
|---|---|---|

## STATUS REPORT

| Hearing Date | | Time | | Dept | | Last Date to Serve | *do-today* |
|---|---|---|---|---|---|---|---|
| Description | Age  35 | Hgt  5'4" | Race  Cauc | Wt  125 | Sex  F | Hair | Blond |
| Service Date | 11/5/07 | Time  3:27 p.m. | Servers Name  Joel Kincaide | | | | |

Report  Served PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process.

Attorney Check Attached _____



**Thank you for using WHEELS OF JUSTICE, INC.**

*An invoice will follow with the Monthly Statement*

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): SHAWN A. WILLIAMS, ESQ. (213113) COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP 100 Pine Street, Suite 2600 San Francisco, California 94111 | Telephone: (415) 288-4545 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: DANNY MCCASLAND | Ref. No. Or File No.: W2486806 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: DANNY McCASLAND

Defendant: FORMFACTOR, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: 07-5545 SI |
|---|---|---|---|---|

I, Joel Kincaide, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : RONALD C. FOSTER

By Serving : PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process
Address : 7005 Southfront Road, Livermore, California 94551
Date & Time : Monday, November 5, 2007 @ 3:27 p.m.
Witness fees were : Not applicable.

Person serving:
Joel Kincaide
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 376
   (3) County: San Mateo
   (4) Expires: 7/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007         Signature: _____
                                          Joel Kincaide


Printed on recycled paper

# WHEELS OF JUSTICE, INC.

W2486807

657 Mission Street, Suite 502, San Francisco, California 94105   Tel: (415) 546-6000   (fax) 546-6199

| | |
|---|---|
| Attorney SHAWN A. WILLIAMS, ESQ. (213113) | Date November 5, 2007 |
| Telephone (415) 288-4545 | Court UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax (415) 288-4534 | Plaintiff DANNY McCASLAND |
| Atty File DANNY MCCASLAND | Defendant FORMFACTOR, INC. |
| 000888-00004 | Case No. 07-5545 SI |
| Attention John Grant | Documents: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK |
| Firm COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP 100 Pine Street, Suite 2600 San Francisco, California 94111 | |

Serve: RICHARD M. FREEMAN

Residence Address (1)    FORMFACTOR, INC.
7005 Southfront Road
Livermore, California 94551
Bus Phone 925-290-4000

Business Address (2)

## STATUS REPORT

| Hearing Date | Time | Dept | Last Date to Serve *do-today* |
|---|---|---|---|
| Description Age 35 | Hgt 5'4" | Race Cauc  Wt 125  Sex F  Hair | Blond |
| Service Date 11/5/07 | Time 3:27 p.m. | Servers Name Joel Kincaide | |

Report  Served PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process.

Attorney Check Attached

*Thank you for using WHEELS OF JUSTICE, INC.*

An invoice will follow with the Monthly Statement

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: DANNY MCCASLAND | Ref. No. Or File No.<br>W2486807 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DANNY McCASLAND

Defendant:
FORMFACTOR, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07-5545 SI |
|---|---|---|---|---|

I, Joel Kincaide, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION' ECF REGISTRATION HANDOUT; WELCOME PACK

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : RICHARD M. FREEMAN

By Serving           : PATTI CROWDER, Legal Department Executive Assistant/Authorized to Accept Service of Process
Address              : 7005 Southfront Road , Livermore, California 94551
Date & Time          : Monday, November 5, 2007 @ 3:27 p.m.
Witness fees were    : Not applicable.

Person serving:
Joel Kincaide
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 376
   (3) County: San Mateo
   (4) Expires: 7/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2007        Signature: _____
                                         Joel Kincaide


Printed on recycled paper