| | |
|---|---|
| 1 | SCOTT + SCOTT LLP |
| | Arthur L. Shingler III (181719) |
| 2 | Nicholas J. Licato (228402) |
| | 600 B Street, Suite 1500 |
| 3 | San Diego, CA  92101 |
| | Tel.: 619/233-4565 |
| 4 | Fax: 619/233-0508 |
| | Email: ashingler@scott-scott.com |
| 5 | Email: nlicato@scott-scott.com |
| 6 | SCOTT + SCOTT LLP |
| | David R. Scott |
| 7 | 108 Norwich Avenue |
| | P. O Box 192 |
| 8 | Colchester, CT  06415 |
| | Tel:  860/537-5537 |
| 9 | Fax: 860/537-4432 |
| | Email: drscott@scott-scott.com |

*Counsel for Plaintiff Yuk Ling Lui
In Case No 3:07-cv-05894-CRB
Before The Hon. Charles R. Breyer*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MCCASLAND, on Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-cv-05545-SI |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11 |
| FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN, | **DATE:**      N/A<br>**TIME:**      N/A |
| Defendants. | **COURTROOM:**    The Honorable Susan Illston |

## I. INTRODUCTION

In accordance with the direction of the Clerk of the Court and to comply with L.R. 3-12 and 7-11, plaintiff Luk Ling Lui hereby moves for an order relating the following related securities class-action cases:

| Case Name | Civ. No. | Filing Date | Judge |
|---|---|---|---|
| *McCasland v. Formfactor, Inc* | 3:07-cv-05545-SI | 10/31/2007 | Illston |
| *Lui v. Formfactor, Inc.* | 3:07-cv-05894-CRB | 11/21/2007 | Breyer |

As explained below, the *McCasland* and *Lui* cases should be related because (1) the actions concern substantially the same parties, property, transaction, or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Local Rule 3-12(a).

## II. BACKGROUND

On October 31, 2007, plaintiff McCasland filed an action with this Court, currently pending before the Hon. Judge Illston, against defendants Igor Y. Khandros, Ronald C. Foster, Richard M. Freeman and FormFactor, Inc., on behalf of purchasers of FormFactor common stock between April 26, 2006, and October 24, 2007 (the "Class Period"). Subsequent to this, on November 20, 2007, plaintiff Lui filed an action with this Court, currently pending before the Hon. Judge Breyer, against defendants Igor Y. Khandros, Ronald C. Foster, Richard M. Freeman and FormFactor, Inc., on behalf of purchasers of FormFactor common stock between April 26, 2006, and October 24, 2007.

## III. THE CASES SHOULD BE RELATED BECAUSE THEY CONCERN SUBSTANTIALLY THE SAME PARTIES, PROPERTY, TRANSACTION OR EVENT AND BECAUSE THERE WILL BE AN UNDULY BURDENSOME DUPLICATION OF LABOR AND EXPENSE OR CONFLICTING RESULTS IF THE CASES ARE CONDUCTED BEFORE DIFFERENT JUDGES

Civil Local Rule 3-12 states that an action is related to another when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

1   Here, there is no question that the *McCasland* case and *Lui* cases should be deemed related.
2   Both actions concern substantially the same parties and make substantially the same allegations. The
3   *Lui* action is brought on behalf of purchasers of FormFactor common stock between April 26, 2006,
4   and October 24, 2007, and names FormFactor, Inc. and Igor Y. Khandros, Ronald C. Foster, Richard
5   M. Freeman as defendants.  Decl., Ex. A.

6   The Complaint in the *McCasland* action alleges the same Class Period of April 26, 2006, and
7   October 24, 2007, and names the same entity and individuals – FormFactor, Inc. and Igor Y.
8   Khandros, Ronald C. Foster, Richard M. Freeman as defendants. In addition, the two actions make
9   substantially the same allegations. Both actions allege that the defendants concealed from investors
10  that FormFactor issued false and misleading statements and financial reports that violated generally
11  accepted accounting principles ("GAAP") in concealment of the Company's inventory issues and
12  production constraints. Both actions allege violations of §§10(b) and 20(a) of the Securities
13  Exchange Act of 1934.

14  Because *McCasland* and *Lui* actions name the same defendants and alleges the same Class
15  Period and underlying factual and legal assertions, there would be an unduly burdensome duplication
16  of labor and expense or conflicting results if the cases are conducted before different judges.

**IV.    CONCLUSION**

Based on the foregoing, the *McCasland* case and *Lui* cases against FormFactor, Inc,. and defendants Igor Y. Khandros, Ronald C. Foster, Richard M. Freeman should be related.

DATED**:**        November 26, 2007

                                                Respectfully submitted,
                                                SCOTT+SCOTT LLP

                                                /s/  Arthur L. Shingler III

Arthur L. Shingler III (181719)
Nicholas J. Licato (228402)
600 B Street, Suite 1500
San Diego, CA  92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: ashingler@scott-scott.com
Email: nlicato@scott-scott.com

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P. O Box 192
Colchester, CT  06415
Tel:  860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David R. Scott
drscott@scott-scott.com
Arthur L Shingler, III
ashingler@scott-scott.com
Nicholas Licato
nlicato@scott-scott.com
Shawn A. Williams
shawnw@csgrr.com
Catherine J Kowalewski
katek@csgrr.com
Darren J. Robbins
e_file_sd@csgrr.com
David C. Walton
davew@csgrr.com
Jeffrey W. Lawrence
jeffreyl@csgrr.com

                                                                   /s/  Arthur L. Shingler III