SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
Nicholas J. Licato (228402)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: ashingler@scott-scott.com
Email: nlicato@scott-scott.com

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P. O Box 192
Colchester, CT 06415
Tel: 860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff Yuk Ling Lui
In Case No 3:07-cv-05894-CRB
Before The Hon. Charles R. Breyer*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MCCASLAND, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,<br><br>Defendants. | Case No. 3:07-cv-05545-SI<br><br>CLASS ACTION<br><br>**ORDER** |

1 **ORDER**

2 Upon consideration of the Motion of Yuk Ling Lui, plaintiff in case No 3:07-cv-05894-CRB

3 before the Hon. Charles R. Breyer, for an order relating the following related case Nos. 3:07-cv-

4 05894-CRB and 3:07-cv-05545-SI, it is hereby

5 **ORDERED:**

6 The administrative motion of Yuk Ling Lui to relate the aforementioned cases pursuant to

7 L.R. 3-12 and 7-11 is **GRANTED.**

9 **DONE and ORDERED**, this ___ day of _____, 2007.

_____
Honorable Susan Illston
United States District Court Judge

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David R. Scott
drscott@scott-scott.com
Arthur L Shingler, III
ashingler@scott-scott.com
Nicholas Licato
nlicato@scott-scott.com
Shawn A. Williams
shawnw@csgrr.com
Catherine J Kowalewski
katek@csgrr.com
Darren J. Robbins
e_file_sd@csgrr.com
David C. Walton
davew@csgrr.com
Jeffrey W. Lawrence
jeffreyl@csgrr.com

                /s/  Arthur L. Shingler III