| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | JEFFREY W. LAWRENCE (166806) |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | jeffreyl@csgrr.com |
| 5 |         – and – |
|   | DARREN J. ROBBINS (168593) |
| 6 | RAMZI ABADOU (222567) |
|   | 655 West Broadway, Suite 1900 |
| 7 | San Diego, CA 92101-3301 |
|   | Telephone: 619/231-1058 |
| 8 | 619/231-7423 (fax) |
|   | darrenr@csgrr.com |
| 9 | ramzia@csgrr.com |

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. C-07-05545-SI |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING THE CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL |
| FORMFACTOR, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

Having considered the City of Monroe Employees' Retirement System's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The related actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, hereby appoints the City of Monroe Employees' Retirement System as lead plaintiff; and

4. Lead plaintiff's selection of lead counsel is approved. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is approved as lead counsel for the class.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

S:\CasesSD\FormFactor\ORD00048150-LP.doc