1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5        – and –
   DARREN J. ROBBINS (168593)
6  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
7  San Diego, CA  92101-3301
   Telephone:  619/231-1058
8  619/231-7423 (fax)
   darrenr@csgrr.com
9  ramzia@csgrr.com

10 [Proposed] Lead Counsel for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C-07-05545-SI |
| 14 | | <u>CLASS ACTION</u> |
| 15 | Plaintiff, | |
| 16 | vs. | DECLARATION OF RAMZI ABADOU IN SUPPORT OF THE CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL |
| 17 | FORMFACTOR, INC., et al., | |
| 18 | Defendants. | |
| 19 | | DATE:    February 15, 2008<br>TIME:    9:00 a.m.<br>CTRM:    10 |
| 20 | | |

21
22
23
24
25
26
27
28

I, RAMZI ABADOU, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, proposed lead counsel for plaintiffs in the above-entitled action. I submit this declaration in support of the City of Monroe Employees' Retirement System's motion for appointment as lead plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Chart of Movant's Transactions;

Exhibit B:   Movant's Sworn Certification;

Exhibit C:   Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on October 31, 2007; and

Exhibit D:   Coughlin Stoia Geller Rudman & Robbins LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of January, 2008, at San Diego, California.

                                                              s/ Ramzi Abadou
                                                              RAMZI ABADOU

S:\CasesSD\FormFactor\DEC00048149-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 2, 2008.

    s/ Ramzi Abadou
    RAMZI ABADOU

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:ramzia@csgrr.com

DECLARATION OF RAMZI ABADOU - C-07-05545-SI      - 2 -

**Mailing Information for a Case 3:07-cv-05545-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```