# EXHIBIT A

Movant's Purchases and Losses

FormFactor

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| City of Monroe Employees' Retirement System | 09/26/2006 | 500 | $43.04 | $21,520.00 | 11/09/2006 | 2,600 | $38.03 | $98,882.94 | |
| City of Monroe Employees' Retirement System | 09/26/2006 | 800 | $43.03 | $34,423.52 | 11/16/2006 | 2,200 | $40.28 | $88,621.06 | |
| City of Monroe Employees' Retirement System | 10/10/2006 | 3,500 | $44.70 | $156,467.15 | 08/16/2007 | 1,050 | $41.26 | $43,323.00 | |
| City of Monroe Employees' Retirement System | 01/10/2007 | 2,700 | $41.59 | $112,298.67 | held | 11,400 | $36.18 | $412,439.61 | |
| City of Monroe Employees' Retirement System | 02/09/2007 | 1,700 | $43.59 | $74,104.36 | | | | | |
| City of Monroe Employees' Retirement System | 06/20/2007 | 8,050 | $42.06 | $338,591.86 | | | | | |
| Movant's Total | | 17,250 | | $737,405.56 | | 17,250 | | $643,266.61 | ($94,138.95) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $36.18 as of December 31, 2007.