# EXHIBIT C

Case 3:07-cv-05545-SI    Document 12-4    Filed 01/02/2008    Page 1 of 3

BUS           Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
              Oct 31 2007  14:00

Suit against FormFactor, Inc.

SAN DIEGO--(BUSINESS WIRE)--October 31, 2007
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/formfactor/) today announced that a class action has been commenced in the United States District Court for the Northern District of California on behalf of purchasers of FormFactor, Inc. ("FormFactor") (NASDAQ:FORM) common stock during the period between April 26, 2006 and October 24, 2007 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/formfactor/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges FormFactor and certain of its officers and directors with violations of the Securities Exchange Act of 1934. FormFactor engages in the design, development, manufacture, sale and support of semiconductor wafer probe cards worldwide.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results. As a result of defendants' false statements, FormFactor stock traded at artificially inflated prices during the Class Period, reaching a high of $49.45 per share on August 30, 2006. Then on October 24, 2007, after the market closed, the Company announced that adjustments to inventory valuations may be required with respect to periods prior to the third quarter of 2007. On this news, FormFactor's stock declined $7.70 per share to close at $35.54 per share, a one-day decline of nearly 20% on volume of 8.3 million shares.

According to the complaint, the true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows: (a) the Company failed to properly account for its obsolete inventory; and (b) the Company was experiencing production constraints related to its new Harmony product

Copyright (c) 2007

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Oct 31 2007  14:00

which would significantly increase its costs and expenses in order to accelerate its production capabilities. Furthermore, the production constraints would significantly raise the risk that customers with older generation products would seek alternative sources, such as the Company's competitors, or seek to renegotiate their contracts with FormFactor placing serious pressure on the Company's future revenue.

Plaintiff seeks to recover damages on behalf of all purchasers of FormFactor common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

CONTACT:
Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800/449-4900 or 619/231-1058
djr@csgrr.com

-0- Oct/31/2007 21:00 GMT

Copyright (c) 2007