COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
     – and –
DARREN J. ROBBINS (168593)
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FORMFACTOR, INC., et al.,<br><br>                    Defendants. | No. C-07-05545-SI<br><br><u>CLASS ACTION</u><br><br>THE CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF UNOPPOSED MOTION<br><br>DATE:        February 15, 2008<br>TIME:        9:00 a.m.<br>COURTROOM:  10 |

1    The City of Monroe Employees' Retirement System (the "City of Monroe ERS") hereby respectfully gives notice that its Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel (the "Motion") is unopposed.

On January 2, 2008, the City of Monroe ERS timely filed its Motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). No other member of the purposed class has timely moved the Court to serve as lead plaintiff. Defendants' counsel has indicated that they do not oppose consolidation. As such, the City of Monroe ERS' motion is unopposed.

Because the City of Monroe ERS is the "person or group of persons" with the "largest financial interest in the relief sought by the class" who otherwise satisfies the requirements of Fed. R. Civ. P. 23, it should be appointed as Lead Plaintiff and its selection of Lead Counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B); *In re Cavanaugh*, 306 F.3d 726, 730 (9th Cir. 2002).

DATED: January 22, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\FormFactor\NOT00048576.doc

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk
3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 | participants indicated on the attached Manual Notice List.

7 | I further certify that I caused this document to be forwarded to the following designated
8 | Internet site at: http://securities.csgrr.com/.

9 | I certify under penalty of perjury under the laws of the United States of America that the
10 | foregoing is true and correct. Executed on January 22, 2008.

s/ Darren J. Robbins
DARREN J. ROBBINS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:darrenr@csgrr.com

## Mailing Information for a Case 3:07-cv-05545-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```