1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  DANIELLE P. VAN WERT (STATE BAR NO. 218245)
   ERIN H. REDING (STATE BAR NO. 252691)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    1-415-773-5700
   Facsimile:    1-415-773-5759
6
   Attorneys for Defendants FormFactor, Inc., et al.
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated | No.  C-07-05545-SI |
|----|---|---|
| 12 | | CLASS ACTION |
| 13 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 14 | vs. | |
| 15 | FORMFACTOR, INC., et al., | |
| 16 | Defendants | |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for FormFactor, Inc., et al. in the above-captioned matter. Robert Varian, Michael Torpey, Danielle Van Wert, and Erin Reding are hereby appearing on behalf of all Defendants in this action and request that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

> Robert Varian             Email: *rvarian@orrick.com*
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:    415-773-5700
> Facsimile:     415-773-5759
>
> Michael Torpey           Email: *mtorpey@orrick.com*
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:    415-773-5700
> Facsimile:     415-773-5759
>
> Danielle Van Wert        Email: *dvanwert@orrick.com*
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025-1015
> Telephone:    650-614-7400
> Facsimile:     650-614-7401
>
> Erin Reding              Email: *ereding@orrick.com*
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:    415-773-5700
> Facsimile:     415-773-5759

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/   Robert P. Varian

ROBERT P. VARIAN
MICHAEL D. TORPEY
DANIELLE P. VAN WERT
ERIN H. REDING
Attorneys for Defendant
FormFactor, Inc., et al.