1  ROBERT P. VARIAN (107459)
   rvarian@orrick.com
2  MICHAEL D. TORPEY (79424)
   mtorpey@orrick.com
3  DANIELLE P. VAN WERT (218245)
   dvanwert@orrick.com
4  ERIN H. REDING (252691)
   ereding@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:  415-773-5700
   Facsimile:  415-773-5759
8
   Attorneys for Defendant
9
   JEFFREY W. LAWRENCE (166806)
10 jeffreyl@csgrr.com
   SHIRLEY H. HUANG (206854)
11 shirleyh@csgrr.com
   COUGHLIN STOIA GELLER
12 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
13 San Francisco, CA  94111
   Telephone:  415-288-4545
14 Facsimile:  415-288-4534

15 Attorneys for Plaintiff

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                      OAKLAND DIVISION

| | |
|---|---|
| 19  DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No.  C-07-05545-SI |
| 20                  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |
| 21       v. | |
| 22  FORMFACTOR, INC., et al., | Date:       February 8, 2008 |
| 23                  Defendant. | Time:                       2:00 P.M. Court Room:  10 |

24     WHEREAS, the initial complaint in this action was filed on October 31, 2007;

25     WHEREAS, the Order assigning the action to Judge Illston set an Initial Case

26 Management Conference for February 8, 2008;

27     WHEREAS, the Order setting the Initial Case Management Conference requires the

28

1  parties to comply with various procedures, including initial disclosures, and the filing of a
2  Rule 26(f) Report and Joint Case Management Conference Statement, in connection with the
3  Conference;
4      WHEREAS, this action is subject to the provisions of the Private Securities Litigation
5  Reform Act of 1995 (the "PSLRA");
6      WHEREAS, the PSLRA requires the appointment of a lead plaintiff and lead counsel to
7  represent plaintiff, provides for the filing of a consolidated amended complaint by the lead
8  plaintiff and counsel for the lead plaintiff, and imposes a discovery stay pending resolution of a
9  motion to dismiss the consolidated amended complaint;
10     WHEREAS, there has been no appointment of a lead plaintiff or lead counsel in this
11 action, and no consolidated amended complaint has been filed; and
12     WHEREAS, the procedures to be completed in connection with the Initial Conference are
13 incompatible with the requirements of the PSLRA, and the scheduling of an Initial Case
14 Management Conference in this action is premature;
15     The parties hereto hereby STIPULATE and AGREE:
16     1.    That the February 8, 2002 Initial Case Management Conference should be
17 taken off calendar; and
18     2.    That the procedures to be completed in connection with the Initial Case
19 Management Conference should be postponed pending any rescheduling of the Initial Case
20 Management Conference.

OHS West:260368245.1      - 2 -      STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE (C-07-05545-SI)

Dated: January 29, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP

              */s/ Robert P. Varian*
                ROBERT P. VARIAN
                Attorneys for Defendant

                ROBERT P. VARIAN (107459)
                MICHAEL D. TORPEY (79424)
                DANIELLE P. VAN WERT (218245)
                ERIN H. REDING (252691)
            ORRICK, HERRINGTON & SUTCLIFFE LLP
                The Orrick Building
                405 Howard Street
                San Francisco, CA 94105-2669
                Telephone:  415-773-5700
                Facsimile:  415-773-5759

Dated: January 29, 2008          COUGHLIN STOIA GELLER RUDMAN &
                                 ROBBINS LLP

              */s/ Shirley Huang*
                SHIRLEY HUANG
                Attorneys for Plaintiff

                JEFFREY W. LAWRENCE (166806)
                SHIRLEY H. HUANG (206854)
                COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP
                100 Pine Street, Suite 2600
                San Francisco, CA 94111
                Telephone:  415-288-4545
                Facsimile:  415-288-4534

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


   */s/ Robert P. Varian*
     ROBERT P. VARIAN
     Attorneys for Defendant

   Based on the Stipulation of the parties, and good cause appearing therefore,

OHS West:260368245.1          - 3 -          STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE (C-07-05545-SI)

**IT IS HEREBY ORDERED**:

1. That the February 8, 2008 date for the Initial Case Management Conference is vacated; and

2. That the parties are not required to comply with the procedures to be completed in connection with the Initial Case Management Conference pursuant to Civil Local Rule 16-2.

Dated January ___, 2008.

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

OHS West:260368245.1   - 4 -   STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE (C-07-05545-SI)