1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8  DANNY McCASLAND, Individually and on          No. C 07-5545 SI
   Behalf of All Others Similarly Situated,       Consolidated cases: No. C 07-5894 SI, No. C
9                                                  07-6092 SI
              Plaintiff,
10                                                 **ORDER GRANTING UNOPPOSED
    v.                                             MOTION FOR CONSOLIDATION AND
11                                                 APPOINTMENT OF LEAD PLAINTIFF**
    FORMFACTOR INC., *et al.*,
12
              Defendants.
13  _____/
14

15        Plaintiff the City of Monroe Employees' Retirement System has filed an unopposed motion for

16  consolidation, appointment as lead plaintiff, and for approval of Coughlin, Stoia, Geller, Rudman &

17  Robbins LLP as lead counsel.  The motion is scheduled for a hearing on February 15, 2008.  Pursuant

18  to Civil Local Rule 7-1(b), the Court determines the matter is appropriate for resolution without oral

19  argument and VACATES the hearing.

20        Having reviewed plaintiff's unopposed motion and supporting papers, the Court hereby

21  GRANTS the motion.  (Docket No. 11).  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Court appoints the

22  City of Monroe Employees' Retirement System as lead plaintiff, and approves  Coughlin, Stoia, Geller,

23  Rudman & Robbins LLP as lead counsel.  Further, pursuant to Federal Rule of Civil Procedure 42(a)

24  the Court consolidates this case, *Lui v. FormFactor, Inc.*, C 07-5894 SI, and *Albertazzi v. FormFactor, Inc.*, C 07-6092 SI.

25

26        **IT IS SO ORDERED.**

    Dated: February 11, 2008
27                                                 _____
                                                   SUSAN ILLSTON
28                                                 United States District Judge

*United States District Court*
*For the Northern District of California*