IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR INC., *et al.*,<br><br>Defendants. | No. C 07-5545 SI<br>Consolidated cases: No. C 07-5894 SI, No. C 07-6092 SI<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF** |

Plaintiff the City of Monroe Employees' Retirement System has filed an unopposed motion for consolidation, appointment as lead plaintiff, and for approval of Coughlin, Stoia, Geller, Rudman & Robbins LLP as lead counsel. The motion is scheduled for a hearing on February 15, 2008. Pursuant to Civil Local Rule 7-1(b), the Court determines the matter is appropriate for resolution without oral argument and VACATES the hearing.

Having reviewed plaintiff's unopposed motion and supporting papers, the Court hereby GRANTS the motion. (Docket No. 11). Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Court appoints the City of Monroe Employees' Retirement System as lead plaintiff, and approves Coughlin, Stoia, Geller, Rudman & Robbins LLP as lead counsel. Further, pursuant to Federal Rule of Civil Procedure 42(a) the Court consolidates this case, *Lui v. FormFactor, Inc.*, C 07-5894 SI, and *Albertazzi v. FormFactor, Inc.*, C 07-6092 SI.

**IT IS SO ORDERED.**

Dated: February 11, 2008

SUSAN ILLSTON
United States District Judge