IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FORMFACTOR INC., *et al*.,<br><br>    Defendants. | No. C 07-5545 SI<br>Consolidated cases: No. C 07-5894 SI, No. C 07-6092 SI<br><br>**ORDER SETTING SCHEDULE** |

    Plaintiff the City of Monroe Employees' Retirement System has been appointed lead plaintiff and Coughlin, Stoia, Geller, Rudman & Robbins LLP has been approved as lead counsel. Consequently, the following schedule is now set:

    1. The amended consolidated complaint shall be filed no later than March 7, 2008.

    2. The initial case management conference shall be held on April 25, 2008 at 2:00 p.m. The parties shall file a Joint Case Management Conference Statement no later than April 18, 2008.

**IT IS SO ORDERED.**

Dated: February 12, 2008

                                                                              SUSAN ILLSTON
                                                                              United States District Judge