1  ROBERT P. VARIAN (107459)
   rvarian@orrick.com
2  MICHAEL D. TORPEY (79424)
   mtorpey@orrick.com
3  DANIELLE P. VAN WERT (218245)
   dvanwert@orrick.com
4  ERIN H. REDING (252691)
   ereding@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:  415-773-5700
   Facsimile:  415-773-5759
8
   Attorneys for Defendant
9
   JEFFREY W. LAWRENCE (166806)
10 jeffreyl@csgrr.com
   SHIRLEY H. HUANG (206854)
11 shirleyh@csgrr.com
   COUGHLIN STOIA GELLER
12 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
13 San Francisco, CA  94111
   Telephone:  415-288-4545
14 Facsimile:  415-288-4534

15 Attorneys for Plaintiff

16                       UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18

19 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No.  C-07-05545-SI
20 | | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**
21 | Plaintiff, |
   | v. |
22 | FORMFACTOR, INC., et al., |
23 | Defendant. |

24

25      WHEREAS, the initial complaint in this action was filed on October 31, 2007;

26      WHEREAS, on November 16, 2007, the Court entered an order granting lead plaintiff

27 sixty (60) days from the issuance of the order appointing lead plaintiff and lead counsel, to file a

28 consolidated complaint, and requiring defendants to answer or otherwise respond to the

consolidated complaint no later than sixty (60) days from the date of service of the complaint;

WHEREAS, on February 11, 2008, the Court entered an order granting an unopposed motion for consolidation and appointment of lead plaintiff;

WHEREAS, on February 12, 2008, the Court entered orders in the three individual cases (*McCasland v. FormFactor, Inc., et al.*, *Lui v. FormFactor, Inc., et al.*, and *Albertazzi v. FormFactor, Inc., et al.*) establishing (1) a March 7, 2008 date for the filing of the amended, consolidated complaint, (2) an April 25, 2008 case management conference, and (3) an April 18, 2008 deadline for a Joint Case Management Conference Statement. The orders do not specify a timeline for defendants' answer or other responsive pleading;

WHEREAS, plaintiff intends to file a single amended, consolidated complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants' response to the amended complaint(s) would be due ten (10) days following service of the amended complaint(s);

WHEREAS, the parties agree that plaintiff needs additional time in order to file an appropriate consolidated complaint and that ten (10) days is insufficient time to enable defendants to prepare an appropriate response that would assist the court in reaching a just result;

WHEREAS, the parties have met and conferred about a reasonable but expeditious schedule for filing the amended, consolidated complaint and defendants' answer or other responsive pleading as follows:

The parties hereto hereby STIPULATE and AGREE:

1. That plaintiff shall file a consolidated, amended complaint on or before April 3, 2008; and

2. That defendants shall have forty-five (45) days after the service of the amended, consolidated complaint to file an answer or other responsive pleading; and

3. That plaintiffs shall have forty-five (45) days after the service of the answer or other responsive pleading to file an opposition; and

4. That defendants shall have twenty (20) days after service of the opposition to file a reply to the opposition.

| | |
|---|---|
| Dated: February 19, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

                                              */s/ Robert P. Varian*
                                              ROBERT P. VARIAN
                                              Attorneys for Defendant

ROBERT P. VARIAN (107459)
MICHAEL D. TORPEY (79424)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

| | |
|---|---|
| Dated: February 19, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

                                              */s/ Shirley Huang*
                                              SHIRLEY HUANG
                                              Attorneys for Plaintiff

JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  415-288-4545
Facsimile:  415-288-4534

     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


          */s/ Robert P. Varian*
          ROBERT P. VARIAN
          Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That plaintiff shall file the amended, consolidated complaint on or before April 3, 2008;

2. That defendants shall have forty-five (45) days after the service of the amended, consolidated complaint to file an answer or other responsive pleading;

3. That plaintiffs shall have forty-five (45) days after the service of the answer or other responsive pleading to file an opposition; and

4. That defendants shall have twenty (20) days after service of the opposition to file a reply to the opposition.

Dated February ___, 2008.

---

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE