| | |
|---|---|
| 1 | ROBERT P. VARIAN (107459) |
| | rvarian@orrick.com |
| 2 | MICHAEL D. TORPEY (79424) |
| | mtorpey@orrick.com |
| 3 | DANIELLE P. VAN WERT (218245) |
| | dvanwert@orrick.com |
| 4 | ERIN H. REDING (252691) |
| | ereding@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 6 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 7 | Telephone:  415-773-5700 |
| | Facsimile:  415-773-5759 |
| 8 | |
| | Attorneys for Defendant |
| 9 | |
| | JEFFREY W. LAWRENCE (166806) |
| 10 | jeffreyl@csgrr.com |
| | SHIRLEY H. HUANG (206854) |
| 11 | shirleyh@csgrr.com |
| | COUGHLIN STOIA GELLER |
| 12 | RUDMAN & ROBBINS LLP |
| | 100 Pine Street, Suite 2600 |
| 13 | San Francisco, CA  94111 |
| | Telephone:  415-288-4545 |
| 14 | Facsimile:  415-288-4534 |
| 15 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No.  C-07-05545-SI |
| 20 | | **STIPULATION AND [PROPOSED]** |
| 21 | Plaintiff, | **ORDER REGARDING CASE SCHEDULE** |
| | v. | |
| 22 | FORMFACTOR, INC., et al., | |
| 23 | Defendant. | |

WHEREAS, the initial complaint in this action was filed on October 31, 2007;

WHEREAS, on November 16, 2007, the Court entered an order granting lead plaintiff sixty (60) days from the issuance of the order appointing lead plaintiff and lead counsel, to file a consolidated complaint, and requiring defendants to answer or otherwise respond to the

1  consolidated complaint no later than sixty (60) days from the date of service of the complaint;

2  WHEREAS, on February 11, 2008, the Court entered an order granting an unopposed

3  motion for consolidation and appointment of lead plaintiff;

4  WHEREAS, on February 12, 2008, the Court entered orders in the three individual cases

5  (*McCasland v. FormFactor, Inc., et al.*, *Lui v. FormFactor, Inc., et al.*, and *Albertazzi v.*

6  *FormFactor, Inc., et al.*) establishing (1) a March 7, 2008 date for the filing of the amended,

7  consolidated complaint, (2) an April 25, 2008 case management conference, and (3) an April 18,

8  2008 deadline for a Joint Case Management Conference Statement.  The orders do not specify a

9  timeline for defendants' answer or other responsive pleading;

10  WHEREAS, plaintiff intends to file a single amended, consolidated complaint;

11  WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants' response to

12  the amended complaint(s) would be due ten (10) days following service of the amended

13  complaint(s);

14  WHEREAS, the parties agree that plaintiff needs additional time in order to file an

15  appropriate consolidated complaint and that ten (10) days is insufficient time to enable defendants

16  to prepare an appropriate response that would assist the court in reaching a just result;

17  WHEREAS, the parties have met and conferred about a reasonable but expeditious

18  schedule for filing the amended, consolidated complaint and defendants' answer or other

19  responsive pleading as follows:

20  The parties hereto hereby STIPULATE and AGREE:

21  1.    That plaintiff shall file a consolidated, amended complaint on or before

22  April 3, 2008; and

23  2.    That defendants shall have ~~forty-five (45)~~ 21 days after the service of the

24  amended, consolidated complaint to file an answer or other responsive pleading; and

25  3.    That plaintiffs shall have ~~forty-five (45)~~ 14 days after the service of the

26  answer or other responsive pleading to file an opposition; and

27  4.    That defendants shall have twenty (20) days after service of the opposition

28  to file a reply to the opposition.

| | |
|---|---|
| Dated: February 19, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

_____/s/ Robert P. Varian_____
ROBERT P. VARIAN
Attorneys for Defendant

ROBERT P. VARIAN (107459)
MICHAEL D. TORPEY (79424)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

| | |
|---|---|
| Dated: February 19, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

_____/s/ Shirley Huang_____
SHIRLEY HUANG
Attorneys for Plaintiff

JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


_____/s/ Robert P. Varian_____
ROBERT P. VARIAN
Attorneys for Defendant

1 | Based on the Stipulation of the parties, and good cause appearing therefore,

2 | **IT IS HEREBY ORDERED**:

3 | 1. That plaintiff shall file the amended, consolidated complaint on or before

4 | April 3, 2008;

5 | 2. That defendants shall have ~~forty-five (45)~~ 21 days after the service of the

6 | amended, consolidated complaint to file an answer or other responsive pleading;

7 | 3. That plaintiffs shall have ~~forty-five (45) days after the service of the~~ 14

8 | answer or other responsive pleading to file an opposition; and

9 | 4. That defendants shall have twenty (20) days after service of the opposition

10 | to file a reply to the opposition.

12 | Dated February ___, 2008.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

The initial case management conference shall occur on Friday, 7/18/08 @ 2:00 p.m.  The joint conference statement shall be filed one week in advance of the conference.