1  ROBERT P. VARIAN (107459)
   rvarian@orrick.com
2  MICHAEL D. TORPEY (79424)
   mtorpey@orrick.com
3  DANIELLE P. VAN WERT (218245)
   dvanwert@orrick.com
4  ERIN H. REDING (252691)
   ereding@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone: 415-773-5700
   Facsimile: 415-773-5759
8
   Attorneys for Defendant
9
   JEFFREY W. LAWRENCE (166806)
10 jeffreyl@csgrr.com
   SHIRLEY H. HUANG (206854)
11 shirleyh@csgrr.com
   COUGHLIN STOIA GELLER
12 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
13 San Francisco, CA 94111
   Telephone: 415-288-4545
14 Facsimile: 415-288-4534

15 Attorneys for Plaintiff

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| 20 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-05545 |
|---|---|---|
| 21 | | **STIPULATION AND JOINT REQUEST [PROPOSED] ORDER REGARDING CASE SCHEDULE AND PAGE LIMITS** |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | FORMFACTOR, INC., et al., | |
|    | Defendant. | |

25

26      WHEREAS, plaintiffs filed a 106 page Consolidated Amended Complaint on April 3,

27 2008 and defendants intend to raise and brief numerous arguments that they believe are well-

28 founded in a motion to dismiss the Consolidated Amended Complaint;

1  WHEREAS, pursuant to the order entered by the Court on February 22, 2008, the defendants' motion to dismiss the Consolidated Amended Complaint is currently due on April 28, 2008, and plaintiffs' opposition is currently due fourteen (14) days after service of the motion to dismiss, which is less time than would be allowed under the local rules;

WHEREAS, the hearing on defendants' motion to dismiss is scheduled for July 18, 2008;

WHEREAS, the parties believe that a modest expansion of the current briefing schedule and applicable page limits is necessary to enable the parties to prepare briefs that will assist the Court in reaching a just and efficient resolution of the issues that will be raised on the motion to dismiss; and

WHEREAS, given the July 18, 2008 hearing date, the parties' revised schedule provides the Court with just over three weeks to consider the issues after all briefing is complete, and the requested relief would greatly assist the parties in presenting the matter effectively to the Court;

Accordingly, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE, a revised briefing schedule as follows:

1. Defendants shall file their motion to dismiss on or before May 5, 2008; and
2. Plaintiffs shall file their opposition on or before June 4, 2008; and
3. Defendants shall file their reply to the opposition on or before June 24, 2008; and
4. Defendants shall have five (5) additional pages on the initial briefing of the motion to dismiss; and
5. Plaintiffs shall have five (5) additional pages on the opposition; and
6. Defendants shall have two (2) additional pages on the reply.

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: April 16, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | /s/  Robert P. Varian |
| | ROBERT P. VARIAN |
| | Attorneys for Defendant |
| | |
| | ROBERT P. VARIAN (107459) |
| | MICHAEL D. TORPEY (79424) |
| | DANIELLE P. VAN WERT (218245) |
| | ERIN H. REDING (252691) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | Telephone:  415-773-5700 |
| | Facsimile:  415-773-5759 |
| | |
| Dated: April 16, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | |
| | /s/  Jeffrey W. Lawrence |
| | JEFFREY W. LAWRENCE |
| | Attorneys for Plaintiff |
| | |
| | JEFFREY W. LAWRENCE (166806) |
| | SHIRLEY H. HUANG (206854) |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | 100 Pine Street, Suite 2600 |
| | San Francisco, CA 94111 |
| | Telephone:  415-288-4545 |
| | Facsimile:  415-288-4534 |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


/s/  Robert P. Varian
ROBERT P. VARIAN
Attorneys for Defendant

1  Based on the Stipulation and Joint Request of the parties, and good cause
2  appearing therefore, **IT IS SO ORDERED**.

4  Dated April ___, 2008.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE