1  ROBERT P. VARIAN (SB No. 107459)
   *Email: rvarian@orrick.com*
2  JONATHAN B. GASKIN (SB No. 203625)
   *Email: jgaskin@orrick.com*
3  AMY M. ROSS (SB No. 215692)
   *Email: aross@orrick.com*
4  DANIELLE P. VAN WERT (SB No. 218245)
   *Email: dvanwert@orrick.com*
5  ERIN H. REDING (SB No. 252691)
   *Email: ereding@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759

10 Attorneys for Defendants
   FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
   Richard M. Freeman and Joseph Bronson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER, RICHARD M. FREEMAN and JOSEPH BRONSON,<br><br>           Defendants. | **Case No.  3:07-cv-05545-SI**<br><br>**(CONSOLIDATED)**<br><br><u>**CLASS ACTION**</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD M. FREEMAN'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS**<br><br>Date:       July 18, 2008<br>Time:       9:00 A.M.<br>Judge:      Honorable Susan Illston<br>Courtroom:  10, 19th Floor |

OHS West:260430620.1

[PROPOSED] ORDER GRANTING RICHARD  M. FREEMAN'S
MOTION TO DISMISS PLAINTIFFS' CONSOLDIATED AMENDED
COMPLAINT - (CASE NO.  3:07-CV-05545-SI)

1    Defendant Richard M. Freeman brought a Motion to Dismiss Plaintiffs' Consolidated
2    Amended Complaint on July 18, 2008.  After considering the pleadings, the papers submitted by
3    the parties, and the oral argument of counsel, and good cause appearing therefore, the Court
4    hereby orders that Defendant Richard M. Freeman's Motion to Dismiss is granted.  Specifically,
5    the Court grants Mr. Freeman's Motion to Dismiss in its entirety for failure to state a claim
6    pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private
7    Securities Litigation Reform Act of 1995.
8    Accordingly, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, and
9    Plaintiffs' Consolidated Amended Complaint for Violations of Federal Securities Laws is
10   dismissed in its entirety WITH PREJUDICE.
11   **IT IS SO ORDERED.**

13   Dated: _____

                                      HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT COURT JUDGE