1  ROBERT P. VARIAN (SB No. 107459)
   *Email: rvarian@orrick.com*
2  JONATHAN B. GASKIN (SB No. 203625)
   *Email: jgaskin@orrick.com*
3  AMY M. ROSS (SB No. 215692)
   *Email: aross@orrick.com*
4  DANIELLE P. VAN WERT (SB No. 218245)
   *Email: dvanwert@orrick.com*
5  ERIN H. REDING (SB No. 252691)
   *Email: ereding@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759

10 Attorneys for Defendants
   FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
   Richard M. Freeman and Joseph Bronson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER, RICHARD M. FREEMAN and JOSEPH BRONSON,<br><br>Defendants. | **Case No.  3:07-cv-05545-SI**<br><br>**CLASS ACTION**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND (2) RICHARD M. FREEMAN'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Date:        July 18, 2008<br>Time:       9:00 A.M.<br>Judge:      Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

OHS West:260427665.1

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT - (CASE NO. 3:07-CV-05545-SI)

Defendants FormFactor Inc., Igor Khandros, Ronald Foster, Richard Freeman and Joseph Bronson (collectively, "Defendants") respectfully request that this Court take judicial notice of the following documents, which are attached pursuant to Federal Rule of Evidence 201 in support of their motions to dismiss plaintiffs' Consolidated Amended Complaint.

1. Transcript of FormFactor's October 24, 2007 earnings conference call for third quarter 2007 earnings. A true and correct copy of this document is attached hereto as **Exhibit 1**.

2. FormFactor's 10-KA for the period ending December 30, 2006, and filed with the SEC on November 13, 2007. A true and correct copy of this document is attached hereto as **Exhibit 2.**

3. FormFactor's 10-K for the period ending December 30, 2006, and filed with the SEC on February 26, 2007. A true and correct copy of this document is attached hereto as **Exhibit 3.**

4. FormFactor's 10Q-A for the period ending March 31, 2007, and filed with the SEC on November 13, 2007. A true and correct copy of this document is attached hereto as **Exhibit 4.**

5. FormFactor's 10Q-A for the period ending June 30, 2007, and filed with the SEC on November 13, 2007. A true and correct copy of this document is attached hereto as **Exhibit 5.**

6. Statement of Financial Accounting Standards No. 2 (As Amended), published October 1974. A true and correct copy of this document is attached hereto as **Exhibit 6**.

7. FormFactor's 10-K for the period ending December 29, 2007, and filed with the SEC on February 27, 2008. A true and correct copy of this document is attached hereto as **Exhibit 7**.

8. FormFactor's 10-Q for the period ending June 30, 2007, and filed with the SEC on August 7, 2007. A true and correct copy of this document is attached hereto as **Exhibit 8**.

1    9.  A Cowen and Company analyst report of FormFactor, dated February 6, 2008.  A true and correct copy of this document is attached hereto as **Exhibit 9**.

2    10. An Oppenheimer analyst report of FormFactor, dated February 6, 2008. A true and correct copy of this document is attached hereto as **Exhibit 10**.

3    11. A FormFactor earnings press release dated April 20, 2005 and entitled "FormFactor, Inc. Announces 2005 First Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 11**.

4    12. A FormFactor earnings press release dated July 20, 2005 and entitled "FormFactor, Inc. Announces 2005 Second Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 12**.

5    13. A FormFactor earnings press release dated October 19, 2005 and entitled "FormFactor, Inc. Announces 2005 Third Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 13**.

6    14. A FormFactor earnings press release dated February 1, 2006 and entitled "FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 14**.

7    15. A FormFactor earnings press release dated April 26, 2006 and entitled "FormFactor, Inc. Announces 2006 First Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 15**.

8    16. A FormFactor earnings press release dated July 27, 2006 and entitled "FormFactor, Inc. Announces 2006 Second Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 16**.

9    17. A FormFactor earnings press release dated October 25, 2006 and entitled "FormFactor, Inc. Announces 2006 Third Quarter Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 17**.

1      18.    A FormFactor earnings press release dated January 31, 2007 and entitled "FormFactor, Inc. Announces 2006 Fourth Quarter and Year-End Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 18**.

       19.    A FormFactor earnings press release dated April 25, 2007 and entitled "FormFactor Announces First Quarter 2007 Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 19**.

       20.    A FormFactor earnings press release dated July 25, 2007 and entitled "FormFactor, Inc. Announces Second Quarter 2007 Financial Results." A true and correct copy of this document is attached hereto as **Exhibit 20**.

       21.    A FormFactor earnings press release dated November 9, 2007 and entitled "FormFactor Announces Preliminary Third Quarter Results and Announces Intention to Restate Historical Financial Statements In Light of Revised Inventory Valuation Estimates." A true and correct copy of this document is attached hereto as **Exhibit 21**.

       22.    Transcript of FormFactor's July 25, 2007 earnings conference call for second quarter 2007 earnings. A true and correct copy of this document is attached hereto as **Exhibit 22**.

