(2)  The fourth quarter of fiscal 2006 provision for income taxes was impacted due to the recording of $2.9 million in net tax benefit related to the retroactive re-instatement of the Federal R&D tax credit.

(3)  Implemented SFAS No. 123(R) effective January 1, 2006. For additional information, refer to Note 7 (Stock-Based Compensation) to our consolidated financial statements which are included elsewhere herein.

(4)  The third quarter of fiscal 2005 benefit for income taxes was impacted by certain discrete transactions, mainly adjustments of $3.0 million related to a research and development tax credit study as well as the release of prior year tax reserves with respect to years for which the statute of limitations had been reached.

**Item 9:**  *Changes in and Disagreements with Accountants on Accounting and Financial Disclosure*

None.

**Item 9A:**  *Controls and Procedures*

**Restatement of Previously Issued Financial Statements**

In connection with the preparation of the consolidated financial statements as of and for the quarter ended September 29, 2007, an error was discovered in the valuation of inventory and cost of revenues that affects the Company's financial statements for fiscal 2006 and the interim periods in fiscal 2007. As a result, the Company has restated its previously issued interim and annual consolidated financial statements for fiscal 2006 and interim financial statements for the first and second quarters of fiscal 2007, as more fully described in Note 2, Restatement of Financial Statements, included in this Form 10-K/A. In reaching the conclusion that our disclosure controls and procedures and our internal control over financial reporting were not effective as of December 30, 2006 (as more fully described below within Evaluation of Disclosure Controls and Procedures and Management's Report on Internal Control over Financial Reporting), management considered, among other things, the control deficiency related to the valuation of inventory and cost of revenues which resulted in the need to restate our previously issued financial statements for fiscal 2006 and the interim periods in fiscal 2007.

**Evaluation of Disclosure Controls and Procedures**

Our management, including our Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of our "disclosure controls and procedures" as defined in Exchange Act Rule 13a-15(e) as of December 30, 2006 in connection with the filing of this Annual Report on Form 10-K/A. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that, as of December 30, 2006, in light of the material weakness described below, our disclosure controls and procedures were not effective to ensure that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in rules and forms of the SEC and is accumulated and communicated to our management as appropriate to allow timely decisions regarding required disclosure.

Notwithstanding the material weakness, the restated annual and interim financial statements fairly present, in all material respects, the financial condition, results of operations and cash flows of the Company as of and for the periods presented in accordance with generally accepted accounting principles.

**Management's Report on Internal Control over Financial Reporting (Restated)**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, evaluates the effectiveness of our internal control over financial reporting. This evaluation is based on the framework established in *Internal Control—Integrated Framework*, issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

48

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis.

The Company identified the following material weakness in internal control over financial reporting as of December 30, 2006. The Company did not maintain effective controls over the valuation of inventory and the related cost of revenues accounts. Specifically, the Company did not maintain effective controls to ensure that the estimation process to value inventory complied with the Company's accounting policies. This control deficiency resulted in the restatement of the Company's annual and interim financial statements for 2006 and interim financial statements for the first and second quarters of 2007. Additionally, this control deficiency could result in a misstatement of the inventory and cost of revenues accounts that would result in a material misstatement of the Company's financial statements that would not be prevented or detected.

In the Company's original filing of its 2006 Annual Report on Form 10-K, management concluded that the Company maintained effective internal control over financial reporting as of December 30, 2006. However, in connection with the restatement discussed in Note 2 to the consolidated financial statements, management subsequently concluded that the material weakness in internal control over financial reporting described above existed as of December 30, 2006. As a result of the material weakness, management has concluded that the Company did not maintain effective internal control over financial reporting as of December 30, 2006 based upon the criteria set forth in Internal Control—Integrated Framework issued by the COSO. Accordingly, management has restated its report on internal control over financial reporting.

Management's assessment of the effectiveness of the Company's internal control over financial reporting as of December 30, 2006 has been audited by PricewaterhouseCoopers LLP, the Company's independent registered public accounting firm, as stated in their report which appears in this Annual Report on Form 10-K/A.

**Management's Plan for Remediation**

Management is in the process of completing its plan to remediate the material weakness. The remediation plan addresses the design of controls over inventory valuation and is expected to include:

- Completion of analysis of changes in the level of excess and obsolete inventory by category;

- Review of analysis of changes in the level of excess and obsolete inventory by category;

- Separate re-performance of excess and obsolete inventory calculation; and

- Hiring personnel with requisite cost accounting experience and providing ongoing training and supervision.

**Inherent Limitations**

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any control systems must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of simple error or mistake. Control systems can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is based in part on certain assumptions about the likelihood of future events, and there can be

49

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

**Changes in Internal Control Over Financial Reporting**

There were no changes in our internal control over financial reporting during the fourth quarter of fiscal 2006 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**CEO and CFO Certifications**

We have attached as exhibits to this Annual Report on Form 10-K/A the certifications of our Chief Executive Officer and Chief Financial Officer, which are required in accordance with the Exchange Act. We recommend that this Item 9A be read in conjunction with the certifications for a more complete understanding of the subject matter presented.

**Item 9B:** *Other Information*

None.

## PART III

**Item 10:** *Directors Executive Officers and Corporate Governance*

Information concerning our board of directors, committees and directors, including our audit committee and audit committee financial expert, appear in our Proxy Statement, under the section entitled Proposal No. 1—Election of Directors". Such information in this portion of the Proxy Statement is incorporated herein by reference.

For information with respect to our executive officers, see Part I, Item 1 of this Annual Report on Form 10-K/A under the section entitled "Executive Officers".

Information concerning Section 16(a) beneficial ownership reporting compliance appears in our Proxy Statement under the section entitled "Section 16(a) Beneficial Ownership Reporting Compliance". Such information in this portion of the Proxy Statement is incorporated herein by reference.

We have adopted a Statement of Corporate Code of Business Conduct that applies to all directors, officers and employees of FormFactor and a Statement of Financial Code of Ethics that applies to our chief executive officer, chief financial officer, and other employees in our finance department. Information concerning these codes appears in our Proxy Statement under the section entitled "Proposal No. 1—Election of Directors—Corporate Codes". Such information in this portion of the Proxy Statement is incorporated herein by reference.

**Item 11:** *Executive Compensation*

Information concerning executive officer compensation and related information appears in our Proxy Statement under the section entitled "Executive Compensation and Related Information", "Report of the Compensation Committee" and "Compensation Committee Interlocks and Insider Participation". Information concerning director compensation and related information appears in our Proxy Statement under the section entitled "Proposal No. 1—Election of Directors". Such information in these portions of the Proxy Statement is incorporated herein by reference.

50

**Item 12:** *Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters*

Information concerning the security ownership of certain beneficial owners and management and related stockholder matters appears in our Proxy Statement under the section entitled "Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters". The information in such portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K/A by reference.

For information regarding our equity compensation plans, see Part II, Item 5 of this Annual Report on Form 10-K/A under the section entitled "Equity Compensation Plans".

**Item 13:** *Certain Relationships and Related Transactions and Director Independence*

Information concerning certain relationships and related transactions, including our related person transactions policy appears in our Proxy Statement under the section entitled "Certain Relationships and Related Transactions". The information in such portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K/A by reference.

Information concerning director independence appears in our Proxy Statement under the section entitled "Proposal No. 1—Election of Directors". The information in such portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K/A by reference.

**Item 14:** *Principal Accounting Fees and Services*

Information concerning principal accounting fees and services and the audit committee's pre-approval policies and procedures appears in our Proxy Statement under the section entitled "Proposal No. 2—Ratification of Selection of Independent Auditor". The information in such portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K/A by reference.

**PART IV**

**Item 15:** *Exhibits, Financial Statement Schedules*

(a)

The following documents are filed as part of this Annual Report on Form 10-K/A:

(1)

Consolidated Financial Statements:
Report of Independent Registered Public Accounting Firm
Consolidated Balance Sheets
Consolidated Statements of Income
Consolidated Statements of Stockholders' Equity
Consolidated Statements of Cash Flows
Notes to Consolidated Financial Statements

(2)

Financial Statement Schedule:
Schedule II—Valuation and Qualifying Accounts

(3)

Exhibits:
The exhibits listed in the accompanying Index to Exhibits are filed or incorporated by reference as part of this Annual Report on Form 10-K/A.

51

*(b)*

Exhibits: The following exhibits are filed as part of this Annual Report on Form 10-K/A:

| Exhibit Number | Exhibit Description |
|---|---|
| 10.07 | 2002 Equity Incentive Plan, as amended, and forms of option grant. |
| 10.08 | 2002 Employee Stock Purchase Plan, as amended. |
| 21.01 | List of Registrant's subsidiaries. |
| 23.01 | Consent of Independent Registered Public Accounting Firm. |
| 24.01 | Power of Attorney (included in the signature page of this Form 10-K/A). |
| 31.01 | Certification of Chief Executive Officer pursuant to 15 U.S.C. Section 7241, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.02 | Certification of Chief Financial Officer pursuant to 15 U.S.C. Section 7241, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.01* | Certification of Chief Executive Officer and Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

\*

This exhibit shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933 or the Securities Exchange Act of 1934, whether made before or after the date hereof and irrespective of any general incorporation language in any filings.

52

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Livermore, State of California, on the 13th day of November 2007.

FORMFACTOR, INC.

By:          /s/  RONALD C. FOSTER
_____

Ronald C. Foster
*Chief Financial Officer*

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each of the undersigned whose signature appears below constitutes and appoints Dr. Igor Y. Khandros, Ronald C. Foster and Stuart L. Merkadeau, and each of them, the undersigned's true and lawful attorneys-in-fact and agents with full power of substitution, for the undersigned and in the undersigned's name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K/A and any other documents in connection therewith, and to file the same, with all exhibits thereto, with the SEC, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act requisite and necessary to be done with respect to this Annual Report on Form 10-K/A, as fully to all intents and purposes as the undersigned might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or his or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, each of the undersigned has executed this Power of Attorney as of the date indicated below.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| Principal Executive Officer and Director: | | |
| /s/  DR. IGOR Y. KHANDROS | Chief Executive Officer and Director | November 13, 2007 |
| Dr. Igor Y. Khandros | | |
| Principal Financial Officer and Principal Accounting Officer: | | |
| /s/  RONALD C. FOSTER | Chief Financial Officer | November 13, 2007 |
| Ronald C. Foster | | |

53

Additional Directors:

| /s/ LOTHAR MAIER | | |
|---|---|---|
| Lothar Maier | Director | November 13, 2007 |
| /s/ HOMA BAHRAMI | Director | November 13, 2007 |
| Homa Bahrami | | |
| /s/ THOMAS J. CAMPBELL | Director | November 13, 2007 |
| Thomas J. Campbell | | |
| /s/ HARVEY A. WAGNER | Director | November 13, 2007 |
| Harvey A. Wagner | | |
| /s/ G. CARL EVERETT, JR. | Director | November 13, 2007 |
| G. Carl Everett, Jr. | | |
| /s/ JAMES A. PRESTRIDGE | Director | November 13, 2007 |
| James A. Prestridge | | |

54

## CONSOLIDATED FINANCIAL STATEMENTS

### Report of Independent Registered Public Accounting Firm

**To the Board of Directors and Stockholders of FormFactor, Inc.:**

We have completed integrated audits of FormFactor, Inc.'s consolidated financial statements and of its internal control over financial reporting as of December 30, 2006, in accordance with the standards of the Public Company Accounting Oversight Board (United States). Our opinions, based on our audits, are presented below.

