Semiconductor Equipment



# FormFactor

**Outperform (1)**

**February 6, 2008**

**Huge miss - much worse than anyone dared guess..**

Analysts
Raj Seth
(617) 790-3126
raj.seth@cowen.com

**Conclusion:** FORM missed badly last night and left many questions unanswered. The stock will likely get killed. FORM missed Q4 (no pre-announcement?) and guided Q1 revs 40% below expectations. Ests will probably be all over the map - we're modeling ~$0.60 in '08 EPS (Street was at $1.55) - a lot of this is interest on cash. Given a high fixed cost mfg. base they'll likely lose money in Q1. A 14% RIF ($4M/Q) only moderates the damage a bit. FORM blamed "unusual/horrible" conditions in DRAM (70% of revs) for the outlook but acknowledged some share loss with one major customer as a result of continued issues with their Harmony next gen DRAM probe card. With little entering backlog, FORM has very poor visibility. Barring a bounce off the bottom, FORM looks to be dead money till they show evidence of renewed growth. After hours, the stock was indicated around 1.5x cash ($18)!. No reason to downgrade here but make no mistake, we think few should bother ST till we get better clarity on what's happened.

- **Q4: $0.29 on $120.5M (-4% seq.) vs. $0.36 on $126MM.** FORM missed Q4 revs, and GM was below expectations at 51.1%. Without a one time IP related tax charge (49% vs 37%) EPS would have been in range but a pre-announcement seems to have been warranted. Bookings were only $94MM(-25% seq). Saw DRAM (70% of revs) demand weaken dramatically over the last 60 days.

- **Q1 EPS of ($0.14) on $75MM (-40%) vs Street $0.35 on $126MM.** Expectations were low - most anticipating a guide down. But the outlook was far worse .... Adding to the concern is the admission that about 1/3 of the miss relative to expectations was from share loss (@ 70nm). They claim they are now shipping next gen card to this one cust but few will have confidence. Suggest a back-end loaded year with better buying around DDRIII in H2. Prepared to take more costs out if necessary - slowing Singapore expansion now. $85M op inc. B/E ---> $75M in Q2

| FORM (02/05) | $23.19 | Revenue $MM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mkt cap | $1.1B | FY | 2007 | 2008E | | 2009E | | 2010E | | |
| Dil shares out | 48.0MM | Dec | Actual | Prior | Current | Prior | Current | Prior | Current | |
| Avg daily vol | 534.2K | Q1 | 102.0 | — | 75.0 | — | — | — | — | |
| 52-wk range | $17.3-48.5 | Q2 | 114.0 | — | 85.0 | — | — | — | — | |
| Dividend | Nil | Q3 | 125.3 | — | 100.0 | — | — | — | — | |
| Dividend yield | Nil | Q4 | 120.5 | — | 115.0 | — | — | — | — | |
| BV/sh | $15.47 | Year | 462.0 | 552.0 | 375.0 | — | — | — | — | |
| Net cash/sh | $11.70 | EV/S | — | — | 1.1x | — | — | — | — | |
| Debt/cap | 0.0% | | | | | | | | | |
| ROE (LTM) | NA | | | | | | | | | |
| 5-yr fwd EPS | NA | EPS* $ | | | | | | | | |
| growth (Norm) | | FY | 2007 | 2008E | | 2009E | | 2010E | | |
| | | Dec | Actual | Prior | Current | Prior | Current | Prior | Current | |
| | | Q1 | 0.31 | — | (0.13) | — | — | — | — | |
| | | Q2 | 0.43 | — | 0.08 | — | — | — | — | |
| | | Q3 | 0.45 | — | 0.26 | — | — | — | — | |
| S&P 500 | 1336.6 | Q4 | 0.36 | — | 0.39 | — | — | — | — | |
| | | Year | 1.47 | 1.65 | 0.60 | — | — | — | — | |
| | | P/E | — | — | 38.7x | — | — | — | — | |

*EPS ex charges, including options

Please see addendum of this report for important disclosures.   www.cowen.com

COWEN  FormFactor

### Discussion:

**Tough Q4, revenues below expectations, Q4 bookings down 25% seq.:**

FORM reported Q4 below expectations. They reported GAAP EPS of $0.29c on $120MM (-4% q-q) vs. Street estimates of $0.36 on $126M. Accounting for a one time tax charge related to the transfer of IP to Singapore, the pro-forma Q4 EPS was $0.36. We're surprised we didn't get a pre-announcement – the company must have looked at the proforma result and figured they didn't need to. In any case, GM of $51.1% (-2% seq.) was also lower than expected. **Most telling were Q4 bookings which were only $94MM (-25% seq.).** This was a very weak result. FORM did 62% turns in the Q – this has been increasing with lower cycle times. 10% customers in Q1 were Elpeda, Spansion and Powerchip.

