# Quarterly Update  OPPENHEIMER

February 6, 2008

# FormFactor, Inc.

*Transformation Complete--Not a Growth Stock, But Risk/Reward Likely Hit Bottom*

Semiconductor & Electronics Capital Equipment
OUTPERFORM

| | |
|---|---|
| FORM - NASDAQ | $26.23 |
| PRICE TARGET | $34.00 |
| 52-WEEK RANGE | $48.48-$17.25 |
| MARKET CAPITALIZATION | $1,274.7mm |
| SHARES OUTSTANDING | 48.6mm |
| FLOAT | 46.1mm |
| BOOK VALUE/SHARE | $15.16 |
| DEBT/TOTAL CAP. (%) | 0% |
| DIVIDEND/YIELD | /NM |
| AVG. DAILY VOLUME | 905,331 |



FormFactor is the leading supplier of advanced wafer probe cards used to test logic and memory chips. Its MicroSpring technology enables lower cost of testing and known good die (KGD).

Gary Hsueh, CFA    415-399-5730
Gary.Hsueh@opco.com

Wenge Yang    415-399-5736
Wenge.Yang@opco.com

**Summary:** FORM's Q4 (Dec) revenue/EPS of $121M/$0.35 were nominally in line, though top line $3M light vs. low-end of guidance, on deterioration of DRAM fundamentals in Dec. Also, FORM lost share during a difficult product transition, exemplified by a bookings drop of 25% Q/Q to $94M. Pain of DRAM downturn, exacerbated by difficult transition to Harmony platform, driving dour outlook for $70-$80M in Q1(Mar) revenue, EPS (cont. ops.) of ($0.14)-($0.02). Story broke in Q4, now stock broken. Chopping '08E to $0.67 from $1.60, rolling out '09E of $1.10, lowering PT to $34 from $40. Too late to look back now, as stock nearing balance sheet support.

- Q4 rev/EPS of $121M/$0.35 nominally in line, but top line $3M light vs. low-end of guidance due to 1). deteriorating DRAM fundamentals in Dec, and 2). difficult of FORM's transition to its new Harmony platform. EPS of $0.35 in line, excluding ~$0.07 in up-front tax payments to port IP from US to facility in Singapore.

- Orders -25% Q/Q in Q4, but outlook for Q1 even more devastating. Mgmt guided Q1 revenue to range of $70-$80M, 40% below consensus. EPS imploding to an expected loss of ($0.14)-($0.02), excluding restructuring charges of $0.05-$0.07.

- Where do we go from here? On some level, '08 rev/EPS are irrelevant. Given contraction in 1) Y/Y DRAM bit growth in '08, and 2) DRAM pricing in '08 vs. '07, we view a 15% Y/Y revenue drop, and $0.67 in EPS, as reasonable.

- As a growth story, growth stock, FORM has derailed for 2 quarters in a row. Rather than throw in the towel, risk/reward is finally compelling. On $11/sh in cash, $15/sh in book, FORM downside risk minimized, we think, at 2x cash, 1.5x book.

| Fiscal Year | Earnings Per Share Estimates (US$) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | 1Q (Mar) | | 2Q (Jun) | | 3Q (Sep) | | 4Q (Dec) | | Year | | |
| | Prior | Current | Prior | Current | Prior | Current | Prior | Current | Prior | Current | P/E |
| 2007A | -- | 0.31 | -- | 0.43 | -- | 0.45 | 0.34 | 0.35 | 1.53 | 1.54 | 17.0x |
| 2008E | 0.38 | (0.05) | 0.40 | 0.09 | 0.39 | 0.23 | 0.43 | 0.40 | 1.60 | 0.67 | 39.1x |
| 2009E | -- | 0.22 | -- | 0.25 | -- | 0.31 | -- | 0.32 | -- | 1.10 | 23.8x |

