# FormFactor, Inc. Announces 2006 Fourth Quarter and Year-End Financial Results

*Record Revenue and Profit in Fourth Quarter Caps Another Record Year in 2006 with 55% Revenue Growth*

LIVERMORE, Calif., Jan 31, 2007 (BUSINESS WIRE) -- FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the fourth quarter and fiscal year 2006, ended December 30, 2006. Quarterly revenues were $98.7 million, up 2% from $96.8 million in the third quarter of fiscal 2006, and up 37% from $71.8 million in the fourth quarter of fiscal 2005. Revenues for the fiscal year ended December 30, 2006 were $369.2 million, up 55% from $237.5 million in fiscal year 2005.

Net income for the fourth quarter of fiscal 2006 was $18.9 million or $0.39 per share on a fully diluted basis, which included $4.6 million or $0.09 per share of incremental FAS 123R stock option expense, net of tax. This compares to $15.8 million or $0.33 per share on a fully diluted basis for the third quarter of fiscal 2006, which included $3.9 million or $0.08 per share of incremental FAS 123R stock option expense, net of tax. Net income for the fourth quarter of fiscal 2005 was $10.5 million or $0.25 per share on a fully diluted basis, which was prior to the adoption of FAS 123R.

Net income for fiscal year 2006 was $60.8 million or $1.29 per share on a fully diluted basis, which included $13.6 million, or $0.29 per share of incremental FAS 123R stock option expense, net of tax, compared to $30.2 million or $0.73 per share on a fully diluted basis for fiscal year 2005.

"We finished 2006 with another record quarter as revenue and profit reached historical highs. 2006 was an exceptional year for FormFactor, with 55% annual revenue growth, fueled by strong contributions to growth from our Memory and Logic businesses. At the same time, we expanded our product offerings in multiple markets," said Igor Khandros, CEO of FormFactor. "We believe the market outlook for advanced probe cards remains strong as we enter 2007."

The company has posted its revenue breakdown by region and market segment on the Investors section of its website at www.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PST, or 4:30 p.m. EST, today. The public is invited to listen to a live web cast of FormFactor's conference call on the Investors section of the company's website at www.formfactor.com. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available until February 2, 2007 at 6:30 p.m. PST and can be accessed by dialing 888-286-8010 or 617-801-6888 and entering confirmation code 84401442.

About FormFactor:

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's website at www.formfactor.com.

FormFactor and MicroSpring are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, demand for our products and future growth. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of

risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the rate at which semiconductor manufacturers implement manufacturing capability changes, make the transition to smaller nanometer technology nodes and implement tooling cycles; the company's ability to add manufacturing capacity, ramp production volume and expand globally, including to execute on its global manufacturing roadmap; the company's ability to develop and deliver innovative technologies, and to enforce its intellectual property rights; and the company's ability to implement and execute processes and structures for increasing productivity and supporting growth. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal period ended December 31, 2005 and the company's Form 10-Q for the quarterly period ended September 30, 2006, filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the company's SEC filings are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

FORMFACTOR, INC.
CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data)
(Unaudited)

|  | Three Months Ended | | Fiscal Years Ended | |
|---|---|---|---|---|
|  | December 30, 2006 | December 31, 2005 | December 30, 2006 | December 31, 2005 |
| Revenues | $98,693 | $71,819 | $369,213 | $237,495 |
| Cost of revenues | 47,536 | 36,618 | 178,235 | 130,102 |
| Gross margin | 51,157 | 35,201 | 190,978 | 107,393 |
| Operating expenses: | | | | |
| Research and development | 13,211 | 8,887 | 46,608 | 28,348 |
| Selling, general and administrative | 18,506 | 12,461 | 71,540 | 43,744 |
| Total operating expenses | 31,717 | 21,348 | 118,148 | 72,092 |
| Operating income | 19,440 | 13,853 | 72,830 | 35,301 |
| Interest income | 4,986 | 1,370 | 15,183 | 4,282 |
| Other income (expense), net | 159 | (437) | 204 | (1,091) |
|  | 5,145 | 933 | 15,387 | 3,191 |
| Income before income taxes | 24,585 | 14,786 | 88,217 | 38,492 |
| Provision for income taxes | 5,665 | 4,306 | 27,429 | 8,310 |
| Net income | $18,920 | $10,480 | $60,788 | $30,182 |

Net income per share:

|  |  |  |  |  |
|---|---|---|---|---|
| Basic | $0.40 | $0.26 | $1.35 | $0.76 |
| Diluted | $0.39 | $0.25 | $1.29 | $0.73 |
| Weighted-average number of shares used in per share calculations: |  |  |  |  |
| Basic | 46,813 | 40,118 | 45,172 | 39,547 |
| Diluted | 48,701 | 41,859 | 47,193 | 41,590 |

FORMFACTOR, INC.
CONSOLIDATED BALANCE SHEETS
(In thousands, except per share data)
(Unaudited)

|  | December 30, 2006 | December 31, 2005 |
|---|---|---|
| **ASSETS** |  |  |
| Current assets: |  |  |
| Cash and cash equivalents | $284,131 | $31,217 |
| Marketable securities | 208,263 | 180,391 |
| Accounts receivable, net | 54,571 | 43,967 |
| Inventories | 24,778 | 18,404 |
| Deferred tax assets | 13,651 | 11,396 |
| Prepaid expenses and other current assets | 12,138 | 7,169 |
| Total current assets | 597,532 | 292,544 |
| Restricted cash | 2,250 | 2,250 |
| Property and equipment, net | 94,064 | 81,588 |
| Deferred tax assets | 5,814 | 4,518 |
| Other assets | 945 | 461 |
| Total assets | $700,605 | $381,361 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
| Current liabilities: |  |  |
| Accounts payable | $31,273 | $26,369 |
| Accrued liabilities | 28,334 | 20,467 |
| Income tax payable | 10,541 | 9,697 |
| Deferred rent | 447 | 313 |
| Deferred revenue and customer advances | 7,273 | 3,588 |
| Total current liabilities | 77,868 | 60,434 |

```
Deferred rent and other long term liabilities     5,125        3,138
                                               -----------  -----------
    Total liabilities                             82,993       63,572

Stockholders' equity:
  Common stock, $0.001 par value                      47           40
  Additional paid in capital                     504,709      268,291
  Deferred stock-based compensation                    -       (2,495)
  Accumulated other comprehensive loss              (244)        (359)
  Retained earnings                              113,100       52,312
                                               -----------  -----------
    Total stockholders' equity                   617,612      317,789
                                               -----------  -----------
    Total liabilities and stockholders'
      equity                                   $700,605     $381,361
                                               ===========  ===========
```

SOURCE: FormFactor, Inc.

FormFactor, Inc.
Ron C. Foster, Chief Financial Officer, 925-290-4024
or
Investor Relations:
Brooke Deterline or Annie Leschin, 925-290-4949
IR@FormFactor.com

Copyright Business Wire 2007

News Provided by COMTEX

Close Window