## Overview of FY2007 Third Quarter Financial Results (Consolidated)
### (Prepared in accordance with U.S. GAAP)
### (Unaudited)

January 29, 2008

| | |
|---|---|
| Company name: | **Advantest Corporation** |
| Stock exchanges on which shares are listed: | First section of the Tokyo Stock Exchange |
| Stock code number: | 6857 |
| URL: | http://www.advantest.co.jp/investors/en-index.shtml |
| Company representative: | Toshio Maruyama, Representative Board Director, President and CEO |
| Contact person: | Hiroshi Nakamura, Executive Officer, Senior Vice President of the Financial Group |
| | (TEL (03) 3214-7500) |

(Rounded to the nearest million yen)

**1. Consolidated Financial Results of FY2007 3Q (April 1, 2007 through December 31, 2007)**

(1)・Consolidated Financial Results                    (% changes as compared with the corresponding period of the previous fiscal year)

| | Net sales | | Operating income | | Income before income taxes and equity in earnings of affiliated company | | Net income | |
|---|---|---|---|---|---|---|---|---|
| | Million yen | % increase (decrease) | Million yen | % increase (decrease) | Million yen | % increase (decrease) | Million yen | % increase (decrease) |
| **FY2007 Q3** | **149,871** | **(9.8)** | **25,589** | **(36.2)** | **29,382** | **(32.2)** | **19,945** | **(28.2)** |
| FY2006 Q3 | 166,222 | (5.0) | 40,100 | (0.9) | 43,309 | 0.6 | 27,791 | 7.1 |
| FY2006 | 235,012 | ・ | 56,792 | ・ | 61,090 | ・ | 35,556 | ・ |

| | Net income per share (basic) | Net income per share (diluted) |
|---|---|---|
| | Yen | Yen |
| **FY2007 Q3** | **108.60** | **108.36** |
| FY2006 Q3 | 148.62 | 147.66 |
| FY2006 | 190.01 | 188.85 |

(2)・Consolidated Financial Position

| | Total assets | Net assets | Equity-to-assets ratio | Net assets per share |
|---|---|---|---|---|
| | Million yen | Million yen | % | Yen |
| **FY2007 Q3** | **314,057** | **265,500** | **84.5** | **1,486.32** |
| FY2006 Q3 | 348,293 | 283,224 | 81.3 | 1,512.13 |
| FY2006 | 366,374 | 294,797 | 80.5 | 1,570.99 |

(3)・Consolidated Cash Flows

| | Cash flows from operating activities | Cash flows from investing activities | Cash flows from financing activities | Cash and cash equivalents at end of period |
|---|---|---|---|---|
| | Million yen | Million yen | Million yen | Million yen |
| **FY2007 Q3** | **5,446** | **(9,745)** | **(46,765)** | **144,184** |
| FY2006 Q3 | 29,251 | (6,214) | (4,839) | 178,043 |
| FY2006 | 48,951 | (8,013) | (3,662) | 196,395 |

・・・・・・・・・

Advantest Corporation - Consolidated (December 2007)

**2. (Reference) Projected Results for FY2007 (April 1, 2007 through March 31, 2008)**

(% changes as compared with the corresponding period of the previous fiscal year)

| | Net sales | | Operating income | | Income before income taxes and equity in earnings of affiliated company | | Net income | | Net income per share (basic) |
|---|---|---|---|---|---|---|---|---|---|
| | Million yen | % increase (decrease) | Million yen | % increase (decrease) | Million yen | % increase (decrease) | Million yen | % increase (decrease) | Yen |
| FY2007 | 180,000 | (23.4) | 24,000 | (57.7) | 25,000 | (59.1) | 17,000 | (52.2) | 92.56 |

**3. Others**

(1) Changes in significant subsidiaries during 3Q of FY2007:                      No

   (Changes in specified subsidiaries resulting in changes in scope of consolidation)

(2) Use of simplified accounting method:                                                    Yes

(3) Changes in accounting method from the most recent fiscal year:          No

(Note) Please see "4. Others" in " Qualitative information / Financial Statements" on page 4 for details.

**Explanation on the Appropriate Use of Future Earnings Projections and Other Special Instructions**

1.  The consolidated earnings forecast for the fiscal year ending March 31, 2008 released on October 26, 2007 was revised in consideration of the third quarter financial results for the fiscal year ending March 31, 2008 and the future prospects.  Please see "Revision of Earnings Forecast for the Fiscal Year Ending March 31, 2008", released on January 24, 2008, for matters pertaining to the revision.

