Yahoo! | My Yahoo! | Mail | More    New User? Sign Up    Sign In   Help    Make Y! your homepage

YAHOO! FINANCE    [Web Search]

Dow ↓ 0.09%  Nasdaq ↓ 0.55%    Wed, Apr 30, 2008, 8:14PM ET - U.S

[GET QUOTES]    Finance Search

## FormFactor Inc. (FORM)

At 4:00PM ET: **19.27** ↓

  

### Historical Prices

Get **Historical Prices** for: [    ] [GO]

**SET DATE RANGE**

Start Date: Jun 1 2007    Eg. Jan 1, 2003    ● Daily
End Date: Feb 5 2008                         ○ Weekly
                                             ○ Monthly
                                             ○ Dividends Only

[Get Prices]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 5-Feb-08 | 25.49 | 25.93 | 23.19 | 23.19 | 3,500,700 | 23.19 |
| 4-Feb-08 | 25.28 | 26.64 | 25.26 | 26.23 | 1,653,900 | 26.23 |
| 1-Feb-08 | 24.37 | 25.98 | 24.28 | 25.95 | 1,034,700 | 25.95 |
| 31-Jan-08 | 23.99 | 24.43 | 23.83 | 24.22 | 902,200 | 24.22 |
| 30-Jan-08 | 24.26 | 24.91 | 24.13 | 24.41 | 960,300 | 24.41 |
| 29-Jan-08 | 24.64 | 24.80 | 24.09 | 24.48 | 940,800 | 24.48 |
| 28-Jan-08 | 24.56 | 24.87 | 24.12 | 24.44 | 1,013,700 | 24.44 |
| 25-Jan-08 | 25.36 | 25.49 | 24.45 | 24.66 | 1,220,500 | 24.66 |
| 24-Jan-08 | 25.60 | 26.24 | 24.92 | 24.95 | 1,357,600 | 24.95 |
| 23-Jan-08 | 25.03 | 25.61 | 24.07 | 25.58 | 1,057,700 | 25.58 |
| 22-Jan-08 | 24.95 | 26.71 | 17.25 | 25.69 | 865,800 | 25.69 |
| 18-Jan-08 | 26.37 | 27.35 | 25.90 | 26.62 | 649,200 | 26.62 |
| 17-Jan-08 | 28.28 | 28.65 | 26.15 | 26.22 | 883,100 | 26.22 |
| 16-Jan-08 | 26.74 | 29.04 | 25.83 | 28.22 | 1,575,300 | 28.22 |
| 15-Jan-08 | 26.50 | 26.60 | 25.17 | 25.71 | 1,001,000 | 25.71 |

