ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance   Page 1 of 3

Case 3:07-cv-05545-SI Document 28-30 Filed 05/05/2008 Page 1 of 8

Yahoo! | My Yahoo! | Mail | More    New Make Y! your Sign page Help

# YAHOO! FINANCE    [Web Search]

Dow ↑ 0.21% Nasdaq ↑ 0.93%       Wed, Apr 23, 2008, 2:28PM ET - U.S. Markets clo:

[ GET QUOTES ]    Finance Search

## Advantest Corp. (ATE)       At 1:50PM ET: **28.06** ↑






### Historical Prices       Get **Historical Prices** for: [____] [GO]

**SET DATE RANGE**

Start Date: Jun 1 2007    Eg. Jan 1, 2003    ⦿ Daily
End Date: Feb 5 2008              ○ Weekly
                                  ○ Monthly
                                  ○ Dividends Only

[ Get Prices ]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 5-Feb-08 | 22.55 | 22.55 | 22.00 | 22.09 | 17,300 | 22.09 |
| 4-Feb-08 | 22.89 | 22.89 | 22.45 | 22.57 | 23,300 | 22.57 |
| 1-Feb-08 | 22.11 | 22.57 | 22.08 | 22.33 | 25,100 | 22.33 |
| 31-Jan-08 | 21.68 | 22.27 | 21.62 | 22.04 | 46,200 | 22.04 |
| 30-Jan-08 | 21.68 | 22.60 | 21.68 | 22.32 | 41,400 | 22.32 |
| 29-Jan-08 | 21.15 | 21.19 | 20.75 | 21.09 | 20,600 | 21.09 |
| 28-Jan-08 | 21.12 | 21.46 | 20.95 | 21.35 | 44,300 | 21.35 |
| 25-Jan-08 | 21.28 | 21.40 | 20.85 | 21.06 | 74,900 | 21.06 |
| 24-Jan-08 | 22.07 | 22.07 | 20.89 | 21.49 | 55,700 | 21.49 |
| 23-Jan-08 | 23.19 | 23.84 | 22.60 | 23.84 | 110,200 | 23.84 |
| 22-Jan-08 | 24.50 | 24.80 | 23.77 | 24.42 | 77,000 | 24.42 |
| 18-Jan-08 | 25.50 | 26.23 | 25.50 | 26.11 | 29,400 | 26.11 |
| 17-Jan-08 | 24.80 | 25.09 | 24.38 | 24.42 | 26,000 | 24.42 |
| 16-Jan-08 | 24.62 | 24.69 | 24.09 | 24.30 | 13,000 | 24.30 |
| 15-Jan-08 | 25.21 | 25.21 | 24.75 | 25.00 | 27,200 | 25.00 |

ADVERTISEMENT

Case 3:07-cv-05545-SI   Document 22-30   Filed 05/05/2008   Page 2 of 8

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 14-Jan-08 | 25.38 | 25.38 | 25.15 | 25.29 | 22,700 | 25.29 |
| 11-Jan-08 | 25.46 | 25.46 | 24.77 | 24.95 | 22,500 | 24.95 |
| 10-Jan-08 | 25.64 | 26.32 | 25.64 | 26.25 | 10,600 | 26.25 |
| 9-Jan-08 | 26.00 | 26.00 | 25.09 | 25.46 | 21,000 | 25.46 |
| 8-Jan-08 | 26.90 | 26.90 | 26.22 | 26.25 | 41,000 | 26.25 |
| 7-Jan-08 | 27.18 | 27.47 | 26.96 | 27.33 | 34,900 | 27.33 |
| 4-Jan-08 | 27.62 | 27.62 | 26.60 | 26.79 | 32,600 | 26.79 |
| 3-Jan-08 | 28.35 | 28.36 | 27.83 | 28.15 | 42,900 | 28.15 |
| 2-Jan-08 | 28.31 | 28.42 | 28.15 | 28.26 | 10,700 | 28.26 |
| 31-Dec-07 | 28.49 | 28.49 | 28.06 | 28.26 | 11,200 | 28.26 |
| 28-Dec-07 | 28.16 | 28.41 | 28.09 | 28.09 | 7,500 | 28.09 |
| 27-Dec-07 | 28.82 | 28.82 | 28.48 | 28.51 | 8,900 | 28.51 |
| 26-Dec-07 | 28.87 | 29.05 | 28.79 | 28.84 | 14,400 | 28.84 |
| 24-Dec-07 | 28.63 | 28.85 | 28.63 | 28.85 | 6,200 | 28.85 |
| 21-Dec-07 | 28.37 | 28.81 | 28.29 | 28.54 | 41,500 | 28.54 |
| 20-Dec-07 | 27.14 | 27.58 | 27.14 | 27.46 | 16,000 | 27.46 |
| 19-Dec-07 | 27.45 | 27.45 | 26.77 | 27.14 | 17,400 | 27.14 |
| 18-Dec-07 | 27.77 | 27.89 | 27.31 | 27.79 | 22,600 | 27.79 |
| 17-Dec-07 | 28.08 | 28.08 | 27.37 | 27.37 | 40,900 | 27.37 |
| 14-Dec-07 | 28.84 | 29.00 | 28.58 | 28.68 | 39,000 | 28.68 |
| 13-Dec-07 | 29.50 | 29.50 | 28.31 | 28.67 | 20,700 | 28.67 |
| 12-Dec-07 | 30.97 | 31.36 | 30.28 | 30.47 | 36,300 | 30.47 |
| 11-Dec-07 | 31.13 | 31.55 | 30.28 | 30.55 | 36,500 | 30.55 |
| 10-Dec-07 | 30.37 | 31.16 | 30.37 | 30.88 | 27,800 | 30.88 |
| 7-Dec-07 | 31.32 | 31.32 | 30.96 | 31.17 | 18,100 | 31.17 |
| 6-Dec-07 | 30.82 | 31.53 | 30.82 | 31.53 | 27,200 | 31.53 |
| 5-Dec-07 | 29.26 | 29.89 | 29.26 | 29.61 | 44,800 | 29.61 |
| 4-Dec-07 | 28.58 | 28.58 | 28.17 | 28.28 | 9,400 | 28.28 |
| 3-Dec-07 | 28.69 | 29.10 | 28.69 | 29.10 | 22,000 | 29.10 |
| 30-Nov-07 | 28.54 | 28.66 | 28.20 | 28.39 | 15,700 | 28.39 |
| 29-Nov-07 | 27.97 | 28.46 | 27.97 | 28.34 | 23,800 | 28.34 |
| 28-Nov-07 | 26.90 | 27.48 | 26.90 | 27.39 | 19,500 | 27.39 |
| 27-Nov-07 | 26.75 | 27.42 | 26.75 | 27.33 | 18,200 | 27.33 |
| 26-Nov-07 | 26.64 | 26.74 | 26.16 | 26.30 | 17,600 | 26.30 |
| 23-Nov-07 | 26.78 | 27.21 | 26.78 | 27.16 | 12,400 | 27.16 |
| 21-Nov-07 | 26.13 | 26.13 | 25.71 | 25.92 | 9,600 | 25.92 |
| 20-Nov-07 | 26.65 | 27.07 | 26.24 | 26.62 | 23,400 | 26.62 |
| 19-Nov-07 | 26.23 | 26.32 | 25.91 | 26.20 | 9,400 | 26.20 |
| 16-Nov-07 | 25.75 | 26.42 | 25.75 | 26.35 | 12,600 | 26.35 |



newsmax.com

**Should Hillary Quit?**

Vote Here Now!

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 15-Nov-07 | 26.34 | 26.34 | 25.88 | 26.07 | 14,700 | 26.07 |
| 14-Nov-07 | 27.55 | 27.92 | 27.38 | 27.58 | 15,700 | 27.58 |
| 13-Nov-07 | 27.48 | 27.92 | 27.48 | 27.74 | 17,600 | 27.74 |
| 12-Nov-07 | 26.66 | 26.91 | 26.50 | 26.59 | 31,800 | 26.59 |
| 9-Nov-07 | 26.44 | 26.72 | 26.00 | 26.62 | 33,400 | 26.62 |
| 8-Nov-07 | 27.20 | 27.51 | 26.81 | 26.94 | 17,400 | 26.94 |
| 7-Nov-07 | 27.81 | 27.81 | 27.04 | 27.24 | 14,400 | 27.24 |
| 6-Nov-07 | 28.18 | 28.34 | 28.08 | 28.34 | 27,200 | 28.34 |
| 5-Nov-07 | 27.95 | 28.18 | 27.73 | 28.07 | 10,400 | 28.07 |
| 2-Nov-07 | 28.70 | 28.70 | 28.10 | 28.44 | 13,700 | 28.44 |
| 1-Nov-07 | 29.15 | 29.15 | 28.52 | 28.82 | 26,500 | 28.82 |
| 31-Oct-07 | 28.25 | 29.33 | 28.25 | 29.15 | 56,100 | 29.15 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol:    GO Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance Page 1 of 3

Case 3:07-cv-05545-ST Document 22-30 Filed 05/05/2008 Page 4 of 8

Yahoo! | My Yahoo! | Mail | More         New! Make Y! your home page    Sign In Help

# YAHOO! FINANCE     [Web Search]

Dow ↑ 0.21%  Nasdaq ↑ 0.93%                Wed, Apr 23, 2008, 2:28PM ET - U.S. Markets clo:

[GET QUOTES]    Finance Search

## Advantest Corp. (ATE)                                           At 1:50PM ET: **28.06** ↑

  

### Historical Prices                           Get **Historical Prices** for: [    ] [GO]

**SET DATE RANGE**

Start Date: Jun 1 2007    Eg. Jan 1, 2003    ● Daily
End Date:   Feb 5 2008                       ○ Weekly
                                             ○ Monthly
                                             ○ Dividends Only

[Get Prices]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 30-Oct-07 | 27.40 | 27.40 | 26.99 | 27.24 | 20,000 | 27.24 |
| 29-Oct-07 | 28.31 | 28.31 | 27.93 | 28.10 | 23,900 | 28.10 |
| 26-Oct-07 | 30.40 | 30.40 | 28.87 | 29.47 | 24,100 | 29.47 |
| 25-Oct-07 | 30.10 | 31.13 | 30.06 | 30.64 | 22,900 | 30.64 |
| 24-Oct-07 | 30.84 | 30.84 | 30.17 | 30.41 | 31,700 | 30.41 |
| 23-Oct-07 | 31.45 | 31.46 | 31.00 | 31.27 | 28,200 | 31.27 |
| 22-Oct-07 | 31.94 | 31.94 | 30.96 | 31.61 | 47,800 | 31.61 |
| 19-Oct-07 | 32.23 | 32.29 | 31.78 | 32.03 | 76,100 | 32.03 |
| 18-Oct-07 | 31.80 | 31.87 | 31.48 | 31.72 | 28,800 | 31.72 |
| 17-Oct-07 | 31.85 | 32.39 | 31.66 | 32.15 | 149,500 | 32.15 |
| 16-Oct-07 | 32.15 | 32.22 | 31.76 | 32.00 | 11,900 | 32.00 |
| 15-Oct-07 | 32.85 | 32.96 | 32.33 | 32.45 | 23,200 | 32.45 |
| 12-Oct-07 | 30.72 | 31.05 | 30.48 | 30.94 | 66,500 | 30.94 |
| 11-Oct-07 | 29.91 | 30.33 | 29.72 | 29.80 | 18,600 | 29.80 |
| 10-Oct-07 | 30.21 | 30.38 | 30.12 | 30.27 | 6,100 | 30.27 |

ADVERTISEMENT

ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance    Page 2 of 3

Case 3:07-cv-05545-SI   Document 22-30   Filed 05/05/2008   Page 5 of 8

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 9-Oct-07 | 30.35 | 30.35 | 29.81 | 29.98 | 12,500 | 29.98 |
| 8-Oct-07 | 30.20 | 30.23 | 29.97 | 30.06 | 7,800 | 30.06 |
| 5-Oct-07 | 30.49 | 30.56 | 30.31 | 30.47 | 14,100 | 30.47 |
| 4-Oct-07 | 31.34 | 31.57 | 31.30 | 31.49 | 13,900 | 31.49 |
| 3-Oct-07 | 31.70 | 31.70 | 31.26 | 31.29 | 20,600 | 31.29 |
| 2-Oct-07 | 31.95 | 32.36 | 31.95 | 32.31 | 9,800 | 32.31 |
| 1-Oct-07 | 30.96 | 31.44 | 30.96 | 31.17 | 27,700 | 31.17 |
| 28-Sep-07 | 31.08 | 31.19 | 30.93 | 30.99 | 16,000 | 30.99 |
| 27-Sep-07 | 30.63 | 31.09 | 30.63 | 31.05 | 12,800 | 31.05 |
| 26-Sep-07 | 30.00 | 30.00 | 29.41 | 29.63 | 23,600 | 29.63 |
| 26-Sep-07 | | | $ 0.216 Dividend | | | |
| 25-Sep-07 | 30.55 | 30.75 | 30.07 | 30.33 | 26,200 | 30.11 |
| 24-Sep-07 | 31.61 | 32.00 | 31.55 | 31.58 | 16,200 | 31.36 |
| 21-Sep-07 | 31.94 | 32.41 | 31.54 | 31.71 | 10,400 | 31.48 |
| 20-Sep-07 | 32.31 | 32.31 | 31.70 | 31.84 | 31,500 | 31.61 |
| 19-Sep-07 | 33.20 | 33.67 | 33.20 | 33.49 | 11,900 | 33.25 |
| 18-Sep-07 | 33.00 | 33.30 | 32.67 | 33.29 | 11,000 | 33.05 |
| 17-Sep-07 | 33.50 | 33.54 | 33.25 | 33.36 | 7,500 | 33.12 |
| 14-Sep-07 | 33.16 | 33.80 | 32.96 | 33.72 | 16,300 | 33.48 |
| 13-Sep-07 | 33.52 | 33.52 | 32.80 | 33.12 | 36,400 | 32.88 |
| 12-Sep-07 | 34.92 | 34.92 | 34.27 | 34.46 | 22,700 | 34.21 |
| 11-Sep-07 | 35.08 | 35.21 | 34.75 | 34.97 | 5,800 | 34.72 |
| 10-Sep-07 | 35.26 | 35.41 | 34.92 | 35.17 | 11,300 | 34.92 |
| 7-Sep-07 | 35.55 | 35.75 | 35.33 | 35.54 | 13,600 | 35.29 |
| 6-Sep-07 | 36.67 | 37.03 | 36.54 | 36.89 | 12,300 | 36.63 |
| 5-Sep-07 | 36.84 | 36.84 | 36.16 | 36.34 | 6,500 | 36.08 |
| 4-Sep-07 | 36.80 | 37.37 | 36.31 | 37.16 | 29,600 | 36.90 |
| 31-Aug-07 | 36.69 | 36.98 | 36.18 | 36.80 | 29,000 | 36.54 |
| 30-Aug-07 | 35.60 | 36.00 | 35.27 | 35.82 | 20,900 | 35.56 |
| 29-Aug-07 | 35.42 | 36.18 | 35.06 | 36.05 | 14,700 | 35.79 |
| 28-Aug-07 | 35.85 | 35.87 | 35.25 | 35.27 | 28,400 | 35.02 |
| 27-Aug-07 | 36.25 | 36.25 | 35.90 | 36.12 | 17,100 | 35.86 |
| 24-Aug-07 | 36.51 | 36.83 | 36.18 | 36.64 | 11,900 | 36.38 |
| 23-Aug-07 | 37.15 | 37.35 | 36.88 | 37.21 | 9,400 | 36.95 |
| 22-Aug-07 | 37.22 | 37.37 | 36.88 | 37.32 | 12,800 | 37.05 |
| 21-Aug-07 | 37.55 | 37.55 | 36.88 | 37.25 | 11,000 | 36.98 |
| 20-Aug-07 | 38.32 | 38.39 | 37.97 | 38.26 | 58,600 | 37.99 |
| 17-Aug-07 | 38.72 | 39.00 | 38.48 | 38.79 | 17,400 | 38.51 |
| 16-Aug-07 | 38.01 | 38.34 | 37.40 | 38.30 | 10,900 | 38.03 |


What's Your Credit Score?
○ 795
✓ 678
○ 537
Find Out!
Experian
©2007 Consumerinfo.com, Inc.

ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance    Page 3 of 3

Case 3:07-cv-05545-SI Document 23-36 Filed 05/05/2008 Page 6 of 8

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 15-Aug-07 | 38.55 | 38.75 | 38.19 | 38.31 | 19,700 | 38.04 |
| 14-Aug-07 | 38.95 | 38.95 | 38.25 | 38.46 | 7,300 | 38.19 |
| 13-Aug-07 | 39.70 | 39.74 | 39.50 | 39.50 | 10,900 | 39.22 |
| 10-Aug-07 | 39.00 | 40.06 | 39.00 | 39.89 | 44,000 | 39.61 |
| 9-Aug-07 | 37.64 | 38.23 | 37.64 | 37.85 | 18,800 | 37.58 |
| 8-Aug-07 | 37.35 | 37.95 | 37.35 | 37.70 | 38,300 | 37.43 |
| 7-Aug-07 | 37.00 | 37.28 | 36.87 | 37.27 | 24,500 | 37.00 |
| 6-Aug-07 | 37.15 | 37.60 | 37.15 | 37.60 | 17,400 | 37.33 |
| 3-Aug-07 | 37.50 | 37.50 | 36.58 | 36.64 | 41,300 | 36.38 |
| 2-Aug-07 | 37.83 | 37.83 | 37.53 | 37.80 | 52,800 | 37.53 |
| 1-Aug-07 | 37.60 | 37.79 | 37.25 | 37.59 | 32,800 | 37.32 |
| 31-Jul-07 | 39.00 | 39.32 | 38.71 | 38.88 | 47,000 | 38.60 |
| 30-Jul-07 | 39.41 | 39.62 | 39.09 | 39.40 | 14,100 | 39.12 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol:    GO Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance       Page 1 of 3

Case 3:07-cv-05545-SI Document K2330 Filed 05/05/2008 Page 7 of 8

Yahoo! | My Yahoo! | Mail | More          New Make Y! your home page Help

# YAHOO! FINANCE    [Web Search]

Dow ↑ 0.21%  Nasdaq ↑ 0.93%          Wednesday, April 23, 2008, 2:28PM ET - U.S. Markets close in 1 ho

[GET QUOTES]    Finance Search

## Advantest Corp. (ATE)                    At 1:50PM ET: 28.06 ↑

100% FREE TRADES — E*TRADE Securities LLC    ACTIVE TRADERS Fidelity    TD AMERITRADE TRADE FREE FOR 30 DAYS + GET $100    Switch to Scottrade and get up to $100 back

### Historical Prices          Get **Historical Prices** for:  [GO]

**SET DATE RANGE**

Start Date: Jun 1 2007    Eg. Jan 1, 2003    ⊙ Daily
End Date: Feb 5 2008                          ○ Weekly
                                              ○ Monthly
                                              ○ Dividends Only

[Get Prices]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 27-Jul-07 | 39.64 | 39.92 | 39.34 | 39.51 | 16,500 | 39.23 |
| 26-Jul-07 | 40.30 | 40.70 | 39.74 | 40.24 | 28,800 | 39.95 |
| 25-Jul-07 | 43.24 | 43.25 | 42.77 | 43.25 | 23,400 | 42.94 |
| 24-Jul-07 | 43.00 | 43.00 | 42.50 | 42.84 | 35,200 | 42.53 |
| 23-Jul-07 | 43.09 | 43.28 | 42.86 | 43.16 | 81,400 | 42.85 |
| 20-Jul-07 | 43.50 | 43.50 | 42.94 | 43.05 | 100,200 | 42.74 |
| 19-Jul-07 | 44.13 | 44.24 | 43.83 | 44.11 | 13,400 | 43.80 |
| 18-Jul-07 | 44.06 | 44.92 | 43.94 | 44.36 | 23,600 | 44.04 |
| 17-Jul-07 | 44.69 | 45.47 | 44.54 | 45.27 | 58,100 | 44.95 |
| 16-Jul-07 | 44.35 | 44.93 | 44.35 | 44.44 | 38,200 | 44.12 |
| 13-Jul-07 | 44.55 | 44.88 | 44.38 | 44.54 | 61,100 | 44.22 |
| 12-Jul-07 | 43.60 | 44.20 | 43.58 | 44.20 | 19,300 | 43.89 |
| 11-Jul-07 | 43.96 | 44.37 | 43.90 | 44.37 | 22,200 | 44.05 |
| 10-Jul-07 | 44.28 | 44.46 | 44.09 | 44.12 | 13,100 | 43.81 |
| 9-Jul-07 | 43.96 | 44.00 | 43.85 | 43.96 | 8,100 | 43.65 |

ADVERTISEMENT

ATE: Historical Prices for ADVANTEST (KAB) ADS - Yahoo! Finance    Page 2 of 3

Case 3:07-cv-05545-SI   Document 32-30   Filed 05/05/2008   Page 8 of 8

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 6-Jul-07 | 44.32 | 44.38 | 43.98 | 44.12 | 15,700 | 43.81 |
| 5-Jul-07 | 43.82 | 43.82 | 43.41 | 43.72 | 7,000 | 43.41 |
| 3-Jul-07 | 43.56 | 44.06 | 43.56 | 44.06 | 2,700 | 43.75 |
| 2-Jul-07 | 43.10 | 43.62 | 43.10 | 43.43 | 14,000 | 43.12 |
| 29-Jun-07 | 43.60 | 43.77 | 43.47 | 43.74 | 4,200 | 43.43 |
| 28-Jun-07 | 43.56 | 43.79 | 43.39 | 43.64 | 6,200 | 43.33 |
| 27-Jun-07 | 43.25 | 44.12 | 43.25 | 43.97 | 16,500 | 43.66 |
| 26-Jun-07 | 44.63 | 44.63 | 43.72 | 43.73 | 14,600 | 43.42 |
| 25-Jun-07 | 44.56 | 45.13 | 44.50 | 44.51 | 18,100 | 44.19 |
| 22-Jun-07 | 43.90 | 44.22 | 43.77 | 43.88 | 26,300 | 43.57 |
| 21-Jun-07 | 43.20 | 43.32 | 43.06 | 43.32 | 25,900 | 43.01 |
| 20-Jun-07 | 42.35 | 42.73 | 42.35 | 42.41 | 25,300 | 42.11 |
| 19-Jun-07 | 42.24 | 42.37 | 41.93 | 42.30 | 4,200 | 42.00 |
| 18-Jun-07 | 43.11 | 43.19 | 42.56 | 42.67 | 6,200 | 42.37 |
| 15-Jun-07 | 43.31 | 43.31 | 42.94 | 43.26 | 4,600 | 42.95 |
| 14-Jun-07 | 43.06 | 43.07 | 42.71 | 43.07 | 2,900 | 42.76 |
| 13-Jun-07 | 42.18 | 42.56 | 42.17 | 42.56 | 14,600 | 42.26 |
| 12-Jun-07 | 42.26 | 42.26 | 41.76 | 41.76 | 11,500 | 41.46 |
| 11-Jun-07 | 43.10 | 43.10 | 42.73 | 42.85 | 7,200 | 42.54 |
| 8-Jun-07 | 43.04 | 43.04 | 42.66 | 43.04 | 9,700 | 42.73 |
| 7-Jun-07 | 43.62 | 43.62 | 42.94 | 42.97 | 3,300 | 42.66 |
| 6-Jun-07 | 43.96 | 43.96 | 43.47 | 43.60 | 8,000 | 43.29 |
| 5-Jun-07 | 44.07 | 44.38 | 43.88 | 44.29 | 14,500 | 43.97 |
| 4-Jun-07 | 43.36 | 43.52 | 43.18 | 43.43 | 5,500 | 43.12 |
| 1-Jun-07 | 43.28 | 43.74 | 43.25 | 43.45 | 11,100 | 43.14 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [    ] [GO] Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily