FormFactor Inc.

January 29, 2008
4:55 PM ET

CJ Muse: Thank you for coming; appreciate it. My name is CJ Muse with Lehman Brothers, and it's my pleasure to introduce the CFO of FormFactor, Ron Foster.

Well, I guess before I hand it over, the breakout room is immediately to our left, and you know, if we finish up earlier than the half hour, we'll take some Q&A here then we'll move over.

With that, Ron?

Ron Foster: Thanks CJ, and welcome to all of you this afternoon. I'll refer you to our most recently filed financial statements, some of them very recently, as you probably know for forward-looking statements and other risk factors related to the business. Also, we'll be referring to some non-GAAP financial measures potentially during the presentation, so I refer you to the definitions in our filings.

Going through a quick business overview here, FormFactor, on a page here, in terms of the value proposition of our company; we're industry leader in a fast-growing market. We have revenue drivers at every stage of the semiconductor business cycle, and I'll show you some comparisons of that to the semi business cycle. We're amplifying existing markets with, with new products, and have a number of new offerings; one most recently announced this week.

We're differentiating in custom business via scale and technology. One important thing that you need to understand about the probe card business and FormFactor's business specifically is that we make custom products custom to every design, so we have some unique business features related to the custom nature of our business.

We're expanding the global presence with the Singapore operations. Currently, all of our facilities are in Livermore, California here locally in the Bay and we will be expanding there, and I'll elaborate on that.

We have strong profit margins while we're continuing to invest for growth, including our move to Singapore, and we have completed inventory valuation restatements. We actually filed them within the normal deadlines of the SEC filings, but did have some adjustments on inventory valuation, inventory reserves that affected 2006, and also the first half of 2007 was about an $0.08 negative EPS impact in 2006, and about a $0.06 favorable EPS impact, favorable EPS impact in the first half of 2007.

We make semiconductor wafer test probe cards. Where we are in the operation is in the center of the process. We're typically categorized in the back end of the semiconductor manufacturing cycle because that's where much of the testing occurs with package burn-in and package final tests, but the reality is that wafer test occurs at the back of the front end between the front-end operations and before the back-end operations occur. So it's very much a control tower in the overall business operation that helps our customers evaluate how they're performing electrically. It's the first electrical test on the devices to validate device performance, and also enables them to, in some cases in the memory world, to repair devices on the wafer and improve their yields. So one of the contributions of our product is, is early test results, which enable them to only package good devices downstream, and also to improve yields by repair processes in the front end.

The FormFactor Solution is an advanced wafer probe card. To tell you a little bit about the probe card world; traditionally, in the past, it's been predominantly conventional probe cards, needle technologies and other traditional technologies that have serviced wafer testing. FormFactor started introducing advanced probe card technologies using MEMS, a micro electric mechanical system approach, and did that in the 90s, and we have been growing since then year-by-year, expanding our business, and acquiring more customers and markets with our MEMS probe card technology.

An example of it here, a blown-up version, the center portion of the picture is the active area we call the probe head, with all the micro springs that actually touch down on the contacts on each device on the wafer. You can see the blow-up version here, that shows the actual cantilever spring construction that allows us to touch down gently, properly scrub each contact point, and get a good electrical connection. And today, we do this with literally tens of thousands of springs touching down at one time on our probe cards, and enabling high parallelism in testing; that is, testing many devices at one time and feeding that information to the tester.

If you look at the semiconductor capital equipment business shown in the orange here, over the last ten years, the revenue in that market has been fairly variable. The line on this graph is the probe card market over that timeframe. The key message here is that we have different drivers in the probe card business. I will elaborate on some of those, which even cause us to sell probe cards in down markets. Very often, FormFactor is categorized with the semi-cap equipment players, and tends to move with them in the marketplace, but the reality is that our business drivers are significantly different, and even in down markets, we see demand drivers for our product.

For example, one of the things that FormFactor contributes with advanced probe cards is lowering our customers' costs of tests. One of the benefits of having high parallelism probe cards is that they can test more devices with fewer testers and fewer probers, and therefore, reduce the cost of tests of their devices. And even in down markets, you will see customers making those kinds of moves to improve their profit and margin.

Likewise, getting better information with more accurate test results, our customers have reported back to us that we improve their yields between one and three percentage points, and a yield is worth many millions of dollars in a standard fab on an annual basis, exceeding the cost of the probe cards. And that yield improvement comes from getting better electrical results and enabling them to go back and repair those devices and not package the bad ones downstream.

If you look at the advanced probe card market growth, this is a picture we actually put together at the beginning of the year, with an estimation of the markets, showing the actuals through 2006, and the projections forward into 2010 by category. The important message in here is that there's

FormFactor Inc.
1/29/2008 - 4:55 PM ET
Speaker ID 34
Page #3

one big driver that I've already mentioned, and that is the parallelism I've just been describing that's been driving advanced probe card business in recent years.

Emerging now, and certainly has become significant in 2007, and will continue into the future, is what we call KGD; that stands for Known Good Die. As I mentioned at the outset, a lot of the testing actually occurs in the back end of the process after devices are already packaged. FormFactor now offers probe cards that enable full final testing on a wafer before the device is packaged. And that is what we call KGD, and it's an emerging market today with a lot of growth opportunity going forward.

The rough breakdown here, it also shows the DRAM market is the green at the bottom, a very robust market for probe cards, and we expect it to continue to be a strong market given the testing challenges and the high cost of tests in the DRAM marketplace. And also flash market, that's both NAND and Norflash, a healthy marketplace today, and growing into the future. And the Logic market is going to be a continuing growing market as it begins to adopt advanced probe cards as we go into the future.

I mentioned about overall testing; the, the tester equipment's marketplace is about an $8.6 billion market, as you see on the bottom right there. We live in the wafer test part of that pie, which is shown there, and the probe card market is the 13 percent of that total tester market; that's the total probe card market, both conventional and advanced. Message number one here is that parallelism is shifting economics from probers and testers into probe cards; i.e. we can test more devices in one touchdown, enabling our customers to expand their capacity and volume with fewer testers than would otherwise be required and fewer probers. And those economics have been and will continue to be compelling to our customers.

In the back end, there's typically two pieces to go in; burn in, package-level burn in, which is shown here, and as I mentioned, KGD, or Known Good Die adoption, we now offer probe cards that enable burn-in testing on the wafer. So we announced a month or so ago that we shipped our first 40,000 spring probe card, full wafer contactor probe card with 40,000 contacts on it that was for a wafer level burn-in application. This market is just emerging, but it means that our customers can actually test at temperature cycling up to 130° to 150° Centigrade with these probe cards and don't have to package in order to get that feedback on the performance of their devices.

And very importantly, if you look at the rest of the markets, Known Good Die is also impacting this portion of the market with package level testing, full final tests, full speed tests being enabled by our probe cards on the wafer. So we have a family of products called HFTAP, High Frequency Test at Probe, that enables full final, full speed tests at frequency up to 400, 500 megahertz today, and we'll be able to go on up from there as, as customers begin to adopt KGD for more and more applications.

So if you look at FormFactor and the strategic growth opportunities, we're enhancing our leading position in DRAM, NOR, and Microprocessor Logic markets where we have significant revenue percentage in those markets today, and we continue to introduce new products, Harmony XP, the Known Good Die, as I mentioned, which consists of our wafer level burn-in and High Frequency Test at Probe products. We see this as a continuing market expansion in the projections I showed earlier, and leading the industry in next-generation technologies with new spring designs, which improve test performance.

Tester resource extension is actually a proprietary technology to FormFactor that allows us to amplify our tester resources and actually increase parallelism beyond what the testers were designed to handle; i.e. if they were designed natively for 64 devices in one touchdown, we can

FormFactor Inc.
1/29/2008 - 4:55 PM ET
Speaker ID 34
Page #4

raise that up to four times that, say 256 devices in one touchdown with our tester resource extension. So both our probe cards and TRE technology enable high parallelism solutions.

We intend to penetrate and expand into new markets; NAND and Wire-bond Logic, and SOC markets. The product we announced this week was our True Scale product for Wire-bonded Logic. We have not had a product specifically designed for Wire-bonded Logic market, but now we have that available in the marketplace.

In the NAND marketplace, we have introduced in our Harmony platform a full wafer contactor, one touchdown device for NAND markets. We are a relatively small percentage of the revenue in that market today, and it's an opportunity for us to grow as we go forward.

In amplifying markets for advanced probe cards, as I mentioned, tester resource extension, moving that technology ahead, and also Known Good Die. Today, Known Good Die is, is a product that's used primarily in consumer mobile applications, notably cell phones that go into stacked packages, and that's where Known Good Die has mainly been adopted. Other markets have yet to really adopt Known Good Die applications, but we look forward to that in the future as we go forward.

If you look at our differentiation in terms of lowering costs of tests for our customers, how are the ways that FormFactor actually differentiates itself from competitors and provides added value to our customers; notably, we have technology leadership. We have a world-class MEMS R&D facility, a very unique facility. There is nothing else like it in the world. We have very high R&D investments relative to the rest of the marketplace, investing 12 to 14 percent of our revenue, and we're about half of the revenue in the advanced probe card market, and the other competitors constitute the other half. We have our micro spring technology, and our proprietary tester resource extension technologies.

A quick view of our FormFactor three-dimensional MEMS probe card; it is a three-dimensional MEMS, so not only using micro electro mechanical, but ability to vary in three dimensions. Another notable thing about it is that it uses photo lithographic processes for fabrication and automated assembly. Other competitive MEMS technologies are typically two-dimensional; that means they're limited and we believe will have challenges scaling with customer roadmaps as their pad sizes and pad pitches get smaller and smaller, which happens each generation, so they cannot fan in on three dimensions as our technology can. And they're also individually assembled with some kind of machinery, pick and place or whatever, which doesn't have the accuracy that our technology does.

I mentioned the market size; we're in the advanced probe card market, number one in size in about 50 percent of the market. The other players -- this is 2006 data -- you can see a rate out here, GEM has been the second largest for two or three years now. We believe that today, the most significant competitor is MJC; they have probably taken share from the others; when the data comes out next year, may be in the second place position, and certainly see them as a significant competitor going forward in some of the markets we serve. But there has been general movement among the players year-by-year, and FormFactor continues to differentiate itself with its technology.

Other differentiators; helping our customers lower their cost to test; we have a very comprehensive product portfolio. We have custom products, as I mentioned, made for every application, the KGD products that we have in the portfolio are very significant. And just to show you an example of that, one of the things that KGD offers is we make a custom probe card today, custom for every customer's design. Any time they change a design, it means they need all new probe cards. That changes the revenue dynamics of the probe card business because unlike other capital equipment

FormFactor Inc.
1/29/2008 - 4:55 PM ET
Speaker ID 34
Page #5

companies who typically sell into incremental capacity, we change out our customers' probe cards every time they change a design or do a device shrink in addition to when they add capacity. And the entire install base of probe cards gets changed out; they typically change them out every nine to 12 months. So it's a rapid cycle.

In addition, in the KGD world, we have historically just sold the sort card into each one of those designs, a custom sort card. Today, with KGD emerging as a market opportunity for wafer level tests, we offer our wafer level burn-in card on the left, and a High Frequency Test at Probe on the right. There's the opportunity and potential depending upon customers' test protocols, to sell three probe cards, three different designs into each one of their applications, and every time they do a node shrink or a design change, the opportunity to sell those.

Going through each one of our segments in a little bit more detail here; in the DRAM side of the markets, PH150 XP is our flagship product. It's used for high, high pin count, small device geometries. It's about 90 percent of the market today in DRAM; typically does, covers a 300 millimeter DRAM in four to six touchdowns, and has been a significant contributor to our, to our business.

The new product in, for emerging market is our Harmony XP product for DRAM. This is a product that can enable two and three touchdowns on a full wafer contactor application. What that means is the dimension of the probe head, the active area with the springs on it, is 300 millimeters across. So it completely covers the wafer as it comes down. The tester capabilities today do not enable one touchdown testing in DRAM because there simply isn't enough tester capacity, but with our TRE technology, and this probe card, we can get the three and two touchdowns in DRAM applications. And this market is emerging today.

One of the things you may have heard from prior comments on the call, we have been having some challenges getting up the Harmony ramp. Our customers' demand for full wafer contactors has exceeded our ability to ramp, and we have had some challenges in the fourth quarter, and believe it will be into the second quarter of next year before we get caught up with demand. So that has been a challenge that's left some business for a competitor related to Harmony as that market emerges. That being said, we believe from customer feedback that the harmony product has got differentiating capability, vis-à-vis competitors' applications and we'll be able to ramp that product going forward.

If you look at the Flash marketplace, it also uses our Harmony product. In this case, it's a one touchdown application because the tester resources are sufficient that one touchdown can be done in Flash solutions on the NAND side of the market. And we have demonstrated with our Harmony product again, good performance where our downtime is significantly lower than competitors, and in a high throughput Flash environment such as the NAND Flash, that's an important distinction that can significantly improve productivity and throughput in our customers' stats. This is also affected by our capacity limitations that I have mentioned related to a Harmony ramp, and it will be a couple of quarters before we get through those challenges.

If you look at Logic and SOC, we see this as a good long-term growth market opportunity for us. Today, our major activity is with one leading flip-chip customer we've been involved with a number of years. We see opportunity expand with other microprocessors and chip set customers going forward, and as I mentioned in our introduction, the Wire-bond market with our introduction of True Scale probe card communicated this week, that gives us a roadmap down to 30 microns per Wire-bonded Logic applications, which is about 90 percent of the devices in the Logic marketplace today where we haven't had significant involvement.

FormFactor Inc.
1/29/2008 - 4:55 PM ET
Speaker ID 34
Page #6

And in this market, we believe with high parallelism solutions of our advanced probe card technology, we can generate an order or magnitude improvement in cost of tests through higher parallelisms results.

On the, continuing on the lowering our customers' cost of tests, another area is strategic customer relationships, one thing that's significantly going on in our world is that testing is becoming more challenging for our customers. In memory, you have to test every bit, and so as Moore's Law continues to get more and more density per square millimeter of space, there need to be ways to lower that cost of test per bit. Parallelism is one of those solutions; KGD applications and tester resource extension are other things we offer to help with that. Increasingly, it becomes a strategic relationship with a customer in optimizing their test process and test sell to get their costs down and reduce their test times and overall test costs.

And finally, we have significant expansion plans in mind, both in near term in Livermore with the expansion into our new fab. We had to accelerate the expansion in Livermore a little bit ahead of schedule. As a result, the Harmony ramp challenges we were experiencing, as I mentioned on the earnings call, we had Harmony sort of spread around the fab and not in an optimal configuration situation. Given our ramp challenges, we have opened up the new clean room area that we had built out for expansion and have moved Harmony and the back-end operations into that new clean room.

That gives the production organization the opportunity to ramp and debug Harmony, and gives us capacity going forward so that we can get, we're projecting a doubling of the Harmony volume in Q1 versus Q4, and in the short term, it has increased our costs, bringing online a full clean room, roughly double the clean room space facilitization and other infrastructure costs associated with that certainly raised our cost a couple of points in the near term. And as I mentioned, it's going to be a couple of quarters as we go through and ramp Harmony up to where we need it to meet our current customer demand and to come down that cost curve. So our costs are running higher than normal, at least a couple of points here this quarter, and it will be another quarter or so before we get through that, through that ramp.

And Singapore is a, is a ramp expansion that we are working actively on today. It brings a number of advantages to us; first of all, it's a lower cost operating area vis-à-vis California, and it brings significant tax advantages. We are going to enjoy a pioneer status, zero tax rate in Singapore as we ramp production there, and it gives us closer proximity to our customers who are mostly in Asia.

The current status in plans are we're starting up customer support operations in 2008, and the facility construction will be going through 2008, so we'll be incurring a significant amount of CapEx investment in 2008 that will come online in early 2009, and as we bring up a back-end process in Singapore in the first half of 2009 and ramp that.

The tax benefit of this activity is that we expect to be in the high 20 percent tax rate, compared to mid-30s in I should say mid-30s in '08 and high 20s in 2009 compared to right now we're running high 30 percent tax rate. So, and then in 2012 and beyond, we anticipate that we'll be able to get in the 20 percent or below 20 percent kind of range based upon our volume plans for Singapore. So it will have a significant effect on lowering our tax rate over the next few years.

Quickly summarizing, on the financial side; our revenue growth, this shows year-by-year what the growth has been, and I showed you the total on Advanced Probe Card market, FormFactor has enjoyed that kind of nice ramp as well. You can see [2000] year-to-date compared to the blue part

FormFactor Inc.
1/29/2008 - 4:55 PM ET
Speaker ID 34
Page #7

of 2006, we're up 26 percent year-over-year, but we are projecting the probe card market is growing in the mid-20s, and we're growing in that same kind of range.

And finally, on the financial results, this shows the revenue in the bar, it shows the gross margin trend over the last several years in the top blue line, and the bottom line is, is operating income. These are non-GAAP numbers for comparability back in time, they exclude stock comp expense. Otherwise, they're inclusive, and you can see our gross margins have been running in the mid-50 percent kind of range, and our operating income in the mid-20s. So that's the financial performance that we've had, enjoyed over time, and currently.

And with that, I'll thank you all for joining us, and we'll ask CJ if we've got a minute or two for questions. Do you just want to go to the breakout room? Okay, so we'll see you over there. Thank you very much.