ROBERT P. VARIAN (SB No. 107459)
Email: rvarian@orrick.com
JONATHAN B. GASKIN (SB No. 203625)
Email: jgaskin@orrick.com
AMY M. ROSS (SB No. 215692)
Email: aross@orrick.com
DANIELLE P. VAN WERT (SB No. 218245)
Email: dvanwert@orrick.com
ERIN H. REDING (SB No. 252691)
Email: ereding@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants
FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
Richard M. Freeman and Joseph Bronson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER, RICHARD M. FREEMAN and JOSEPH BRONSON,<br><br>Defendants. | **Case No. 3:07-cv-05545-SI**<br><br>**(CONSOLIDATED)**<br><br>**CLASS ACTION**<br><br>**APPENDIX OF UNPUBLISHED AND OUT-OF-CIRCUIT AUTHORITY IN SUPPORT OF (1) DEFENDANTS' MOTION TO DISMISS AND (2) RICHARD M. FREEMAN'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Date:         July 18, 2008<br>Time:        9:00 a.m.<br>Judge:       Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

OHS West:260431273.1

APPENDIX OF UNPUBLISHED AND OUT-OF-CIRCUIT AUTHORITY ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CAC - (CASE NO. 3:07-CV-05545-SI)

| **CASES** | **TAB** |
|---|---|
| *Atlantic Gypsum Co. v. Lloyds Int'l Corp.*, 753 F. Supp. 505 (S.D.N.Y. 1990) | A |
| *Coble v. Broadvision, Inc.*, 2002 WL 31093589 (N.D. Cal. Sept. 11, 2002) | B |
| *Duncan v. Pencer,* 1996 WL 19043 (S.D.N.Y. Jan. 18, 1996) | C |
| *Glickman v. Alexander*, 1996 WL 88570 (S.D.N.Y. Feb. 27, 1996) | D |
| *Higginbotham v. Baxter Int'l, Inc.*, 495 F.3d 753 (7th Cir. 2007) | E |
| *In re Connetics Corp. Sec. Litig.*, 2008 WL 269467 (N.D. Cal. Jan. 29, 2008) (Illston, J.) | F |
| *In re ESS Tech., Inc. Sec. Litig.*, 2004 WL 3030058 (N.D. Cal. Dec. 1, 2004) | G |
| *In re Harmonic, Inc. Sec. Litig.*, 2002 WL 31974384 (N.D. Cal. Nov. 13, 2002) | H |
| *In re HI/FN, Inc. Sec. Litig.*, 2000 WL 33775286 (N.D. Cal. Aug. 9, 2000) (Illston, J.) | I |
| *In re Invision Techs., Inc. Sec. Litig.*, 2006 WL 538752 (N.D. Cal. Jan. 24, 2006) | J |
| *In re Juniper Networks, Inc. Sec. Litig.*, 2004 WL 540910 (N.D. Cal. Mar. 11, 2004) (Illston, J.) | K |
| *In re Netopia, Inc. Sec. Litig.*, 2005 WL 3445631 (N.D. Cal. Dec. 15, 2005) | L |
| *In re Network Assocs, Inc. II Sec. Litig.*, 2003 WL 24051280 (N.D. Cal. Mar. 25, 2003) | M |
| *In re Read-Rite Corp. Sec. Litig.*, 2004 WL 2125883 (N.D. Cal. Sept. 22, 2004) | N |
| *In re Silicon Storage Tech., Inc. Sec. Litig.*, 2006 WL 648683 (N.D. Cal. March 10, 2006) | O |
| *In re Silicon Storage Tech., Inc. Sec. Litig.*, 2007 WL 760535 (N.D. Cal. March 9, 2007) | P |
| *In re Tibco Software, Inc. Sec. Litig.*, 2006 WL 1469654 (N.D. Cal. May 25, 2006) | Q |

| **CASES** | **TAB** |
|---|---|
| *In re Watchguard Sec. Litig.*, 2006 WL 2038656 (W.D. Wash. Apr. 21, 2006) | R |
| *Makor Issues & Rights, Ltd. v. Tellabs, Inc.*, 437 F.3d 588, (7th Cir. 2006), *cert. granted*, 127 S. Ct. 853 (2007) | S |
| *Morgan v. AXT, Inc.*, 2005 WL 2347125 (N.D. Cal. Sept. 23, 2005) | T |
| *Phillips v. Scientific-Atlanta, Inc.*, 374 F.3d 1015 (11th Cir. 2004) | U |
| *Rudolph v. UTStarcom*, 2008 WL 1734763 (N.D. Cal. April 14, 2008) (Illston, J.) | V |
| *Shields v. Citytrust Bancorp, Inc.*, 25 F.3d 1124 (2d Cir. 1994) | W |
| *Southland Sec. Corp. v. INSpire Ins. Solutions, Inc.*, 365 F.3d 353 (5th Cir. 2004) | X |
| **OTHER** | **TAB** |
| Joint Explanatory Statement of the Committee of Conference, H.R. Conf. Rep. No. 369, 104th Cong., 1st Sess., (1995) | Y |

Dated:  May 5, 2008         ROBERT P. VARIAN
                            JONATHAN B. GASKIN
                            AMY M. ROSS
                            DANIELLE P. VAN WERT
                            ERIN H. REDING

                            ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    */s/ Robert P. Varian*
                            ──────────────────────────────
                                      Robert P. Varian
                                   Attorneys for Defendants
                     FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
                         Richard M. Freeman and Joseph Bronson