1   ROBERT P. VARIAN (SB No. 107459)
    *Email: rvarian@orrick.com*
2   JONATHAN B. GASKIN (SB No. 203625)
    *Email: jgaskin@orrick.com*
3   AMY M. ROSS (SB No. 215692)
    *Email: aross@orrick.com*
4   DANIELLE P. VAN WERT (SB No. 218245)
    *Email: dvanwert@orrick.com*
5   ERIN H. REDING (SB No. 252691)
    *Email: ereding@orrick.com*
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
7   405 Howard Street
    San Francisco, CA  94105-2669
8   Telephone:   (415) 773-5700
    Facsimile:    (415) 773-5759

    Attorneys for Defendants
10  FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
    Richard M. Freeman and Joseph Bronson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER, RICHARD M. FREEMAN and JOSEPH BRONSON,<br><br>Defendants. | Case No.  3:07-cv-05545-SI<br><br>**(CONSOLIDATED)**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Date:           July 18, 2008<br>Time:          9:00 A.M.<br>Judge:        Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

OHS West:260430603.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT - (CASE NO.  3:07-CV-05545-SI)

1     Defendants FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster, Richard Freeman and
2 Joseph Bronson ("Defendants") brought a Motion to Dismiss Plaintiffs' Consolidated Amended
3 Complaint before this Court on July 18, 2008. After considering the pleadings, the papers
4 submitted by the parties, and the oral argument of counsel, and good cause appearing therefore,
5 the Court hereby orders that Defendants' Motion to Dismiss is granted. Specifically, the Court
6 grants Defendants' Motion to Dismiss in its entirety for failure to state a claim pursuant to Rules
7 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation
8 Reform Act of 1995.
9     Accordingly, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, and
10 Plaintiffs' Consolidated Amended Complaint for Violations of Federal Securities Laws is
11 dismissed in its entirety WITH PREJUDICE.
12     **IT IS SO ORDERED.**

15 Dated: _____

17                         HONORABLE SUSAN ILLSTON
18                         UNITED STATES DISTRICT COURT JUDGE