1  ROBERT P. VARIAN (SB No. 107459)
   *Email:  rvarian@orrick.com*
2  JONATHAN B. GASKIN (SB No. 203625)
   *Email: jgaskin@orrick.com*
3  AMY M. ROSS (SB No. 215692)
   *Email:  aross@orrick.com*
4  DANIELLE P. VAN WERT (SB No. 218245)
   *Email:  dvanwert@orrick.com*
5  ERIN H. REDING (SB No. 252691)
   *Email:  ereding@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
9
   Attorneys for Defendant
10
   JEFFREY W. LAWRENCE (SB No. 166806)
11 *jeffreyl@csgrr.com*
   SHIRLEY H. HUANG (SB No. 206854)
12 *shirleyh@csgrr.com*
   COUGHLIN STOIA GELLER
13 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
14 San Francisco, CA  94111
   Telephone: 415-288-4545
15 Facsimile: 415-288-4534

16 Attorneys for Plaintiff

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No.  3:07-CV-05545 |
| 21                    Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING** |
| 22           v. | |
| 23  FORMFACTOR, INC., et al., | |
| 24                    Defendant. | |

25

26      WHEREAS, both the hearing on defendants' motions to dismiss and the Case

27 Management Conference are currently scheduled for July 18, 2008 at 9:00 am and 2:00 pm

28 respectively;

1  WHEREAS, counsel for defendants has a conflict on July 18, 2008 that cannot be
resolved;

The parties hereto hereby STIPULATE and AGREE:

1. That the hearing on defendants' motions to dismiss shall be held on July 25, 2008 at 9:00 am; and

2. That the Case Management Conference shall be held on July 25, 2008 at 2:00 pm.

Dated: May 22, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                       /s/  Robert P. Varian
                                       ROBERT P. VARIAN
                                       Attorneys for Defendant

                                       ROBERT P. VARIAN (107459)
                                       JONATHAN B. GASKIN (203625)
                                       AMY M. ROSS (215692)
                                       DANIELLE P. VAN WERT (218245)
                                       ERIN H. REDING (252691)
                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       The Orrick Building
                                       405 Howard Street
                                       San Francisco, CA 94105-2669
                                       Telephone:  415-773-5700
                                       Facsimile:  415-773-5759

Dated: May 22, 2008                    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


                                       /s/  Shirley Huang
                                       SHIRLEY HUANG
                                       Attorneys for Plaintiff

                                       JEFFREY W. LAWRENCE (166806)
                                       SHIRLEY H. HUANG (206854)
                                       COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                       100 Pine Street, Suite 2600
                                       San Francisco, CA 94111
                                       Telephone:  415-288-4545
                                       Facsimile:  415-288-4534

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

 */s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That the hearing on defendants' motions to dismiss shall be held on July 25, 2008 at 9:00 am; and

2. That the Case Management Conference shall be held on July 25, 2008 at 2:00 pm.

Dated _____, 2008.

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE