1  COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SHIRLEY H. HUANG (206854)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   shuang@csgrr.com

6  Lead Counsel for Plaintiffs

7  [Additional counsel appear on signature page.]

8

                      UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  DANNY McCASLAND, Individually and On     )    No. C-07-05545-SI
   Behalf of All Others Similarly Situated,  )
12                            )    **(Consolidated)**
                   Plaintiff,       )
13                            )    <u>CLASS ACTION</u>
       vs.     )
14  FORMFACTOR, INC., et al.,     )    STIPULATION AND JOINT REQUEST
                          )    [PROPOSED] ORDER REGARDING PAGE
                          )    LIMITS FOR MOTIONS TO DISMISS
15                 Defendants.   )    BRIEFING
                          )
16  _____

17

18

19

20

21

22

23

24

25

26

27

28

1      Whereas, on April 18, 2008, this Court granted the parties' stipulation and joint request

2  regarding case schedule and page limits, setting forth that defendants shall have five (5) additional

3  pages on the initial briefing of the motion to dismiss, that plaintiffs shall have five (5) additional

4  pages on the opposition, and that defendants shall have two (2) additional pages on the reply, beyond

5  the page limits set forth in the Civil Local Rules;

6      Whereas, on May 5, 2008, all defendants filed a 30-page memorandum in support of their

7  motion to dismiss Plaintiffs' First Amended Complaint for Violations of Federal Securities Laws

8  ("FAC"), and defendant Richard M. Freeman separately filed a 4-page memorandum in support of

9  his motion to dismiss the FAC;

10      Whereas, plaintiffs' opposition is due on or before June 4, 2008 and plaintiffs intend to file

11  an omnibus brief to oppose both motions to dismiss; and

12      Whereas, plaintiffs believe that a modest expansion of the current briefing page limit is

13  necessary for plaintiffs to address arguments raised in both motions to dismiss, and that an omnibus

14  brief will assist the Court in reaching a just and efficient resolution of the issues, without

15  unnecessary duplication;

16      Accordingly, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO

17  APPROVE, that plaintiffs shall have up to 35 pages on the opposition to address both motions to

18  dismiss filed by defendants.

19                 *     *     *

20                    **O R D E R**

21      IT IS SO ORDERED.

22  DATED: _____

                                _____

23                               THE HONORABLE SUSAN ILLSTON
                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1   DATED:  May 28, 2008                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
2                                       JEFFREY W. LAWRENCE
                                        SHIRLEY H. HUANG
3

4
                                                    /s/
5                                        SHIRLEY H. HUANG

6                                       100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
7                                       Telephone:  415/288-4545
                                        415/288-4534 (fax)
8
                                        Lead Counsel for Plaintiffs
9
                                        SULLIVAN, WARD, ASHER & PATTON, P.C.
10                                      CYNTHIA J. BILLINGS
                                        25800 Northwestern Highway
11                                      1000 Maccabees Center
                                        Southfield, MI  48075-1000
12                                      Telephone:  248/746-0700
                                        248/746-2760 (fax)
13
                                        Additional Counsel for Plaintiff
14

15  DATED:  May 28, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        ROBERT P. VARIAN
16

17
                                                    /s/
18                                       ROBERT P. VARIAN

19                                      The Orrick Building
                                        405 Howard Street
20                                      San Francisco, CA  94105-2699
                                        Telephone:  415/773-5700
21                                      415/773-5759 (fax)

22                                      Attorneys for Defendant

23

24

25       I, SHIRLEY H. HUANG, am the ECF User whose ID and password are being used to file

26  this  STIPULATION  AND  JOINT  REQUEST  [PROPOSED]  ORDER  REGARDING  PAGE

27  LIMITS FOR MOTIONS TO DISMISS BRIEFINGS.  In compliance with General Order 45, X.B., I

28  hereby attest that ROBERT P. VARIAN have concurred in this filing.

| | /s/ |
|---|---|
| | SHIRLEY H. HUANG |

T:\CasesSF\FormFactor\STP00051608.doc

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7    I further certify that I caused this document to be forwarded to the following designated

8  Internet site at:  http://securities.csgrr.com/.

9    I certify under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.  Executed on May 28, 2008.

11

12                                                                      /s/
                                            SHIRLEY H. HUANG

13

14                                            COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP

15                                            100 Pine Street, 26th Floor
                                            San Francisco, CA  94111

16                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

17

18                                            E-mail:ShirleyH@csgrr.com

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:07-cv-05545-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```