1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SHIRLEY H. HUANG (206854)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   shuang@csgrr.com
6
   Lead Counsel for Plaintiffs
7
   [Additional counsel appear on signature page.]
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. C-07-05545-SI |
| Plaintiff, ) ) | **(Consolidated)** |
| vs. ) ) | <u>CLASS ACTION</u> |
| FORMFACTOR, INC., et al., ) ) ) | STIPULATION AND JOINT REQUEST [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTIONS TO DISMISS BRIEFING |
| Defendants. ) ) | |

1  Whereas, on April 18, 2008, this Court granted the parties' stipulation and joint request
2  regarding case schedule and page limits, setting forth that defendants shall have five (5) additional
3  pages on the initial briefing of the motion to dismiss, that plaintiffs shall have five (5) additional
4  pages on the opposition, and that defendants shall have two (2) additional pages on the reply, beyond
5  the page limits set forth in the Civil Local Rules;

6  Whereas, on May 5, 2008, all defendants filed a 30-page memorandum in support of their
7  motion to dismiss Plaintiffs' First Amended Complaint for Violations of Federal Securities Laws
8  ("FAC"), and defendant Richard M. Freeman separately filed a 4-page memorandum in support of
9  his motion to dismiss the FAC;

10  Whereas, plaintiffs' opposition is due on or before June 4, 2008 and plaintiffs intend to file
11  an omnibus brief to oppose both motions to dismiss; and

12  Whereas, plaintiffs believe that a modest expansion of the current briefing page limit is
13  necessary for plaintiffs to address arguments raised in both motions to dismiss, and that an omnibus
14  brief will assist the Court in reaching a just and efficient resolution of the issues, without
15  unnecessary duplication;

16  Accordingly, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO
17  APPROVE, that plaintiffs shall have up to 35 pages on the opposition to address both motions to
18  dismiss filed by defendants.

                              *     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: 6/2/08  _____
                THE HONORABLE SUSAN ILLSTON
                UNITED STATES DISTRICT JUDGE

STIP AND JOINT REQ [PROPOSED] ORDER RE PG LIMITS - MTD BRIEFING - C-07-05545-SI     - 1 -

| | | |
|---|---|---|
| 1 | DATED: May 28, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP JEFFREY W. LAWRENCE SHIRLEY H. HUANG |

/s/
SHIRLEY H. HUANG

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

DATED: May 28, 2008                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        ROBERT P. VARIAN

/s/
ROBERT P. VARIAN

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2699
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendant

I, SHIRLEY H. HUANG, am the ECF User whose ID and password are being used to file this STIPULATION AND JOINT REQUEST [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTIONS TO DISMISS BRIEFINGS. In compliance with General Order 45, X.B., I hereby attest that ROBERT P. VARIAN have concurred in this filing.

1
2                                                                    /s/
                                                              SHIRLEY H. HUANG
3
   T:\CasesSF\FormFactor\STP00051608.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                              CERTIFICATE OF SERVICE

2        I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7        I further certify that I caused this document to be forwarded to the following designated

8 Internet site at:  http://securities.csgrr.com/.

9        I certify under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.  Executed on May 28, 2008.

                                                                    /s/
                                                           SHIRLEY H. HUANG

                                               COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                               100 Pine Street, 26th Floor
                                               San Francisco, CA  94111
                                               Telephone:  415/288-4545
                                               415/288-4534 (fax)

                                               E-mail:ShirleyH@csgrr.com

## Mailing Information for a Case 3:07-cv-05545-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```