COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
shuang@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>  vs.<br><br>FORMFACTOR, INC., et al.,<br><br>                            Defendants. | No. C-07-05545-SI<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SHIRLEY H. HUANG IN SUPPORT OF: PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANT RICHARD M. FREEMAN'S MOTION TO DISMISS PLAINTIFFS' [FIRST AMENDED COMPLAINT]; PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' [FIRST AMENDED COMPLAINT] AND (2) RICHARD M. FREEMAN'S MOTION TO DISMISS [FIRST AMENDED COMPLAINT]; AND MOTION TO STRIKE EXHIBITS 11-13, 24, 26, 31-32, 36, AND PORTIONS OF EXHIBITS 29-30 THEREIN<br><br>DATE:     July 25, 2008<br>TIME:    9:00 a.m.<br>JUDGE:  The Honorable Susan Illston |

I, SHIRLEY H. HUANG, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Daily Stock Price of FormFactor, Inc. for the Class Period (February 1, 2006 to February 5, 2008);

Exhibit B:  Sarbanes-Oxley Act of 2002 ("Sarbanes-Oxley") Certifications of Igor Y. Khandros ("Khandros") and Ronald C. Foster ("Foster") from the Securities and Exchange Commission ("SEC") Form 10-Q, dated April 1, 2006;

Exhibit C:  Sarbanes-Oxley Certifications of Khandros and Foster from the SEC Form 10-Q, dated July 1, 2006;

Exhibit D:  Sarbanes-Oxley Certifications of Khandros and Foster from the SEC Form 10-Q, dated September 30, 2006;

Exhibit E:  Sarbanes-Oxley Certifications of Khandros and Foster from the SEC Form 10-Q, dated March 31, 2007;

Exhibit F:  Sarbanes-Oxley Certifications of Khandros and Foster from the SEC Form 10-Q, dated June 30, 2007; and

Exhibit G:  *In re Sunbeam Sec. Litig.*, Case No. 98-8258-Civ.-Middlebrooks, Brief of the United States Securities and Exchange Commission as *Amicus Curiae* Regarding Defendants' Motions *in Limine* to Exclude Evidence of the Restatement and Restatement Report (S.D. Fla. Feb. 22, 2002).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of June, 2008, at San Francisco, California.

                                              s/ Shirley H. Huang
                                              SHIRLEY H. HUANG

T:\CasesSF\FormFactor\DEC00051641_SHH_RJN.doc

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2008.

        s/ Shirley H. Huang
        SHIRLEY H. HUANG

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shjrleyh@csgrr.com

T:\CasesSF\FormFactor\DEC00051641_SHH_RJN.doc

DECLARATION OF SHIRLEY H. HUANG IN SUPPORT OF PLAINTIFFS' RESPONSE
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE - C-07-05545-SI    - 1 -

# Mailing Information for a Case 3:07-cv-05545-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```