# Exhibit D

# FORMFACTOR INC

Filing Type: 10-Q
Description: N/A
Filing Date: 09/30/06

Ticker: FORM
Cusip: 346375
State: CA
Country: US
Primary SIC: 3674
Primary Exchange: NSD
Billing Cross Reference:
Date Printed: 01/17/08

```
                    UNITED STATES SECURITIES AND EXCHANGE
                                 COMMISSION

                           Washington, D.C. 20549

                                  Form 10-Q


(Mark one)
x       QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
        For the quarterly period ended September 30, 2006
or
o       TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
        For the transition period from          to



                       Commission file number: 000-50307

                                FormFactor, Inc.

          (Exact name of registrant as specified in its charter)



DELAWARE                                    13-3711155
(State or other jurisdiction of (I.R.S. Employer
incorporation or organization)  Identification No.)



             7005 Southfront Road, Livermore, California 94551

     (Address of principal executive offices, including zip code)

                            (925) 290-4000

(Registrant's telephone number, including area code)
----------------------------------------------------------------------

       Securities registered pursuant to Section 12(b) of the Act: None

    Securities registered pursuant to Section 12(g) of the Act: Common Stock

Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes x  No o

Indicate by check mark whether the registrant is a large accelerated filer, an
accelerated filer, or a non-accelerated filer. See definition of "accelerated
filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check
one):


Large accelerated filer y Accelerated filer o Non-accelerated filer o



Indicate by check mark whether the registrant is a shell company (as defined in
Rule 12b-2 of the Exchange Act).  Yes o  No x

As of October 31, 2006, 46,781,211 shares of the registrant's common stock, par
value $0.001 were outstanding.
----------------------------------------------------------------------
                              FORMFACTOR, INC.

       FORM 10-Q FOR THE QUARTERLY PERIOD ENDED September 30, 2006

                                  INDEX
```

|         |                                                                                                                      | Page |
|---------|----------------------------------------------------------------------------------------------------------------------|------|
| Part I. | Financial Information                                                                                                |      |
| Item 1. | Unaudited Condensed Consolidated Financial Statements:                                                               |      |
|         | Unaudited Condensed Consolidated Statements of Income for the three and nine months ended September 30, 2006 and September 24, 2005 | 3    |
|         | Unaudited Condensed Consolidated Balance Sheets as of September 30, 2006 and December 31, 2005                       | 4    |
|         | Unaudited Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2006 and September 24, 2005. | 5    |
|         | Notes to Unaudited Condensed Consolidated Financial Statements                                                       | 6    |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations                                | 16   |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk                                                           | 26   |
| Item 4. | Controls and Procedures                                                                                              | 26   |
| Part II. | Other Information                                                                                                   |      |
| Item 1. | Legal Proceedings                                                                                                    | 27   |
| Item 1A. | Risk Factors                                                                                                        | 27   |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds                                                          | 30   |
| Item 3. | Defaults Upon Senior Securities                                                                                      | 30   |
| Item 4. | Submission of Matters to a Vote of Security Holders                                                                  | 30   |
| Item 5. | Other Information                                                                                                    | 30   |
| Item 6. | Exhibits                                                                                                             | 31   |
| Signature |                                                                                                                    | 32   |
| Exhibit Index |                                                                                                                | 33   |

2

EXHIBIT 31.01

CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Igor Y. Khandros, certify that:

1.          I have reviewed the quarterly report on Form 10-Q of FormFactor, Inc., a Delaware corporation, for the period ended September 30, 2006, as filed with the Securities and Exchange Commission;

2.          Based on my knowledge, the quarterly report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by the quarterly report;

3.          Based on my knowledge, the financial statements, and other financial information included in the quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in the quarterly report;

4.          The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which the quarterly report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in the quarterly report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by the quarterly report based on such evaluation; and

(d) Disclosed in the quarterly report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.          The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


Date: November 7, 2006   /s/ IGOR Y. KHANDROS
                         Igor Y. Khandros
                         Chief Executive Officer


--------------------------------------------------------------------------------

EXHIBIT 31.02

```
              CERTIFICATION OF CHIEF FINANCIAL OFFICER
                  PURSUANT TO 15 U.S.C. SECTION 7241,
    AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002
```

I, Ronald C. Foster, certify that:

1.          I have reviewed the quarterly report on Form 10-Q of FormFactor, Inc., a Delaware corporation, for the period ended September 30, 2006, as filed with the Securities and Exchange Commission;

2.          Based on my knowledge, the quarterly report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by the quarterly report;

3.          Based on my knowledge, the financial statements, and other financial information included in the quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in the quarterly report;

4.          The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which the quarterly report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in the quarterly report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by the quarterly report based on such evaluation; and

(d) Disclosed in the quarterly report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.          The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


Date: November 7, 2006   /s/ RONALD C. FOSTER
                         Ronald C. Foster
                         Chief Financial Officer


------------------------------------------------------------------------

EXHIBIT 32.01

CERTIFICATION OF
CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the quarterly report on Form 10-Q of FormFactor, Inc., a Delaware corporation, for the period ended September 30, 2006, as filed with the Securities and Exchange Commission, each of the undersigned officers of FormFactor, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)     the quarterly report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)     the information contained in the quarterly report fairly presents, in all material respects, the financial condition and results of operations of FormFactor, Inc. for the periods presented therein.


Date: November 7, 2006   /s/ IGOR Y. KHANDROS
                         Igor Y. Khandros
                         Chief Executive Officer
Date: November 7, 2006   /s/ RONALD C. FOSTER
                         Ronald C. Foster
                         Chief Financial Officer

--------------------------------------------------------------------------------