ROBERT P. VARIAN (SB No. 107459)
Email: rvarian@orrick.com
JONATHAN B. GASKIN (SB No. 203625)
Email: jgaskin@orrick.com
AMY M. ROSS (SB No. 215692)
Email: aross@orrick.com
DANIELLE P. VAN WERT (SB No. 218245)
Email: dvanwert@orrick.com
ERIN H. REDING (SB No. 252691)
Email: ereding@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendants
FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster,
Richard M. Freeman and Joseph Bronson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER, RICHARD M. FREEMAN and JOSEPH BRONSON,<br><br>Defendants. | **Case No. 3:07-cv-05545-SI**<br><br>**(CONSOLIDATED)**<br><br>**SUPPLEMENTAL APPENDIX OF UNPUBLISHED AND OUT-OF-CIRCUIT AUTHORITY IN SUPPORT OF (1) DEFENDANTS' AND (2) RICHARD M. FREEMAN'S MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Date:   July 25, 2008<br>Time:   9:00 a.m.<br>Judge:   Honorable Susan Illston<br>Courtroom:   10, 19th Floor |

OHS West:260460859.1

SUPP. APPENDIX OF UNPUBLISHED AND OUT-OF-CIRCUIT
AUTHORITY ISO DEFENDANTS' MTD PLAINTIFFS' CAC -
(CASE NO. 3:07-CV-05545-SI)

| CASES | TAB |
|---|---|
| *Construction Laborers Pension Trust v. Neurocrine Biosciences, Inc.*, 2008 WL 2053733 (S.D. Cal. May 13, 2008) | A |
| *In re CV Therapeutics, Inc. Sec. Litig*, 2004 WL 175321 (N.D. Cal Aug. 5, 2004) (Illston, J.) | B |
| *In re FoxHollow Technologies, Inc. Sec. Litig.*, 2008 WL 2220600 (N.D. Cal. May 27, 2008) | C |
| *In re Intermune, Inc. Sec. Litig.*, 2004 WL 1737264 (N.D. Cal. July 30, 2004) (Illston, J.) | D |
| *In re LDK Solar Sec. Litig.*, 2008 WL 2242185 (N.D. Cal. May 29, 2008) | E |
| *In re Ligand Pharms., Inc. Sec. Litig.*, 2005 WL 2461151 (S.D. Cal. Sept. 27, 2005) | F |
| *In re NextCard, Inc. Sec. Litig.*, 2006 WL 708663 (N.D. Cal. Mar. 20, 2006) | G |
| *In re Peoplesoft, Inc. Sec. Litig.*, 2000 WL 1737936 (N.D. Cal. May 25, 2000) | H |
| *In re PMC-Sierra, Inc. Derivative Litig.*, 2007 WL 2427980 (N.D. Cal. Aug. 22, 2007) | I |
| *In re Siebel Systems, Inc. Sec. Litig.*, 2005 WL 3555718 (N.D. Cal. Dec. 28, 2005) | J |

Dated: June 24, 2008

ROBERT P. VARIAN
JONATHAN B. GASKIN
AMY M. ROSS
DANIELLE P. VAN WERT
ERIN H. REDING

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
*/s/ Robert P. Varian*
Robert P. Varian
Attorneys for Defendants
FormFactor, Inc., Igor Y. Khandros, Ronald C. Foster, Richard M. Freeman and Joseph Bronson