# EXHIBIT 3

**FormFactor**

| | |
|---|---|
| Jim Covello: | Good afternoon, everyone. I'm Jim Covello from Goldman Sachs. It's my pleasure today to welcome Mario and Mike from FormFactor, guys who really appreciate you making the effort today. I know there was a little bit of last minute change in terms of who was presenting and we really appreciate you taking the time and effort to be here today. Maybe kind of start off, Mario, you're new, I think, to FormFactor and new to Wall Street. So maybe if you wouldn't mind taking a couple minutes to give people some background on yourself and how you came to be at FormFactor and your initial impression of the Company. And then maybe we can get into some of the specific things. |
| Mario Ruscev: | Okay. I'll try to be short, not to bore you too much. I'm a nuclear physicist by training. Many years ago I left academia to join a tech company which is Schlumberger in design imagining things. And from there, over the years, with these businesses I managed R&D, manufacturing. For the last ten years I handled managing for the division – operational division – worldwide operational division of Schlumberger in the tech industry, usually the size of $1 million to $2.5 million. I realize that most of my life was – made me think whereas building operation which are highly differential on technologies and people which can create a lot of value in the market. I found a group of people which was about that in FormFactor. So when they told me, "Why don't you come and help us grow from where we are to much bigger," I just could not resist and here I am. That's the short story of my life. |
| Jim Covello: | So you talked about the opportunity and what attracted you to FormFactor. What – you and Igor have talked about it. What do you think the biggest challenges are that you face initially? Obviously the execution has not been good – it's been spotty. And then more recently worse than spotty. But there's terrific underlying technology and a big market opportunity. So what do you see as the biggest challenges to start the right shift in terms of execution? |
| Mario Ruscev: | To discuss that you have to go back in history. We are seeing that FormFactor a dozen and a half years ago was one guy in a garage. They came with a great idea, built the technology, built formal business industry single handedly. We lost 4,000. Incredible goals. So the fact that when you grow at this pace for so long, that's – sometimes the efficiencies are not perfect. But we needed to see our service access, if you look at the story particularly. So our challenges are very simple. We have to focus people on execution. There's not inability. You have focus things on what is important. So what we have to do is focus on what is important to us and continue to invest, continue to bring great differentiating |

|  |  |
|---|---|
|  | technology and do both together. The worst that can happen is we are only focused on execution and so we forget about these things. |
| Jim Covello: | Sure. The technology has always been there. I don't think the investment community doubts that the technology will be there because between Igor and yourself, there's a lot of great technology development capability. The main issues have been on the manufacturing side and maybe you can talk a little specifically what the current issues are on the manufacturing side and then how you can hope to address those going forward, understanding that technology development's going to be the most important thing. And then, specifically, maybe if we can answer the question, is the technology that FormFactor has which is undoubtedly the best technology in the industry, is it manufacturability. Is this going to be a systemic problem or have there just been inattention to some details that we fix in the future? |
| Mario Ruscev: | I assume you will discuss about Harmony? I'll give you my take on top. For that, if you don't mind, I'll just go back again. We have to think that FormFactor, the way it started, was really the ability to grow, mentoring on the way. This was really in the yield and they became very good at it, to grow to just - you have to use this pretty high technology because if you look at the process, it is quite a complex semantic technology to the good yield to get good results. And they've become extremely good at it.

Now, as I went to the next step, and they designed Harmony, to go to the next – we have to start putting it together. And then what happened is to really build this together, you need to add one more thing to the know how which is basically being able to put these four things together to a micron and make sure that it stays there and behaves in the proper way while you sense temperature and all of that. To do that, basically, what needed was to be added to be added to the Company is the second of I would say high pressure on the chemical community.

With older generation, you have to do it all and just pack it together and things go pretty well. So when they started manufacturing Harmony, again, like I say, it's always easy to say after the fact that could've been real effective if you need to bring this more knowledge about it. And grow the Company also into that, so I can do. Because it better be twice degrees I hand, and we're starting breaking them. But as they were going, they did realize that. They started building specific manufacturing tools for that and I think this has been done and this was started quite some time before I arrived, in fact. I have a passing grade on now that FormFactor has a practical manufacture of Harmony, has the ability to sheath them.

And as we have already said last time, bring more and more of these capacities and this know how in the Company, I think that is improving. So my say, my certain experience is building much more multi-discipline systems which involve electronics, software, mechanicals, physics. I can tell you we are certainly on the right track. I feel very confident about that. So Harmony can be manufactured through the operation. |
| Jim Covello: | And then, we did this – the manufacturing processing that could be put in place in the future, so – so that the investment community could get comfortable with future technology transitions. Maybe we can come back to that. If we can now maybe move on to in particular sticking on the DRAM market environment at this point. I think as most people understand, when prices are very strong in |

|  |  |
|---|---|
|  | DRAM, customers don't have as much of an incentive to make node changes or technology transitions and so there's not as much opportunity for FORM when prices are too good. Then we're in the current environment where prices are so bad that customers are freeing capacity. That's not a good situation for FORM either. Normally, those are third, fourth kind of standard deviation sort of events but unfortunately in the last 18 months or 24 months we've experienced those ends of that tale. Your sweet spot for FormFactor is that wide range in between when prices are coming down but certainly not the low cash cost which is where we are today. What do you think needs to happen from here in the DRAM environment in order to start seeing customers get aggressive with probe card purchases again? |
| Mario Ruscev: | It would be foolish to me to try to lecture you about DRAM business. But for us, things are quite simple. We do well when our customers fight for efficiency and fight for efficiency by bringing me new design. They bring new designs, more costs, and a little more service from ourselves. For us, the issue is obviously when people go below cash and we have to report that. Some of our customers are even below cash. They, obviously, cut everything. You know? That would be one of the managers, we'd say, no pitch can be done if you don't want to go through me. And they really cut us off. The way we look at it is customers will go to shrink. We hope today they'll go to 65, 68, to 65 nanometer. Later on, sometime during the second half, people will go from DDR2 to DDR3. And in a way, I cannot now say this plus or minus which month or when exactly when. But we know this is going to happen. So then we are going to happen, there will be need for more tests and we'll be providing it. |
| Jim Covello: | So you're comfortable that over the course of the year that the demand environment picks up, very difficult to pinpoint which quarter? |
| Mario Ruscev: | In that sort of situation, it is lost. So essentially there is nothing. But even without being an expert, I know it's bound to happen. When I listen to most of people, people tell me it's likely to happen sometime in the second half. And so we are getting ready. |
| Jim Covello: | Now, relative to the guidance for the first quarter which was very weak, there's a market element to that which is I think what we just described, with prices being so low and then there's the element of FormFactor not having enough capacity or yield to shift all the product to meet demand and I think Igor described that as 70-30 or 60-40 if I'm not mistaken. |
| Mario Ruscev: | 70-30. |
| Jim Covello: | Now relative to that, MJC Probe who's one of your competitors in some segments of the market, there's not surface overlap for sure, had very robust activity during the quarter and so that's led a lot of investors to question – is it really only – is the market driving 70% of the issue, the market environment? Or is there some more share loss opportunity? So how would you think about MJC doing – having done so well? And then to the extent that customers are using a competitor probe card, how easy is it to get it back when you regain the ability to ship? We've seen this before. We've seen this in previous technology transitions before and FormFactor has gotten the share back. What about this? |
| Mario Ruscev: | There is much to the question, I know. I'll try to answer one by one. So on what's happening with our – with the issue of ramping up Harmony, there was a time window which was left open. Mostly one, but some of our clients needed |

|  |  |
|---|---|
|  | the software, they bought it from somebody that can provide it. That's what happened. Then on the other issue, how can you regain market share? It is true that – the difference here from other business is we are on a design business which means every new design, we have a chance to get back. So now we are able to ship Harmony again. So now we are going to compete again. And we shall see what will happen. Usually the cycles for design is much shorter than the cycles for capital expense. |
| Jim Covello: | So is the contention that simplicity matters, that every time there's a new design, it's sort of a jump all opportunity. Is that the - ? |
| Mario Ruscev: | Every time there is a new design, there is a new opportunity to regain any market share you have lost. Yes. |
| Jim Covello: | Sure. But how difficult is it? And are there concerns from customers that this isn't the first time this has happened. How can I be comfortable that the next time there's a transition you'll be able to ramp? |
| Mario Ruscev: | The only way you can fully reassure people is to drive revenue. We have shipped over the last three months more than 100 Harmony. You see? We have shipped only 40,000 spring card which was shipped. And you know, for us, for me, the business assumption is very simple. You know? Some companies are able to provide some products. And I take that as a working assumption. I have to provide basic technologies faster and I work on that. And this is what we are focused on. |
| Jim Covello: | Moving on to the NAND market specifically then. One of the issues with NAND is the market isn't necessarily ready for FormFactor product. FormFactor sold very high in technology. NAND, the chip beads and therefore testing requirements just aren't as high right now as they are in DRAM. But that's where the market's going. And as the market gets to those higher speeds, presumably there would be a big opportunity for you in the NAND space. Can you talk a little bit about where we are in that continuum and where FORM's products are in terms of being ready to meet that ramp? |
| Mario Ruscev: | The last quarter is where we little hinted on growth in NAND market because again, because of Harmony ramp up, we could not provide true (inaudible). Now we can and we really believe that our growth in NAND for 2008 will be good. |
| Jim Covello: | So the product's ready now. Is the market ready? You're going to sell some cards, for sure. But when do we think we're going to get to the sweet spot of NAND test speed that require the high end solution that – |
| Mario Ruscev: | You know, we have the beginning of it. So we know it will grow and we know in the past it has always gone faster than we expected. I will not go now into any specific – any timing on it. But it will grow. |
| Jim Covello: | How about on the logics side then? Can you talk about the opportunity and the solution? There's the wire bonded market card that was introduced last year, the projects and traction that card has seen in the market? |
| Mario Ruscev: | Again, the way I speak on the logic, you know, we have been saying now for quite a while that the logic market will be growing. It has been growing but not as fast. The reality is that the last few months, what we have done is we have put a specific business unit taking care of it. We have a specific set of people. It's |

|  |  |
|---|---|
|  | always very hard to sell systems selling DRAM and selling bunches and going to sell a few more logics. So I know what we have seen since, we have really put a specific business structure on this side, not only the design on the logic has gone up a lot. We have entered much more clients in the wire bond business. And we believe that, again, 2008 will see the logic business will probably be our highest gross. It will start from a lower base. It will probably be ready to be a higher gross. |
| Jim Covello: | Maybe you can help. The one thing that I think is confusing sometimes for investors is – the categorization of the business. NAND, the DRAM, and logic and then there Known Good Die which can encapsulate multiple markets sometime. Maybe you can just tell folks who may not be as familiar with the categorizations of the business what Known Good Die is and why you guys think it's a big opportunity looking forward? |
| Mario Ruscev: | Known Good Die is a way to optimize even pricing to be able to take away all the packaging impact, et cetera. So obviously, it's a little bit more than one technology. So in fact it is really a few markets. There is customers and some of these technologies like Known Good Die can be used in more than one. And you could maybe say more than market, Known Good Dies can be more like a technology application which is applied to more than one market. Maybe like that, it could be easier to understand. |
| Jim Covello: | And so – how do you – when you're thinking about categorizing the business, how do you differentiate between you're selling a card that Samsung that's used for DRAM versus selling a card to Samsung which you heard Known Good Die? Just in terms of the categorization of the business. |
| Mario Ruscev: | You know, we try to sell all the markets. We try not to put too many – how can I say? – priority on one of the two. We know that the higher you go, the higher you go in Known Good Die, the more savvy and the more differentiation we have. So this is what we say a high hand market, these are going pretty fast and where we have more of them. So we like this market and we continue to develop them a lot. |
| Jim Covello: | Great. Now relative to the current situation in the market with pricing – with DRAM prices being as well as they are and some of the manufacturing issues. You're in an interesting spot where there's a lot of long-term opportunity but the current P&L is pretty challenged. So what do you think about maintaining enough investment to take advantage of the future opportunities versus managing the current P&L? |
| Mario Ruscev: | We have adopted a cost structure to take into account some of the events but one of the places where we have not done any cuts is in the ranging price. I mean, some characterization, I find out that we worked up the numbers more than twice as much as all our top five competitors put together. And then that we intend to maintain because we believe that this is part of our genes, I would say. At FormFactor we strive on the long term piece, providing differentiating technology, on finding the right card to the right markets so that we can really create value. So this is one of the things that we will continue to invest pretty heavily is into differentiated R&D. |
| Jim Covello: | Let me take a step back about that, because when you were saying that it reminded me of something. When you thinking about coming to FormFactor, who did you talk to, other than Igor of course, to get you comfortable with the |

| | |
|---|---|
| | technology opportunity is really as good as we all think it is. We get customers, we get equipment providers. You did your due diligence. |
| Mario Ruscev: | I really spoke with Igor. You know Schlumberger is the top industry in the system, even ITE. I had some old friends there. A couple of those checked out. Then I looked at the technology myself, saw the different thread of technology. I think this started three things that basically made my decision. |
| Jim Covello: | And you mentioned the amount of the R&D that FORM is spending relative to the rest of the industry. Is it too much? Can you get paid enough? How do you balance the R&D spending versus making sure the ability is there to manufacture the chips? You can have the best technology in the world but the design for manufacture ability is certainly something in the semiconductor industry that gets a lot of attention. It could be getting more attention in the probe card business going forward. |
| Mario Ruscev: | I think that's the question that you always have to ask yourself. If you put it back in – we just went back 18 months ago. This is certainly not the question we've been asking. So our goal is to get back into our growth mode where this question will not be asked anymore because it will be obvious. |
| Jim Covello: | It will take care of itself. Now a couple sort of financially oriented questions and before I ask those, obviously, it's a little unfair to ask you because they would be questions more normally suited for the CFO. Obviously public press release yesterday, Ron Foster, the CFO, resigned. Can you share with us anything about that or more importantly, what's the process for a CFO replacement? |
| Mario Ruscev: | I delivered the announcement yesterday and there's nothing more to it than the announcement. I will not really comment on it. As for the replacement there, we obviously are actively looking for it and we expect it to be quite fast. |
| Jim Covello: | Is the ideal person to be the CFO of FormFactor a person inside the semiconductor industry or outside the semiconductor industry, maybe from a manufacturing organization? |
| Mario Ruscev: | I would say, you know, I'm not that picky. And a good person is the right person. |
| Jim Covello: | In your ideal world going forward, I think one of the issues or questions that investors have about the management structure at FORM is there hasn't always been the clearest delineation of responsibility. With the opportunity now to bring in a new person who you have a big hand in hiring in addition to Igor, how do you think the division of labor should work going forward? With what Igor's doing versus what you're doing versus what the CFO's responsible for? |
| Mario Ruscev: | The way we divide the labor is finance, marketing, operations, sales – we focus on the strategic. Igor is really concentrating on the strategic issues that we have, also on what will be in fact the new business in the future. |
| Jim Covello: | So is Igor definitely focusing more on the technology development, strategic potential opportunity and you're focusing on the finance and manufacturing? In the structure, it's not a flat structure, the CFO would be reporting in to you? |
| Mario Ruscev: | The CFO would be reporting to me. Yes. |

| | |
|---|---|
| Jim Covello: | And then relative to the balance sheets, I think when we looked at the numbers before we came out here, for the conference, you guys had the highest percentage of cash as a percentage of your total market. What do you think about that? Are you concerned? Let me ask you what you think about that first? |
| Mario Ruscev: | It's a lot of cash, it's true. The way I see it is for me the cash is the fuel for growth. So we are looking at all opportunities to use the cash to grow the Company in the right way. Like I said, we are really looking at – we are not opposed to anything. The opportunity to carry many times in management to fall in love with acquisitions and forget about the base accruals at the end, throwing cash away for no reason. All I can say is that we are open to everything. We are really looking hard to all the way we can really grow our business and make it stronger and make it better. But one thing I can tell you is that we'll not fall in love with anything like that. |
| Jim Covello: | Right. And then one of the questions on the last conference call was – it's a lot of cash. Do you do a buyback? How do you balance that against the growth? There are some shareholders in this that proceeded you so this is – certainly there is no responsibility. You don't bare any responsibility. But the Company went out and raised a lot of money and that cash is still sitting on the balance sheet years later and there really hasn't been anything done with it. And I know that's a big concern for a lot of shareholders. |
| Mario Ruscev: | What we always said is we are not to love any buybacks. But again, like I said, I just want to reiterate, with this cash is the ability that we have to grow and we really need to look at how can we use it best. We are a business. We want to grow the business. We are not an investment Company. That's the way I look at it. |
| Jim Covello: | Now and in this part we'll do a final question that I had before we see if anybody in the audience – and it's a difficult one, but I think it's an important one to answer. Companies with your amount of cash on the balance sheet as a percentage of your market cap who have the kind of technology capability you have, it's a very obvious take over candidate. And for the first time and as long as I've been doing this, there was a hostile takeover offer in the semiconductor space with Excelics last week. You are guys are quote-on-quote susceptible to this with the amount of cash and the technology capability. How do you think about this? And what are your thoughts? |
| Mario Ruscev: | I am not so sure that we are more susceptible to this now than it was a year ago, really. But really it's not really something I'm focusing on now. Now I'm really focusing on making sure that we're investing right, that we invest in the right place, and that we grow back this Company. So that's basically – by the time we're back in this gross margin, people will not be asking these kind of questions anymore. And that's what I'm really focused on now. |
| Jim Covello: | Adventa recently made a very public press release statement saying that they want to get into the probe care business. There's two parts to the question then. One is, they're attempting to develop their own card anyway but I think they were pretty clear about M&A opportunities for them. How do you think about competing against them versus partnering with them versus – can FormFactor be part of a vertically integrated equipment company? What are your thoughts about that? |

| | |
|---|---|
| Mario Ruscev: | You know, we like to focus on what we're really good at and what we're very good at is developing differential technology. So that's really what we focus on. So I cannot comment on that. Ask them what they really thought about that. That's really what I'm focused on. So I don't ask these – they're a competitor now. Maybe one day they will. But that's not – |
| Jim Covello: | Do you think they would an inherent advantage because of their historical relationships with the DRAM companies that other probe card only competitors, especially ones that don't have a lot of capital would have? |
| Mario Ruscev: | You know, our strength is that we provide a very good product which can be sheeted to all our customers. This is our strength. I think this was their strength. |
| Jim Covello: | Terrific. Alright. I'm going to leave it there. We'll see if anybody has any quick questions in the audience before we head down to the break out room. Terrific. Listen, Mario, Mike, thank you, guys, for being here. We really appreciate you making the time and look forward to doing it again soon. Thank you. |
| Mario Ruscev: | Thank you. |