# EXHIBIT 4

## Thomson StreetEvents℠

### FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

Event Date/Time: Mar. 04. 2008 / 5:45PM ET

**THOMSON**

www.streetevents.com

Contact Us

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

## CORPORATE PARTICIPANTS

**Mario Ruscev**
*FormFactor, Inc. - President*

## PRESENTATION

**Unidentified Speaker**

Okay, why don't we go ahead and get started for the afternoon track we're continuing here with the semiconductor capital equipment space. We're very pleased to have the team from FormFactor here with us today. For those of you that don't know FormFactor, they are the number one supplier of advanced probe cards, the test equipment market.

We've got Mario Ruscev, who is the President of FormFactor here with us today. I'll turn it over to Mario for just a few brief opening remarks, and then we can go ahead and kick off the Q&A. Mario, thank you.

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Thanks. Okay, good afternoon, everybody. So -- [we have] a few minutes to introduce FormFactor, for those who don't know what it is. FormFactor was a company that was started a good dozen of years ago, by a bright genius with the idea to be able to better test the wafers, you can use [springs] which are made from MEM technology, and basically this is what created the Company.

It started in a garage, and basically a dozen years later the Company is almost at $1 billion, it's the number one in advanced probe card, which is MEM technology, which is 3-D [work] putting it together, so it has really grown at an incredible rate in the last few years.

It covers mostly the DRAM market, 70% of our revenue comes from DRAM market, it's also in the Flash market, and it's starting making good inroads in the [SOC] market and Logic market. So this is a company -- I joined the Company very recently as the President coming from - I've been with the Company for a couple of months and I joined it from a different industry, just introduced myself shortly.

I came from Schlumberger, which is a technology company, working mostly with oil industry, and most of my career has been there for more than 20 years. First in technology and manufacturing development, and then running a pretty large worldwide division of oil field services.

So this is what I have to say about FormFactor. It is really -- if you try to define it, it is a high tech company, which delivers very high tech components, which are extremely customized. So, if I had to say by two words what we are, we are a company of technology company, which needs to be very close to its customers because our business is about giving probe cards, which is not capital equipment, it is much more OpEx.

Our cycle -- each time you have a new design, you need new bulb, and so we're much more into the operation side, so the cycle is different from capital equipment. So each time we have a new design cycle, each time we have a shrink, each time we have a switch of technology, this is where you have opportunity to make new designs, and this is when you have opportunity to ship new products.

This is what we are and what we are doing, and now I am open to questions--.

---

THOMSON

www.streetevents.com          Contact Us

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

## QUESTIONS AND ANSWERS

**Unidentified Speaker**

I'll start out with the first couple of questions. Anyway, thanks for joining us Mario, on such short notice. To kick things off here, maybe you can give us an update on current fundamentals in the industry. We've seen many of your DRAM customers pulling back on capacity here in the March quarter, to a point where we've seen some of your customers even shutting down for two to three weeks.

So bit output growth has been reduced very significantly here in the March quarter. We've seen pricing sort of stabilize, but still very much near cash cost. I know that these factors have cut into the demand outlook for FormFactor for the March quarter, so have things changed much since the team reported about a month and a half ago in that regard?

**Mario Ruscev** - *FormFactor, Inc. - President*

Well, to come back to our market conditions, we do really when our customers compete on efficiency and bring new design and bring shrink, change technology. This is what really creates for us the need for more probe cards. So, our cycle is not exactly the same as the remainder of the industry because of that.

If our customers make a very high profit on [print money] they're not inclined to change much, so this is not usually extremely good for us. What is good for us is when we are in a competitive mode, but obviously, we are seeing many reports of many of our customers (inaudible) sometime with cash, and when you go below cost or cash, it's obviously not very good because then people go into a different mode where they cut [out yield].

And, if you're not in a CapEx that does effect us. So, what can I say? You all know the industry even better than me, so you all have seen what's happening in the last months and we are in the middle of it. I would like to say, usually when you are on the sea, and you are in a big storm, you're on a big wave -- you don't see very far. You know you're in the storm, and this is where we are now.

So, [this period] is very short in fact now, and it's very hard to predict what's going to happen. There's a few things we know that could happen. When we go to shrink, we'll go from 70 nanometers to 65, 68. DDR3 will be introduced, and most likely, it will happen in the second half. But, I would not be very wise to predict exactly when it's suppose to happen.

**Unidentified Speaker**

So is the reduction in demand for your probe cards, at least very near term, is that because your customers are just not testing the wafers, or are they -- is it because of the reduced bit out-put?

**Mario Ruscev** - *FormFactor, Inc. - President*

I would not like to comment much on the test, but there have been reports that some are diminishing the amount of tests. For sure, it is true that they're all into -- when you have a negative test [rule] you probably -- if I was in [I would imagine] that I would try to cut cost on everything I can and you optimize. Sometimes, customers would like to have the ability of the same line to produce [1 GB or 500K] (inaudible) in this case probably they (inaudible) anymore, it's one of the flexibility that you -- go away because you can't afford it anymore. So, we see a whole set of issues that brings it.



© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Unidentified Speaker**

Okay. Well, let's talk about the capacity expansion on your most advanced probe cards, your Harmony Probe Cards. I believe the Company has a target to double its Harmony output share in the March quarter, and to be in a position to fully meet your customers demand or requirements in the June quarter, how is the expansion proceeding relative to these targets? Can you just give us an update there?

**Mario Ruscev** - *FormFactor, Inc. - President*

So, I like spend slightly more on Harmony, because this is one of issue that's been bugging us for the last -- time. I would not speak about -- what we really are over the last quarters -- in Q3 of last year was ramping up. And -- I'll just spend two minutes. This Company started by being able to put many, many springs on a small space, and that made it very successful in the genes of the Company was basically the ability to process these wafers.

When we went to Harmony, the whole idea was to make it full wafer content, you put four of them together and you align them. And to do that, you need to align four (inaudible) to a micron and this requires extremely good knowledge about our mechanical precision assembly, and this was not [in the gene] of the Company.

If you look at [back right] now, it's always easy after (inaudible) to say, this was not an issue of ramping, that people were basically trying to do it by hand, would break them and when you break them, you have to re-do it. You're cycle time is long, it takes you time and you're unable to ship.

Until people realized that they needed to put together specific tooling for that, and not try to do by hand, which has been done in fact, since then basically, we've seen the ramping of Harmony coming back along plan. There have been more than 100 Harmony boards shipped. We're on our plan, our cycle time has been cut by 50%, and it's continuing to improving. So, we're pretty confident that we will be able to take on the demand as it comes.

**Unidentified Speaker**

So, you've shipped 100 Harmony probe cards so far.

**Mario Ruscev** - *FormFactor, Inc. - President*

Over the last quarter, more than 100. I don't know the exact number, but last time I checked, which was a few weeks ago, it was more than 100.

**Unidentified Speaker**

Over the past quarter?

**Mario Ruscev** - *FormFactor, Inc. - President*

Yes.

**Unidentified Speaker**

And you reduced -- I know in the January call, you said that at that time, you had reduced manufacturing cycle times by 30%, now you're saying that you've --decreased it now down to 50%?

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

**Mario Ruscev** - *FormFactor, Inc. - President*

No, I confirm [that it is] 30% -- and it's still continuing.

---

**Unidentified Speaker**

So, I guess the question there is how much more improvement can be made in terms of cycle time from where you are today?

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Well, now that we can put it together without breaking it, now the whole cycle improvement, working with vendors, simplifying something, etc. is continuing. So, we'll continue to improve the cycle time as we go over the year.

---

**Unidentified Speaker**

So with the 30% reduction in cycle time, does that mean that your customers can place orders and get delivery within a quarter for Harmony?

---

**Mario Ruscev** - *FormFactor, Inc. - President*

That is what it means, yes.

---

**Unidentified Speaker**

Okay. Okay, great.

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Now remember, every [probe count] is different. We have some very complex ones and some very simple ones. That's why we never quote an exact date because what it means. But overall, we're pretty well off.

---

**Unidentified Speaker**

Okay, so it sounds like you're on track from where you want to be in the March quarter, and then I think the other comment by the team was that you would be able to satisfy the demand requirements by the June quarter. Are we on track for that as well?

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Yes.

---

**Unidentified Speaker**

Okay. Just switching gears for a moment, what's the -- your CFO resigned last week. I just wanted to get your thoughts in terms of, what is the team's strategy now for bringing on board a new CFO?

---



© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Mario Ruscev** - *FormFactor, Inc. - President*

Well, we are searching. We have a search ongoing for a new CFO.

---

**Unidentified Speaker**

Any time frames in mind in terms of --?

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Usually on this one, it's as soon as possible I would is the right time frame, but I would say we are in a search, I cannot comment more on it.

---

**Unidentified Speaker**

Okay, let's switch topics for a moment. You addressed the DRAM products, I think fairly well. One of the things that the team didn't really talk about in the January call was the trend that you're seeing in the NAND flash business. In this segment of the market, we continue to see capacity ads are still taking place.

We still tend to see the leaders in the market making technology transitions. So, it would seem like an environment where probe card demand should still be fairly robust. Can you just give us an update on what you are seeing in your NAND business? Is it still pretty strong as it relates to demand outlook for your customer?

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Well, again, our NAND business has been effected over the last two quarters by -- [again] the issue is of ramp of Harmony, has obviously full wafer contact is becoming a standard in the NAND business, and [we're issued] to ramp, and we are to really, how do you say - concentrate our resource and a few of them to salvation.

So, we're really seeing now over the last -- few months that we now are able to ship again and we're getting back into NAND, so we see that ramping back for [ourselves]. But it is true that basically, Q3 of last year was not very good for us, because we were [inept] by our ability to ramp it up.

---

**Unidentified Speaker**

So, your inability to ramp it up now--

---

**Mario Ruscev** - *FormFactor, Inc. - President*

Now we are able to cover the [stocks] and we have -- we are getting the design and we are getting the orders and the stock getting back [into it].

---

**Unidentified Speaker**

Okay, I know that -- this was before that you joined, but I know that last year, there were some tester related compatibility issues with the Harmony [NAND] probe card, have those been resolved with the one or two test centers that you were working with?

---

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

**Mario Ruscev** - *FormFactor, Inc. - President*

(Inaudible) being surprised by (inaudible). I know that now we are -- it's true, each time you bring a new product, you have to make sure [it's] compatible with all the tests. So sometimes, it takes time a little time. It's nothing new, that happened with the generation before. It has happened again, but now we don't have any major issues.

**Unidentified Speaker**

Okay, so if we think about just sort of the demand trends from a high level, it sounds like the team is getting back on track in the March quarter, obviously, Harmony is still ramping from a capacity perspective, you got the demand related issues in DRAM as fundamentals in that space are fairly weak, one would hope that as things get better in the second half of the year as it relates to some of the drivers of the business, and I would like you to talk about that.

Things like technology transitions, architectural transitions, I think the teams view back about a month ago was fundamentals should pick up strongly in the second half of the year. Is that still your view?

**Mario Ruscev** - *FormFactor, Inc. - President*

Again, I would like to reiterate, we believe that the shrinks in technology will happen, we believe the DDR3 will happen [from] DDR2, and both two -- these two events means that it will be an increase of demand. Now, it is true that we're in a position where we are now, and I'm not trying to -- you can read the market as well as I can. I'm not able now to put an exact date on it, I know it's going to happen [you know] we had difficult H1 and we believe we have a better H2. That's one thing we can say.

**Unidentified Speaker**

Okay, why don't we open up for questions in the audience.

**Unidentified Audience Member**

Just to clarify one thing, on the DRAM probe card side, up until the second quarter of last year, you pretty much dominated that market for DDR2, and I think from whatever investors understood you had a pretty big lead over your competitor. And then, you were ramping Harmony for DRAM where you had an issue with capacity, and then you lost some market share because of that.

So, my question is, why couldn't you just go back to your old product? Because it seemed that even that was ahead of the competitors at that point in time. So, why would you lose market share?

**Mario Ruscev** - *FormFactor, Inc. - President*

First, I mean, we continue to ship even nowadays and all of last year, we shipped a lot of our old product. PH150, which was our main product, is still shipped in big numbers.

What happened is with one of our customers that asked for -- [full wafer contact] we could not be qualified because we could not ship it. So, somebody came and could ship it and they got the market, that's as simple as that. So this is why we lost one. We had an issue with a manufacturer on ramping. In any market, if for a few months, you're not able to ship, somebody will take the space [that you leave] and this specific demand was for full wafer contact

| THOMSON | www.streetevents.com | Contact Us |  |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Unidentified Audience Member**

But then -- are you implying that your competitor is on par with you in terms of technology?

**Mario Ruscev** - *FormFactor, Inc. - President*

All I'm saying is that one of our competitors was able to ship full wafer contact probe. Now, for example, up until now, (inaudible) there has been only one probe card sheet with 40,000 springs on it, and this was our card. The [shoe] card -- you have to think that even full wafer contact, most of them, three to five touchdowns and we have shipped quite a few probe cards with two touchdowns and even one or two with one touchdown.

In fact, if I look into the future what I'm looking for is -- we created the full wafer contact idea, in a way. But what's important for the customer is the amount of touchdowns, so we have to ramp it up.

**Unidentified Audience Member**

Ron Foster's departure, was -- seemed to be a surprise to many and quite precipitous. I was wondering if you could explain the reasoning behind that?

**Mario Ruscev** - *FormFactor, Inc. - President*

Ron resigned and there was an announcement. There's nothing more (inaudible) than what was in announcement. There's nothing more to it.

**Unidentified Speaker**

Any other questions? Yes?

**Unidentified Audience Member**

(Inaudible question - microphone inaccessible)

**Mario Ruscev** - *FormFactor, Inc. - President*

Another one I discussed before, yes, we were not qualified first. We have been qualified after that, but when you're not qualified first in business, life is more difficult.

**Unidentified Speaker**

But if I understand it, it was because you were trying to transition into the latest technology?

**Mario Ruscev** - *FormFactor, Inc. - President*

It was Harmony related.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

**Unidentified Speaker**

Got it. So, I mean, eventually over time, should you expect that if this product proves successful, [that customer may be] future potential, they go through their own--?

**Mario Ruscev** - *FormFactor, Inc. - President*

We are shipping cards to these customers for sure.

**Unidentified Speaker**

Okay. Is it just a matter then -- it's not in the volume that you would like to have seen, under prior kind of market share scenario?

**Mario Ruscev** - *FormFactor, Inc. - President*

In our business, I don't know if it's a good or bad thing, but every new design is an opportunity to compete. So, what you have to do at every new design or cycle -- it's nine to 12 months (inaudible) every new design, you have to get through -- a good product and [work] faster because of the way it operates.

People ask you for nothing and suddenly, they need the new design very fast for the ramping up. So what you have to do is being able to have the right product, fast, if you do that, you are well off, and that's what we're concentrating on now.

**Unidentified Speaker**

But then over time, with this new Harmony product, do you think that should be -- as it goes though it's maturation that should give you similar types of market share though it's cycle -- selling cycle?

**Mario Ruscev** - *FormFactor, Inc. - President*

I start from assumption that competition will be able sooner or later to ship equipment. So my assumption is to bring the differentiated products first, and faster and better. So, the way we get it we believe that our technology allows us to evolve faster to get final [bips] more spring -- without (inaudible) electronics we believe we can go faster also (inaudible). So what we're looking for, (inaudible) four to five touchdowns, to one to two touchdowns and if we do that, we'll be pretty well off.

**Unidentified Speaker**

So, on that same note, as you are able to satisfy the demand for your Harmony customers going forward, how do you plan to intercept your competitors and displace them where they've taken some market share of your account?

Is it based on the fact that your Harmony probe cards that you're rolling out now are one to two touchdowns that you can offer your customers, versus your competitor full wafer [contractor] which is three to four touchdowns, how are you planning on getting that market share back?

**Mario Ruscev** - *FormFactor, Inc. - President*

Again, the market shares is on many [places]. Obviously, being - adding less touchdown is always another [niche]. Then, being ready to ship on time, being closer to the customer, all of that is a whole, you cannot just -- there is one thing in the industry,

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference

you can not rely on only one. Technology is -- we really have two main issues, two main parts that we are pushing forward. One is the technology, and the other is being close to our customers, because we're in a very highly customized market.

So, in all, we have to be closer to the customer. We are moving, for example, all the design phase much closer to the customer and not doing it only in California, but doing it (inaudible) just [to get in time] to be closer to [her makes her that better]. There's a whole set of things to which we're putting together to bring us back basically, to where we believe we should be.

**Unidentified Speaker**

So, if I think about let's say -- and this was brought up in the call, if I think about the transition in DRAM, let's say for example from 70 nanometers to 55 nanometers, the number of die per wafer or the number of chips per wafer goes up pretty significantly.

Question for you is, is that an area of big opportunity because maybe your competitors cannot scale from a pin density perspective, or would have to wait for a DDR3, where pin densities do go up and then maybe it is a question of --?

**Mario Ruscev** - *FormFactor, Inc. - President*

Every time, respect of our customers increase, whether it's with (inaudible) or amount of springs and density, we believe (inaudible). Like I said, we have been the only ones who have been shipped 40,000 spring probe card. We believe that as we go to final pitch we'll be better off. Now, it doesn't mean that -- I don't count that the competition will not be able to do it, I count that I'll be able to do it better and faster, that's what I'm looking at.

**Unidentified Speaker**

So, its 40,000 pins per card, is that equivalent of -- give us an example. Is that an equivalent of two touchdown DDR3, or two touchdown 55 nanometers? Can you give us a sense for what 40,000 pin density actually provides your customers --?

**Mario Ruscev** - *FormFactor, Inc. - President*

To do one touchdown, not only do you need -- it's not just only touchdown, it's also the timing spent on the things, the ability of a tester to do it, etc. So, to do really one touchdown, you need a lot of pins, but you also need what we call [TEE] which is really test enhance electronics that we put on our boards that enables you to get much more power, which enables you to lesser touchdown.

We believe that these two together is really what would make a differentiation. The amount of pins, and the ability to bring more (inaudible) so that our customers don't have to completely change their testers. That's obviously one of a much bigger [factor].

**Unidentified Speaker**

Any questions from the audience?

**Unidentified Audience Member**

Yes, back there.



© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Unidentified Audience Member**

A couple of your customers presented at this tech conference (inaudible) I do not get the sense that they are backing off from their migration from 65 nanometers to 50 nanometers. And I'm just trying to get a sense -- is it -- the reason you're not seeing business from them, is because they're recycling or re-using their old probe card, or they already have enough probe cards? Or -- something is not making sense there.

And then my second question is, have you done any kind of analysis to show what DRAM pricing or operating margins for DRAM makers, business kind of comes back for you guys?

**Mario Ruscev** - *FormFactor, Inc. - President*

We are still shipping a lot of probe cards to our customers. Still shipping a lot of probe cards to (inaudible). I hope that they don't back out of their plans to do 65. But, it is the truth now, their industry is in quite a turmoil, and my feeling is that their plan can change any minute now. I know that on the long-term it will happen, but I don't want to say it will happen next month, or four months from now or six months from now.

I don't want to count on it and make plans on it, because I know in a situation where our customers are now anything can happen over the next few weeks. I prefer not to plan on it and just hold on and concentrate on what I have to do. So, that's really my position. You know this industry better than me, in fact, I'm new in that so I would not try to -- give a lesson in what would happen exactly. I know these things will happen.

**Unidentified Speaker**

So, let's turn a little bit to maybe the balance sheet for a minute here. The Company exited the December quarter with $575 million in cash and marketable securities. I know the team has talked a lot about expansion area opportunities, but as I look -- as I see the growth opportunities in NAND, which is still just an emerging business for the team, the growth opportunities in your recently introduced wire-bonded logic products, those are two big markets, that would drive growth for FormFactor for the next several years.

So, I think the question is, and I think investors are asking as well is, when are we going to get an answer from the team about using some of this cash to potentially do a stock buyback? I think that you would hopefully also agree, Mario, that relative to the earnings power of your company that the stock is fairly undervalued here.

**Mario Ruscev** - *FormFactor, Inc. - President*

Many questions in this one. First, I really see the cash as a fuel for growth, so cash gives us independence to grow to the way we want, which is always a nice thing. Now, I think one of the big issues that we have with our valuations is much more due to -- I think we have to prove to the industry that we can execute pretty well, and this is the most important issue for me now I have to say. I think this is more important than anything.

On cash buyback, we have not ruled it out, we look at it. My feeling is -- now is, if I did the cash buyback now, what will it prove to the industry? I know it's feasible, and like I say, we are discussing it all the time and we're not closing and I'm open to everything. We're just [looking at] what is the best way to use the cash.

**Unidentified Speaker**

Questions from the audience?

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Unidentified Audience Member**

Just going back to Harmony, you introduced your Harmony NAND product, I think sometime in 2006, and then second (inaudible) last year, you had this manufacturing problem on Harmony , was it related to Harmony just on DRAM that you had the problem, or was it on Harmony on NAND

**Mario Ruscev** - *FormFactor, Inc. - President*

No, it's related to all Harmony. The issue is when you try to put together four (inaudible) and put them together to micron [precision] , they have to (inaudible) they have to hold their position as they expand on the (inaudible) etc., etc. It is a manufacturing feat. Due to history of the Company, these guys are really good at processing wafers and putting a lot of springs on the right spot, etc., etc.

They have to bring in the genes of putting precision mechanical assembly together. This was a [main of an issue] and it took some time. Because, at the beginning they tried to do it by hand and they were breaking most of

**Unidentified Audience Member**

As it relates to Harmony or NAND, are you still way behind your --?

**Mario Ruscev** - *FormFactor, Inc. - President*

Now, that we're able to manufacturer Harmony and ship it, now we're back into the NAND business too. So basically, the NAND business, some of the cards are simpler, so sometime we could make them and (inaudible). As all the resources were really put together, to try to solve the issue this has been a diversion for everybody in fact. And that's really the result of it.

**Unidentified Speaker**

My last question to you, Mario, is now that you've come on board as President and you're going to be responsible primarily for driving the operations of the Company, how are you going to structure the Company, structure the manufacturing operations, structure the coordination between manufacturing, development and design, such that hopefully in the future we do not see this sort of mis-execution that we had in the fourth quarter, which leaves us in the position that we are here today and in the March quarter?

**Mario Ruscev** - *FormFactor, Inc. - President*

There is no silver bullet. It's many things, you have to just get people back focused, make sure the responsibility are defined in much cleaner way, make sure that while you make a design, you do in the same time [for that to] manufacture.

This is called concurrent engineering, which means that basically as you design your tools, your manufacturing people are designing a way to manufacture it and they don't come after and realize that it's more complex than they thought. We do move [part of activity] closer to customers so that we can have a better reaction time, and it can be closer to the customer -- their needs. So, it's a whole set of things which we are doing now in pilot, and which focus us about execution.

**Unidentified Speaker**

All right, well we're all out of time. Mario, I want to thank you very much for being [with us] here this afternoon.

| THOMSON | www.streetevents.com | Contact Us |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Mar. 04. 2008 / 5:45PM, FORM - FORMFACTOR INC at Morgan Stanley Technology Conference |
| --- |

**Mario Ruscev** - *FormFactor, Inc. - President*

Thank you very much.

**Unidentified Speaker**

Thank you.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2008, Thomson Financial. All Rights Reserved.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.