ROBERT P. VARIAN (SB No. 107459)
*Email: rvarian@orrick.com*
JONATHAN B. GASKIN (SB No. 203625)
*Email:  jgaskin@orrick.com*
AMY M. ROSS (SB No. 215692)
*Email:  aross@orrick.com*
DANIELLE P. VAN WERT (SB No. 218245)
*dvanwert@orrick.com*
ERIN H. REDING (SB No. 252691)
*ereding@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

Attorneys for Defendants

JEFFREY W. LAWRENCE (SB No. 166806)
*jeffreyl@csgrr.com*
SHIRLEY H. HUANG (SB No. 206854)
*shirleyh@csgrr.com*
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415-288-4545
Facsimile:  415-288-4534

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FORMFACTOR, INC., et al.,<br><br>    Defendant. | Case No.  3:07-CV-05545<br><br>**STIPULATION AND JOINT REQUEST [PROPOSED] ORDER SETTING CASE SCHEDULE** |

1    WHEREAS, this case is governed by the Private Securities Litigation Reform Act of 1995, and discovery is currently stayed pending resolution of a motion to dismiss;

   WHEREAS, on February 7, 2008 the Court ordered that "the parties are not required to comply with the procedures to be completed in connection with the Initial Case Management Conference pursuant to Civil Local Rule 16-2"; and

   WHEREAS, defendants have filed a motion to dismiss, which is set for hearing on July 25, 2008, and an initial case management conference scheduled for the same day;

   Subject to the approval of the Court, the parties hereby stipulate and agree as follows:

   1.  The parties will meet and confer regarding early settlement no later than July 14, 2008; and

   2.  The parties will meet and confer regarding initial disclosures, ADR process selection and a discovery plan no later than 14 days after entry of an order denying defendants' motion to dismiss, and submit a Rule 26(f) Report and a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than 14 days after completion of the meet-and-confer.

Dated: June 27, 2008                                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                    */s/  Robert P. Varian*
                                                    ROBERT P. VARIAN
                                                    Attorneys for Defendant

                                                    ROBERT P. VARIAN (SB No. 107459)
                                                    JONATHAN B. GASKIN (SB No. 203625)
                                                    AMY M. ROSS (SB No. 215692)
                                                    DANIELLE P. VAN WERT (SB. No. 218245)
                                                    ERIN H. REDING (SB No. 252691)
                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    The Orrick Building
                                                    405 Howard Street
                                                    San Francisco, CA 94105-2669
                                                    Telephone:  415-773-5700
                                                    Facsimile:  415-773-5759

| | |
|---|---|
| Dated: June 27, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

                                             */s/ Jeffrey W. Lawrence*
                                             JEFFREY W. LAWRENCE
                                             Attorneys for Plaintiff

                                    JEFFREY W. LAWRENCE (SB No. 166806)
                                    SHIRLEY H. HUANG (SB No. 206854)
                                         COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                           100 Pine Street, Suite 2600
                                             San Francisco, CA 94111
                                            Telephone: 415-288-4545
                                            Facsimile: 415-288-4534

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


      */s/ Robert P. Varian*
       ROBERT P. VARIAN
       Attorneys for Defendant


    Based on the Stipulation and Joint Request of the parties, and good cause appearing therefore, **IT IS SO ORDERED**.


Dated _____, 2008.


                                                 HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE