1  ROBERT P. VARIAN (SB No. 107459)
   *Email: rvarian@orrick.com*
2  JONATHAN B. GASKIN (SB No. 203625)
   *Email: jgaskin@orrick.com*
3  AMY M. ROSS (SB No. 215692)
   *Email: aross@orrick.com*
4  DANIELLE P. VAN WERT (SB No. 218245)
   *dvanwert@orrick.com*
5  ERIN H. REDING (SB No. 252691)
   *ereding@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone: 415-773-5700
   Facsimile: 415-773-5759
9
   Attorneys for Defendants
10
   JEFFREY W. LAWRENCE (SB No. 166806)
11 *jeffreyl@csgrr.com*
   SHIRLEY H. HUANG (SB No. 206854)
12 *shirleyh@csgrr.com*
   COUGHLIN STOIA GELLER
13 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
14 San Francisco, CA 94111
   Telephone: 415-288-4545
15 Facsimile: 415-288-4534

16 Attorneys for Plaintiffs

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20

21 | DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-05545 |
   |---|---|
22 |  | **STIPULATION AND JOINT REQUEST [PROPOSED] ORDER SETTING CASE SCHEDULE** |
   | Plaintiff, |  |
23 | v. |  |
24 | FORMFACTOR, INC., et al., |  |
   | Defendant. |  |
25

26

27

28

OHS West:260460877.1                              STIPULATION AND JOINT REQUEST [PROPOSED]
                                                   ORDER SETTING CASE SCHEDULE (3:07-CV-05545)

WHEREAS, this case is governed by the Private Securities Litigation Reform Act of 1995, and discovery is currently stayed pending resolution of a motion to dismiss;

WHEREAS, on February 7, 2008 the Court ordered that "the parties are not required to comply with the procedures to be completed in connection with the Initial Case Management Conference pursuant to Civil Local Rule 16-2"; and

WHEREAS, defendants have filed a motion to dismiss, which is set for hearing on July 25, 2008, and an initial case management conference scheduled for the same day;

Subject to the approval of the Court, the parties hereby stipulate and agree as follows:

1. The parties will meet and confer regarding early settlement no later than July 14, 2008; and

2. The parties will meet and confer regarding initial disclosures, ADR process selection and a discovery plan no later than 14 days after entry of an order denying defendants' motion to dismiss, and submit a Rule 26(f) Report and a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than 14 days after completion of the meet-and-confer.

Dated: June 27, 2008                     ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant

ROBERT P. VARIAN (SB No. 107459)
JONATHAN B. GASKIN (SB No. 203625)
AMY M. ROSS (SB No. 215692)
DANIELLE P. VAN WERT (SB. No. 218245)
ERIN H. REDING (SB No. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

1 | Dated: June 27, 2008                           COUGHLIN STOIA GELLER RUDMAN &
2 |                                                                    ROBBINS LLP
3
                                                        /s/ Jeffrey W. Lawrence
4                                                   JEFFREY W. LAWRENCE
                                                      Attorneys for Plaintiff
5
                                              JEFFREY W. LAWRENCE (SB No. 166806)
6                                              SHIRLEY H. HUANG (SB No. 206854)
                                                   COUGHLIN STOIA GELLER
7                                                    RUDMAN & ROBBINS LLP
                                                     100 Pine Street, Suite 2600
8                                                     San Francisco, CA 94111
                                                     Telephone: 415-288-4545
9                                                    Facsimile: 415-288-4534

10    I hereby attest that I have on file all holograph signatures for any signatures indicated by
a "conformed" signature (/s/) within this efiled document.

11   ORRICK HERRINGTON & SUTCLIFFE LLP

12

13         /s/ Robert P. Varian
            ROBERT P. VARIAN
14          Attorneys for Defendant

...

19       Based on the Stipulation and Joint Request of the parties, and good cause

20   appearing therefore, **IT IS SO ORDERED**.

21

22   Dated _____, 2008.

23

24                                                  [signature: Susan Illston]
                                           _____
25                                                  HONORABLE SUSAN ILLSTON
                                                    UNITED STATES DISTRICT JUDGE
26