COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
shuang@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, <br><br>                    Plaintiff,<br><br>  vs.<br><br>FORMFACTOR, INC., et al.,<br><br>                    Defendants. | No. C-07-05545-SI<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>STATEMENT OF RECENT AUTHORITIES IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANT RICHARD M. FREEMAN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT |

Pursuant to Civil L.R. 7-3(d), plaintiffs respectfully submit this Statement of Recent Authorities In Support of Plaintiffs' Omnibus Opposition to Defendants' Motion to Dismiss and Defendant Richard M. Freeman's Motion to Dismiss Plaintiffs' First Amended Complaint, as follows:

(a) *Berson v. Applied Signal Tech., Inc.*, 527 F.3d 982 (9th Cir. 2008), issued on June 5, 2008, one day after plaintiffs' omnibus opposition was filed. The opinion is controlling on several issues raised in defendants' motions to dismiss, including: (1) the sufficiency of witness-based allegations. (*Id*. at 985) ("It's entirely plausible that 'engineers or technical editors' would know, or could reasonably deduce, that the company had suffered such setbacks.") (citing *In re Daou Sys., Inc*. 411 F.3d 1006, 1015-16 (9th Cir. 2005)), and that any factual disputes at the pleading stage must "at least await discovery" (*id*.); (2) ruminations on "misleading" (*id.* at 985-86); and (3) the particularity required to give rise to a strong inference of scienter, including the core business inference and the application of the inference in *No. 84 Employer-Teamster Joint Council Pension Trust Fund v. Am. West Holding Corp*., 320 F.3d 920 (9th Cir. 2003) and *In re Read-Rite Corp*. *Secs. Litig*., 335 F.3d 843 (9th Cir. 2003). A copy of the opinion is attached hereto as Exhibit A.

(b) *Batwin v. Occam Networks, Inc.*, No. CV 07-2750 CAS (SHx), 2008 U.S. Dist. LEXIS 52365 (C.D. Cal. July 1, 2008). The opinion is relevant to several issues related to defendants' motions to dismiss, including: (1) that "a more specific account of top executives' involvement in the details of the company can help to create a strong inference of scienter in light of improper accounting reports" (*id*. at *31-*32); (2) the sufficiency of witness-based allegations (*id.* at *32-*35); (3) the sufficiency of allegations regarding violations of GAAP (*id*. at *35-*38); (3) the sufficiency of allegations concerning internal control deficiencies that give rise to a strong inference of scienter (*id*. at *39-*41); and (4) insider trading (*id.* at *41-*45). A copy of the opinion is attached hereto as Exhibit B.

(c) *Teamsters Local 445 Freight Div. Pension Fund v. Dynex Capital, Inc*., No. 06-2902-cv, 2008 U.S. App. LEXIS 13449 (2nd Cir. June 26, 2008). The opinion is relevant to

1  several issues related to defendants' motions to dismiss, including the issue of corporate scienter. *Id*.
2  at *12-*13. A copy of the opinion is attached hereto as Exhibit C.
3      Plaintiffs respectfully request that this Court consider the latest controlling authority from the
4  9th Circuit, *Applied Signal*, and the two relevant authorities in ruling on defendants' motions to
5  dismiss.

6  DATED:  July 14, 2008

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        JEFFREY W. LAWRENCE
        SHIRLEY H. HUANG


        /s/
        SHIRLEY H. HUANG

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

T:\CasesSF\FormFactor\STM00052559_RecDec.doc

STATEMENT OF RECENT AUTHORITIES IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION
- C-07-05545-SI      - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2008.

/s/
SHIRLEY H. HUANG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShirleyH@csgrr.com

# Mailing Information for a Case 3:07-cv-05545-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_f

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101
```

**David C. Walton**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301