COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
shuang@csgrr.com

Lead Counsel for Plaintiffs

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ROBERT P VARIAN (107459)
JONATHAN B. GASKIN (203625)
AMY M. ROSS (215692)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. C-07-05545-SI |
| Plaintiff, ) ) | **(Consolidated)** |
| vs. ) ) | CLASS ACTION |
| FORMFACTOR, INC., et al., ) ) | PROOF OF SERVICE |
| Defendants. ) ) | |

## DECLARATION OF SERVICE BY E-MAIL

I, the undersigned, declare:

1.   That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.   That on July 18, 2008, declarant served Judge Susan Illston's Standing CASE MANAGEMENT CONFERENCE ORDER by electronically mailing a true and correct copy to the parties listed on the Court's electronic service list attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2008, at San Francisco, California.

/s/
CAROLINE A. WILEY

# Mailing Information for a Case 3:07-cv-05545-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```