UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/25/08

Case No.   C-07-5545 SI          Judge:   SUSAN ILLSTON

Title: DANNY MCCASLAND -v- FORMFACTOR

Attorneys: S. Huang          R. Varian, D. Van Wert

Deputy Clerk:  Tracy Sutton   Court Reporter: L. Zinn

## PROCEEDINGS

1)   Defendant's Motion to Dismiss - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  (X ) GRANTED w/leave to amend, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED                                            PART

Case continued to **10/10/08   @ 2:00 p.m.** for Initial Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: