1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SHIRLEY H. HUANG (206854)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   shuang@csgrr.com
6
   Lead Counsel for Plaintiffs
7
   [Additional counsel appear on signature page.]
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 DANNY McCASLAND, Individually and On  )  No. C-07-05545-SI
   Behalf of All Others Similarly Situated, )
                                          )  **(Consolidated)**
12                           Plaintiff,   )
                                          )  <u>CLASS ACTION</u>
13       vs.                              )
                                          )  DECLARATION OF SHIRLEY H. HUANG
14 FORMFACTOR, INC., et al.,              )  IN SUPPORT OF PLAINTIFFS' SECOND
                                          )  AMENDED COMPLAINT FOR
15                           Defendants.  )  VIOLATIONS OF FEDERAL SECURITIES
                                          )  LAWS
16

I, SHIRLEY H. HUANG, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

| Exhibit Number | Date | Description |
| --- | --- | --- |
| 1 | 1/1/06 to 3/15/08 | Daily Stock Price of FormFactor, Inc. covering the Class Period (February 1, 2006 to February 5, 2008); |
| 2 | 05/28/02 | Attached Exhibit 3.04 to FormFactor S-1/A: Amended and Restated By-Laws of FormFactor, Inc. |
| 3 | 04/21/05 | Analyst Report by Maire and Shah: "Transfer to coverage – Increasing from Hold to Buy" |
| 4 | 07/15/05 | Analyst Report by Patrick Ho: "A Shiny Diamond in the Rough; Initiating Coverage with Buy Rating" |
| 5 | 01/09/06 | Analyst Report by Duffy and Ringwald: " Buy/Aggressive" |
| 6 | 02/01/06 | Conference Call: Q4 2005 FormFactor, Inc. Earnings Conference Call |
| 7 | 02/01/06 | Press Release: "FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results; Record Quarterly Revenues of $71.8 Million, up 56% Year Over Year; Quarterly Bookings up 102% Year Over Year; 2005 Net Income Sets a Record" |
| 8 | 04/26/06 | Conference Call: Q1 2006 FormFactor, Inc. Earnings Conference Call |
| 9 | 04/26/06 | Press Release: "FormFactor, Inc. Announces 2006 First Quarter Financial Results; Record Quarterly Revenues of $81.3 Million; Net Income up 119% Year Over Year" |
| 10 | 05/11/06 | FormFactor, Inc.'s Form 10-Q for Q1 2006 |
| 11 | 06/06/06 | Press Release: "FormFactor Introduces Harmony OneTouch Wafer Probe Solution for 300mm Flash Wafer Testing; New Probe Card Uses System Approach to Deliver Greater Productivity and Lower Test Cost Per Die" |
| 12 | 07/27/06 | Conference Call: Q2 2006 FormFactor, Inc. Earnings Conference Call |
| 13 | 07/27/06 | Press Release: "FormFactor, Inc. Announces 2006 Second Quarter Financial Results; Record Quarterly Revenues of  $92.4 Million, Up 77% Year Over Year" |
| 14 | 08/09/06 | FormFactor, Inc.'s Form 10-Q for 2Q 2006 |
| 15 | 08/21/06 | Analyst Report by McArdle and Maire: "FORM: Transferring |

DECLARATION OF SHIRLEY H. HUANG IN SUPPORT OF PLAINTIFFS' SECOND AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS - C-07-05545-SI      - 1 -

| | | Coverage; Maintain Buy." |
|---|---|---|
| 16 | 10/25/06 | Conference Call: Q3 2006 FormFactor, Inc. Earnings Conference Call |
| 17 | 10/25/06 | Press Release: "FormFactor, Inc. Announces 2006 Third Quarter Financial Results" |
| 18 | 11/07/06 | FormFactor, Inc.'s Form 10-Q for 3Q 2006 |
| 19 | 12/05/06 | Analyst Report by Mehdi Hosseini: "Is It Time to Load up the Truck? Gotta Wait For Incremental Data Points" |
| 20 | 01/29/07 | Press Release: "FormFactor Unveils Harmony XP(TM) Wafer Probe Card, the Industry's First Two-Touchdown 300-mm DRAM Wafer Probe Solution; New Probe Card Platform Designed to Address Advanced Technology Requirements and Lower Overall Cost of Test for High-Performance, High-Density DRAM" |
| 21 | 01/31/07 | Conference Call: Q4 2006 FormFactor, Inc. Earnings Conference Call |
| 22 | 01/31/07 | Press Release: "FormFactor Receives Multi-million-dollar Order from Hynix for Harmony OneTouch(TM) Flash Memory Wafer Probe Cards" |
| 23 | 01/31/07 | Press Release: "FormFactor, Inc. Announces 2006 Fourth Quarter and Year-End Financial Results; Record Revenue and Profit in Fourth Quarter Caps Another Record Year in 2006 with 55% Revenue Growth" |
| 24 | 02/26/07 | FormFactor, Inc.'s Form 10-K for 2006 |
| 25 | 04/25/07 | Conference Call: Q1 2007 FormFactor, Inc. Earnings Conference Call |
| 26 | 04/25/07 | Press Release: "FormFactor Announces First Quarter 2007 Financial Results; Record Quarterly Revenues of $102.3 Million, Up 26% Year Over Year" |
| 27 | 05/07/07 | FormFactor, Inc.'s Form 10-Q for 1Q 2007 |
| 28 | 07/25/07 | Conference Call: Q2 2007 FormFactor, Inc. Earnings Conference Call |
| 29 | 07/25/07 | Press Release: "FormFactor, Inc. Announces Second Quarter 2007 Financial Results; Record Quarterly Revenues of $114.1 Million, up 24% Year over Year" |
| 30 | 08/06/07 | FormFactor, Inc.'s Form 10-Q for 2Q 2007 |
| 31 | 10/24/07 | Conference Call: Q3 2007 FormFactor, Inc. Earnings Conference Call |
| 32 | 10/24/07 | Press Release: "FormFactor, Inc. Announces Record Revenue Quarter of $125.3 Million, Up 29% Year Over Year; Company Also Announces Internal Review of Inventory Valuation Practices" |
| 33 | 11/09/07 | Press Release: "FormFactor Announces Preliminary Third Quarter Results and Announces Intention to Restate Historical Financial Statements in Light of Revised Inventory Valuation Estimates" |
| 34 | 11/13/07 | FormFactor, Inc.'s Amended Form 10-Q/A for 1Q 2007 |
| 35 | 11/13/07 | FormFactor, Inc.'s Amended Form 10-Q/A for 2Q 2007 |
| 36 | 11/13/07 | FormFactor, Inc.'s Amended Form 10-K/A for 2006 |

| | | |
|---|---|---|
| 37 | 12/07/07 | Analyst Report by Douglas Reid: "Japan Checks Suggest Increased Risk To 2008 Revenue and Margin Outlook" |
| 38 | 12/10/07 | Analyst Report by Patrick Ho: "No Near-Term Competitive Concerns but Execution Risks Overshadowing Company" |
| 39 | 02/05/08 | Conference Call: Q4 2007 FormFactor, Inc. Earnings Conference Call |
| 40 | 02/05/08 | Press Release: "FormFactor, Inc. Announces Fourth Quarter 2007 Financial Results; Annual Revenues of $462.2 Million, Up 25% Year Over Year; Quarterly Revenues of $120.5 Million, Up 22% Year Over Year; Company Also Announces Cost Reduction Plan" |
| 41 | 02/06/08 | Analyst Report by Hsueh and Yang: "Transformation Complete – Not a Growth Stock, But Risk/Reward Likely Hit Bottom" |
| 42 | 02/06/08 | Analyst Report by Raj Seth: "Huge Miss – much worse than anyone dared guess.." |
| 43 | 02/06/08 | Analyst Report by Patrick Ho: "The Harmony 'House' is Crumbling...Can it be Rebuilt?" |
| 44 | 02/27/08 | FormFactor, Inc.'s Form 10-K for 2007 |
| 45 | 04/29/08 | Conference Call: Q1 2008 FormFactor, Inc. Earnings Conference Call |
| 46 | 04/29/08 | Press Release: "FormFactor, Inc. Announces First Quarter 2008 Financial Results" |
| 47 | 7/23/08 | Press Release: "FormFactor, Inc.: Just When You Thought Harmony Was OK – Downgrading to Perform." |
| 48 | 07/30/08 | Conference Call: Q2 2008 FormFactor, Inc. Earnings Conference Call |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of August, 2008, at San Francisco, California.

/s/
SHIRLEY H. HUANG

T:\CasesSF\FormFactor\DEC00053556_SHH.doc

DECLARATION OF SHIRLEY H. HUANG IN SUPPORT OF PLAINTIFFS' SECOND AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS - C-07-05545-SI          - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2008.

/s/
SHIRLEY H. HUANG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:Shirley H@csgrr.com

# Mailing Information for a Case 3:07-cv-05545-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```