       23.    Transcript of FormFactor's February 5, 2008 earnings conference call for fourth quarter 2007 earnings. A true and correct copy of this document is attached hereto as **Exhibit 23**.

       24.    An Advantest Corp. earnings press release dated January 29, 2008 and entitled "Overview of FY 2007 Third Quarter Financial Results (Consolidated)." A true and correct copy of this document is attached hereto as **Exhibit 24**.

       25.    A Yahoo!, Inc. daily stock price summary chart for FormFactor, Inc. for the period covering June 1, 2007 through February 5, 2008. A true and correct copy of this document is attached hereto as **Exhibit 25**.

26. A Yahoo!, Inc. daily stock price summary chart for Advantest Corp. for the period covering June 1, 2007 through February 5, 2008. A true and correct copy of this document is attached hereto as **Exhibit 26**.

27. FormFactor's form DEF 14-A for May 18, 2006, filed with the SEC on April 27, 2006. A true and correct copy of this document is attached hereto as **Exhibit 27**.

28. FormFactor's form DEF 14-A for May 22, 2008, filed with the SEC on April 10, 2008. A true and correct copy of this document is attached hereto as **Exhibit 28**.

29. Igor Khandros' Forms 4 filed with the SEC on October 22, 2003, November 6, 2003, April 2, 2004, June 16, 2004 (for the period of June 15, 2004), June 16, 2004 (for the period of June 16, 2004), June 22, 2004, July 23, 2004, September 17, 2004, September 20, 2004, September 22, 2004, October 22, 2004, November 2, 2004, November 3, 2004, November 19, 2004, November 22, 2004, November 23, 2004, December 2, 2004, February 17, 2005, May 26, 2005, June 16, 2005, July 19, 2005, August 17, 2005, September 19, 2005, October 24, 2005, November 8, 2005, November 23, 2005, December 16, 2005, January 18, 2006, January 23, 2006, January 30, 2006, February 1, 2006, February 3, 2006, February 6, 2006 (for the period of February 2, 2006), February 6, 2006 (for the period of February 3, 2006), February 8, 2006, February 17, 2006, February 21, 2006, March 17, 2006, March 20, 2006, March 21, 2006, April 5, 2006, April 19, 2006, May 15, 2006, August 31, 2006, May 18, 2007, June 18, 2007 (for the period of June 15, 2007), June 18, 2007 (for the period of June 18, 2007), August 10, 2007, August 20, 2007, August 28, 2007, September 6, 2007, September 18, 2007 (two Forms 4), October 17, 2007, and February 22, 2008; Form 4A filed with the SEC on November 6, 2003; and Form 5 filed with the SEC on February 10,

1    2004, and February 14, 2006.  True and correct copies of these documents are
2    attached hereto as **Exhibit 29.**
3        30.    Joseph R. Bronson's <u>Form 4A</u> filed with the SEC on August 25,
4    2003; and <u>Forms 4</u> filed with the SEC on February 3, 2004, May 17, 2004,
5    August 17, 2004, November 19, 2004, December 9, 2004, November 8, 2005,
6    January 5, 2006, January 11, 2006, May 3, 2006, May 15, 2006, May 22, 2006,
7    and January 5, 2007.  True and correct copies of these documents are attached
8    hereto as **Exhibit 30**.
9        31.    FormFactor's Form 8-K filed with the SEC on March 3, 2004.  A
10   true and correct copy of this document is attached hereto as **Exhibit 31.**
11       32.    FormFactor's Form 8-K filed with the SEC on April 25, 2005. A
12   true and correct copy of this document is attached hereto as **Exhibit 32**.
13       33.    Transcript of FormFactor's October 25, 2006 earnings
14   conference call for third quarter 2006 earnings.  A true and correct copy of this
15   document is attached hereto as **Exhibit 33**.
16       34.    Transcript of FormFactor's January 31, 2007 earnings
17   conference call for fourth quarter 2006 earnings.  A true and correct copy of
18   this document is attached hereto as **Exhibit 34**.
19       35.    Transcript of FormFactor's April 25, 2007 earnings conference
20   call for first quarter 2007 earnings.  A true and correct copy of this document is
21   attached hereto as **Exhibit 35**.
22       36.    Transcript of December 5, 2007 Lehman Brothers presentation,
23   transcribed on January 29, 2008. A true and correct copy of this document is
24   attached hereto as **Exhibit 36**.

## **DISCUSSION**

The documents attached hereto are properly subject to judicial notice under Federal Rule of Evidence 201 and established Ninth Circuit precedent.  As this Court has held in *In re Connetics Corp. Sec. Litig.*, to evaluate a motion to dismiss, courts may consider documents that

are physically attached to the complaint, documents explicitly or implicitly incorporated by reference in the complaint, and documents that are capable of accurate and ready determination and not reasonably subject to dispute. ___ F. Supp. 2d ___, 2008 WL 269467, at *4 (N.D. Cal. Jan. 29, 2008) (Illston, J.). *See* Fed. R. Evid. 201. *See also Parrino v. FHP, Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1998); *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994).

### A. THIS COURT SHOULD TAKE JUDICIAL NOTICE OF DOCUMENTS RELIED UPON IN THE COMPLAINT

Courts may consider documents that are implicitly incorporated by reference in a complaint. *Parrino*, 146 F.3d at 705-06. Even if a complaint does not explicitly reference a document, the court can notice a document if the plaintiffs' claim necessarily relies upon that document. *Id.* at 706. *See also Branch*, 14 F.3d at 454; *Mishler v. Clift*, 191 F.3d 998, 1008 n.7 (9th Cir. 1999); *Weiner v. Klais and Co.*, 108 F.3d 86, 88 (6th Cir. 1997). Moreover, the Northern District has held that a court may take judicial notice of SEC documents that are crucial to the plaintiffs' claims but not explicitly incorporated in a complaint. *Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1109 (N.D. Cal. 2003).

As a result, the Court can properly take judicial notice of **Exhibits 1 - 5, 7 - 10, 14 - 23, and 33 - 36.**

### B. THIS COURT SHOULD TAKE JUDICIAL NOTICE OF AN SEC DOCUMENT

Courts may notice documents whose authenticity is not disputed and whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-69 (9th Cir. 2001); *Shurkin v. Golden State Vintners*, 471 F. Supp. 2d 998, 1011 (N.D. Cal. 2006). While SEC filings relied upon in the complaint are judicially noticeable because they were cited in the complaint, they are also noticeable because their authenticity and accuracy cannot be reasonably questioned. *See In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d 1054, 1075 (N.D. Cal. 2003) (granting judicial notice of a document pertaining to SEC guidance on disclosure of non-GAAP measures); *Kramer v. Time Warner,* 937 F.2d 767, 774 (2d Cir. 1991); *In re Vantive Corp. Sec. Litig.*, 110 F. Supp. 2d 1209, 1213 n.8 (N.D. Cal. 2000), *aff'd*, 283 F.3d

1079 (9th Cir. 2002) (SEC documents properly subject to judicial review); *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (permitting judicial notice of SEC documents); *In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 863. (N.D. Cal. 2004) (judicially noticing SEC filings, including Forms 3 and 4).

Applying these principles, this Court may properly admit **Exhibits 2 - 5, 7, 8, and 27 - 32**

### C.    COMPANY PRESS RELEASES ARE JUDICIALLY NOTICEABLE

The Court may also consider press releases to evaluate the legal sufficiency of the complaint. *In re Copper Mountain*, 311 F. Supp. 2d at 864 (judicially noticing press releases). Courts have consistently taken judicial notice of press releases, a form of public document. *In re Ditech Comms. Corp. Sec. Litig.*, 2007 WL 2990532, at *18 (N.D. Cal. Oct. 11, 2007) (granting judicial notice of Ditech's press releases); *In re Silicon Storage Tech., Inc., Sec. Litig.*, 2007 WL 760535, at *29 (N.D. Cal. Mar. 9, 2007) (same); *Wietschner*, 294 F. Supp. 2d at 1109 (same); *In re Network Assocs. Sec. Litig.*, 2003 WL 24051280, at *1 n.3 (N.D. Cal. Mar. 25, 2003) (same).

Therefore, this Court may take judicial notice of **Exhibits 11 - 20, 21 and 24**.

### D.    THIS COURT SHOULD TAKE JUDICIAL NOTICE OF EARNINGS CONFERENCE CALL AND TRANSCRIPTS

The Court may also take judicial notice of conference call transcripts. *See Copper Mountain*, 311 F. Supp. 2d at 864 (judicially noticing defendants' conference call transcripts on the grounds that they contained safe harbor warnings and were relied upon in complaint). Consideration of such documents is proper because this Court may judicially notice "information that was publicly available to reasonable investors at the time the defendant company made the allegedly false statements." *Id*.

As a result, this Court may properly take judicial notice of **Exhibits 1, 22, 23, 33, 34 and 35**.

### E.    COMPANY STOCK PRICES ARE JUDICIALLY NOTICEABLE

Finally, this Court may take judicial notice of publicly-available stock information. Stock prices are judicially noticeable on motions to dismiss because they satisfy the prerequisites of Federal Rule of Evidence 201 (i.e., are capable of accurate and ready determination and not

reasonably subject to dispute). *See generally Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n. 18 (9th Cir. 1999); *Ieradi v. Mylan Labs. Inc.*, 230 F.3d 594, 600 n. 3 (3rd Cir. 2000). Moreover, the complaint relies on changes in FormFactor's stock status, thus inviting judicial notice of stock prices by reference.

Consequently, the Court may take judicial notice of **Exhibits 25 and 26**.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of each of the documents referenced herein.

Dated: May 5, 2008

ROBERT P. VARIAN
JONATHAN B. GASKIN
AMY M. ROSS
DANIELLE P. VAN WERT
ERIN H. REDING

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert P. Varian*
Robert P. Varian
Attorneys for Defendants
FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster, Richard M. Freeman and Joseph Bronson