*Consolidated financial statements and financial statement schedule*

In our opinion, the consolidated financial statements listed in the index appearing under Item 15(a)(1) present fairly, in all material respects, the financial position of FormFactor, Inc. and its subsidiaries at December 30, 2006 and December 31, 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 30, 2006 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the index appearing under Item 15(a)(2) presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. These financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and financial statement schedule based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As discussed in Note 2 to the consolidated financial statements, the Company has restated its 2006 consolidated financial statements.

As discussed in Note 7 to the consolidated financial statements, the Company changed the manner in which it accounts for stock-based compensation in 2006.

*Internal control over financial reporting*

Also, we have audited management's assessment, included in Management's Report on Internal Control Over Financial Reporting appearing under Item 9A, that FormFactor, Inc. did not maintain effective internal control over financial reporting as of December 30, 2006, because of the material weakness relating to the valuation of inventory and cost of revenues, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express opinions on management's assessment and on the effectiveness of the Company's internal control over financial reporting based on our audit.

We conducted our audit of internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. An audit of internal control over financial reporting includes obtaining an understanding of internal control over financial reporting,

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we consider necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis. The following material weakness has been identified and included in management's assessment as of December 30, 2006: The Company did not maintain effective controls over the valuation of inventory and the related cost of revenues accounts. Specifically, the Company did not maintain effective controls to ensure that the estimation process to value inventory complied with the Company's accounting policies. This control deficiency resulted in the restatement of the Company's annual and interim financial statements for 2006 and interim financial statements for the first and second quarters of 2007. Additionally, this control deficiency could result in a misstatement of the inventory and cost of revenues accounts that would result in a material misstatement of the Company's financial statements that would not be prevented or detected. This material weakness was considered in determining the nature, timing, and extent of audit tests applied in our audit of the fiscal year 2006 consolidated financial statements, and our opinion regarding the effectiveness of the Company's internal control over financial reporting does not affect our opinion on those consolidated financial statements.

Management and we previously concluded that the Company maintained effective internal control over financial reporting as of December 30, 2006. However, management has subsequently determined that the material weakness described above existed as of December 30, 2006. Accordingly, Management's Report on Internal Control over Financial Reporting has been restated and our opinion on internal control over financial reporting, as presented herein, is different from that expressed in our previous report.

In our opinion, management's assessment that FormFactor, Inc. did not maintain effective internal control over financial reporting as of December 30, 2006, is fairly stated, in all material respects, based on criteria established in *Internal Control—Integrated Framework* issued by the COSO. Also, in our opinion, because of the effect of the material weakness described above on the achievement of the objectives of the control criteria, FormFactor, Inc. has not maintained effective internal control over financial reporting as of December 30, 2006, based on criteria established in *Internal Control—Integrated Framework* issued by the COSO.

/s/ PricewaterhouseCoopers LLP

San Jose, California
February 22, 2007, except for the effects of the restatement described in Note 2 to the consolidated financial statements and the matter described in the penultimate paragraph of Management's Report on Internal Control over Financial Reporting as to which the date is November 13, 2007

56

**FORMFACTOR, INC.**

**CONSOLIDATED BALANCE SHEETS**

| | December 30, 2006 As restated | December 31, 2005 |
|---|---|---|
| | (In thousands, except share and per share data) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 284,131 | $ 31,217 |
| Marketable securities | 208,263 | 180,391 |
| Accounts receivable, net of allowance for doubtful accounts of $74 as of December 30, 2006 and December 31, 2005 | 54,571 | 43,967 |
| Inventories | 18,926 | 18,404 |
| Deferred tax assets | 14,496 | 11,396 |
| Prepaid expenses and other current assets | 12,138 | 7,169 |
| Total current assets | 592,525 | 292,544 |
| Restricted cash | 2,250 | 2,250 |
| Property and equipment, net | 94,064 | 81,588 |
| Deferred tax assets | 4,689 | 4,518 |
| Other assets | 945 | 461 |
| Total assets | $ 694,473 | $ 381,361 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 31,273 | $ 26,369 |
| Accrued liabilities | 28,334 | 20,467 |
| Income tax payable | 7,979 | 9,697 |
| Deferred revenue and customer advances | 7,273 | 3,588 |
| Deferred rent | 448 | 313 |
| Total current liabilities | 75,307 | 60,434 |
| Deferred rent and other liabilities | 5,125 | 3,138 |
| Total liabilities | 80,432 | 63,572 |
| Commitments and contingencies (Note 6) | | |
| Stockholders' equity | | |
| Preferred stock, $0.001 par value: | | |
| 10,000,000 shares authorized; no shares issued and outstanding at December 30, 2006 and December 31, 2005, respectively | — | — |
| Common stock, $0.001 par value: | | |
| 250,000,000 shares authorized; 46,861,334 and 40,236,686 shares issued and outstanding at December 30, 2006 and December 31, 2005, respectively | 47 | 40 |
| Additional paid-in capital | 504,709 | 268,291 |
| Deferred stock-based compensation | — | (2,495) |
| Accumulated other comprehensive loss | (244) | (359) |
| Retained earnings | 109,529 | 52,312 |
| Total stockholders' equity | 614,041 | 317,789 |
| Total liabilities and stockholders' equity | $ 694,473 | $ 381,361 |

The accompanying notes are an integral part of these consolidated financial statements.

57

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

**FORMFACTOR, INC.**

**CONSOLIDATED STATEMENTS OF INCOME**

| | Years Ended | | |
|---|---|---|---|
| | December 30, 2006 | December 31, 2005 | December 25, 2004 |
| | As restated | | |
| | (In thousands, except per share data) | | |
| Revenues | $ 369,213 | $ 237,495 | $ 177,762 |
| Cost of revenues | 184,087 | 130,102 | 90,785 |
| Gross margin | 185,126 | 107,393 | 86,977 |
| Operating expenses: | | | |
| Research and development | 46,608 | 28,348 | 20,643 |
| Selling, general and administrative | 71,540 | 43,744 | 30,221 |
| Total operating expenses | 118,148 | 72,092 | 50,864 |
| Operating income | 66,978 | 35,301 | 36,113 |
| Interest income | 15,183 | 4,282 | 2,450 |
| Other income (expense), net | 204 | (1,091) | 500 |
| Income before income taxes | 82,365 | 38,492 | 39,063 |
| Provision for income taxes | 25,148 | 8,310 | 13,885 |
| Net income | $ 57,217 | $ 30,182 | $ 25,178 |
| Net income per share: | | | |
| Basic | $ 1.27 | $ 0.76 | $ 0.67 |
| Diluted | $ 1.21 | $ 0.73 | $ 0.63 |
| Weighted-average number of shares used in per share calculations: | | | |
| Basic | 45,172 | 39,547 | 37,647 |
| Diluted | 47,193 | 41,590 | 40,054 |

The accompanying notes are an integral part of these consolidated financial statements.

58

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

## FORMFACTOR, INC.
## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY

(In thousands, except share and per share data)

| | Common Stock | | Additional Paid-In Capital | Notes Receivable from Stockholders | Deferred Stock-based Compensation | Accumulated Other Comprehensive Loss | Retained Earnings (Deficit) | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | | |
| Balances, December 27, 2003 | 36,808,906 | $ 37 | $ 226,592 | $ (661) | $ (7,902) | $ (4) | $ (3,048) | $ 215,014 |
| Repayment of notes receivable from stockholders | — | — | — | 661 | — | — | — | 661 |
| Issuance of common stock pursuant to exercise of options for cash | 1,789,495 | 2 | 10,392 | — | — | — | — | 10,394 |
| Issuance of common stock under the Employee Stock Purchase Plan | 287,236 | — | 3,439 | — | — | — | — | 3,439 |
| Tax benefit from exercise of common stock options | — | — | 8,556 | — | — | — | — | 8,556 |
| Deferred stock-based compensation, net of cancellations | — | — | 170 | — | (170) | — | — | — |
| Recognition of deferred stock-based compensation | — | — | — | — | 2,659 | — | — | 2,659 |
| Components of other comprehensive income: | | | | | | | | |
| Change in unrealized loss on marketable securities, net of tax | — | — | — | — | — | (496) | — | (496) |
| Translation adjustments | — | — | — | — | — | (230) | — | (230) |
| Net income | — | — | — | — | — | — | 25,178 | 25,178 |
| Comprehensive income | | | | | | | | 24,452 |
| Balances, December 25, 2004 | 38,885,637 | 39 | 249,149 | — | (5,413) | (730) | 22,130 | 265,175 |
| Issuance of common stock pursuant to exercise of options for cash | 1,042,373 | 1 | 8,707 | — | — | — | — | 8,708 |
| Issuance of common stock under the Employee Stock Purchase Plan | 285,926 | — | 3,683 | — | — | — | — | 3,683 |
| Tax benefit from exercise of common stock options | — | — | 6,089 | — | — | — | — | 6,089 |
| Conversion of warrants to common stock | 22,750 | — | — | — | — | — | — | — |
| Deferred stock-based compensation, net of cancellations | — | — | 663 | — | (663) | — | — | — |
| Recognition of deferred stock-based compensation | — | — | — | — | 3,581 | — | — | 3,581 |
| Components of other comprehensive income: | | | | | | | | |
| Change in unrealized loss on marketable securities, net of tax | — | — | — | — | — | 113 | — | 113 |
| Translation adjustments | — | — | — | — | — | 258 | — | 258 |
| Net income | — | — | — | — | — | — | 30,182 | 30,182 |
| Comprehensive income | | | | | | | | 30,553 |
| Balances, December 31, 2005 | 40,236,686 | 40 | 268,291 | — | (2,495) | (359) | 52,312 | 317,789 |
| Issuance of common stock in connection with follow-on public offering, net of issuance costs | 5,000,000 | 5 | 181,860 | — | — | — | — | 181,865 |
| Issuance of common stock pursuant to exercise of options for cash | 1,396,751 | 2 | 15,983 | — | — | — | — | 15,985 |
| Issuance of common stock pursuant to vesting of restricted stock units | 18,108 | — | 60 | — | — | — | — | 60 |
| Issuance of common stock under the Employee Stock Purchase Plan | 209,789 | — | 4,489 | — | — | — | — | 4,489 |
| Tax benefit from exercise of common stock options | — | — | 14,487 | — | — | — | — | 14,487 |
| Reclassification of unamortized stock-based compensation upon adoption of SFAS 123(R) | — | — | (2,495) | — | 2,495 | — | — | — |
| Stock-based compensation | — | — | 22,034 | — | — | — | — | 22,034 |
| Components of other comprehensive income: | | | | | | | | |
| Change in unrealized loss on marketable securities, net of tax | — | — | — | — | — | 53 | — | 53 |
| Translation adjustments | — | — | — | — | — | 62 | — | 62 |
| Net income, as restated | — | — | — | — | — | — | 57,169 | 57,217 |
| Comprehensive income, as restated | | | | | | | | 57,332 |
| Balances, December 30, 2006, as restated | 46,861,334 | $ 47 | $ 504,709 | $ — | $ — | $ (244) | $ 109,529 | $ 614,041 |

The accompanying notes are an integral part of these consolidated financial statements.

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

FORMFACTOR, INC.

CONSOLIDATED STATEMENTS OF CASH FLOWS

| | Years Ended | | |
|---|---|---|---|
| | December 30, 2006 | December 31, 2005 | December 25, 2004 |
| | As restated | | |
| | (In thousands) | | |
| **Cash flows from operating activities:** | | | |
| Net income | $ 57,217 | $ 30,182 | $ 25,178 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 22,093 | 16,513 | 6,987 |
| Stock-based compensation expense | 21,619 | 3,581 | 2,659 |
| Deferred income taxes | (5,604) | (7,702) | (4,130) |
| Tax benefits from employee stock option plans | — | 6,089 | 8,556 |
| Excess tax benefits from equity based compensation plans | (12,515) | — | — |
| Provision for (reduction in) doubtful accounts receivable | — | 33 | (61) |
| Provision for excess and obsolete inventories | 17,598 | 10,858 | 4,462 |
| Loss on disposal of property and equipment | 377 | 80 | — |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (10,596) | (18,966) | (5,294) |
| Inventories | (17,706) | (18,030) | (7,668) |
| Prepaids and other current assets | (5,891) | (2,620) | (1,905) |
| Other assets | (570) | — | (40) |
| Accounts payable | (7,649) | 2,318 | 804 |
| Accrued liabilities | 10,917 | 3,576 | 5,255 |
| Income tax payable | 15,052 | 10,094 | (809) |
| Deferred rent | 2,048 | 1,120 | 114 |
| Deferred revenues | 3,685 | 623 | 1,527 |
| Net cash provided by operating activities | 105,373 | 37,749 | 35,635 |
| **Cash flows from investing activities:** | | | |
| Acquisition of property and equipment | (38,136) | (28,318) | (37,727) |
| Purchase of marketable securities | (278,612) | (223,928) | (138,693) |
| Proceeds from maturities and sales of marketable securities | 249,416 | 198,687 | 147,966 |
| Restricted cash | — | — | 300 |
| Acquisition of intangible research and development asset | — | (400) | — |
| Net cash used in investing activities | (67,332) | (53,959) | (28,154) |
| **Cash flows from financing activities:** | | | |
| Proceeds from issuance of common stock, net of issuance costs | 202,399 | 12,391 | 13,833 |
| Excess tax benefits from equity based compensation plans | 12,515 | — | — |
| Repayment of notes receivable from stockholders | — | — | 661 |
| Net cash provided by financing activities | 214,914 | 12,391 | 14,494 |
| Effect of exchange rate changes on cash and cash equivalents | (41) | 200 | — |
| Net increase (decrease) in cash and cash equivalents | 252,914 | (3,619) | 21,981 |
| Cash and cash equivalents, beginning of year | 31,217 | 34,836 | 12,855 |
| Cash and cash equivalents, end of year | $ 284,131 | $ 31,217 | $ 34,836 |
| **Non-cash financing activities:** | | | |
| Deferred stock-based compensation | $ — | $ 663 | $ 170 |
| Purchases of property and equipment through accounts payable and accruals | $ 3,823 | $ 8,620 | $ 6,157 |
| Supplemental disclosure of cash flow information: | | | |
| Income taxes paid (refunded) | $ 17,630 | $ (70) | $ 10,271 |

The accompanying notes are an integral part of these consolidated financial statements.

60

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

**FORMFACTOR, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENT**

**Note 1—Formation and Business of the Company:**

FormFactor, Inc. (the "Company") was incorporated on April 15, 1993 to design, develop, manufacture, sell and support precision, high performance advanced semiconductor wafer probe cards. The Company is based in Livermore, California, home to its corporate offices, research and development, and manufacturing locations. The Company has offices in California, Japan, Germany, Taiwan, Italy and South Korea.

*Fiscal Year*

Our fiscal year ends on the last Saturday in December. The fiscal years ended on December 30, 2006 and December 25, 2004, respectively, consisted of 52 weeks. The fiscal year ended December 31, 2005 consisted of 53 weeks.

*Reclassifications*

Certain prior period balances have been reclassified to conform to the current financial statement presentation. These consist of the reclassification of stock-based compensation into its respective natural income statement lines. These reclassifications had no impact on previously reported results of operations or stockholders' equity.

*Public Offering of Common Stock*

On March 15, 2006, the Company completed an offering of 5,000,000 shares of its common stock. The Company received net proceeds of $182.0 million after the payment of an aggregate of $8.1 million of underwriting discounts and commissions and other offering expenses.

**Note 2—Restatement of Financial Statements:**

The Company completed a review of its historical practices with respect to inventory valuation. That review indicated that during fiscal 2006 and the first half of fiscal 2007 the Company did not consistently follow its accounting policies for valuing inventory resulting in material misstatement of inventory and cost of revenue. The change in inventory valuation impacted the amount of stock based compensation capitalized into inventory due to the change in inventory turns. As a result, the Board of Directors determined on November 8, 2007 that the Company would restate its financial statements for the fiscal year ended December 30, 2006, for each of the fiscal quarters for that year, and for the fiscal quarters ended March 31 and June 30, 2007. The impact of the adjustments including the related tax impact are described below and in the following tables.

61

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

The following table presents the impact of the restatement adjustments on the Company's Consolidated Balance Sheet as of December 31, 2006:

| | December 30, 2006 | | |
| --- | --- | --- | --- |
| | As Previously Reported | Effect of Restatement | Restated |
| **ASSETS** | (In thousands, except share and per share data) | | |
| Current assets: | | | |
| Cash and cash equivalents | $ 284,131 | | $ 284,131 |
| Marketable securities | 208,263 | | 208,263 |
| Accounts receivable, net of allowance for doubtful accounts of $74 as of December 30, 2006 and December 31, 2005 | 54,571 | | 54,571 |
| Inventories | 24,778 | $ (5,852) | 18,926 |
| Deferred tax assets | 12,500 | 1,996 | 14,496 |
| Prepaid expenses and other current assets | 12,138 | | 12,138 |
| Total current assets | 596,381 | (3,856) | 592,525 |
| Restricted cash | 2,250 | | 2,250 |
| Property and equipment, net | 94,064 | | 94,064 |
| Deferred tax assets | 4,689 | | 4,689 |
| Other assets | 945 | | 945 |
| Total assets | $ 698,329 | $ (3,856) | $ 694,473 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Current liabilities: | | | |
| Accounts payable | $ 31,273 | | $ 31,273 |
| Accrued liabilities | 28,334 | | 28,334 |
| Income tax payable | 8,264 | $ (285) | 7,979 |
| Deferred revenue and customer advances | 7,273 | | 7,273 |
| Deferred rent | 448 | | 448 |
| Total current liabilities | 75,592 | (285) | 75,307 |
| Deferred rent and other liabilities | 5,125 | | 5,125 |
| Total liabilities | 80,717 | $ (285) | 80,432 |
| Stockholders' equity | | | |
| Preferred stock, $0.001 par value: 10,000,000 shares authorized; no shares issued and outstanding at December 30, 2006 and December 31, 2005, respectively | — | | — |
| Common stock, $0.001 par value: 250,000,000 shares authorized; 46,861,334 and 40,236,686 shares issued and outstanding at December 30, 2006 and December 31, 2005, respectively | 47 | | 47 |
| Additional paid-in capital | 504,709 | | 504,709 |
| Deferred stock-based compensation | | | |
| Accumulated other comprehensive loss | (244) | | (244) |
| Retained earnings | 113,100 | (3,571) | 109,529 |
| Total stockholders' equity | 617,612 | (3,571) | 614,041 |
| Total liabilities and stockholders' equity | $ 698,329 | $ (3,856) | $ 694,473 |

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

The following table presents the impact of the restatement adjustments on the Company's Consolidated Statement of Income for the year ended December 31, 2006:

| | Year Ended December 31, 2006 | | |
| | As Previously Reported | Effect of Restatement | Restated |
|---|---|---|---|
| | In thousands except per share data | | |
| Revenues | $ 369,213 | $ | $ 369,213 |
| Cost of revenues | 178,235 | 5,852 | 184,087 |
| Gross margin | 190,978 | (5,852) | 185,126 |
| Operating expenses: | | | |
| Research and development | 46,608 | | 46,608 |
| Selling, general and administrative | 71,540 | | 71,540 |
| Total operating expenses | 118,148 | | 118,148 |
| Operating income | 72,830 | (5,852) | 66,978 |
| Interest income | 15,183 | | 15,183 |
| Other income (expense), net | 204 | | 204 |
| Income before income taxes | 88,217 | (5,852) | 82,365 |
| Provision for income taxes | 27,429 | (2,281) | 25,148 |
| Net income | $ 60,788 | $ (3,571) | $ 57,217 |
| Net income per share: | | | |
| Basic | $ 1.35 | $ (0.08) | $ 1.27 |
| Diluted | $ 1.29 | $ (0.08) | $ 1.21 |
| Weighted-average number of shares used in per share calculations: | | | |
| Basic | 45,172 | 45,172 | 45,172 |
| Diluted | 47,193 | 47,193 | 47,193 |

The following table presents the impact of the restatement adjustments on the Company's Consolidated Statement of Comprehensive Income, for the year ended December 31, 2006:

| | Year Ended December 31, 2006 | | |
| | As Previously Reported | Effect of Restatement | Restated |
|---|---|---|---|
| | (In thousands) | | |
| Components of other comprehensive income: | | | |
| Change in unrealized loss on marketable securities, net of tax | $ 53 | $ | $ 53 |
| Translation adjustments | 62 | | 62 |
| Net income | 60,788 | (3,571) | 57,217 |
| Comprehensive income | $ 60,903 | $ (3,571) | $ 57,332 |

63

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

The restatement adjustments did not impact the total net cash flows from operating, financing, or investing activities in the Consolidated Statements of Cash Flows for the year ended December 31, 2006. Additionally, all notes to the consolidated financial statements affected by the restatements described above have been labeled as restated.

**Note 3—Summary of Significant Accounting Policies:**

*Basis of Consolidation and Foreign Currency Translation*

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. All material intercompany balances and transactions have been eliminated.

Translation gains and losses resulting from the process of remeasuring into the United States of America dollar, the foreign currency financial statements of the Company's wholly owned subsidiaries, for which the United States of America dollar is the functional currency, are included in operations. For the Company's international subsidiaries which use their local currency as their functional currency, assets and liabilities are translated at exchange rates in effect at the balance sheet date and revenue and expense accounts at average exchange rates during the period. Resulting translation adjustments are recorded directly to accumulated other comprehensive loss.

*Use of Estimates*

In accordance with accounting principles generally accepted in the United States of America, management utilizes certain estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The primary estimates underlying the Company's financial statements include fair value of revenue elements, allowance for doubtful accounts receivable, reserves for product warranty, reserves for obsolete and slow moving inventory, provision for income taxes and accruals for other liabilities. Actual results could differ from those estimates.

*Foreign Exchange Management*

The Company transacts business in various foreign currencies, primarily the Japanese Yen. The Company enters into forward foreign exchange contracts in an effort to mitigate the risks associated with currency fluctuations on certain foreign currency balance sheet exposures. These foreign exchange contracts do not qualify for hedge accounting under FASB Statement No. 133, "Accounting for Derivatives Instruments and Hedging Activities", as amended by FASB Statement No. 149, "Amendment of Statement 133 on Instruments and Hedging Activities". Gains and losses resulting from the impact of currency exchange rate movements on forward foreign exchange contracts designated to offset certain foreign currency balance sheet exposures and backlog are recognized as other income (expense), net in the accompanying consolidated income statements in the period in which the exchange rates change. These gains and losses are intended to partially offset the foreign currency exchange gains and losses on the underlying exposures being hedged. The Company does not use derivative financial instruments for trading or speculative purposes.

Realized foreign currency losses for fiscal 2006, fiscal 2005 and fiscal 2004 were approximately $524,000, $584,000 and $411,000, respectively.

64

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

### Cash and Cash Equivalents

The Company considers all highly liquid investments with original or remaining maturities of three months or less, at the date of purchase, to be cash equivalents. Cash and cash equivalents include money market and various deposit accounts.

### Marketable Securities

The Company has classified its marketable securities as "available-for-sale". All marketable securities represent the investment of funds available for current operations, notwithstanding their contractual maturities. Such marketable securities are recorded at fair value and unrealized gains and losses are recorded to accumulated other comprehensive loss until realized. Realized gains and losses on sale of all such securities are reported in earnings, computed using the specific identification cost method.

### Restricted Cash

Under the terms of one of its facility leases, the Company provides security to the landlord in the form of letters of credit. As of December 30, 2006 and December 31, 2005, restricted cash includes $2,250,000 of letters of credit secured by a certificate of deposit.

### Inventories

Inventories are stated at the lower of cost (principally standard cost which approximates actual cost on a first-in, first-out basis) or market value. Adjustments for potentially excess and obsolete inventory are made based on management's analysis of inventory levels and future sales forecasts. Once the value is adjusted, the original cost of the Company's inventory less the related inventory write-down represents the new cost basis of such products. Reversal of these write downs is recognized only when the related inventory has been scrapped or sold.

The Company designs, manufactures and sells a fully custom product into a market that has been subject to cyclicality and significant demand fluctuations. Probe cards are complex products, custom to a specific chip design and have to be delivered on short lead-times. Probe cards are manufactured in low volumes, therefore, material purchases are often subject to minimum purchase order quantities in excess of the actual demand. It is not uncommon for the Company to acquire production materials and start certain production activities based on estimated production yields and forecasted demand prior to or in excess of actual demand for the Company's wafer probe cards. These factors make inventory valuation adjustments part of the normally recurring cost of revenue. Aggregate inventory valuation provisions that increased our inventory reserves were $17,598,000 (as restated), $10,858,000, and $4,462,000 for the years ended December 30, 2006, December 31, 2005, and December 25, 2004, respectively. The Company retains a portion of the excess inventory until the customer's design is discontinued. The inventory may be used to satisfy customer warranty demand.

### Property and Equipment



Property and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is provided on a straight-line method over the estimated useful lives of the assets, generally one to twenty years. Leasehold improvements are amortized over their estimated useful lives

65

or the term of the related lease, whichever is less. Upon sale or retirement of assets, the cost and related accumulated depreciation or amortization are removed from the balance sheet and the resulting gain or loss is reflected in operations.

*Impairment of Long-Lived Assets and Long-Lived Assets to be Disposed of*

The Company accounts for impairment of long-lived assets in accordance with Statement of Financial Accounting Standards ("SFAS") No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets". SFAS No. 144 establishes a uniform accounting model for long-lived assets to be disposed of. SFAS No. 144 also requires that long-lived assets be reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by comparing the carrying amount of an asset to estimated undiscounted future net cash flows expected to be generated by the asset. If the carrying amount of the asset exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of the asset exceeds the fair value of the asset.

*Concentration of Credit Risk and Other Risks and Uncertainties*

The Company maintains its cash and cash equivalents in accounts with three major financial institutions in the United States of America and in countries where subsidiaries operate. Deposits in these banks may exceed the amounts of insurance provided on such deposits. The Company has not experienced any losses on its deposits of cash and cash equivalents. Carrying amounts of certain of the Company's financial instruments including cash and cash equivalents, accounts receivable and accounts payable approximate fair value due to their short maturities. Estimated fair values for marketable securities, which are separately disclosed elsewhere, are based on quoted market prices for the same or similar instruments.

The Company markets and sells its products to a narrow base of customers and generally does not require collateral. In fiscal 2006, three customers accounted for 12%, 13%, and 23% of revenues. In fiscal 2005, four customers accounted for approximately 12%, 15%, 23% and 23% of revenues. In fiscal 2004, four customers accounted for approximately 12%, 15%, 19% and 20% of revenues. At December 30, 2006 four customers accounted for approximately 10%, 11%, 13% and 13% of accounts receivable. At December 31, 2005, three customers accounted for approximately 12%, 13% and 33% of accounts receivable. The Company applied a threshold of 10% to disclose such customers.

The Company operates in the intensely competitive semiconductor industry, primarily dynamic random access memory, or DRAM, which has been characterized by price erosion, rapid technological change, short product life, cyclical market patterns and heightened foreign and domestic competition. Significant technological changes in the industry could affect operating results adversely.

Certain components that meet the Company's requirements are available only from a limited number of suppliers. The rapid rate of technological change and the necessity of developing and manufacturing products with short lifecycles may intensify these risks. The inability to obtain components as required, or to develop alternative sources, if and as required in the future, could result in delays or reductions in product shipments, which in turn could have a material adverse effect on the Company's business, financial condition, results of operations or cash flows.

66

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

*Revenue Recognition*

The Company recognizes revenue when title and risk of loss have passed to the customer, there is persuasive evidence of an arrangement, delivery has occurred or services have been rendered, the sales price is fixed or determinable, and collectibility of the resulting receivable is reasonably assured. Revenues from product sales to customers other than distributors are recognized upon shipment or delivery depending on the terms of sale. Although the Company's distributor has no price protection rights or rights to return product, other than for warranty claims, the Company defers recognition of revenue and related cost of revenues, on a gross basis, from its distributor until the distributor confirms an order from its customer.

In multiple element arrangements, the Company determines whether there is more than one unit of accounting. To the extent that the deliverables are separable into multiple units of accounting, the Company then allocates the total fee on such arrangements to the individual units of accounting based on verifiable objective evidence of fair value using the residual method. The Company recognizes revenue for each unit of accounting depending on the nature of the deliverable(s) comprising the unit of accounting.

The Company offers product maintenance and repair arrangements to its customers. Amounts due from customers under these arrangements are initially recorded as deferred revenues. The fees are recognized as revenue on a straight-line basis over the service period and related costs are recorded as incurred.

Revenues from the licensing of the Company's design and manufacturing technology, which have been insignificant to date, are recognized over the term of the license agreement or when the significant contractual obligations have been fulfilled.

*Warranty Accrual*

The Company offers warranties on certain products and records a liability for the estimated future costs associated with warranty claims, which is based upon historical experience and the Company's estimate of the level of future costs. Warranty costs are reflected in the income statement as a cost of revenues. A reconciliation of the changes in the Company's warranty liability for the year ending December 30, 2006 and December 31, 2005 follows (in thousands):

| | Years Ended | |
| --- | --- | --- |
| | December 30, 2006 | December 31, 2005 |
| Warranty accrual beginning balance | $ 511 | $ 560 |
| Reserve for warranties issued during the year | 1,050 | 893 |
| Settlements made during the year | (783) | (942) |
| Warranty accrual ending balance (included in accrued liabilities) | $ 778 | $ 511 |

*Research and Development*

Research and development costs are expensed as incurred and consist primarily of personnel costs, development materials and other related costs.

67

*Advertising Costs*

Advertising costs, included in sales and marketing expenses, are expensed as incurred. Advertising expenses in fiscal years 2006, 2005 and 2004 were approximately $361,000, $190,000 and $169,000, respectively.

*Income Taxes*

The Company accounts for income taxes under the provisions of SFAS No. 109, "Accounting for Income Taxes". Under this method, deferred tax assets and liabilities are determined based on the difference between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to affect taxable income. Valuation allowances are established when necessary to reduce deferred tax assets to the amounts expected to be realized.

The Company has no income tax audits pending by a taxing authority in any jurisdiction as of December 30, 2006. The Company establishes reserves for tax related to uncertain tax positions in the application of tax regulations. The Company recognizes liabilities for anticipated tax audit issues in the U.S. and other tax jurisdictions based on its estimate of whether additional tax payments are probable. The Company regularly assesses the adequacy of the reserves in light of changing facts and circumstances, such as the expiration of the statutes of limitation. If the Company ultimately determines that payments of these amounts are unnecessary, the Company reverses the liability and recognizes a tax benefit during the period in which the Company determines that the liability is no longer necessary. The Company records an additional charge in its provision for income taxes in the period in which it determines that the recorded tax liability is less than the Company expects the ultimate assessment will be. The Company believes that adequate reserves have been provided to cover any potential additional tax assessment, as well as the related interest.

*Segments*

The Company operates in one segment for the design, development, manufacture, sale and support of precision, high performance advanced semiconductor wafer probe cards, using one measurement of profitability to manage its business.

*Stock-based Compensation*

Effective January 1, 2006, the Company implemented SFAS 123 (R) with regard to equity based compensation. As such, the Company began accounting for stock options and shares issued under its employee stock purchase plan ("ESPP") under SFAS 123 (R), which requires the recognition of the fair value of equity based compensation. The fair value of stock options and ESPP shares was estimated using a Black-Scholes option valuation model. This model requires the Company to make subjective assumptions in implementing SFAS 123 (R), including expected stock price volatility, estimated life and estimated forfeitures of each award. The fair value of equity-based awards is amortized over the requisite service period, generally the vesting period of the award, and the Company has elected to use the straight-line method. The Company makes quarterly assessments of the adequacy of the additional paid-in capital pool ("APIC pool") to determine if there are any tax shortfalls which require recognition in the condensed consolidated income statements. Prior to the implementation of SFAS 123 (R), the Company accounted for stock options and ESPP shares under

68

the provisions of Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees" and made pro forma footnote disclosures as required by SFAS No. 148, "Accounting for Stock-Based Compensation—Transition and Disclosure," which amended SFAS 123, "Accounting for Stock-Based Compensation." Pro forma net income and pro forma net income per share disclosed in the footnotes to the condensed consolidated financial statements were estimated using a Black-Scholes option valuation model. Under APB Opinion No. 25, SFAS 123 and SFAS 123 (R), the fair value of restricted stock units was calculated based upon the fair market value of the Company's common stock at the date of grant.

The Company has elected to adopt the alternative transition method provided under the provisions of Financial Accounting Standards Board ("FASB") Staff Position No. FAS 123 (R)- 3 "Transition Election Related to Accounting for Tax Effects of Share-Based Payment Awards." The alternative transition method includes simplified methods to establish the beginning balance of the APIC pool related to the tax effects of employee stock-based compensation, and to determine the subsequent impact on the APIC pool and consolidated statements of cash flows of the tax effects of employee stock-based compensation awards that are outstanding upon adoption of SFAS 123 (R). See Note 7—Stock-Based Compensation.

*Net Income Per Share*

Basic net income per share available to common stockholders is computed by dividing net income available to common stockholders by the weighted-average number of common shares outstanding for the period. Diluted net income per share is computed giving effect to all potential dilutive common stock, including options, warrants, common stock subject to repurchase and redeemable convertible preferred stock.

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

A reconciliation of the numerator and denominator used in the calculation of basic and diluted net income per share follows (in thousands):

| | Years Ended | | |
|---|---|---|---|
| | December 30, 2006 | December 31, 2005 | December 25, 2004 |
| | As restated | | |
| **Basic net income per share** | | | |
| Numerator: | | | |
| Net income | $ 57,217 | $ 30,182 | $ 25,178 |
| | | | |
| Denominator: | | | |
| Weighted-average common stock outstanding | 45,172 | 39,557 | 37,762 |
| Less: Weighted-average shares subject to repurchase | — | (10) | (115) |
| | | | |
| Weighted-average shares used in computing basic net income per share | 45,172 | 39,547 | 37,647 |
| | | | |
| **Diluted net income per share** | | | |
| Numerator: | | | |
| Net income | $ 57,217 | $ 30,182 | $ 25,178 |
| | | | |
| Denominator: | | | |
| Weighted-average shares used in computing basic net income per share | 45,172 | 39,547 | 37,647 |
| Add stock options, restricted stock, ESPP, warrants and common stock subject to repurchase | 2,021 | 2,043 | 2,407 |
| | | | |
| Weighted-average shares used in computing diluted net income per share | 47,193 | 41,590 | 40,054 |

The following outstanding options and restricted stock awards were excluded from the computation of diluted net income per share as they had an antidilutive effect (in thousands):

| | December 30, 2006 | December 31, 2005 | December 25, 2004 |
|---|---|---|---|
| Options to purchase common stock | 1,214 | 863 | 708 |
| Restricted stock | — | 10 | — |

### Comprehensive Income (Loss)

Comprehensive income (loss) includes foreign currency translation adjustments and unrealized gains (losses) on available-for-sale securities, the impact of which has been excluded from net income (as restated) and reflected as components of stockholder's equity. The component of comprehensive income (loss) is reported on the Company's consolidated statements of stockholders' equity.

70

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

Components of accumulated comprehensive loss were as follows:

| | December 30, 2006 | December 31, 2005 |
|---|---|---|
| Unrealized loss on marketable securities, net of tax | $ (282) | $ (335) |
| Cumulative translation adjustments | 38 | (24) |
| Accumulated other comprehensive loss | $ (244) | $ (359) |

### Recent Accounting Pronouncements

In September 2006, the FASB issued SFAS No. 157, "Fair Value Measurements" ("SFAS No. 157"). SFAS No. 157 defines fair value, establishes a framework for measuring fair value in accordance with generally accepted accounting principles, and expands disclosures about fair value measurements. This statement does not require any new fair value measurements; rather, it applies under other accounting pronouncements that require or permit fair value measurements. The provisions of this statement are to be applied prospectively as of the beginning of the fiscal year in which this statement is initially applied, with any transition adjustment recognized as a cumulative-effect adjustment to the opening balance of retained earnings. The provisions of SFAS No. 157 are effective for the fiscal years beginning after November 15, 2007; therefore, the Company anticipates adopting this standard as of January 1, 2008.

In September 2006, the SEC issued Staff Accounting Bulletin No. 108, "Considering the Effects of Prior Year Misstatements when Quantifying Misstatements in Current Year Financial Statements" ("SAB No. 108"), to eliminate the diversity of practice surrounding how public companies quantify financial statement misstatements. Traditionally, there have been two widely-recognized methods for quantifying the effects of financial statement misstatements: the "roll-over" method and the "iron curtain" method. The roll-over method focuses primarily on the impact of a misstatement on the income statement, including the reversing effect of prior year misstatements, but its use can lead to the accumulation of misstatements in the balance sheet. The iron-curtain method, on the other hand, focuses primarily on the effect of correcting the period-end balance sheet with less emphasis on the reversing effects of prior year errors on the income statement. In SAB No. 108, the SEC Staff established an approach that requires quantification of financial statement misstatements based on the effects of the misstatements on each financial statement and the related financial statement disclosures. This model is commonly referred to as a "dual approach" because it requires quantification of errors under both the iron curtain and the roll-over methods. The adoption of SAB 108 did not have an impact on the Company's consolidated financial statements.

In July 2006, the FASB issued FASB Interpretation No. 48, "Accounting for Uncertainty in Income Taxes, an Interpretation of FASB Statement No. 109" ("FIN 48"). FIN 48 provides guidance on the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. FIN 48 requires that the Company recognize in the financial statements the impact of a tax position if that position will more likely than not be sustained on audit, based on the technical merits of the position. FIN 48 also provides guidance on derecognition, classification, interest and penalties, accounting in interim periods, disclosures, and transition provisions. FIN 48 is effective for fiscal years beginning after December 15, 2006, and the Company will adopt FIN 48 at the beginning of fiscal

71

2007. The Company is currently evaluating the impact of this interpretation on its consolidated financial statements.

In July 2006, the FASB issued EITF Issue No. 06-3, "How Taxes Collected from Customers and Remitted to Governmental Authorities Should be Presented in the Income Statement (that is, Gross versus Net Presentation)." The adoption of EITF No. 06-3 did not have an impact on the Company's consolidated financial statements. The Company's accounting policy has been to present above mentioned taxes on a net basis, excluded from revenues.

**Note 4—Balance Sheet Components:**

*Marketable Securities*

Marketable securities at December 30, 2006 consisted of the following (in thousands):

|  | Cost | Gross Unrealized Gains | Gross Unrealized Losses | Market Value |
|---|---|---|---|---|
| US Treasury and agency securities | $ 25,799 | $ 1 | $ (21) | $ 25,779 |
| Obligations of states and political subdivisions | 181,346 | 43 | (305) | 181,084 |
| Corporate securities | 1,400 | — | — | 1,400 |
| Total | $ 208,545 | $ 44 | $ (326) | $ 208,263 |

The following table shows the gross unrealized losses and fair value for those investments with unrealized losses that are not deemed to be other-than-temporarily impaired, aggregated by investment category and the length of time that individual securities has been in a continuous loss position as of December 30, 2006 (in thousands):

|  | In Loss Position for Less than 12 Months | | In Loss Position for 12 Months or Greater | | Total | |
|---|---|---|---|---|---|---|
|  | Fair Value | Gross Unrealized Loss | Fair Value | Gross Unrealized Loss | Fair Value | Gross Unrealized Loss |
| U.S. Treasury and agency securities | $ 20,778 | $ (21) | $ — | $ — | $ 20,778 | $ (21) |
| Obligations of states and political subdivisions | 62,109 | (88) | 35,823 | (217) | 97,932 | (305) |
| Total | $ 82,887 | $ (109) | $ 35,823 | $ (217) | $ 118,710 | $ (326) |

The above unrealized losses on the Company's investments during 2006 were caused primarily by changes in interest rates. The Company typically invests in highly-rated securities with low probabilities of default. The Company's investment policy requires investments to be rated single-A or better, limits the types of acceptable investments, concentration as to security holder and duration of the investment.

Market values were determined for each individual security in the investment portfolio. When evaluating the investments for other-than-temporary impairment, the Company reviews factors such as the length of time and extent to which fair value has been below the amortized cost basis, the financial condition of the issuer, and the Company's ability and intent to hold the investment for a period of time, which may be sufficient for anticipated recovery in market value, which may be maturity.

72

Marketable securities at December 31, 2005 consisted of the following (in thousands):

| | Cost | Gross Unrealized Gains | Gross Unrealized Losses | Market Value |
|---|---|---|---|---|
| Municipal bonds | $ 158,788 | $ 27 | $ (284) | $ 158,531 |
| U.S. government agencies | 22,000 | — | (140) | 21,860 |
| Total | $ 180,788 | $ 27 | $ (424) | $ 180,391 |

The following table shows the gross unrealized losses and fair value for those investments with unrealized losses that are not deemed to be other-than-temporarily impaired, aggregated by investment category and the length of time that individual securities has been in a continuous loss position as of December 31, 2005 (in thousands):

| | In Loss Position for Less than 12 Months | | In Loss Position for 12 Months or Greater | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Gross Unrealized Loss | Fair Value | Gross Unrealized Loss | Fair Value | Gross Unrealized Loss |
| Municipal bonds | $ 58,629 | $ (225) | $ 20,530 | $ (59) | $ 79,159 | $ (284) |
| U.S. government agencies | — | — | 21,860 | (140) | 21,860 | (140) |
| Total | $ 58,629 | $ (225) | $ 42,390 | $ (199) | $ 101,019 | $ (424) |

Contractual maturities of marketable securities as of December 30, 2006 were as follows (in thousands):

| | Cost | Market Value |
|---|---|---|
| Due in one year or less | $ 38,556 | $ 38,527 |
| Due after one year or to five years | 73,055 | 72,887 |
| Due after five years to 10 years | 20,701 | 20,655 |
| Due after 10 years | 76,233 | 76,194 |
| | $ 208,545 | $ 208,263 |

For fiscal 2006 and fiscal 2005 realized gains and realized losses on sales or maturities of marketable securities were immaterial.

*Accounts Receivable and Allowance for Doubtful Accounts*

Accounts receivable consisted of trade accounts receivable at December 30, 2006 and December 31, 2005. Trade accounts receivable are recorded at the invoiced amount and do not bear any interest. The Company estimates allowances for doubtful accounts based primarily on analysis of historical trends and experience. The Company reviews its allowance for doubtful accounts monthly. Past due balances over 90 days and over a specified amount are reviewed individually for collectibility. The Company does not have any off-balance-sheet credit exposure related to its customers.

73

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

*Asset Retirement Obligation*

The Company accounts for the retirement of tangible long-lived assets and the associated asset retirement costs in accordance with Statement of Financial Accounting Standards ("SFAS") No. 143, "Accounting for Asset Retirement Obligations". SFAS No. 143 requires that the fair value of a liability for an asset retirement obligation be recognized in the period in which it is incurred if a reasonable estimate of fair value can be made. In accordance with SFAS No. 143, the fair value of the liability is added to the carrying amount of the associated asset and this additional carrying amount is amortized over the life of the asset. The Company's asset retirement obligation is associated with its commitment to return property subject to operating leases in Jubei City Hsinchu, Taiwan, Sungnam, Kyungki-Do, Korea, Yokohama, Japan and Omori Bellport, Japan to original condition upon lease termination. The Company estimated that as of December 30, 2006, gross expected future cash flows of approximately $1,075,000 would be required to fulfill these obligations.

The Company has recorded an asset retirement obligation of approximately $786,000 and a corresponding increase in leasehold improvements. This amount represents the present value of expected future cash flows associated with returning the leased property to original condition. This amount is subject to foreign exchange rate fluctuations and has been translated using the exchange rate at December 30, 2006. The leasehold improvements are being amortized to depreciation and amortization expense over the term of the lease. During the years ended December 30, 2006 and December 31, 2005, approximately $284,000 and $3,000 of the leasehold improvements were amortized to expense.

Following is a reconciliation of the aggregate retirement liability associated with the Company's commitment to return property to original condition upon lease termination included in non-current deferred rent and other liabilities (in thousands):

|  | Years Ended | |
|---|---|---|
|  | December 30, 2006 | December 31, 2005 |
| Asset retirement obligation beginning balance | $ 144 | $ — |
| Initial amount recorded for asset retirement obligation | 767 | 144 |
| Liabilities settled | (70) | — |
| Decrease based on revised estimates of asset retirement obligation | (55) | — |
| Accretion expense | 44 | — |
| Asset retirement obligation ending balance | $ 830 | $ 144 |

74

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

*Inventories*

Inventories, net of reserves, consisted of the following (in thousands):

| | December 30, 2006 | December 31, 2005 |
|---|---|---|
| | As restated | |
| Raw materials | $ 7,354 | $ 7,686 |
| Work-in-progress | 9,566 | 9,971 |
| Finished goods | 2,006 | 747 |
| | $ 18,926 | $ 18,404 |

*Property and Equipment*

Property and equipment consisted of the following (in thousands):

| | Useful Life (in years) | December 30, 2006 | December 31, 2005 |
|---|---|---|---|
| Buildings | 20 | $ 1,161 | $ — |
| Machinery and equipment | 5 | 77,753 | 57,447 |
| Computer equipment and software | 3 to 5 | 15,966 | 11,849 |
| Furniture and fixtures | 5 | 4,601 | 3,932 |
| Leasehold improvements | 1 to 7 | 44,371 | 40,553 |
| | | 143,852 | 113,781 |
| Less: Accumulated depreciation and amortization | | (62,877) | (43,564) |
| | | 80,975 | 70,217 |
| Land | | 300 | — |
| Construction-in-progress | | 12,789 | 11,371 |
| | | $ 94,064 | $ 81,588 |

Depreciation and amortization of property and equipment for the years ended December 30, 2006, December 31, 2005, and December 25, 2004 was approximately $20,517,000, $14,874,000, and $6,987,000, respectively.

75

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

*Accrued Liabilities*

Accrued liabilities consisted of the following (in thousands):

| | December 30, 2006 | December 31, 2005 |
|---|---|---|
| Accrued compensation and benefits | $ 22,086 | $ 13,685 |
| Accrued commissions | 958 | 457 |
| Accrued warranty | 778 | 511 |
| Other accrued expenses | 4,512 | 5,814 |
| | $ 28,334 | $ 20,467 |

## Note 5—Derivative Financial Instruments

The Company purchases forward exchange contracts to hedge certain existing foreign currency denominated accounts receivable and backlog. These hedges do not qualify for hedge accounting treatment in accordance with the provisions of SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities." The Company recognizes gains or losses from the fluctuation in foreign exchange rates and the valuation of these hedge contracts in other expense. The Company does not use derivative financial instruments for trading or speculative purposes. As of December 30, 2006, the Company had one outstanding foreign exchange forward contract to sell 3,070,000,000 Japanese Yen for $25,838,576 with a contract rate of 118.81 Japanese Yen per U.S. Dollar.

## Note 6—Commitments and Contingencies:

*Environmental Matters*

The Company is subject to U.S. federal, state and local, and foreign governmental laws and regulations relating to the protection of the environment, including those governing the discharge of pollutants into the air and water, the management and disposal of hazardous substances and wastes, the clean-up of contaminated sites and the maintenance of a safe workplace. The Company believes that it complies in all material respects with the applicable environmental laws and regulations, including those of the California Department of Toxic Substances Control, the Bay Area Air Quality Management District, the City of Livermore Water Resources Division and the California Division of Occupational Safety and Health. In fiscal 2005, the Company received two notices of violation from the City of Livermore regarding violation of certain applicable discharge limits. For each notice received, the Company promptly took appropriate steps to address all of the violations noted, believes that all such violations were addressed, paid the applicable fines ranging from $150 to $7,750 and confirmed such corrective steps. Notwithstanding our corrective actions, certain of the notices of violation remain unresolved and the Company may be subject to penalties based thereupon. In 2006 the Company received certain notices from the City of Livermore regarding its waste water discharge and its overall water usage. The Company is working with the City regarding these notices and has implemented certain corrective steps. No provision has been made for loss from environmental remediation liabilities associated with the Livermore sites because the Company believes that it is not probable that a material liability has been incurred as of December 30, 2006.

76

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

While the Company believes that it is in compliance in all material respects with the environmental laws and regulations that apply, in the future, the Company may receive additional environmental violation notices, and if received, final resolution of the violations identified by these notices could harm our operating results. New laws and regulations, stricter enforcement of existing laws and regulations, the discovery of previously unknown contamination at the Company or others' sites or the imposition of new cleanup requirements could adversely impact the Company's operations, which would have a negative effect on its operating results and cash flows.

### Leases and Purchase Obligations

In October 2004, we signed a ten-year lease for an additional 12,000 square feet of research and development space within our current headquarters and manufacturing campus. The total rent obligation over the term of the lease is $1.0 million and is accounted for as an operating lease. In August 2006 the Company signed an amendment to the existing lease for the remaining 37,439 square feet of the building leased in October 2004. The term of the lease was extended to 15-years. The total rent obligation over the amended term of the lease is $8.5 million and is accounted for as an operating lease. The Company also signed a five-year lease for an additional 39,478 square feet of office space in September 2006. The total rent obligation over the term of the lease is $2.4 million and is accounted for as an operating lease.

The following table describes our commitments to settle contractual obligations in cash as of December 30, 2006:

| | Payments Due In | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | After 2011 | Total |
| | (In thousands) | | | | | | |
| Operating leases | $ 3,963 | $ 4,225 | $ 4,263 | $ 4,141 | $ 3,556 | $ 8,644 | $ 28,792 |
| Inventory and related purchase obligations | 4,509 | — | — | — | — | — | 4,509 |
| Other purchase obligations | 6,946 | — | — | — | — | — | 6,946 |
| Total | $ 15,418 | $ 4,225 | $ 4,263 | $ 4,141 | $ 3,556 | $ 8,644 | $ 40,247 |

Rent expense for the years ended December 30, 2006, December 31, 2005, and December 25, 2004 was approximately $4,209,000, $3,471,000, and $3,505,000, respectively.

Inventory and related purchase obligations represent purchase commitments for silicon wafers and other materials. Other purchase obligations represent commitments related to the construction of leasehold improvements for the Company's additional office space within its current headquarters.

### Indemnification Arrangements

The Company from time to time in the ordinary course of its business enters into contractual arrangements with third parties that include indemnification obligations. Under these contractual arrangements, the Company has agreed to defend, indemnify and hold the third party harmless from and against certain losses. These arrangements may limit the time within which an indemnification claim can be made, the type of the claim and the total amount that the Company can be required to pay in connection with the indemnification obligation. In addition, the Company has entered into indemnification agreements with its directors and certain of its officers, and the Company's bylaws contain indemnification obligations in favor of the Company's directors, officers and agents. It is not

77

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

possible to determine or reasonably estimate the maximum potential amount of future payments under these indemnification obligations due to the varying terms of such obligations, the history of prior indemnification claims and the unique facts and circumstances involved in each particular contractual arrangement and in each potential future claim for indemnification. The Company has not had any requests for indemnification under these arrangements. The Company has not recorded any liabilities for these indemnification arrangements on the Company's condensed consolidated balance sheet as of December 30, 2006.

*Legal Matters*

From time to time, the Company may be subject to legal proceedings and claims in the ordinary course of business. The Company was not involved in any material legal proceedings, other than patent litigation as summarized below. In the future, the Company may become parties to additional legal proceedings which requires the Company to spend significant resources including proceedings designed to protect its intellectual property rights.

The Company is currently involved in certain patent-related litigation as part of its ongoing efforts to protect the intellectual property embodied in its proprietary technology, including its MicroSpring interconnect technology. These litigations include two actions the Company filed in 2004 in Seoul Southern District Court, located in Seoul, South Korea, against Phicom Corporation, a Korean corporation, alleging infringement of the Company's Korean Patent Nos. 252,457, entitled "Method of Fabricating Interconnections Using Cantilever Elements and Sacrificial Substrates," 324,064, entitled "Contact Tip Structures for Microelectronic Interconnection Elements and Methods of Making Same", 278,342, entitled "Method of Altering the Orientation of Probe Elements in a Probe Card Assembly," and 399,210, entitled "Probe Card Assembly"; as well as two actions the Company filed in 2006 in Seoul Central District Court against Phicom alleging infringement of certain claims of the Company's Korean Patent No. 252,457, entitled "Method of Fabricating Interconnections Using Cantilever Elements and Sacrificial Substrates." These actions are all pending, except that the Seoul Central District Court has denied the Company's request for the issuance of preliminary injunctive relief in the Company's 2006 injunction action.

In response to the Company's infringement actions Phicom filed in the Korean Intellectual Property Office, or KIPO, invalidity actions challenging the validity of some or all of the claims of each of the Company's four patents at issue in the Seoul infringement actions. KIPO dismissed Phicom's challenges against all four of the patents-at-issue. Phicom appealed the dismissals of the challenges to the Korean Patent Court. The Korean Patent Court has issued rulings holding invalid certain claims of the Company's Korean Patent Nos. 278,342, 399,210, and 324,064, and also issued a ruling upholding the validity of the Company's Korean Patent No. 252,457. The Company has appealed the Patent Court invalidity rulings to the Korea Supreme Court and Phicom has appealed the Patent Court ruling upholding Korean Patent No. 252,457 patent to the Korea Supreme Court.

The Company has also initiated patent infringement litigation in the United States against certain third parties. In 2005, the Company filed a patent infringement lawsuit in the United States District Court for the District of Oregon against Phicom charging that it is willfully infringing four U.S. patents that cover key aspects of the Company's wafer probe cards—U.S. Patent Nos. 5,974,662, entitled "Method of Planarizing Tips of Probe Elements of a Probe Card Assembly", 6,246,247, entitled "Probe Card Assembly and Kit, and Methods of Using Same", 6,624,648, entitled "Probe Card Assembly" and

78

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

5,994,152, entitled "Fabricating Interconnects and Tips Using Sacrificial Substrates". In 2006, the Company also filed an amended complaint in the same Oregon District Court action that adds two additional patents to the litigation against Phicom—U.S. Patent Nos. 7,073,254, entitled "Method for Mounting a Plurality of Spring Contact Elements," and 6,615,485, entitled "Probe Card Assembly and Kit, And Methods of Making Same." Phicom has answered the complaint and the amended complaint by denying infringement, alleging defenses and asserting counterclaims seeking adjudications on the validity and enforceability of the Company's patents and whether Phicom is infringing the patents-in-issue. Also in 2006 the Company filed a patent infringement lawsuit in the United States District Court for the Northern District of California against Micronics Japan Co., Ltd. charging that it is willfully infringing four U.S. patents that cover key aspects of the Company's wafer probe cards—U.S. Patent Nos. 6,246,247, entitled "Probe Card Assembly and Kit, and Methods of Using Same", 6,509,751, entitled "Planarizer for a Semiconductor Contactor", 6,624,648, entitled "Probe Card Assembly" and 7,073,254, entitled "Method for mounting a plurality of spring contact elements." Micronics Japan has answered the complaint by denying infringement, alleging defenses and asserting counterclaims seeking adjudications on the validity and enforceability of the Company's patents and whether Micronics Japan is infringing those patents.

Additionally, one or more third parties have initiated challenges in foreign patent offices against other of the Company's patents. These actions include proceedings filed in Korea against two of the Company's Korean patents and proceedings filed in Taiwan against four of the Company's Taiwan patents. While the Company believes that it does not have a material monetary damages exposure in these various proceedings, it is possible the Company will incur material attorneys' fees in defending its intellectual property at issue in these challenges.

No provision has been made for patent-related litigation because the Company believes that it is not probable that a material liability has been incurred as of December 30, 2006.

Note 7—Stock-Based Compensation

Effective January 1, 2006, the Company adopted the provisions of SFAS No. 123 (R), using the modified prospective transition method. SFAS 123 (R) requires companies to recognize the cost of employee services received in exchange for awards of equity instruments based upon the grant-date fair value of those awards. Using the modified prospective transition method, the Company began recognizing compensation expense for equity-based awards granted after December 31, 2005 plus unvested awards granted prior to December 31, 2005. Stock-based compensation expense for unvested awards granted prior to December 31, 2005 is amortized based on the measurement of fair value under SFAS No. 123, while awards granted after December 31, 2005 are measured under the guidance of SFAS No. 123 (R). Under this method of implementation no restatement of prior periods has been made. The cumulative effect related to the implementation of this new accounting principle as of January 1, 2006 was not material.

The table below shows the impact of stock-based compensation on the statement of operations of charges recognized for stock-based compensation payments based on SFAS 123(R). The net impact of the adoption of SFAS 123(R) taking into account that we would have recognized certain charges for

79

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

stock-based compensation payments also under APB No. 25 was a reduction in our basic earnings per share of $0.31 and dilutive earnings per share of $0.30.

|  | Year Ended December 30, 2006 |
| --- | --- |
|  | As restated |
| Stock-based compensation expense by type of award: |  |
| Employee stock options(1) | $ 18,852 |
| Employee stock purchase plan | 2,813 |
| Restricted stock units(2) | 369 |
| Amounts capitalized as inventory | (415) |
| Total stock-based compensation | 21,619 |
| Tax effect on stock-based compensation | (6,154) |
| Effect on net income | $ 15,465 |
| Effect on earnings per share: |  |
| Basic | $ 0.34 |
| Diluted | $ 0.33 |

(1)      Stock-based compensation expense of $1,103,000 for fiscal 2006 related primarily to pre-initial public offering "cheap stock" would have been recorded under the provisions of APB No. 25.

(2)      Stock-based compensation expense of $369,000 for fiscal 2006 related to restricted stock units would have been recorded under the provisions of APB No. 25.

Prior to January 1, 2006, the Company measured compensation expense for its employee equity-based compensation plans using the intrinsic value method under APB No. 25 and related interpretations. In connection with the grant of stock options to employees in fiscal 2001, fiscal 2002 and fiscal 2003 through the Company's initial public offering, the Company recorded stock-based compensation expense under the provisions of APB No. 25 as these options were considered compensatory because the fair value of the Company's stock determined for financial reporting purposes was greater than the fair value determined at the date of the grant. As of December 31, 2005, the Company had an aggregate of $1.5 million of stock-based compensation remaining to be amortized related to these options under the intrinsic valuation method.

In addition, the Company recorded stock-based compensation expense related to the issuance of restricted stock. As of December 31, 2005, the Company had an aggregate of $1.0 million of unamortized stock-based compensation related to restricted stock.

Prior to fiscal 2006, the Company applied the disclosure-only provisions of SFAS No. 123. The following table illustrates the effect on net income and earnings per share for the fiscal years ended December 31, 2005 and December 25, 2004 if the fair value recognition provisions of SFAS No. 123 had been applied to options granted under the Company's equity-based employee compensation plans.

80

For purposes of this pro forma disclosure, the estimated value of the options is recognized over the options' vesting periods.

| | Years Ended | |
|---|---|---|
| | December 31, 2005 | December 25, 2004 |
| | (In thousands, except per share amounts) | |
| Net income, as reported | $ 30,182 | $ 25,178 |
| Add: Stock-based compensation expense included in reported net income, net of tax | 2,923 | 1,889 |
| Deduct: Total stock-based compensation expense determined under the minimum and fair-value-based method for all awards, net of tax | (11,574) | (7,468) |
| Pro forma net income | $ 21,531 | $ 19,599 |
| Net income per share: | | |
| Basic: | | |
| As reported | $ 0.76 | $ 0.67 |
| Pro-forma | $ 0.54 | $ 0.52 |
| Diluted: | | |
| As reported | $ 0.73 | $ 0.63 |
| Pro-forma | $ 0.52 | $ 0.49 |

For purposes of the weighted-average estimated fair value calculations, the fair value of each stock option grant and employee purchase right is estimated on the date of grant using the Black-Scholes option pricing model and the following assumptions:

| | Years Ended | |
|---|---|---|
| | December 31, 2005 | December 25, 2004 |
| Stock Options: | | |
| Dividend yield | — | — |
| Expected volatility | 48.0% | 48.0% |
| Risk-free interest rate | 4.17% | 3.46% |
| Expected life (in years) | 4.5 | 5.0 |
| ESPP: | | |
| Dividend yield | — | — |
| Expected volatility | 48.0% | 56.0% |
| Risk-free interest rate | 3.23% | 1.64% |
| Expected life (in years) | 0.5 | 0.5 |

81

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

*Stock Options*

The exercise price of each stock option equals the market price of the Company's stock on the date of grant. Most options are scheduled to vest over four years and expire in either seven or ten years from the grant date. The fair value of each option grant is estimated on the date of grant using the Black-Scholes option pricing model. In addition, the Company estimates forfeitures when recognizing compensation expense, and will adjust its estimate of forfeitures over the requisite service period based on the extent to which actual forfeitures differ, or are expected to differ, from such estimates. Changes in estimated forfeitures will be recognized as a change in estimate in the period of change and will also impact the amount of compensation expense to be recognized in future periods.

The following weighted-average assumptions were used in the estimated grant-date fair value calculations for stock options:

|  | Year Ended December 30, 2006 |
| --- | --- |
| **Stock Options:** | |
| Dividend yield | |
| Expected volatility | 50.2% |
| Risk-free interest rate | 4.89% |
| Expected life (in years) | 4.8 |

The Company's computation of expected volatility for fiscal 2006 was based on a combination of historical and market-based implied volatility from traded options on the Company's common stock. The Company believes that including market-based implied volatility in the calculation of expected volatility results in a more accurate measure of the volatility expected in future periods. Prior to 2006, the computation of expected volatility was based entirely on historical volatility. The risk-free interest rate is based on the U.S. Treasury yield curve in effect at the time of the grant for periods corresponding with the expected life of an option. When establishing the expected life of a newly granted option, the Company applies the simplified method approach as outlined in Staff Accounting Bulletin No. 107. The simplified method is based on the vesting period and the contractual term for each grant, or for each vesting-tranche for awards with graded vesting. The mid-point between the vesting date and the expiration date is used as the expected term under this method.

During fiscal 2006, the Company granted approximately 2,228,000 stock options with an estimated total grant-date fair value of $41.4 million. For the year ended December 30, 2006, the Company recorded stock-based compensation expense related to stock options of $21.2 million. As of December 30, 2006, the unamortized stock-based compensation balance related to stock options was $41.4 million after estimated forfeitures, which will be recognized over an estimated period of 2.1 years based on the weighted-average days to vest. Approximately $796,000 of stock-based compensation was capitalized in inventory for the year ended December 30, 2006.

*Employee Stock Purchase Plan*

The ESPP provides that eligible employees may contribute up to 15% of their eligible earnings toward the semi-annual purchase of the Company's common stock. Under the ESPP, employees may purchase the Company's common stock through payroll deductions at a price equal to 85% of the

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

lower of the fair market value at the beginning of the applicable offering period or at the end of each applicable purchase period. Offering periods are generally two years in length, except that effective as of the offering period commencing February 1, 2007, the Company is phasing in a change to a 12-month fixed offering period consisting of two purchase periods. During the year ended December 30, 2006, 209,789 shares were issued under the ESPP. As of December 30, 2006, the Company had $1.6 million of total unrecognized stock-based compensation, net of estimated forfeitures related to ESPP grants, which will be recognized over the weighted average period of 0.6 years. Compensation expense is calculated using the fair value of the employees' purchase rights under the Black-Scholes model. The following weighted average assumptions were used in the estimated fair value calculations for the employees' purchase rights:

|  | Year Ended December 30, 2006 |
| --- | --- |
| ESPP: | |
| Dividend yield | |
| Expected volatility | 44.2%—61.8% |
| Risk-free interest rate | 3.69%—5.18% |
| Expected life (in years) | 0.49—2.00 |

*Restricted Stock Units*

Restricted stock units are converted into shares of the Company's common stock upon vesting on a one-for-one basis. The vesting of restricted stock units is subject to the employee's continuing service to the Company. The cost of these awards is determined using the fair value of the Company's common stock on the date of the grant, and compensation cost is recognized over the vesting period. Restricted stock units generally vest over four years.

Activity of the restricted stock units under the Company's equity compensation plans for the year ended December 30, 2006 is set forth below:

|  | Shares | Weighted Average Grant Date Fair Value |
| --- | --- | --- |
| Restricted stock units at December 27, 2003 | — | $ — |
| Granted | 38,432 | 26.02 |
| Restricted stock units at December 25, 2004 | 38,432 | 26.02 |
| Granted | 17,000 | 23.56 |
| Restricted stock units at December 31, 2005 | 55,432 | 25.27 |
| Vested | (18,108) | 24.87 |
| Restricted stock units at December 30, 2006 | 37,324 | $ 25.46 |

The total aggregate intrinsic value of restricted stock units outstanding as of December 30, 2006 is $1.4 million. Aggregate intrinsic value is calculated using the closing price of the Company's common stock on December 30, 2006 multiplied by the number of restricted stock units outstanding at December 30, 2006.

83

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

As of December 30, 2006, the Company had $0.6 million of unrecognized stock-based compensation costs related to restricted stock unit grants, which will be recognized over the weighted average remaining contractual term of 1.0 years. As of December 30, 2006, the Company expected 37,324 restricted stock units to vest.

Note 8—Stockholders' Equity:

### Preferred Stock

The Company has authorized 10,000,000 shares of undesignated preferred stock, $0.001 par value, none of which is issued and outstanding. The Company's Board of Directors shall determine the rights, preferences, privileges and restrictions of the preferred stock, including dividends rights, conversion rights, voting rights, terms of redemption, liquidation preferences, sinking fund terms and the number of shares constituting any series or the designation of any series.

### Common Stock

Each share of common stock has the right to one vote. The holders of common stock are also entitled to receive dividends whenever funds are legally available and when declared by the Board of Directors, subject to the prior rights of holders of all classes of stock outstanding having priority rights as to dividends. No dividends have been declared or paid as of December 30, 2006.

### Warrants

In September 2000, the Company entered into a seven year technology license agreement to transfer technology to a related party. In connection with the license agreement, the Company issued a warrant to purchase 45,500 shares of Series F redeemable convertible preferred stock, now common stock, at an exercise price of $11.00 per share. The warrant was fully vested upon grant and nonforfeitable. This warrant expired on September 22, 2005 unexercised. The fair value of this warrant, estimated on the date of grant using a Black-Scholes model, of $306,220 has been capitalized as an other asset, and is being amortized against revenue using the straight-line method over the expected life of the technology of five years.

### Stock Option Plans

The Company has reserved shares of common stock for issuance under the 1996 Stock Option Plan, the Incentive Option Plan and the Management Incentive Option Plan (the "Plans"). Under all Plans, the Board of Directors may issue incentive stock options to employees and nonqualified stock options and stock purchase rights to consultants or employees of the Company. The Board of Directors has the authority to determine to whom options will be granted, the number of shares, the term and exercise price (which cannot be less than fair market value at date of grant for incentive stock options or 85% of fair market value for nonqualified stock options). If an employee owns stock representing more than 10% of the outstanding shares, the price of each share shall be at least 110% of the fair market value, as determined by the Board of Directors. Generally, all options are immediately exercisable and vest 25% on the first anniversary of the vesting commencement date and on a monthly basis thereafter for a period of an additional three years. The options have a maximum term of ten years. Unvested option exercises are subject to repurchase upon termination of the holder's status as an employee or consultant. At December 30, 2006 and December 31, 2005 no shares of common stock, were subject to the Company's right of repurchase.

84

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

On April 18, 2002, the Board of Directors adopted the 2002 Equity Incentive Plan ("2002 Plan"), which became effective upon the effective date of the initial public offering of the Company's common stock. The 2002 Plan provides for the grant of both incentive stock options and nonqualified stock options, restricted stock and stock bonuses. The incentive stock options may be granted to the employees and the nonqualified stock options, and all awards other than incentive stock options, may be granted to employees, officers, directors and consultants. The exercise price of incentive stock options must be at least equal to the fair market value of common stock on the date of grant. The exercise price of incentive stock options granted to 10% stockholders must be at least equal to 110% of the fair market value of common stock on the date of grant and vest over five years. Options granted under the 2002 Plan are exercisable as determined by the Board of Directors, and for options granted on or before February 9, 2006, the options generally expire ten years from date of grant, and for options granted after February 9, 2006, the options generally expire seven years from the date of grant. The Company reserved 500,000 shares of common stock for issuance under the 2002 Plan plus any shares which have been reserved but not issued under the Company's existing Plans, plus any shares repurchased at the original purchase price and any options which expire, thereafter. With the effectiveness of the 2002 Plan, the Company will not grant any options under the 1996 Stock Option Plan, the Incentive Option Plan and the Management Incentive Option Plan. In addition, on each January 1, the number of shares available for issuance under the 2002 Plan will be increased by an amount equal to 5.0% of the outstanding shares of common stock on the preceding day.

85

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

Activity under the Plans and the 2002 Plan is set forth below (in thousands, except share and per share data):

| | | Outstanding Options | | | |
| --- | --- | --- | --- | --- | --- |
| | Shares Available | Number of Shares | Exercise Price | Aggregate Price | Weighted Average Exercise Price |
| Balances, December 27, 2003 | 2,325,700 | 6,685,923 | $ 0.10-26.07 | $ 57,466 | $ 8.60 |
| Additional shares reserved | 1,840,502 | | | | |
| Options granted | (1,287,325) | 1,287,325 | 17.06-27.16 | 26,674 | 20.72 |
| Awards granted | (38,432) | | | | |
| Options exercised | — | (1,789,495) | 0.17-20.49 | (10,394) | 5.80 |
| Options canceled | 361,007 | (361,007) | 3.25-21.84 | (4,560) | 12.63 |
| Balances, December 25, 2004 | 3,201,452 | 5,822,746 | 0.10-27.16 | 69,186 | 11.88 |
| Additional shares reserved | 1,944,281 | | | | |
| Options granted | (2,476,543) | 2,476,543 | 20.64-28.14 | 61,639 | 24.89 |
| Awards granted | (17,000) | | | | |
| Options exercised | — | (1,042,373) | 0.80-23.56 | (8,708) | 8.36 |
| Options expired | — | (15,000) | 0.10 | (1) | 0.10 |
| Options canceled | 653,939 | (653,939) | 6.00-27.24 | (10,696) | 15.99 |
| Balances, December 31, 2005 | 3,306,129 | 6,587,977 | 0.10-28.14 | 111,420 | 16.91 |
| Additional shares reserved | 2,011,884 | | | | |
| Options granted | (2,228,427) | 2,228,427 | 24.75-47.63 | 85,862 | 38.53 |
| Options exercised | — | (1,396,751) | 0.80-27.98 | (16,190) | 11.59 |
| Options canceled | 300,707 | (300,707) | 5.50-44.76 | (7,420) | 24.68 |
| Balances, December 30, 2006 | 3,390,293 | 7,118,946 | $ 0.50-47.63 | $ 173,672 | $ 24.39 |

86

Source: FORMFACTOR INC, 10-K/A, November 13, 2007

The options outstanding and vested by exercise price at December 30, 2006 are as follows:

| Range of Exercise Prices | Number of Options Outstanding | Options Outstanding | | | Options Exercisable | | |
|---|---|---|---|---|---|---|---|
| | | Weighted Average Remaining Contractual Term (in years) | Weighted Average Exercise Price | Aggregate Intrinsic Value | Number Vested and Exercisable | Weighted Average Exercise Price | Aggregate Intrinsic Value |
| | | | | (in thousands) | | | (in thousands) |
| $0.50-$6.50 | 1,268,178 | 4.67 | $ 6.01 | $ 39,617 | 1,136,005 | $ 5.95 | $ 35,553 |
| $6.51-$14.00 | 224,397 | 6.32 | 12.45 | 5,564 | 211,140 | 12.67 | 5,190 |
| $14.01-$19.50 | 936,913 | 6.93 | 18.90 | 17,191 | 416,678 | 18.77 | 7,702 |
| $19.51-$23.56 | 922,304 | 8.00 | 22.50 | 13,607 | 365,761 | 22.34 | 5,453 |
| $23.57-$25.08 | 78,343 | 8.44 | 24.53 | 997 | 30,600 | 24.59 | 388 |
| $25.09-$25.39 | 918,365 | 8.85 | 25.39 | 10,892 | 201,879 | 25.39 | 2,394 |
| $25.40-$30.46 | 730,759 | 8.44 | 26.60 | 7,780 | 238,017 | 26.20 | 2,629 |
| $30.47-$37.24 | 191,647 | 6.74 | 36.54 | 136 | 15,000 | 36.31 | 14 |
| $37.25-$41.18 | 1,655,040 | 6.37 | 39.13 | — | — | — | — |
| $41.19-$47.63 | 193,000 | 6.58 | 43.27 | — | — | — | — |
| $0.50-$47.63 | 7,118,946 | 6.92 | $ 24.39 | $ 95,784 | 2,615,080 | $ 14.57 | $ 59,323 |

The number of options outstanding and vested at December 31, 2005 and December 25, 2004 was 2,310,839 and 1,893,540, respectively.

The options vested and expected to vest at December 30, 2006 are as follows:

| Options Vested and Expected to Vest | | | |
|---|---|---|---|
| Number Vested and Expected to Vest | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value |
| | | | (in thousands) |
| 6,383,384 | $ 23.44 | 6.88 | $ 91,531 |

The aggregate intrinsic value in the table above represents the total pre-tax intrinsic value based on the Company's closing stock price of $37.25 on December 30, 2006, which would have been received by the option holders had all option holders exercised their options as of that date. The total number of in-the-money options vested and exercisable as of December 30, 2006 was 2,615,080.

The weighted average grant-date fair value of options granted during fiscal 2006 was $18.57. The intrinsic value of option exercises for fiscal 2006 was $41.3 million. Cash received from stock option exercises was $16.2 million. In connection with these exercises, the gross tax benefit realized by the Company was $14.5 million.

The Company settles employee stock option exercises with newly issued common shares.

*Deferred stock-based compensation*

During fiscal 2001 and fiscal 2002, and through the Company's initial public offering in June 2003, the Company issued options to certain employees under the Plan with exercise prices below the deemed fair market value of the Company's common stock at the date of grant. In accordance with the requirements of APB No. 25, the Company has recorded deferred stock-based compensation for the

87