|  | Q1 | Q2 | Q3 | Q4 | Q1:06 | Q2 | Q3 | Q4 | Q1:07A | Q2A | Q3A | Q4E | Q4 Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bookings ($MM) | 50.9 | 58.0 | 62.9 | 82.2 | 95.9 | 96.5 | 90.5 | 91.3 | 111.0 | 130.0 | 124.6 | 93.9 | |
| Bookings (Growth - Q/Q%) | 25% | 14% | 8% | 31% | 17% | 1% | -6% | 1% | 22% | 17% | -4% | -25% | |
| Revenue by segment ($MM) | | | | 2005 | | | | | | | | Q4 | Q4 Growth |
| DRAM | 42.1 | 38.7 | 47.3 | 54.7 | 56.0 | 67.3 | 70.4 | 68.5 | 75.5 | 80.1 | 82.2 | 90.20 | 10% |
| FLASH | 5.8 | 9.1 | 8.7 | 8.1 | 7.0 | 17.6 | 16.7 | 16.9 | 16.7 | 20.2 | 32.2 | 19.90 | -38% |
| Logic | 3.1 | 4.6 | 6.4 | 9.0 | 8.3 | 7.6 | 9.7 | 13.3 | 10.1 | 13.8 | 10.9 | 10.40 | -5% |
| KGD | | | | | | | 13 | 6.7 | 12.5 | 17.6 | 22 | 25.60 | 16% |

**DRAM mkt – "terrible/unusual – like 2001"**

While there are observations to make about KGD (solid revs) and Flash (off on tough NOR compare – expected), the principal issue and pressure point for FORM is the deteriorating DRAM market which drives 70%+ of revs. Though historically consumables like probe cards usually trend far better than overall Capex budgets, especially given the volume driver, the situation is so dire that FORM's DRAM customers are stretching and cutting back everywhere – like in 2001. As a result of this rapid deterioration (over the last 30-45 days), FORM has very poor visibility. The ST outlook is very uncertain.

**Admission of some share loss isn't entirely unexpected at the edge but spooks us.**

FORM guided Q1 revs to $75M (-40% seq) far, far below expectations. They suggested that about 2/3 of the decline was related to the market but acknowledged that they lost share with a key customer (at the lower end of the mkt) given ongoing issues with their next generation DRAM card (Harmony) which provided a competitor with an opportunity (MJC).

Last Q they had acknowledged pdt. issues and admitted that competitors could find an entry point in some applications. Mgmt. couldn't quantify the share loss – we think they are still trying to figure out what's going on. Reportedly, Harmony is now shipping and the customer where they lost share is already using Harmony in some of its most advanced DRAM applications. What's hard to reconcile is the fact that the share loss is at 70nm – the most advanced mfg. node in real production. FORM asserts that they continue to have a lead in the most leading edge (super fine pitch, one touchdown tech etc.) and when the market moves toward sub 70nm, DDRIII production in H2:08 that they will benefit. Our checks have long suggested that FORM does have a lead in the most advanced applications – what is worrisome is that it's clear that some customers have found acceptable solutions from a competitor. Best case, pricing will likely be tough if MJC can deliver in volume; worse case the Form solution could prove a "nice to have but not a must have" in some applications. Getting this lost business back could prove difficult. This

COWEN  FormFactor

admission opens a can of worms and will probably contribute to a significant decline in the stock.

**Taking costs out – announced a 14% RIF, slowing Singapore expansion**

FORM announced a 14% layoff in reaction to the tough outlook. This will reduce OPEX by about $4M/Q. Mgmt. acknowledged that they can cut additional costs but they'll have to wait a while (probably into Q2) to first see if their projections of a H2:08 rebound in the probe card market will prove true. In addition to the RIF, FORM will slow its expansion into Singapore where they had planned to add mfg. capacity in addition to service and support. Clearly FORM's aggregate capacity is currently in excess of the $125M in revs that FORM expected in Q4 - they are putting off further expansion till they are more fully utilized. Non-GAAP (excluding options charges) operating B/E is around $85M in Q4 – this will decline to about $75M in Q2.

**CY08 EPS of $0.60 on $375MM(-19%). Vs. Street $1.52 on $540MM**

Given the uncertainty, estimates will likely be all over the place this AM. Despite FORMs hope that H2:08 will show a sharp rebound, we've tried to be very conservative. We've modeled revs increasing across the year but haven't modeled a big H2:08 hockey stick. Given the mfg. nature of the business, GM will be negatively impacted by far lower revs than anticipated. We surmise around mid 30s GM in Q1 vs. 50%+ GM in Q4:07. We're assuming flat OPEX on Q2 levels (cost reductions should be realized in Q2) for the balance of the year. With falling rates we're assuming about $5M/Q in interest income. See our model for detail – note that we include stock options expense of around $0.07c/q in our estimates. What we found very surprising is that mgmt. didn't jump at the chance to suggest that a buy back **( after hours this looked like a <$18 stock with $12/share in cash)** made sense. They only suggest that they are looking hard at the issue. Understandably, FORM still looks out at potential M&A/investment opportunities but it's hard to fathom (recall they raised cash at $38 in a secondary and have never done anything with it) why they wouldn't jump to buy back their stock where it's likely to fall. They don't even have a buyback authorized yet.

**Summary: FORM will likely get killed on the significant reduction in the outlook and their admission that there's been some share loss. Only time will prove that there is a secular competitive issue here or if this is simply a cyclical phenomenon. After hours the stock was indicated at $~18 or about 1.5x cash. Given that we don't expect FORM to burn cash beyond Q1, tomorrows opening will likely be a very attractive entry point but this market has yielded many cheap stocks – some with less moving parts than FORM. We rode this one down and we're not going to downgrade here but until visibility improves a bit we think there's little reason for most investors to play unless they are longer term value investors who can wait for this market. Growth investors (this has been a strong growth name) might punt....**

COWEN

FormFactor

# FormFactor, Inc.
P&L Statement ($'000)
NASDAQ: FORM

Raj Seth (617) 790-3126
Cowen and Company, LLC
raj.seth@cowen.com

| FY: Dec. | 2006A Mar Q1 | 2006A Jun Q2 | 2006A Sept Q3 | 2006A Dec Q4 | 2007E Mar Q1A | 2007E Jun Q2A | 2007E Sept Q3A | 2007E Dec Q4a | 2008E Mar Q1E | 2008E Jun Q2E | 2008E Sept Q3E | 2008E Dec Q4E | 2005A | 2006A | 2007E | 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $81,330 | $92,433 | $96,757 | $98,693 | $102,271 | $114,124 | $125,291 | $120,505 | $75,000 | $85,000 | $100,000 | $115,000 | $237,495 | $369,213 | $462,191 | $375,000 |
| Sequential Growth | 13.2% | 13.7% | 4.7% | 2.0% | 3.6% | 11.6% | 9.8% | -3.8% | -37.8% | 13.3% | 17.6% | 15.0% | 33.6% | 55.5% | 25.2% | -18.9% |
| Y-O-Y Growth | 59.6% | 76.6% | 55.1% | 37.4% | 25.7% | 23.5% | 29.5% | 22.1% | -26.7% | -25.5% | -20.2% | -4.6% | | | | |
| Cost of Goods | 40,500 | 43,707 | 46,492 | 47,536 | 48,567 | 53,663 | 58,609 | 58,921 | 48,000 | 49,000 | 52,000 | 56,500 | 129,623 | 178,235 | 219,760 | 205,500 |
| Stock based comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 479 | 0 | 0 | 0 |
| Gross Profit | 40,830 | 48,726 | 50,265 | 51,157 | 53,704 | 60,461 | 66,682 | 61,584 | 27,000 | 36,000 | 48,000 | 58,500 | 107,393 | 190,978 | 242,431 | 169,500 |
| GM (inc options-%) | 50.2% | 52.7% | 51.9% | 51.8% | 52.5% | 53.0% | 53.2% | 51.1% | 36.0% | 42.4% | 48.0% | 50.9% | 45.2% | 51.7% | 52.5% | 45.2% |
| Incremental Gross Margin (not COG adj) | 59.2% | 71.1% | 35.6% | 46.1% | 71.2% | 57.0% | 55.7% | 106.5% | 76.0% | 90.0% | 80.0% | 70.0% | 33.9% | 63.1% | 55.3% | 83.6% |
| R&D | 9,776 | 11,627 | 11,994 | 13,211 | 14,102 | 14,384 | 16,219 | 16,246 | 16,000 | 15,000 | 15,000 | 15,000 | 27,638 | 46,608 | 60,951 | 61,000 |
| R&D/Sales (%) | 12.0% | 12.6% | 12.4% | 13.4% | 13.8% | 12.6% | 12.9% | 13.5% | 21.3% | 17.6% | 15.0% | 13.0% | 11.6% | 12.6% | 13.2% | 16.3% |
| SG&A | 15,748 | 17,965 | 19,321 | 18,506 | 22,928 | 23,056 | 23,365 | 23,203 | 22,000 | 20,000 | 19,000 | 20,000 | 41,352 | 71,540 | 92,552 | 81,000 |
| SG&A/Revenues (%) | 19.4% | 19.4% | 20.0% | 18.8% | 22.4% | 20.2% | 18.6% | 19.3% | 29.3% | 23.5% | 19.0% | 17.4% | 17.4% | 19.4% | 20.0% | 21.6% |
| SG&A/Stock Comp (%) | 19.4% | 19.4% | 20.0% | 18.8% | 22.4% | 20.2% | 18.6% | 19.3% | 29.3% | 23.5% | 19.0% | 17.4% | 18.7% | 19.4% | 20.0% | 21.6% |
| Stock based comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,102 | 0 | 0 | 0 |
| Restructuring charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating expense | 25,524 | 29,592 | 31,315 | 31,717 | 37,030 | 37,440 | 39,584 | 39,449 | 43,000 | 35,000 | 34,000 | 35,000 | 72,092 | 118,148 | 153,503 | 147,000 |
| Operating Income (GAAP) | 15,306 | 19,134 | 18,950 | 19,440 | 16,674 | 23,021 | 27,098 | 22,135 | (16,000) | 1,000 | 14,000 | 23,500 | 35,301 | 72,830 | 88,928 | 22,500 |
| Operating Income (ex charges, incl options) | 15,306 | 19,134 | 18,950 | 19,440 | 16,674 | 23,021 | 27,098 | 22,135 | (11,000) | 1,000 | 14,000 | 23,500 | 35,301 | 72,830 | 88,928 | 27,500 |
| OPM (GAAP) | 19% | 20.7% | 20% | 20% | 16% | 20% | 22% | 18% | -21% | 1% | 14% | 20% | 15% | 20% | 19% | 6% |
| Proforma OPM | 23.6% | 25.5% | 25.5% | 25.7% | 23.8% | 25.8% | 27.0% | 23.3% | -6.7% | 8.2% | 20.0% | 25.6% | | | | |
| Interest income (Expense) | 1,481 | 4,216 | 4,486 | 5,145 | 5,325 | 5,496 | 6,181 | 5,741 | 5,000 | 5,000 | 5,000 | 5,000 | 3,190 | 15,328 | 22,711 | 20,000 |
| Profit Before Taxes | 16,787 | 23,350 | 23,436 | 24,585 | 21,999 | 28,517 | 33,279 | 27,876 | (11,000) | 6,000 | 19,000 | 28,500 | 38,491 | 88,158 | 111,671 | 42,500 |
| (Taxes) | (6,019) | (8,069) | (7,675) | (5,665) | (7,167) | (9,867) | (11,056) | (13,818) | 0 | (2,100) | (6,650) | (9,975) | (11,710) | (27,428) | (41,908) | (18,725) |
| Tax Rate | 35.9% | 34.6% | 32.7% | 23.0% | 32.6% | 34.0% | 39.0% | -49.6% | 35.0% | 35.0% | 35.0% | 35.0% | 30.4% | 31.1% | 37.5% | 36.0% |
| Net Income (Ops) | 10,768 | 15,281 | 15,761 | 18,920 | 14,832 | 18,650 | 22,223 | 14,058 | -11,000 | 3,900 | 12,350 | 18,525 | 26,781 | 60,730 | 69,763 | 23,775 |
| One-time benefit (charges) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,400 | 0 | 0 | 0 |
| Net Income | 10,768 | 15,281 | 15,761 | 18,920 | 14,832 | 18,650 | 22,223 | 14,058 | (11,000) | 3,900 | 12,350 | 18,525 | 30,181 | 60,730 | 69,763 | 23,775 |
| Net Income (ex charges) | 10,768 | 15,281 | 15,761 | 18,920 | 14,832 | 18,650 | 22,223 | 14,058 | (6,000) | 3,900 | 12,350 | 18,525 | 26,781 | 60,730 | 69,763 | 28,775 |
| Net Income (ex options) | 13,238 | 18,213 | 19,779 | 23,710 | 20,009 | 22,850 | 26,310 | 22,971 | (2,127) | 7,773 | 16,223 | 22,398 | | 74,872 | 86,481 | 44,268 |
| EPS-GAAP (reported)* | 0.25 | 0.32 | 0.33 | 0.39 | 0.30 | 0.38 | 0.45 | 0.29 | (0.23) | 0.08 | 0.26 | 0.39 | 0.73 | 1.29 | 1.41 | 0.50 |
| EPS (Ex Charges, one time events, incl opti | 0.25 | 0.32 | 0.33 | 0.39 | 0.30 | 0.43 | 0.45 | 0.36 | (0.13) | 0.08 | 0.26 | 0.39 | 0.64 | 1.29 | 1.47 | 0.60 |
| Share count (Diluted) | 43,473 | 48,165 | 48,494 | 48,500 | 49,050 | 49,516 | 49,729 | 48,924 | 48,000 | 48,000 | 48,000 | 48,000 | 41,590 | 47,158 | 49,307 | 48,000 |

Source: FORM reports, Cowen and Company estimates

February 6, 2008

4

COWEN

FormFactor

February 6, 2008

5

COWEN    FormFactor

# Addendum

## STOCKS MENTIONED IN IMPORTANT DISCLOSURES

| Ticker | Company Name |
|---|---|
| FORM | FormFactor |

### ANALYST CERTIFICATION

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### IMPORTANT DISCLOSURES

Cowen and Company, LLC and or its affiliates make a market in the stock of FORM securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions.

### DISCLAIMER

This research is for our clients only. Our research is disseminated primarily electronically and, in some cases, in printed form. Research distributed electronically is available simultaneously to all Cowen and Company, LLC clients. All published research, including required disclosures, can be obtained on the Firm's client website, www.cowenresearch.com.

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice.

**Notice to UK Investors:** This publication is issued in the United Kingdom by or through Cowen International Limited. In the United Kingdom, Cowen and Company is a Trading Name of Cowen International Limited.

This communication has been issued in the U.K. only to persons of a kind described in Article 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 ("relevant persons"). It must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons.

**Copyright, User Agreement and other general information related to this report**
© 2008 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research prior to any public dissemination by Cowen of the research report or information or opinion contained therein. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

6    February 6, 2008

 **FormFactor**

**Cowen and Company, LLC.** New York (646) 562-1000   **Boston** (617) 946-3700   **San Francisco** (415) 646-7200   **Chicago** (312) 516-4690   **Cleveland** (440) 331-3531   **London (affiliate)** 44-207-071-7500   **Geneva (affiliate)** 41-22-707-6900

### COWEN AND COMPANY RATING DEFINITIONS (a)

| Rating | Definition |
|---|---|
| Outperform (1) | Stock expected to outperform the S&P 500 |
| Neutral (2) | Stock expected to perform in line with the S&P 500 |
| Underperform (3) | Stock expected to underperform the S&P 500 |

(a) Assumptions: Time horizon is 12 months; S&P 500 is flat over forecast period.

### COWEN AND COMPANY RATING ALLOCATION (a)

| Rating | Pct of companies under coverage with this rating | Pct for which Investment Banking services have been provided within the past 12 months |
|---|---|---|
| Buy (b) | 48.4% | 8.6% |
| Hold (c) | 49.3% | 3.0% |
| Sell (d) | 2.3% | 0.0% |

(a) As of 12/31/2007. (b) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's rating definitions (see above). (c) Corresponds to "Neutral" as defined in Cowen and Company, LLC's ratings definitions (see above). (d) Corresponds to "Underperform" as defined in Cowen and Company, LLC's ratings definitions (see above). Note: "Buy," "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with NASD and NYSE regulations.

Cowen and Company Price and Ratings History
**FormFactor - FORM**



Cowen and Company eliminated investment ratings on 03/01/2004. Cowen and Company resumed investment ratings on 02/21/2006. Pricing data provided by Reuters America. Chart as of 2/5/08 in $US.