FY06 and FY07 earnings restated post review of inventory valuation practices

See pages 8 - 14 for important disclosures

OPPENHEIMER

**Exhibit 3. FormFactor Income Statement**

| FormFactor, Inc. (NASDAQ:FORM) Income Model [in $MM] FYE December 31th | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07 Dec-07 | F2007 Dec-07 | 1Q08E Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | 369.213 | 102.271 | 114.124 | 125.291 | 120.505 | 462.191 | 75.000 | 85.000 | 105.000 | 130.000 | 395.000 | 105.000 | 110.000 | 120.000 | 125.000 | 460.000 |
| Q/Q, % |  | 4% | 12% | 10% | -4% |  | -38% | 13% | 24% | 24% |  | -19% | 5% | 9% | 4% |  |
| Y/Y, % | 55% | 26% | 23% | 29% | 22% | 25% | -27% | -26% | -16% | 8% | -15% | 40% | 29% | 14% | -4% | 16% |
| Cost of Goods Sold | 183.687 | 47.988 | 49.966 | 58.609 | 58.921 | 215.484 | 45.000 | 46.750 | 55.650 | 66.300 | 213.700 | 54.600 | 56.100 | 58.800 | 60.625 | 230.125 |
| GROSS MARGIN (GM) | 185.526 | 54.283 | 64.158 | 66.682 | 61.584 | 246.707 | 30.000 | 38.250 | 49.350 | 63.700 | 181.300 | 50.400 | 53.900 | 61.200 | 64.375 | 229.875 |
| Overall GM, % of Sales | 50.2% | 53.1% | 56.2% | 53.2% | 51.1% | 53.4% | 40.0% | 45.0% | 47.0% | 49.0% | 45.9% | 48.0% | 49.0% | 51.0% | 51.5% | 50.0% |
| Incremental GM, % Q/Q |  | 160% | 83% | 23% | 107% |  | 69% | 83% | 56% | 57% |  | 53% | 70% | 73% | 63% |  |
| Incremental GM, % Y/Y | 59% | 69% | 76% | 60% | 60% | 66% | 89% | 89% | 85% | 22% | 97% | 68% | 63% | 79% | NM | 75% |
| R&D | 46.608 | 14.102 | 14.384 | 16.219 | 16.246 | 60.951 | 16.500 | 16.750 | 17.000 | 17.500 | 67.750 | 17.000 | 17.250 | 17.500 | 19.000 | 70.750 |
| R&D, % of Sales | 12.6% | 13.8% | 12.6% | 12.9% | 13.5% | 13.2% | 22.0% | 19.7% | 16.2% | 13.5% | 17.2% | 16.2% | 15.7% | 14.6% | 15.2% | 15.4% |
| SG&A | 71.540 | 22.928 | 23.056 | 23.365 | 23.203 | 92.552 | 23.000 | 20.000 | 19.500 | 20.000 | 82.500 | 21.000 | 22.500 | 24.000 | 25.000 | 92.500 |
| SG&A, % of Sales | 19.4% | 22.4% | 20.2% | 18.6% | 19.3% | 20.0% | 30.7% | 23.5% | 18.6% | 15.4% | 20.9% | 20.0% | 20.5% | 20.0% | 20.0% | 20.1% |
| Total Operating Exp | 118.148 | 37.030 | 37.440 | 39.584 | 39.449 | 153.503 | 39.500 | 36.750 | 36.500 | 37.500 | 150.250 | 38.000 | 39.750 | 41.500 | 44.000 | 163.250 |
| OPERATING MARGIN (OpM) | 67.378 | 17.253 | 26.718 | 27.098 | 22.135 | 93.204 | (9.500) | 1.500 | 12.850 | 26.200 | 31.050 | 12.400 | 14.150 | 19.700 | 20.375 | 66.625 |
| Overall OpM, % of Sales | 18% | 17% | 23% | 22% | 18% | 20% | -13% | 2% | 12% | 20% | 8% | 12% | 13% | 16% | 16% | 14% |
| Incremental OpM, % Q/Q |  | 11% | 80% | 3% | 104% |  | NM | 110% | 57% | 53% |  | NM | 35% | 56% | 13% |  |
| Incremental OpM, % Y/Y | 24% | 14% | 40% | 31% | 24% | 28% | 98% | 87% | 70% | 43% | 93% | 73% | 51% | 46% | 117% | 55% |
| Other Income (Exp) | 15.386 | 5.325 | 5.496 | 6.181 | 6.034 | 23.036 | 5.640 | 5.676 | 5.735 | 5.921 | 22.973 | 5.870 | 6.072 | 6.268 | 6.480 | 24.690 |
| Interest Income | 15.182 | 5.444 | 5.557 | 5.766 | 5.741 | 22.508 | 5.640 | 5.676 | 5.735 | 5.921 | 22.973 | 5.870 | 6.072 | 6.268 | 6.480 | 24.690 |
| Interest Expense |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Other, Net | 0.204 | (0.119) | (0.061) | 0.415 | 0.293 | 0.528 |  |  |  |  |  |  |  |  |  |  |
| PRETAX INCOME, OPS | 82.764 | 22.578 | 32.214 | 33.279 | 28.169 | 116.240 | (3.860) | 7.176 | 18.585 | 32.121 | 54.023 | 18.270 | 20.222 | 25.968 | 26.855 | 91.315 |
| Tax Provision | 25.278 | 7.367 | 11.109 | 11.056 | 10.516 | 40.050 | (1.351) | 2.512 | 6.505 | 11.243 | 18.908 | 6.394 | 7.078 | 9.089 | 9.399 | 31.960 |
| Effective Tax Rate | 30.5% | 32.6% | 34.5% | 33.2% | 37.3% | 34.5% | 35% | 35% | 35% | 35% | 35.0% | 35% | 35% | 35% | 35% | 35.0% |
| Preferred Stock Dividend |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NET INCOME (NI), OPS | 57.486 | 15.211 | 21.105 | 22.223 | 17.651 | 76.190 | (2.509) | 4.664 | 12.081 | 20.879 | 35.115 | 11.875 | 13.144 | 16.879 | 17.456 | 59.355 |
| NI, % of Sales | 15.6% | 14.9% | 18.5% | 17.7% | 14.6% | 16.5% | -3.3% | 5.5% | 11.5% | 16.1% | 8.9% | 11.3% | 11.9% | 14.1% | 14.0% | 12.9% |
| EPS, OPS | $1.21 | $0.31 | $0.43 | $0.45 | $0.35 | $1.54 | ($0.05) | $0.09 | $0.23 | $0.40 | $0.67 | $0.22 | $0.25 | $0.31 | $0.32 | $1.10 |
| Total Charges After Tax | 0.270 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Cumulative Change in Accounting |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Restructuring Charges |  |  |  |  |  | 3.300 | 2.925 |  |  |  | 2.925 |  |  |  |  |  |
| Write-off Of Fixed Assets | 0.270 |  |  | 3.300 |  |  |  |  |  |  |  |  |  |  |  |  |
| Tax Valuation Allowance |  |  |  |  |  | 3.300 | 2.925 |  |  |  | 2.925 |  |  |  |  |  |
| NET INCOME (NI), GAAP | 57.216 | 15.211 | 21.105 | 22.223 | 14.351 | 72.890 | (5.434) | 4.664 | 12.081 | 20.879 | 32.190 | 11.875 | 13.144 | 16.879 | 17.456 | 59.355 |
| EPS, GAAP | $1.20 | $0.31 | $0.43 | $0.45 | $0.29 | $1.47 | ($0.11) | $0.09 | $0.23 | $0.40 | $0.62 | $0.22 | $0.25 | $0.31 | $0.32 | $1.10 |
| Wtd Avg Shares Out, Basic | 45.2 | 47.4 | 47.9 | 48.3 | 48.6 | 48.1 | 49.3 | 49.8 | 50.3 | 50.8 | 50.1 | 51.3 | 51.8 | 52.3 | 52.8 | 52.1 |
| Wtd Avg Shares Out, Diluted | 47.2 | 49.1 | 49.5 | 49.7 | 49.9 | 49.7 | 50.8 | 51.3 | 51.9 | 52.4 | 51.6 | 52.9 | 53.4 | 53.9 | 54.4 | 53.7 |

Source: *Company Reports and Oppenheimer & Co. Inc.*

**See pages 8 - 14 for important disclosures**

Page 2



Exhibit 4. FormFactor Balance Sheet

| FormFactor, Inc. (NASDAQ:FORM) Balance Sheet (in $MM) FYE December 31th | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07 Dec-07 | F2007 Dec-07 | 1Q08E Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 284,131 | 277,782 | 286,610 | 283,391 | 315,232 | 315,232 | 344,528 | 346,392 | 354,711 | 374,557 | 374,557 | 413,761 | 436,880 | 459,269 | 483,508 | 483,508 |
| Marketable securities | 208,263 | 227,782 | 239,688 | 253,802 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,814 | 254,614 | 254,614 |
| Accounts receivable, net | 54,571 | 73,280 | 78,575 | 86,191 | 69,486 | 69,486 | 36,986 | 46,575 | 63,288 | 81,205 | 81,205 | 69,041 | 74,740 | 82,349 | 89,041 | 89,041 |
| Inventories | 18,926 | 22,190 | 30,429 | 32,566 | 29,309 | 29,309 | 25,714 | 25,793 | 29,680 | 31,200 | 31,200 | 26,473 | 28,050 | 30,346 | 32,333 | 32,333 |
| Deferred tax assets | 14,496 | 14,496 | 14,565 | 14,551 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 | 17,995 |
| Prepaid expenses and other | 12,138 | 12,445 | 14,319 | 15,338 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 | 15,504 |
| Total current assets | 592,526 | 627,975 | 664,086 | 685,841 | 702,340 | 702,340 | 695,542 | 709,074 | 735,991 | 775,275 | 775,275 | 797,588 | 827,983 | 860,780 | 893,195 | 893,195 |
| Restricted cash | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
| Long term investments | | | | | | | | | | | | | | | | |
| Property, plant & equipment, net | 94,064 | 103,767 | 112,352 | 118,975 | 130,882 | 130,882 | 135,142 | 138,352 | 142,912 | 148,922 | 148,922 | 150,021 | 152,069 | 155,567 | 160,141 | 160,141 |
| Deferred tax assets | 4,689 | 5,660 | 6,885 | 7,610 | 10,038 | 10,038 | 10,038 | 10,038 | 10,038 | 10,038 | 10,038 | 10,036 | 10,036 | 10,036 | 10,036 | 10,036 |
| Other assets | 946 | 1,478 | 1,612 | 10,108 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,812 | 9,612 |
| **TOTAL ASSETS** | 694,473 | 741,130 | 787,185 | 824,784 | 855,322 | 855,322 | 852,784 | 869,526 | 901,003 | 946,297 | 946,297 | 969,709 | 1,002,152 | 1,038,447 | 1,075,436 | 1,075,436 |
| **LIABILITIES & STKHLDR EQTY** | | | | | | | | | | | | | | | | |
| Short term debt | | | | | | | | | | | | | | | | |
| Accounts payable | 31,273 | 38,162 | 39,055 | 43,883 | 42,893 | 42,893 | 29,589 | 25,616 | 28,664 | 36,329 | 36,329 | 31,115 | 33,814 | 36,730 | 39,863 | 39,863 |
| Accrued liabilities | 28,334 | 19,379 | 27,496 | 21,749 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 | 30,029 |
| Income tax payable | 7,979 | 0,279 | 6,322 | 0,040 | 1,328 | 1,328 | 1,328 | 1,328 | 1,328 | 1,326 | 1,326 | 1,328 | 1,328 | 1,326 | 1,326 | 1,328 |
| Deferred rent | 0,446 | 0,447 | 0,447 | 0,471 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 | 0,462 |
| Deferred revenue and customer adv | 7,273 | 8,485 | 6,371 | 6,674 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 | 5,535 |
| Total current liabilities | 75,307 | 66,752 | 79,693 | 72,817 | 80,247 | 80,247 | 66,943 | 62,970 | 66,018 | 73,683 | 73,683 | 68,469 | 71,168 | 74,084 | 77,217 | 77,217 |
| Long term debt | | | | | | | | | | | | | | | | |
| Long term tax payable | | 9,780 | 11,363 | 10,991 | 12,248 | 12,248 | 12,248 | 12,248 | 12,246 | 12,248 | 12,248 | 12,248 | 12,248 | 12,248 | 12,248 | 12,248 |
| Deferred rent and other | 5,126 | 5,176 | 5,435 | 5,934 | 5,877 | 5,877 | 5,877 | 5,877 | 5,877 | 5,877 | 5,877 | 5,877 | 5,877 | 5,077 | 5,677 | 5,677 |
| TOTAL LIABILITIES | 80,432 | 81,708 | 96,491 | 89,742 | 98,372 | 98,372 | 85,068 | 81,095 | 84,143 | 91,808 | 91,808 | 86,594 | 89,293 | 92,209 | 95,342 | 95,342 |
| Convertible Preferred Stock | | | | | | | | | | | | | | | | |
| TOTAL STKHLDR EQTY | 614,041 | 659,422 | 690,694 | 735,042 | 756,950 | 756,950 | 767,716 | 788,430 | 816,861 | 854,490 | 854,490 | 883,115 | 912,860 | 946,239 | 980,094 | 980,094 |
| TOTAL LIABILITIES & STKHLDR EQTY | 694,473 | 741,130 | 787,185 | 824,784 | 855,322 | 855,322 | 852,784 | 869,526 | 901,004 | 946,298 | 946,298 | 969,709 | 1,002,152 | 1,038,448 | 1,075,436 | 1,075,436 |

*Source: Company Reports and Oppenheimer & Co. Inc.*

See pages 8 - 14 for important disclosures



### Exhibit 5. FormFactor Cash Flow Statement

FormFactor, Inc.
(NASDAQ FORM)
Cash Flow (in $Mil)
FYE: December 31th

| | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07E Dec-07 | F2007E Dec-07 | 1Q08E Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATIONS** | | | | | | | | | | | | | | | | |
| Net income | 57.216 | 15.211 | 21.105 | 22.223 | 14.351 | 72.690 | (5.434) | 4.664 | 12.081 | 20.879 | 32.190 | 11.875 | 13.144 | 16.679 | 17.456 | 59.355 |
| Depreciation and amortization | 22.093 | 6.146 | 6.470 | 6.954 | 6.385 | 25.955 | 6.990 | 6.990 | 6.990 | 6.990 | 27.960 | 7.302 | 7.302 | 7.302 | 7.302 | 29.206 |
| Stock-based compensation expense | 21.619 | 7.378 | 6.462 | 6.120 | 5.959 | 25.919 | 6.200 | 6.050 | 6.350 | 6.750 | 25.350 | 6.750 | 6.600 | 6.500 | 6.400 | 26.250 |
| Reversal of non-cash/non operational | 17.975 | 2.722 | 2.795 | 4.599 | | 10.116 | | | | | | | | | | |
| Deferred income taxes | (5.604) | (0.961) | (1.316) | (0.673) | | (2.950) | | | | | | | | | | |
| Tax benefit from employee SBC plans | (12.515) | (5.129) | (0.341) | (2.016) | | (7.486) | | | | | | | | | | |
| Changes in operating assets/liabilities | 4.588 | (19.332) | (1.207) | (35.209) | 15.504 | (40.244) | 22.790 | (13.640) | (17.552) | (11.773) | (20.175) | 11.677 | (4.577) | (7.492) | (5.044) | (5.435) |
| Accounts receivable | (10.596) | (18.109) | (5.295) | (7.615) | 16.705 | (14.914) | 32.500 | (9.589) | (16.712) | (17.918) | (11.719) | 12.164 | (5.699) | (8.110) | (6.192) | (7.836) |
| Inventories | (17.706) | (5.868) | (10.821) | (6.405) | 3.259 | (19.635) | 3.595 | (0.079) | (3.887) | (1.520) | (1.691) | 4.727 | (1.577) | (2.293) | (1.985) | (1.133) |
| Prepaid expenses and other current assets | (5.891) | (0.307) | (1.920) | (0.328) | (0.166) | (2.721) | | | | | | | | | | |
| Other assets | (0.570) | (0.519) | 0.020 | (8.451) | (3.444) | (12.394) | | | | | | | | | | |
| Accounts payable | 7.649 | 8.213 | 1.412 | (2.013) | (0.990) | 6.622 | (13.304) | (3.973) | 3.047 | 7.665 | (6.564) | (5.214) | 2.689 | 2.916 | 3.133 | 3.534 |
| Accrued liabilities | 25.969 | (3.398) | 17.463 | (11.143) | 1.288 | 4.200 | | | | | | | | | | |
| Deferred rent | 2.048 | 0.043 | 0.059 | 0.382 | (0.009) | 0.475 | | | | | | | | | | |
| Deferred revenues and customer advances | 3.685 | 1.213 | (2.115) | 0.364 | (1.139) | (1.677) | | | | | | | | | | |
| Cash provided (used) by operations | 105.372 | 6.035 | 33.968 | 1.998 | 42.199 | 84.200 | 30.546 | 4.064 | 7.868 | 22.846 | 65.325 | 37.504 | 22.469 | 23.189 | 26.114 | 109.376 |
| **CASH FLOW FROM INVESTING** | | | | | | | | | | | | | | | | |
| Capital expenditures | (38.136) | (14.083) | (16.558) | (6.466) | (19.281) | (56.388) | (11.250) | (10.200) | (11.550) | (13.000) | (46.000) | (8.400) | (9.350) | (10.800) | (11.875) | (40.425) |
| Sales/maturities (purchase) of securities | (29.196) | 42.624 | 45.094 | 30.773 | (1.012) | 117.479 | | | | | | | | | | |
| Acquisition of intangible R&D assets | | (62.368) | (57.824) | (44.205) | | (164.397) | | | | | | | | | | |
| Cash (used) for investing activities | (67.332) | (33.827) | (29.288) | (19.898) | (20.293) | (103.306) | (11.250) | (10.200) | (11.550) | (13.000) | (46.000) | (8.400) | (9.350) | (10.800) | (11.875) | (40.425) |
| **CASH FLOW FROM FINANCING** | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 202.399 | 16.347 | 3.765 | 12.794 | 10.000 | 42.906 | 10.000 | 10.000 | 10.000 | 10.000 | 40.000 | 10.000 | 10.000 | 10.000 | 10.000 | 40.000 |
| Excess tax benefits from SBC plans | 12.515 | 5.129 | 0.341 | 2.016 | | 7.486 | | | | | | | | | | |
| Repayment of notes receivables from stockhol | | | | | (0.066) | (0.066) | | | | | | | | | | |
| Cash provided (used) by financing | 214.914 | 21.476 | 4.106 | 14.810 | 9.934 | 50.326 | 10.000 | 10.000 | 10.000 | 10.000 | 40.000 | 10.000 | 10.000 | 10.000 | 10.000 | 40.000 |
| Effect of FX changes on cash | (0.040) | (0.033) | 0.042 | (0.129) | | (0.120) | | | | | | | | | | |
| Net increase (decrease) in cash | 252.914 | (6.349) | 8.828 | (3.219) | 31.841 | 31.101 | 29.296 | 3.864 | 6.318 | 19.846 | 59.325 | 39.204 | 23.119 | 22.389 | 24.239 | 108.951 |
| Cash/cash equivalents - beginning | 31.217 | 284.131 | 277.782 | 286.610 | 283.391 | 284.131 | 315.232 | 344.528 | 348.392 | 354.711 | 315.232 | 374.557 | 413.761 | 436.880 | 459.269 | 374.557 |
| Cash/cash equivalents - end | 284.131 | 277.782 | 286.610 | 283.391 | 315.232 | 315.232 | 344.528 | 348.392 | 354.711 | 374.557 | 374.557 | 413.761 | 436.880 | 459.269 | 483.508 | 483.508 |

Source: Company Reports and Oppenheimer & Co. Inc.



### Pandora's Box in '08—DRAM Downturn Compounded By Market Share Loss

**Chronic Issues with Harmony Have Caught Up with FORM**—As feared, issues with Harmony have had less to do with supply-side dynamics (i.e. capacity shortages created by unexpected manufacturing issues) as suggested by management when it guided below Street consensus for Q4 (back in Oct '07). Now, with a slight miss ($120M) to Q4 revenue expectation of $123-$125M, and extremely grim outlook for Q1 ($70-$80M), it is becoming clear that FORM's chronic issues with its 300mm, full-contact wafer probe card, Harmony, have led to meaningful market share loss. We maintain our Outperform rating now that balance sheet support ($11/share in cash, $15/share in book value) is within easy reach with stock trading down to $17 after hours. However, our checks suggest that manifestation of share loss is not entirely in the rear-view mirror for FORM: industry data points indicate FORM's supply contract with its largest customer, Elpida (20-30% of revenue in '07), expires at the end of March '08, opening the door for Micronics Japan Corp. (MJC, 6871, ¥3,300) to sign on/gain share as a second-source supplier to FORM.

**Multiple Issues Slowing Memory Probe Cards in '08**—To compound FORM-specific issues transitioning over to its Harmony platform, the memory industry, specifically DRAM, is facing numerous issues that are hampering Y/Y growth in wafer probe card growth. 1) DRAM bit growth is slowing, decelerating from +80%-100% Y/Y in '07 to approximately +40%-60% Y/Y in '08E, as chipmakers seek to rationalize supply growth to stabilize 512Mb and soon 1Gb pricing. 2) DRAM pricing has dipped so far below cash costs, that chipmakers are electing to take 200mm fabs offline (eg. QI), and even shutting down 300mm fabs for extended periods (e.g. ProMOS, 5387, 7.94 NTD). 3) Even if pricing were more benign, the difficulty associated with technology transitions (the bread/butter behind FORM's business) is growing exponentially with the implementation of high-k films, e.g. Hynix's (000660, 26,050 KRW) 60nm DRAM design, and immersion lithography, e.g. Hynix's 48nm NAND design. These challenges have **delayed** technology transitions, and reduced FORM's visibility into '08. Thus, management has not given Y/Y growth guidance for '08. Given the possibility of further share loss at Elpida, we are modeling a -19% Y/Y DECLINE in FORM's revenue in '08.

**Bailing Out Costs, But What About Pricing in '08?**—Given slowing memory probe card demand by DRAM chipmakers in '08 due to 1) much lower bit growth, 2) fabs, 200mm and 300mm alike, going offline, and 3) exponentially more difficult design transitions causing delays in uptake of incremental wafer probe cards, FORM announced a 14% headcount reduction, bailing $4M/quarter out of COGS and operating expenses. We note that while this should improve profitability in Q2 (June) after guidance for a loss in the range of ($0.14)-($0.02) in Q1 (March), this requires management to delay the ramp in Singapore, and pushes out the company's timeline for a lower effective tax rate (in the high 20%'s) into 2010 vs. 2009 originally. Second, we are now concerned about pricing in '08, now that the competition has essentially caught up to FORM. In a best case scenario, even if FORM were to claw back market share losses in Q4/Q1, we fear Harmony pricing may have been permanently impaired. Thus, while cost cuts are necessary, they do not alleviate longer term concerns on competitive pricing.



### Q4 (Dec) Results

**Rev/EPS**—FORM reported Q4 (Dec) revenue of $121M that slightly missed the low-end of guidance for $123M due to a deceleration in market conditions, for DRAM and NOR (albeit at one particular customer, we think SPSN), coupled with market share loss. These effects were magnified in FORM's orders of $94M, which dropped 25% sequentially from Q3 (Sept).

Gross margin for the quarter was 51%, down an expected 210bps, reflecting the start-up of a new back-end manufacturing line for Harmony. Operating expenses came in line as well, totally $39M, and resulting in operating margin of 18%, at the mid-point of guidance for 17%-19%. At a 37% tax rate for the quarter, yielding a full year tax rate of 34.5% vs. prior outlook for 33%, FORM delivered EPS (on continuing operations) of $0.35, including roughly $0.08 of expense from stock-based compensation. Note this excludes $3.3M, or $0.07 per share post tax, in costs associated with an up-front tax payment to port FORM's intellectual property from the U.S. for use in Singapore.

**Balance Sheet**—In general, working capital accounts declined by more than sales or cost of goods sold, yielding lower quarter-ending DSO (53 days vs. 63 days at the end of Q3), and higher inventory turns (8.0x vs. 7.2x at the end of Q3). Given how low the stock has traded after hours (down $9 to $17.25), it is worth noting that FORM ended the quarter with 1) $11.40 per share in cash, meaning the stock traded after hours down to 1.5x cash, and 2) $15.15 per share in tangible book value, meaning the stock traded after hours down to 1.1x book.

**Cash Flow**—Cash flow from operations for Q4 was $43M, and capital expenditures totaled $19M, resulting in free cash flow of $24M.

### Exhibit 1. Actual vs. Expected Results for Q4 (Dec)

| (unit: $M) | Q4:07E OPCO | Q4:07 Consensus | Q4:07 Guidance | Q4:07A | Q1:08E OPCO | Q1:08 Consensus | Q1:08 Guidance |
|---|---|---|---|---|---|---|---|
| Revenue ($M) | $125 | $126 | $123-$128 | $121 | $75 | $124 | $70-$80 |
| Q/Q, % | 0% | | | -4% | -38% | | |
| Bookings ($M) | | | | $94 | | | |
| Q/Q, % | | | | -25% | | | |
| Gross Margin, % | 52.0% | | 2% down | 51.1% | 40.0% | | |
| Op Exps ($M) | $43 | | | $39 | $40 | | |
| Op Margin, % | 18.0% | | 17%-19% | 18.4% | -12.7% | | (19%)-(6%) |
| EPS | $0.34 | $0.36 | $0.32-$0.36 | $0.35 | ($0.05) | $0.35 | $(0.14)-$(0.02) |

Source: Company reports, First Call, Oppenheimer & Co. Inc.

### Q1 (March) Outlook

With virtually no visibility into '08, and low backlog levels due to only $94M in bookings in Q4 (of which 62% was converted into revenue within the same quarter), management provided revenue guidance for $70-$80M, and GAAP EPS of ($0.19)-$(0.09), including $0.09 in stock-based compensation, and $0.05-$0.07 ($4-$5M pre-tax) in restructuring charges associated with the 14% headcount reduction.

Contrary to last year, management declined to give any full year guidance, only suggesting that the advanced wafer probe card industry would continue to "outgrow the overall semiconductor market." Given expectations for low teens percent unit



growth, and high single digit percent revenue growth, we find little solace in this outlook.

**Changes to Our Estimates**

In light of the dismaying guidance for Q1 (March), we are chopping our FY08 estimate on FORM down to $0.67 from $1.60 previously. At this point, our revenue forecast calls for a 15% Y/Y decline, despite management's comment that it sees the advanced wafer probe card market outgrowing the broader semiconductor industry. Given the leverage (we estimate 80%-90%) the advanced probe card industry has to the memory segment of the semiconductor industry, we would not be surprised if FORM's top line in '08 were to contract Y/Y. Given uncertainty regarding FORM's share in '08, we find it prudent to model a 15% Y/Y decline in revenue in '08, vs. +19% previously.

Given that break-even lies in the revenue range of $80M-$85M per quarter, we are slashing our FY08 estimate to $0.67 from $1.60. We note that, even so, this requires us to model (on faith) a significant H/H uptick to revenue (47%) and earnings in 2H:08.

Assuming stabilization and recovery in DRAM pricing with the introduction of 1Gb DDR3 chips, and continued bit expansion in NAND/NOR flash, we are modeling more normalized growth for revenue in '09. We believe that FORM's market share loss is recoverable in '08, although we believe margins may have been permanently impaired by competition successfully breaching key accounts. Thus, on $460M in revenue in '09 (very close to actual revenue of $462M in '07), we only modeling 50% gross margin, 14% operating margin (vs. 53% gross margin, 20% operating margin in '07). As a result, we are rolling out on our '09 estimate of $1.10.

**Exhibit 2. Old vs. New Estimates on FORM**

| Rev [in $M] | F2007A | 1Q08E | 2Q08E | 3Q08E | 4Q08E | F2008E | 1Q09E | 2Q09E | 3Q09E | 4Q09E | F2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPCO old | $467 | $130 | $135 | $140 | $150 | $555 | - | - | - | - | - |
| OPCO new | $462 | $75 | $85 | $105 | $130 | $395 | $105 | $110 | $120 | $125 | $460 |
| Consensus | $467 | $124 | $129 | $137 | $148 | $542 | - | - | - | - | $663 |
| EPS [in $/sh] | F2007A | 1Q08E | 2Q08E | 3Q08E | 4Q08E | F2008E | 1Q09E | 2Q09E | 3Q09E | 4Q09E | F2009E |
| OPCO old* | $1.53 | $0.38 | $0.40 | $0.39 | $0.43 | $1.60 | - | - | - | - | - |
| OPCO new* | $1.54 | ($0.05) | $0.09 | $0.23 | $0.40 | $0.67 | $0.22 | $0.25 | $0.31 | $0.32 | $1.10 |
| Consensus* | $1.50 | $0.35 | $0.37 | $0.43 | $0.46 | $1.65 | - | - | - | - | $2.26 |

* Estimates include expense for stock-based compensation

Source: Company reports, First Call, Oppenheimer & Co. Inc.



## Valuation

Historically, forward P/E has been the benchmark for valuing FORM. We note that since 2004, the stock has bounced off a P/E trough of 20x, typically peaking at ~35x (Exhibit 3). However, since 2006, FORM's valuation relative to earnings has exhibited a secular trend down to <20x today, albeit on stale Street numbers. In our view, FORM has finally completed its transformation from being a GARP-valued growth stock, to a pure tech cyclical. In light of extremely weak guidance for Q1 (Mar) of $70-$80M vs. consensus for $124M, and realistic expectations for $100-$120M, FORM will likely trade like any other tech cyclical (i.e., all other semiconductor capital equipment names) in a downturn: on book value, and relative to cash.

**Exhibit 6.** FORM Valuation on Earnings in a Secular Trend Down



Source: FactSet and Oppenheimer & Co. Inc.

Herein lies the silver lining. Relative to book value and cash/cash equivalents, FORM has essentially hit rock bottom after-hours, when the stock traded as low as $17 and change. Despite guidance for a net loss in Q1, and significantly lower earnings potential in '08 and '09, FORM likely will still maintain $12/share in cash, and $16/share in tangible book value exiting '08.

Compared to KLAC (KLAC-$41.65, Perform), whom we view as the closest comparable to FORM in the semiconductor capital equipment sector, FORM is trading well below normalized trough multiples. Like KLAC, FORM has maintained leading market share in its respective market (advanced wafer probe card), and has been able to maintain above-par gross margin performance (in each cash >50%). We note that we are concerned about pricing at each company, and in each case, valuation has declined. However, while KLAC has merely traded back down to the low-end of its historical range for P/B (price to book), and P/cash (price to cash) multiples (Exhibit 7 and 8), FORM has been establishing new lows since mid-'07.



Worst case scenario, should further market share losses materialize for FORM, and if manufacturing execution issues with Harmony continue to depress margin performance, we envision KLAC's historical trough for P/B and P/cash as reasonable proxies for FORM's **normalized** valuation moving forward. In the case of P/B, we assume KLAC's historical trough of 2.25x-2.50x as the normalized, go-forward, multiple for FORM in '08 heading into '09. On this basis, and with our model suggesting $16/share in hard book value, we conservatively calculate a normalized fair value for FORM at $38, based on book value.

Similarly, assuming KLAC's historical trough of 3.5x as a new **normalized** price to cash metric for FORM, we conservatively calculate normalized fair value for FORM at $42, based on $12/share in forecasted cash exiting '08.

Finally, we cannot ignore earnings. However, given our current forecast for only $0.67 per share in earnings in '08, earnings in '08, a "transition year," are not even enough to theoretically support the stock at 1x tangible book, or $16. So, we look at an earnings-based valuation framework on our new '09 estimate of $1.10. Given the severity of the contraction in the DRAM business in '08, we hypothesize (qualitatively) that in '09, growth will resume on the back of a 2-year transition to the DDR3 DRAM architecture. Ahead of more normal growth, we expect that FORM can once again 1) trade on earnings, and 2) be valued at a conservative growth multiple of 20x. On our '09 estimate of $1.10, a 20x P/E implies fair value of $22.

**Exhibit 7.** Price to Book, FORM vs. KLAC



Source: FactSet and Oppenheimer & Co. Inc.

See pages 8 - 14 for important disclosures



**Exhibit 8.** Price to Cash, FORM vs. KLAC



Note: KLAC multiple excludes long term investments, ~15% of cash/short term investments

*Source: FactSet and Oppenheimer & Co. Inc.*

**Price Target Calculation**
We are lowering our price target from $40 to $34 in light of gloomy guidance from management for Q1 (Mar), and low to zero visibility in terms of a plausible revenue trajectory in '08. Given the lack of earnings to even support the stock at 1x book (at $16/share in hard book value, and $0.67 in expected EPS in '08, this would require an explicit P/E multiple of 24x (which we are not prepared to propose as a stand-alone benchmark for determining fair value given recent market share losses), we revert to a three-pronged approach. Based on book value, assuming a normalized level of 2.38x (KLAC's historical trough), we assess a 12- to 18-month fair value at $38. Based on cash, assuming a normalized level of 3.5x (KLAC's historical trough), we come up with a 12- to 18-month fair value of $42. Based on estimated '09 earnings, assuming a conservative growth multiple of 20x, we calculate a 12- to 18-month fair value of $22.

Given the disparity in all three determinations, we take a straight average of all three to arrive at our new price target of $34.

**Risk Factors**
In 2008 and heading into 2009, the primary risks to our $34 price target, are: 1) competitive threats, 2) manufacturing transitions, 3) a lumpy customer base, and 4) exposure to a negative sector risks.
**Competitive Threats.** In our view, the primary risk is the company's inability to fend off competitive threats in its core DRAM market. Specifically, we are increasingly concerned that Micronics Japan's (MJC) success at exclusively supplying Samsung with advanced wafer probe cards for NAND flash has meaningfully bled over to DRAM in 2006 with follow-on



potential to threaten FORM's largest customer in 2008, Elpida. We are concerned that ongoing, heavy emphasis on NAND flash (MJC's backyard) in 2008 and increasing customer demand for a viable second-source to FORM in DRAM, could open the door for MJC at other key customers for FORM. We note that in 2007, Phicom (a Korea-based competitor) already been qualified for DRAM at Hynix, which could more meaningfully dent FORM's share in 2008. Second, our checks suggest Elpida remains the hottest contested ground for competitors looking to sign on as a second-source to FORM. Based on our contacts, nearly every competitor of FORM (Advantest, MJC, and Phicom) has shipped multiple cards into Elpida in Q4 for qualification in Q1. We see potential for a contract announcement from a second-source supplier with Elpida occurring in April.

**Manufacturing Transitions.** As a secondary risk, we see potential operational hiccups during FORM's manufacturing expansion/transition to Singapore in 2008/2009. While mis-execution of Harmony manufacturing is a front-and-center issue depressing margins in Q4:07, we see potential for added pitfalls related to 1) front-end manufacturing expansion at Livermore, CA and 2) back-end manufacturing development in Singapore. According to our industry checks, manufacturing maturity and scale are FormFactor's key core competencies vs. budding competitors in DRAM like Japan's MJC. If there are any prolonged yield-ramp issues constraining output capacity, key chipmakers could begin to help cultivate manufacturing execution at FormFactor's competitors.

**Lumpy Customer Base.** FormFactor is extremely vulnerable to competitive threats at any one account as DRAM customers are extremely lumpy. In a given quarter, a single DRAM customer can contribute as much as 20%-30% of FormFactor's total revenue.

**Semi Cap Equip Sector Risk.** Outside of company-specific risks, we believe the broader risk of a continued correction in the semiconductor capital equipment sector due to materialization of concerns of an implosion in memory (DRAM, and perhaps NAND flash) cap-ex could drag FORM shares down with it. If any of the following were to occur in the next 12 to 18 months, justifying a continued deterioration in P/E towards the S&P 500 market multiple vs. our assumption of a normalized multiple of 20x, we calculate downside risk to $16-$17, or roughly 50% below our current price target.

# Important Disclosures and Certifications

*Analyst Certification* - The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Potential Conflicts of Interest: Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

Other companies mentioned in this report: KLAC







All price targets displayed in the chart above are for a 12-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 125 Broad St., 13th Fl., New York, NY 10004, Attention: Research Disclosure.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O)** - Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P)** - Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U)** - Stock expected to underperform the S&P 500 within the next 12-18 months.

See pages 8 - 14 for important disclosures



**Not Rated (NR)** - Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy** - anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral** - anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell** - anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

### Distribution of Ratings/IB Services Firmwide

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 373 | 47.82 | 58 | 15.54 |
| PERFORM [P] | 376 | 48.20 | 44 | 11.70 |
| UNDERPERFORM [U] | 23 | 2.94 | 0 | 0.00 |
| NOT RATED [NR] | 8 | 1.02 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

## Company Specific Disclosures

The Oppenheimer & Co. Inc. analyst(s) who covers this company also has a long position in KLAC.

A member of the household of an Oppenheimer & Co. Inc. research analyst who covers this company has a long position in KLAC.

Oppenheimer & Co. Inc. makes a market in the securities of FORM, KLAC.

**Additional Information Available**

Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 125 Broad Street, New York, NY 10004, Attention: Research Disclosure

## Other Disclosures



This report is issued and approved for distribution by Oppenheimer & Co. Inc., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitute for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor.Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report.Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc.All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2008.

**Oppenheimer and Co. Inc**
125 Broad Street
New York, NY 10004
(212) 668-8000

**Institutional Sales**

**New York**
(800) 221-5588
(212) 943-9055

**Boston**
(800) 470-2750
(617) 428-5544

**Atlanta**
(800) 554-1386
(404) 262-5302

**Houston**
(800) 231-7509
(713) 650-2000

**Chicago**
(800) 621-2103
(312) 360-5500

**San Francisco**
(800) 820-6726
(415) 438-3000

**Kansas City**
(866) 377-3304
(816) 932-7021

**Institutional Trading**

**New York**
(800) 533-8987
(212) 668-8091

**Boston**
(800) 470-2750
(617) 428-5551

**Dallas**
(866) 618-5927
(972) 450-3844

**San Francisco**
(888) 693-9333