2.  This document contains "forward-looking statements" that are based on Advantest's current expectations, estimates and projections. These forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause Advantest's actual results, levels of activity, performance or achievements to be materially different from those expressed or implied by such forward-looking statements. These factors include: (i) changes in demand for the products and services produced and offered by Advantest's customers, including semiconductors, communications services and electronic goods; (ii) circumstances relating to Advantest's investment in technology, including its ability to timely develop products that meet the changing needs of semiconductor manufacturers and communications network equipment and components makers and service providers; (iii) significant changes in the competitive environment in the major markets where Advantest purchases materials, components and supplies for the production of its products or where its products are produced, distributed or sold; and (iv) changes in economic conditions, currency or political stability in the major markets where Advantest procures materials, components and supplies for the production of its principal products or where its products are produced, distributed or sold.  A discussion of these and other factors which may affect Advantest's actual results, levels of activity, performance or achievements is contained in the "Operating and Financial Review and Prospects", "Key Information - Risk Factors" and "Information on the Company" sections and elsewhere in Advantest's annual report on Form 20-F, which is on file with the United States Securities and Exchange Commission. For the assumptions on which earnings projections are made and other related matters, please see "3. Qualitative Information Regarding Projected Consolidated Earnings" in "Qualitative Information / Financial Statements" on page 4.

[Qualitative Information / Financial Statements]

1. Qualitative Information Regarding Consolidated Financial Results

With respect to Advantest's operating environment in the third quarter of the fiscal year ending March 31, 2008 (April 1, 2007 through December 31, 2007), the future of the economy remained uncertain due to turmoil in the financial market triggered by the sub-prime loan crisis in the U.S. which increased concerns of a slowdown of the Japanese and the U.S. economies. Particularly, in the semiconductor related markets, a substantial decline in the price of DRAM semiconductors due to the deterioration of the supply and demand balance in the semiconductor market resulted in semiconductor manufacturers freezing or postponing their capital expenditure programs. Accordingly, Advantest's business environment was extremely difficult.

In this difficult environment, Advantest's orders input received and net sales, particularly for semiconductor test systems, fell substantially below what was initially anticipated, and despite efforts to reduce costs by Advantest and its consolidated subsidiaries, such as further improving quality and productivity through the implementation of the just-in-time-production-system in order to secure profitability, income also fell substantially below what was initially anticipated.

Accordingly, orders input received decreased by 27.0% from the previous third quarter to ¥ 126.4 billion, net sales decreased by 9.8% from the previous third quarter to ¥149.9 billion, income before income taxes and equity in earnings of affiliated company decreased by 32.2% from the previous third quarter to ¥ 29.4 billion, and net income decreased by 28.2% from the previous third quarter to ¥ 19.9 billion. Furthermore, the percentage of net sales to overseas customers was 69.1%, compared to 63.9% in the previous third quarter.

(Results by Business Segment)

In the third quarter of the fiscal year ending March 31, 2008, semiconductor manufacturers' inclination towards capital expenditure declined due to the deterioration of the supply and demand balance and decline in prices in the semiconductor market. Accordingly, the results for test systems for both memory and non memory semiconductors in the Semiconductor and Component Test System Segment fell below what was initially anticipated.

In the memory semiconductor market of this segment, the price of DRAM semiconductors was expected to improve as a result of an increase in demand for personal computers with a new operating system. However, because the improvement in DRAM inventory in the market did not occur and there was nothing to indicate an improvement in prices, demand for test systems for DRAM semiconductors remained weak throughout the third quarter. On the other hand, in the non memory semiconductor market, demand for the test systems for digital consumer electronic ICs remained strong and demand for the test systems for LCD driver ICs improved temporarily in the first half of the third quarter. However, capital expenditure by semiconductor manufacturers was restrained in the latter half of the third quarter due to concerns with respect to the future of the economy. Accordingly, orders input received amounted to ¥ 90.5 billion, net sales amounted to ¥ 109.6 billion and operating income amounted to ¥ 24.6 billion.

In the Mechatronics System Segment, due to continuing weakness in the demand for test systems for DRAM semiconductors, orders input received amounted to ¥ 24.4 billion, net sales amounted to ¥ 28.5 billion and operating income amounted to ¥ 3.4 billion.

In the Services, Support and Others Segment, orders input received amounted to ¥ 14.6 billion, net sales amounted to ¥ 14.3 billion and operating income amounted to ¥ 2.7 billion.

2. Qualitative Information Regarding Consolidated Financial Position

Total assets at the end of the third quarter decreased by ¥ 52.3 billion from the end of the previous fiscal year to ¥ 314.1 billion. The decrease is mainly attributable to decrease in cash and cash equivalents by ¥ 52.2 billion. Total liabilities decreased by ¥ 23.0 billion to ¥ 48.6 billion, due to factors such as a decrease in trade accounts payable. Furthermore, net assets was ¥ 265.5 billion and the equity-to-assets ratio increased by 4.0% to 84.5%.

(Cash Flow Statements)

Cash and cash equivalents at the end of the third quarter decreased by ¥ 52.2 billion from the end of the previous fiscal year to ¥ 144.2 billion. The situation of each type of cash flow during this third quarter and the contributing factors are as follows:

Cash flows from operating activities was an inflow of ¥ 5.4 billion. This is primarily attributable to a net income of ¥ 19.9 billion and a decrease of ¥ 12.7 billion in trade accounts payable.

Cash flows from investing activities was an outflow of ¥ 9.7 billion, consisting primarily of purchases of property, plant and equipment, including lease assets.

Cash flows from financing activities was an outflow of ¥ 46.8 billion, consisting primarily of ¥ 36.6 billion in payments to acquire treasury stock and ¥ 10.4 billion in dividend payments.

3. Qualitative Information Regarding Projected Consolidated Earnings

With respect to Advantest's future forecast, due to the continuing stagnation of the price of semiconductors during and after the third quarter of the current fiscal year, as well as the increasing uncertainty with respect to the future of the economy resulting from the instability of the financial market and concerns over a slowdown of the U.S. economy, semiconductor manufacturers' inclination towards capital expenditure has shown further decline. Accordingly, the consolidated earnings forecast for the fiscal year ending March 31, 2008 was revised in "Revision of Earnings Forecast for the Fiscal Year Ending March 31, 2008", which was released on January 24, 2008, as follows:

(Reference)
[FY2007 (April 1, 2007 through March 31, 2008)]

|  | Net sales | Operating income | Income before income taxes and equity in earnings of affiliated company | Net income |
|---|---|---|---|---|
| Previous forecast (A) (As of October 26, 2007) | Million yen 230,000 | Million yen 47,000 | Million yen 51,000 | Million yen 33,000 |
| Revised forecast (B) (As of January 24, 2008) | 180,000 | 24,000 | 25,000 | 17,000 |
| Difference (B)-(A) | (50,000) | (23,000) | (26,000) | (16,000) |

4. Others

(1) Changes in significant subsidiaries during 3Q of FY2007:
   (Changes in specified subsidiaries resulting in changes in scope of consolidation)
   None.

(2) Use of simplified accounting method:
   Simplified tax effect accounting is used for the calculation of tax expenses for the purpose of the quarterly financial results.

(3) Changes in accounting method from the most recent fiscal year:
   None.

5. Quarterly Consolidated Financial Statements (Summary)                Advantest Corporation - Consolidated (December 2007)

1. Quarterly Consolidated Balance Sheets (Summary)

| Item | FY2006 (As of March 31, 2007) Amount (in million yen) | Percentage (%) | Q3 of FY2007 (As of December 31, 2007) Amount (in million yen) | Percentage (%) | Increase (Decrease) Amount (in million yen) | Q3 of FY2006 (As of December 31, 2006) Amount (in million yen) | Percentage (%) |
|---|---|---|---|---|---|---|---|
| (Assets) | | | | | | | |
| Cash and cash equivalents | 196,395 | | 144,184 | | (52,211) | 178,043 | |
| Trade receivables, net | 54,264 | | 44,833 | | (9,431) | 45,337 | |
| Inventories | 31,976 | | 34,613 | | 2,637 | 35,820 | |
| Other current assets | 12,173 | | 17,118 | | 4,945 | 16,572 | |
| Total current assets | 294,808 | 80.5 | 240,748 | 76.7 | (54,060) | 275,772 | 79.2 |
| | | | | | | | |
| Investment securities | 11,370 | 3.1 | 8,955 | 2.8 | (2,415) | 11,342 | 3.3 |
| Property, plant and equipment, net | 49,650 | 13.6 | 52,249 | 16.6 | 2,599 | 49,482 | 14.2 |
| Intangible assets, net | 3,101 | 0.8 | 3,298 | 1.1 | 197 | 2,890 | 0.8 |
| Other assets | 7,445 | 2.0 | 8,807 | 2.8 | 1,362 | 8,807 | 2.5 |
| Total assets | 366,374 | 100.0 | 314,057 | 100.0 | (52,317) | 348,293 | 100.0 |
| | | | | | | | |
| (Liabilities) | | | | | | | |
| Current portion of long-term debt | 10 | | 5 | | (5) | 10 | |
| Trade accounts payable | 29,095 | | 16,294 | | (12,801) | 26,145 | |
| Other current liabilities | 31,547 | | 22,725 | | (8,822) | 24,143 | |
| Total current liabilities | 60,652 | 16.6 | 39,024 | 12.4 | (21,628) | 50,298 | 14.5 |
| | | | | | | | |
| Long-term debt, excluding current portion | · | · | · | · | · | 5 | 0.0 |
| Accrued pension and severance cost | 8,267 | 2.2 | 7,458 | 2.4 | (809) | 11,193 | 3.2 |
| Other liabilities | 2,658 | 0.7 | 2,075 | 0.7 | (583) | 3,573 | 1.0 |
| Total liabilities | 71,577 | 19.5 | 48,557 | 15.5 | (23,020) | 65,069 | 18.7 |
| | | | | | | | |
| (Stockholders' equity) | | | | | | | |
| Common stock | 32,363 | 8.8 | 32,363 | 10.3 | · | 32,363 | 9.3 |
| Capital surplus | 39,256 | 10.7 | 39,787 | 12.7 | 531 | 38,303 | 11.0 |
| Retained earnings | 273,082 | 74.6 | 282,252 | 89.9 | 9,170 | 265,126 | 76.1 |
| Accumulated other comprehensive income (loss) | 3,652 | 1.0 | 842 | 0.2 | (2,810) | 2,549 | 0.7 |
| Treasury stock | (53,556) | (14.6) | (89,744) | (28.6) | (36,188) | (55,117) | (15.8) |
| Total stockholders' equity | 294,797 | 80.5 | 265,500 | 84.5 | (29,297) | 283,224 | 81.3 |
| Total liabilities and stockholders' equity | 366,374 | 100.0 | 314,057 | 100.0 | (52,317) | 348,293 | 100.0 |

Advantest Corporation - Consolidated (December 2007)

## 2. Quarterly Consolidated Statements of Income (Summary)

| Item | Q3 of FY2006<br>April 1, 2006 through<br>December 31, 2006 | | | Q3 of FY2007<br>April 1, 2007 through<br>December 31, 2007 | | | Increase<br>(Decrease) | | FY2006<br>April 1, 2006 through<br>March 31, 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount<br>(in million yen) | | Percentage<br>(%) | Amount<br>(in million yen) | | Percentage<br>(%) | Amount<br>(in million yen) | | Amount<br>(in million yen) | | Percentage<br>(%) |
| Net sales | | 166,222 | 100.0 | | 149,871 | 100.0 | | (16,351) | | 235,012 | 100.0 |
| Cost of sales | | 75,822 | 45.6 | | 70,430 | 47.0 | | (5,392) | | 108,718 | 46.3 |
| Gross profit | | 90,400 | 54.4 | | 79,441 | 53.0 | | (10,959) | | 126,294 | 53.7 |
| Research and development expenses | | 21,984 | 13.2 | | 22,888 | 15.3 | | 904 | | 29,509 | 12.6 |
| Selling, general and administrative expenses | | 28,316 | 17.1 | | 30,964 | 20.6 | | 2,648 | | 39,993 | 16.9 |
| Operating income | | 40,100 | 24.1 | | 25,589 | 17.1 | | (14,511) | | 56,792 | 24.2 |
| Other income (expense): | | | | | | | | | | | |
| Interest and dividends income | 2,178 | | | 3,117 | | | 939 | | 3,026 | | |
| Interest expense | (12) | | | (9) | | | 3 | | (16) | | |
| Other | 1,043 | 3,209 | 1.9 | 685 | 3,793 | 2.5 | (358) | 584 | 1,288 | 4,298 | 1.8 |
| Income before income taxes and equity in earnings (loss) of affiliated company | | 43,309 | 26.0 | | 29,382 | 19.6 | | (13,927) | | 61,090 | 26.0 |
| Income taxes | | 15,513 | 9.3 | | 9,394 | 6.3 | | (6,119) | | 25,520 | 10.9 |
| Equity in earnings (loss) of affiliated company | | (5) | (0.0) | | (43) | (0.0) | | (38) | | (14) | (0.0) |
| Net income | | 27,791 | 16.7 | | 19,945 | 13.3 | | (7,846) | | 35,556 | 15.1 |

| Item | Q3 of FY2006<br>April 1, 2006 through<br>December 31, 2006 | Q3 of FY2007<br>April 1, 2007 through<br>December 31, 2007 | Increase<br>(Decrease) | FY2006<br>April 1, 2006 through<br>March 31, 2007 |
|---|---|---|---|---|
| | Amount (in yen) | Amount (in yen) | Amount (in yen) | Amount (in yen) |
| Net income per share | | | | |
| Basic | 148.62 | 108.60 | (40.02) | 190.01 |
| Diluted | 147.66 | 108.36 | (39.30) | 188.85 |

Advantest Corporation - Consolidated (December 2007)

3. Quarterly Consolidated Statements of Cash Flows (Summary)

| Item | Q3 of FY2006 April 1, 2006 through December 31, 2006 Amount (in million yen) | Q3 of FY2007 April 1, 2007 through December 31, 2007 Amount (in million yen) | FY2006 April 1, 2006 through March 31, 2007 Amount (in million yen) |
|---|---|---|---|
| •Cash flows from operating activities: | | | |
| Net income | 27,791 | 19,945 | 35,556 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 6,105 | 6,380 | 8,214 |
| Changes in assets and liabilities: | | | |
| Trade receivables | 24,686 | 9,309 | 15,563 |
| Inventories | (5,906) | (2,643) | (2,054) |
| Trade accounts payable | (6,621) | (12,712) | (3,318) |
| Income taxes payable | (14,699) | (9,260) | (10,586) |
| Other | (2,105) | (5,573) | 5,576 |
| Net cash provided by operating activities | 29,251 | 5,446 | 48,951 |
| •Cash flows from investing activities: | | | |
| Purchases of property, plant and equipment | (5,666) | (7,887) | (7,511) |
| Other | (548) | (1,858) | (502) |
| Net cash used in investing activities | (6,214) | (9,745) | (8,013) |
| •Cash flows from financing activities: | | | |
| Payments to acquire treasury stock | (40) | (36,563) | (68) |
| Dividends paid | (7,300) | (10,441) | (7,468) |
| Other | 2,501 | 239 | 3,874 |
| Net cash used in financing activities | (4,839) | (46,765) | (3,662) |
| •Net effect of exchange rate changes on cash and cash equivalents | 1,920 | (1,147) | 1,194 |
| •Net change in cash and cash equivalents | 20,118 | (52,211) | 38,470 |
| •Cash and cash equivalents at beginning of period | 157,925 | 196,395 | 157,925 |
| •Cash and cash equivalents at end of period | 178,043 | 144,184 | 196,395 |

Advantest Corporation - Supplemental Information (December 2007)

Supplemental Information to FY2007 Third Quarter Financial Results

## 1. Business Segment Operating Income

(Rounded to the nearest million yen)

| | | | Q3 of FY2006 April 1, 2006 through December 31, 2006 | | Q3 of FY2007 April 1, 2007 through December 31, 2007 | | Increase (Decrease) | FY2006 April 1, 2006 through March 31, 2007 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Amount | Percentage (%) |
| Semiconductor and Component Test System | | Net sales to unaffiliated customers | 114,736 | 97.8 | 107,342 | 97.9 | (7,394) | 164,899 | 98.3 |
| | | Intersegment sales | 2,609 | 2.2 | 2,274 | 2.1 | (335) | 2,916 | 1.7 |
| | Sales | | 117,345 | 100.0 | 109,616 | 100.0 | (7,729) | 167,815 | 100.0 |
| | Operating expenses | | 82,789 | 70.6 | 85,023 | 77.6 | 2,234 | 119,207 | 71.0 |
| | Operating income before stock option compensation expenses | | 34,556 | 29.4 | 24,593 | 22.4 | (9,963) | 48,608 | 29.0 |
| Mechatronics System | | Net sales to unaffiliated customers | 37,688 | 99.5 | 28,249 | 99.2 | (9,439) | 51,801 | 99.6 |
| | | Intersegment sales | 201 | 0.5 | 240 | 0.8 | 39 | 224 | 0.4 |
| | Sales | | 37,889 | 100.0 | 28,489 | 100.0 | (9,400) | 52,025 | 100.0 |
| | Operating expenses | | 27,859 | 73.5 | 25,057 | 88.0 | (2,802) | 38,378 | 73.8 |
| | Operating income before stock option compensation expenses | | 10,030 | 26.5 | 3,432 | 12.0 | (6,598) | 13,647 | 26.2 |
| Services, Support and Others | | Net sales to unaffiliated customers | 13,798 | 100.0 | 14,280 | 100.0 | 482 | 18,312 | 100.0 |
| | | Intersegment sales | - | - | - | - | - | - | - |
| | Sales | | 13,798 | 100.0 | 14,280 | 100.0 | 482 | 18,312 | 100.0 |
| | Operating expenses | | 12,107 | 87.7 | 11,572 | 81.0 | (535) | 15,442 | 84.3 |
| | Operating income before stock option compensation expenses | | 1,691 | 12.3 | 2,708 | 19.0 | 1,017 | 2,870 | 15.7 |
| Elimination and Corporate | | Net sales to unaffiliated customers | - | | - | | - | - | |
| | | Intersegment sales | (2,810) | 100.0 | (2,514) | 100.0 | 296 | (3,140) | 100.0 |
| | Sales | | (2,810) | 100.0 | (2,514) | 100.0 | 296 | (3,140) | 100.0 |
| | Operating expenses | | 2,068 | - | 2,054 | - | (14) | 2,627 | - |
| | Operating income (loss) before stock option compensation expenses | | (4,878) | - | (4,568) | - | 310 | (5,767) | - |
| Consolidated | | Net sales to unaffiliated customers | 166,222 | 100.0 | 149,871 | 100.0 | (16,351) | 235,012 | 100.0 |
| | | Intersegment sales | - | - | - | - | - | - | - |
| | Net sales | | 166,222 | 100.0 | 149,871 | 100.0 | (16,351) | 235,012 | 100.0 |
| | Operating expenses | | 124,823 | 75.1 | 123,706 | 82.5 | (1,117) | 175,654 | 74.7 |
| | Operating income before stock option compensation expenses | | 41,399 | 24.9 | 26,165 | 17.5 | (15,234) | 59,358 | 25.3 |
| | Adjustment: Stock based compensation expense | | 1,299 | 0.8 | 576 | 0.4 | (723) | 2,566 | 1.1 |
| | Operating income | | 40,100 | 24.1 | 25,589 | 17.1 | (14,511) | 56,792 | 24.2 |

(Notes)   1. Adjustments to operating income (loss) in Corporate principally represent corporate general and administrative expenses and research and development expenses related to fundamental research activities that are not allocated to operating segments.
2. Advantest uses the operating income (loss) before stock option compensation expenses for management's analysis of business segment results.

## 2. Consolidated Net Sales by Geographic Segment

(Rounded to the nearest million yen)

| | | Q3 of FY2006 April 1, 2006 through December 31, 2006 | | Q3 of FY2007 April 1, 2007 through December 31, 2007 | | Increase (Decrease) | FY2006 April 1, 2006 through March 31, 2007 | |
|---|---|---|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Amount | Percentage (%) |
| | Americas | 8,439 | 5.1 | 6,219 | 4.1 | (2,220) | 10,158 | 4.3 |
| | Europe | 7,905 | 4.8 | 7,138 | 4.8 | (767) | 11,238 | 4.8 |
| | Asia | 89,912 | 54.0 | 90,253 | 60.2 | 341 | 140,782 | 59.9 |
| | Total Overseas | 106,256 | 63.9 | 103,610 | 69.1 | (2,646) | 162,178 | 69.0 |
| | Japan | 59,966 | 36.1 | 46,261 | 30.9 | (13,705) | 72,834 | 31.0 |
| | Consolidated | 166,222 | 100.0 | 149,871 | 100.0 | (16,351) | 235,012 | 100.0 |

Advantest Corporation - Supplemental Information (December 2007)

3. Consolidated Net Sales by Business Segment

(Rounded to the nearest million yen)

| | Q3 of FY2006 (April 1, 2006 through December 31, 2006) | Q3 of FY2007 (April 1, 2007 through December 31, 2007) | Increase (Decrease) | FY2006 (April 1, 2006 through March 31, 2007) |
|---|---|---|---|---|
| Semiconductor and Component Test System | 117,345 | 109,616 | (7,729) | 167,815 |
| for memory semiconductors | 69,071 | 78,627 | 9,556 | 109,541 |
| for non memory semiconductors | 48,274 | 30,989 | (17,285) | 58,274 |
| Mechatronics System | 37,889 | 28,489 | (9,400) | 52,025 |
| Services, Support and Others | 13,798 | 14,280 | 482 | 18,312 |
| Intercompany transactions elimination | (2,810) | (2,514) | 296 | (3,140) |
| Total net sales | 166,222 | 149,871 | (16,351) | 235,012 |

4. Consolidated Orders Input Received and Orders Backlog by Business Segment

(Rounded to the nearest million yen)

| | Q3 of FY2006 (April 1, 2006 through December 31, 2006) | Q3 of FY2007 (April 1, 2007 through December 31, 2007) | Increase (Decrease) | FY2006 (April 1, 2006 through March 31, 2007) |
|---|---|---|---|---|
| Semiconductor and Component Test System | 121,540 | 90,510 | (31,030) | 175,126 |
| Mechatronics System | 42,585 | 24,383 | (18,202) | 54,861 |
| Services, Support and Others | 13,739 | 14,568 | 829 | 18,013 |
| Intercompany transactions elimination | (4,718) | (3,012) | 1,706 | (5,131) |
| Total orders input received | 173,146 | 126,449 | (46,697) | 242,869 |

| | Q3 of FY2006 (As of December 31, 2006) | Q3 of FY2007 (As of December 31, 2007) | Increase (Decrease) | FY2006 (As of March 31, 2007) |
|---|---|---|---|---|
| Semiconductor and Component Test System | 40,410 | 24,420 | (15,990) | 43,526 |
| Mechatronics System | 12,588 | 6,621 | (5,967) | 10,727 |
| Services, Support and Others | 979 | 1,027 | 48 | 739 |
| Intercompany transactions elimination | (2,002) | (2,582) | (580) | (2,084) |
| Total orders backlog | 51,975 | 29,486 | (22,489) | 52,908 |

(Note)  The amount of orders input received for any given period consists of the sum of the revenues for such period and the amount of orders backlog at the end of such period less the orders backlog at the end of the previous fiscal year. Orders input received are recorded upon receipt of a written customer order.

5. Consolidated Capital Expenditures, Depreciation and Amortization and Research and Development Expenses

(Rounded to the nearest million yen)

| | Q3 of FY2006 (April 1, 2006 through December 31, 2006) | Q3 of FY2007 (April 1, 2007 through December 31, 2007) | Increase (Decrease) | FY2006 (April 1, 2006 through March 31, 2007) |
|---|---|---|---|---|
| Capital expenditures | 5,257 | 10,278 | 5,021 | 8,336 |
| Depreciation and amortization | 6,105 | 6,380 | 275 | 8,214 |
| Research and Development Expenses | 21,984 | 22,888 | 904 | 29,509 |
| Percentage of net Sales | 13.2 | 15.3 | * | 12.6 |

6. Number of Employees (Advantest Corporation and Consolidated Subsidiaries)

(Persons)

| | FY2006 (As of March 31, 2007) | Q3 of FY2007 (As of December 31, 2007) | Increase (Decrease) | Q3 of FY2006 (As of December 31, 2006) |
|---|---|---|---|---|
| Non-Consolidated (Parent Company Only) | 1,454 | 1,463 | 9 | 1,466 |
| Consolidated subsidiaries | 2,183 | 2,215 | 32 | 2,178 |
| Consolidated full-time employee total | 3,637 | 3,678 | 41 | 3,644 |