ADVERTISEMENT

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 14-Jan-08 | 26.60 | 27.24 | 26.60 | 26.77 | 1,013,500 | 26.77 |
| 11-Jan-08 | 28.25 | 28.70 | 25.62 | 26.36 | 1,918,800 | 26.36 |
| 10-Jan-08 | 28.42 | 29.00 | 28.03 | 28.53 | 973,900 | 28.53 |
| 9-Jan-08 | 28.55 | 28.89 | 27.68 | 28.64 | 2,015,200 | 28.64 |
| 8-Jan-08 | 30.06 | 30.84 | 28.99 | 28.99 | 560,200 | 28.99 |
| 7-Jan-08 | 30.65 | 30.95 | 29.65 | 29.98 | 864,600 | 29.98 |
| 4-Jan-08 | 31.55 | 31.97 | 30.19 | 30.57 | 661,900 | 30.57 |
| 3-Jan-08 | 33.16 | 33.38 | 31.82 | 31.97 | 787,500 | 31.97 |
| 2-Jan-08 | 32.92 | 33.86 | 32.76 | 33.16 | 995,800 | 33.16 |
| 31-Dec-07 | 33.37 | 33.80 | 32.71 | 33.10 | 334,600 | 33.10 |
| 28-Dec-07 | 34.20 | 34.50 | 33.20 | 33.47 | 324,300 | 33.47 |
| 27-Dec-07 | 34.51 | 35.00 | 33.72 | 33.85 | 432,500 | 33.85 |
| 26-Dec-07 | 33.82 | 34.87 | 33.79 | 34.51 | 412,700 | 34.51 |
| 24-Dec-07 | 33.52 | 34.12 | 33.25 | 33.62 | 210,700 | 33.62 |
| 21-Dec-07 | 33.46 | 33.46 | 32.69 | 33.39 | 764,700 | 33.39 |
| 20-Dec-07 | 31.77 | 32.82 | 31.54 | 32.82 | 528,300 | 32.82 |
| 19-Dec-07 | 31.30 | 31.67 | 31.14 | 31.57 | 773,600 | 31.57 |
| 18-Dec-07 | 31.78 | 32.04 | 30.90 | 31.42 | 506,500 | 31.42 |
| 17-Dec-07 | 32.39 | 32.51 | 31.45 | 31.46 | 718,200 | 31.46 |
| 14-Dec-07 | 32.80 | 33.79 | 32.26 | 32.71 | 744,900 | 32.71 |
| 13-Dec-07 | 32.70 | 33.33 | 32.48 | 32.91 | 882,300 | 32.91 |
| 12-Dec-07 | 33.19 | 33.27 | 32.56 | 32.93 | 960,100 | 32.93 |
| 11-Dec-07 | 33.94 | 34.41 | 32.19 | 32.32 | 1,339,200 | 32.32 |
| 10-Dec-07 | 33.98 | 35.00 | 33.68 | 33.84 | 1,524,200 | 33.84 |
| 7-Dec-07 | 38.75 | 38.75 | 33.32 | 33.90 | 5,957,600 | 33.90 |
| 6-Dec-07 | 39.08 | 39.29 | 38.27 | 38.87 | 902,600 | 38.87 |
| 5-Dec-07 | 38.74 | 39.50 | 38.36 | 39.20 | 571,200 | 39.20 |
| 4-Dec-07 | 37.34 | 38.59 | 36.87 | 38.20 | 585,600 | 38.20 |
| 3-Dec-07 | 38.08 | 38.32 | 37.55 | 37.70 | 388,200 | 37.70 |
| 30-Nov-07 | 38.57 | 38.93 | 37.44 | 37.94 | 618,000 | 37.94 |
| 29-Nov-07 | 39.01 | 39.28 | 37.48 | 38.50 | 550,400 | 38.50 |
| 28-Nov-07 | 37.94 | 39.52 | 37.59 | 39.32 | 769,800 | 39.32 |
| 27-Nov-07 | 37.22 | 37.90 | 36.78 | 37.45 | 586,800 | 37.45 |
| 26-Nov-07 | 36.39 | 37.87 | 36.39 | 36.93 | 772,300 | 36.93 |
| 23-Nov-07 | 36.81 | 36.97 | 35.87 | 36.32 | 323,000 | 36.32 |
| 21-Nov-07 | 36.99 | 37.39 | 35.53 | 36.67 | 680,100 | 36.67 |
| 20-Nov-07 | 38.30 | 38.63 | 36.60 | 37.13 | 717,500 | 37.13 |
| 19-Nov-07 | 38.81 | 38.83 | 37.63 | 38.11 | 478,900 | 38.11 |
| 16-Nov-07 | 39.05 | 39.44 | 38.29 | 39.17 | 708,400 | 39.17 |


LEARN HOW TO TRADE LIKE A PRO

I turned $33,000 into $7 MILLION in less than two years! Learn my Secrets FREE

DVD $79
BOOK $69
Special Offer! Only pay S&H of $6.95

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 15-Nov-07 | 38.29 | 39.66 | 38.28 | 38.97 | 753,700 | 38.97 |
| 14-Nov-07 | 39.25 | 39.54 | 38.72 | 39.30 | 845,700 | 39.30 |
| 13-Nov-07 | 38.90 | 39.75 | 38.17 | 39.08 | 831,500 | 39.08 |
| 12-Nov-07 | 38.59 | 39.97 | 38.15 | 38.46 | 1,118,000 | 38.46 |
| 9-Nov-07 | 38.49 | 39.36 | 37.99 | 38.75 | 938,300 | 38.75 |
| 8-Nov-07 | 37.33 | 38.03 | 36.63 | 37.68 | 544,500 | 37.68 |
| 7-Nov-07 | 37.07 | 37.97 | 36.99 | 37.02 | 478,300 | 37.02 |
| 6-Nov-07 | 37.04 | 38.18 | 36.61 | 38.09 | 809,500 | 38.09 |
| 5-Nov-07 | 36.80 | 37.00 | 36.06 | 36.72 | 770,700 | 36.72 |
| 2-Nov-07 | 38.77 | 38.77 | 37.51 | 38.02 | 813,400 | 38.02 |
| 1-Nov-07 | 39.24 | 39.24 | 37.80 | 38.25 | 804,600 | 38.25 |
| 31-Oct-07 | 38.50 | 39.53 | 37.91 | 39.11 | 1,035,300 | 39.11 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio   Set Alert   Email to a Friend

Get **Historical Prices** for Another Symbol:   [GO] Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Yahoo! | My Yahoo! | Mail | More    New User? Sign Up    Sign In    Help    Make Y! your home page

YAHOO! FINANCE    Web Search

Dow ↑ 0.29%  Nasdaq ↑ 1.00%    Wed, Apr 23, 2008, 2:31PM ET - U.S. Markets clo[sed]

GET QUOTES    Finance Search

# FormFactor Inc. (FORM)

At 2:15PM ET: **18.71** ↑

AMERITRADE — No maintenance fees.  NEW! RETIREMENT QUICKPLAN — E*TRADE Securities LLC.  Switch to Scottrade and get up to $100 back.  ACTIVE TRADERS — Fidelity

## Historical Prices

Get **Historical Prices** for: [    ] GO

**SET DATE RANGE**

Start Date: Jun 1 2007    Eg. Jan 1, 2003
End Date: Feb 5 2008

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 30-Oct-07 | 37.87 | 38.99 | 37.60 | 38.66 | 1,465,900 | 38.66 |
| 29-Oct-07 | 35.21 | 36.40 | 34.85 | 36.23 | 1,330,700 | 36.23 |
| 26-Oct-07 | 35.75 | 36.14 | 32.53 | 35.02 | 2,680,300 | 35.02 |
| 25-Oct-07 | 36.90 | 37.15 | 33.80 | 35.54 | 8,318,700 | 35.54 |
| 24-Oct-07 | 43.66 | 43.66 | 41.84 | 43.24 | 932,300 | 43.24 |
| 23-Oct-07 | 43.01 | 43.55 | 42.36 | 43.52 | 716,600 | 43.52 |
| 22-Oct-07 | 40.61 | 42.89 | 40.13 | 42.51 | 1,048,900 | 42.51 |
| 19-Oct-07 | 42.04 | 42.23 | 40.76 | 41.21 | 542,000 | 41.21 |
| 18-Oct-07 | 42.01 | 43.01 | 41.80 | 42.08 | 559,200 | 42.08 |
| 17-Oct-07 | 42.66 | 43.58 | 42.24 | 42.50 | 591,700 | 42.50 |
| 16-Oct-07 | 42.74 | 43.83 | 42.10 | 42.27 | 632,700 | 42.27 |
| 15-Oct-07 | 42.94 | 44.17 | 42.75 | 42.96 | 667,100 | 42.96 |
| 12-Oct-07 | 42.67 | 43.52 | 42.54 | 43.00 | 501,100 | 43.00 |
| 11-Oct-07 | 44.12 | 44.58 | 41.87 | 42.78 | 1,006,500 | 42.78 |
| 10-Oct-07 | 43.48 | 44.13 | 43.29 | 43.99 | 663,000 | 43.99 |

ADVERTISEMENT

FORM: Historical Prices for FORMFACTOR INC - Yahoo! Finance Page 2 of 3

Case 3:07-cv-05545-SI Document 82-35 Filed 05/05/2008 Page 5 of 8

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 9-Oct-07 | 44.70 | 44.70 | 42.75 | 43.49 | 1,104,300 | 43.49 |
| 8-Oct-07 | 45.90 | 45.90 | 44.30 | 44.48 | 716,200 | 44.48 |
| 5-Oct-07 | 45.84 | 46.37 | 44.51 | 45.89 | 590,900 | 45.89 |
| 4-Oct-07 | 45.31 | 45.65 | 44.78 | 45.47 | 432,200 | 45.47 |
| 3-Oct-07 | 46.41 | 46.58 | 44.92 | 45.18 | 623,500 | 45.18 |
| 2-Oct-07 | 46.10 | 47.25 | 45.64 | 46.72 | 554,100 | 46.72 |
| 1-Oct-07 | 44.30 | 46.50 | 44.30 | 45.84 | 686,400 | 45.84 |
| 28-Sep-07 | 45.32 | 45.45 | 44.10 | 44.37 | 886,900 | 44.37 |
| 27-Sep-07 | 46.20 | 46.23 | 44.10 | 45.45 | 1,178,100 | 45.45 |
| 26-Sep-07 | 45.85 | 46.99 | 45.77 | 46.14 | 658,000 | 46.14 |
| 25-Sep-07 | 45.40 | 45.89 | 45.10 | 45.73 | 314,100 | 45.73 |
| 24-Sep-07 | 46.78 | 46.82 | 45.45 | 45.64 | 460,300 | 45.64 |
| 21-Sep-07 | 46.06 | 47.05 | 45.46 | 46.84 | 879,900 | 46.84 |
| 20-Sep-07 | 46.98 | 47.25 | 44.71 | 45.63 | 1,703,600 | 45.63 |
| 19-Sep-07 | 47.67 | 48.48 | 46.94 | 47.47 | 774,800 | 47.47 |
| 18-Sep-07 | 46.32 | 47.69 | 45.84 | 47.35 | 859,200 | 47.35 |
| 17-Sep-07 | 46.00 | 46.21 | 45.11 | 45.98 | 847,600 | 45.98 |
| 14-Sep-07 | 45.09 | 46.52 | 44.79 | 46.23 | 369,700 | 46.23 |
| 13-Sep-07 | 45.13 | 46.23 | 45.13 | 45.71 | 417,800 | 45.71 |
| 12-Sep-07 | 45.29 | 45.64 | 44.89 | 45.03 | 408,300 | 45.03 |
| 11-Sep-07 | 44.93 | 45.55 | 44.58 | 45.41 | 468,000 | 45.41 |
| 10-Sep-07 | 45.69 | 46.90 | 44.27 | 44.78 | 665,000 | 44.78 |
| 7-Sep-07 | 46.17 | 46.26 | 44.80 | 45.58 | 649,400 | 45.58 |
| 6-Sep-07 | 46.60 | 47.15 | 46.56 | 46.97 | 907,200 | 46.97 |
| 5-Sep-07 | 46.17 | 46.59 | 45.15 | 46.50 | 852,600 | 46.50 |
| 4-Sep-07 | 45.63 | 46.30 | 45.26 | 46.13 | 964,900 | 46.13 |
| 31-Aug-07 | 44.60 | 45.55 | 44.51 | 45.36 | 567,300 | 45.36 |
| 30-Aug-07 | 43.58 | 44.49 | 43.30 | 44.25 | 541,700 | 44.25 |
| 29-Aug-07 | 43.79 | 44.27 | 43.17 | 44.20 | 527,600 | 44.20 |
| 28-Aug-07 | 43.90 | 44.10 | 43.60 | 43.69 | 523,200 | 43.69 |
| 27-Aug-07 | 44.42 | 44.44 | 43.61 | 44.22 | 597,900 | 44.22 |
| 24-Aug-07 | 42.80 | 44.56 | 42.55 | 44.38 | 873,100 | 44.38 |
| 23-Aug-07 | 43.43 | 43.48 | 42.00 | 42.75 | 535,000 | 42.75 |
| 22-Aug-07 | 42.86 | 43.34 | 42.19 | 43.21 | 748,200 | 43.21 |
| 21-Aug-07 | 43.49 | 44.00 | 41.65 | 42.20 | 990,800 | 42.20 |
| 20-Aug-07 | 44.01 | 44.40 | 43.04 | 43.51 | 552,400 | 43.51 |
| 17-Aug-07 | 43.57 | 44.47 | 43.10 | 43.87 | 1,025,300 | 43.87 |
| 16-Aug-07 | 40.65 | 42.36 | 40.17 | 42.22 | 1,415,100 | 42.22 |
| 15-Aug-07 | 40.17 | 41.20 | 39.75 | 40.42 | 656,400 | 40.42 |



FREE* DINNER FOR TWO! *with completion of program requirements at Olive Garden. CLICK HERE *complete one offer ©2007 YourPrizeSource.com

FORM: Historical Prices for FORMFACTOR INC - Yahoo! Finance    Page 6 of 8    Page 3 of 3

Case 3:07-cv-05545-SI Document 82-35    Filed 05/05/2008    Page 6 of 8

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 14-Aug-07 | 41.08 | 41.78 | 40.00 | 40.07 | 667,600 | 40.07 |
| 13-Aug-07 | 42.15 | 42.53 | 40.30 | 41.09 | 945,000 | 41.09 |
| 10-Aug-07 | 41.85 | 42.35 | 39.90 | 41.31 | 1,297,300 | 41.31 |
| 9-Aug-07 | 41.76 | 43.89 | 40.34 | 43.12 | 1,355,600 | 43.12 |
| 8-Aug-07 | 40.61 | 43.90 | 40.61 | 42.47 | 2,053,100 | 42.47 |
| 7-Aug-07 | 39.05 | 40.93 | 38.64 | 40.56 | 1,457,200 | 40.56 |
| 6-Aug-07 | 37.96 | 39.24 | 37.52 | 39.12 | 1,023,300 | 39.12 |
| 3-Aug-07 | 39.06 | 39.43 | 37.60 | 37.72 | 1,500,700 | 37.72 |
| 2-Aug-07 | 38.57 | 39.03 | 38.32 | 38.96 | 933,700 | 38.96 |
| 1-Aug-07 | 38.30 | 39.00 | 37.29 | 38.19 | 1,356,800 | 38.19 |
| 31-Jul-07 | 40.82 | 41.07 | 38.27 | 38.39 | 1,441,200 | 38.39 |
| 30-Jul-07 | 40.44 | 40.57 | 39.56 | 40.27 | 1,230,500 | 40.27 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol:    [GO] Symbol Lookup

- Stock Screener
- Splits
- Mergers & Acquisitions

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

FORM: Historical Prices for FORMFACTOR INC - Yahoo! Finance Page 1 of 3

Case 3:07-cv-05545-SI Document 32-35 Filed 05/05/2008 Page 7 of 8

Yahoo! | My Yahoo! | Mail | More    New Make Y!gyour Signeipageelp

# YAHOO! FINANCE    [Web Search]

Dow ↑ 0.21% Nasdaq ↑ 0.92%    Wed, Apr 23, 2008, 2:27PM ET - U.S. Markets clo:

---

[GET QUOTES]    Finance Search

## FormFactor Inc. (FORM)    At 2:12PM ET: 18.74 ↑

Switch to Scottrade and get up to $100 back | TD AMERITRADE No maintenance fees | E*TRADE | ACTIVE TRADERS Fidelity

### Historical Prices    Get Historical Prices for: [  ] [GO]

**SET DATE RANGE**

Start Date: Jun 1 2007   Eg. Jan 1, 2003   ⦿ Daily
End Date: Feb 5 2008                        ○ Weekly
                                            ○ Monthly
                                            ○ Dividends Only

[Get Prices]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 27-Jul-07 | 41.46 | 41.46 | 39.95 | 40.18 | 1,484,500 | 40.18 |
| 26-Jul-07 | 41.90 | 41.98 | 39.38 | 41.12 | 3,659,900 | 41.12 |
| 25-Jul-07 | 39.60 | 40.67 | 39.32 | 40.22 | 3,335,400 | 40.22 |
| 24-Jul-07 | 38.56 | 38.97 | 37.94 | 38.75 | 1,345,900 | 38.75 |
| 23-Jul-07 | 39.16 | 39.25 | 38.76 | 38.93 | 880,400 | 38.93 |
| 20-Jul-07 | 39.21 | 39.47 | 38.73 | 38.84 | 765,200 | 38.84 |
| 19-Jul-07 | 39.47 | 40.00 | 38.98 | 39.30 | 597,300 | 39.30 |
| 18-Jul-07 | 39.37 | 39.44 | 38.40 | 39.38 | 1,159,700 | 39.38 |
| 17-Jul-07 | 37.86 | 39.96 | 37.72 | 39.40 | 1,973,000 | 39.40 |
| 16-Jul-07 | 37.27 | 37.92 | 37.14 | 37.52 | 820,900 | 37.52 |
| 13-Jul-07 | 37.82 | 38.07 | 37.18 | 37.26 | 1,294,100 | 37.26 |
| 12-Jul-07 | 37.02 | 38.00 | 36.85 | 37.83 | 1,256,300 | 37.83 |
| 11-Jul-07 | 37.25 | 37.48 | 36.53 | 36.70 | 1,318,300 | 36.70 |
| 10-Jul-07 | 37.65 | 38.23 | 37.22 | 37.34 | 1,998,000 | 37.34 |
| 9-Jul-07 | 39.24 | 39.27 | 39.00 | 39.08 | 675,600 | 39.08 |

ADVERTISEMENT

FORM: Historical Prices for FORMFACTOR INC - Yahoo! Finance    Page 2 of 3

Case 3:07-cv-05545-SI Document 32-35    Filed 05/05/2008    Page 8 of 8

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 6-Jul-07 | 38.67 | 39.26 | 38.67 | 39.12 | 1,073,900 | 39.12 |
| 5-Jul-07 | 38.50 | 38.82 | 38.50 | 38.67 | 784,500 | 38.67 |
| 3-Jul-07 | 38.55 | 38.77 | 38.25 | 38.54 | 266,300 | 38.54 |
| 2-Jul-07 | 38.35 | 38.81 | 38.17 | 38.55 | 861,000 | 38.55 |
| 29-Jun-07 | 39.00 | 39.30 | 37.95 | 38.30 | 1,673,800 | 38.30 |
| 28-Jun-07 | 39.55 | 39.70 | 38.50 | 38.95 | 1,965,000 | 38.95 |
| 27-Jun-07 | 40.30 | 40.80 | 40.13 | 40.33 | 923,500 | 40.33 |
| 26-Jun-07 | 40.78 | 41.21 | 40.38 | 40.49 | 491,200 | 40.49 |
| 25-Jun-07 | 41.81 | 41.81 | 40.34 | 40.64 | 1,282,400 | 40.64 |
| 22-Jun-07 | 41.55 | 41.55 | 40.42 | 41.05 | 641,200 | 41.05 |
| 21-Jun-07 | 41.05 | 41.87 | 40.55 | 41.59 | 1,000,000 | 41.59 |
| 20-Jun-07 | 42.26 | 42.32 | 41.37 | 41.45 | 497,600 | 41.45 |
| 19-Jun-07 | 42.20 | 42.28 | 41.64 | 42.08 | 433,300 | 42.08 |
| 18-Jun-07 | 43.00 | 43.00 | 42.03 | 42.32 | 1,089,400 | 42.32 |
| 15-Jun-07 | 42.20 | 43.17 | 41.88 | 42.80 | 1,419,500 | 42.80 |
| 14-Jun-07 | 40.31 | 41.90 | 40.23 | 41.63 | 1,354,900 | 41.63 |
| 13-Jun-07 | 40.61 | 40.75 | 39.87 | 40.13 | 1,399,100 | 40.13 |
| 12-Jun-07 | 41.31 | 41.31 | 39.99 | 40.48 | 899,700 | 40.48 |
| 11-Jun-07 | 41.36 | 41.83 | 40.91 | 41.33 | 784,300 | 41.33 |
| 8-Jun-07 | 40.00 | 41.94 | 39.94 | 41.56 | 1,376,700 | 41.56 |
| 7-Jun-07 | 40.57 | 40.65 | 39.70 | 40.08 | 1,659,800 | 40.08 |
| 6-Jun-07 | 40.35 | 41.03 | 40.18 | 40.94 | 630,700 | 40.94 |
| 5-Jun-07 | 40.47 | 40.94 | 40.27 | 40.74 | 668,000 | 40.74 |
| 4-Jun-07 | 40.27 | 41.20 | 40.27 | 40.72 | 557,400 | 40.72 |
| 1-Jun-07 | 40.04 | 40.97 | 39.89 | 40.42 | 456,400 | 40.42 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

✉ Add to Portfolio   🔔 Set Alert   ✉ Email to a Friend

Get **Historical Prices** for Another Symbol: [   ] [GO] Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily