Exhibit 1

Web    Images    Maps    News    Shopping    Gmail    more ▼                              Portfolios | Sign In

[                    ]                                          Get quotes    Stock screener
e.g. "CSCO" or "Google"

## Historical prices « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 | Update | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 5-Jan-06 | 25.45 | 26.41 | 25.35 | 26.36 | 274,900 |
| 4-Jan-06 | 24.87 | 25.67 | 24.66 | 25.62 | 291,500 |
| 3-Jan-06 | 24.10 | 24.81 | 23.95 | 24.76 | 708,600 |

Result Page: **Previous** 14 15 16 17 18 19 20 21 22 **23**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾

Portfolios | Sign In

Get quotes   Stock screener

e g "CSCO" or "Google"

## Historical prices « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   - Mar 15, 2008    Update    Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 10-Feb-06 | 37.86 | 37.93 | 37.05 | 37.25 | 489,500 |
| 9-Feb-06 | 36.19 | 38.35 | 36.19 | 37.76 | 709,200 |
| 8-Feb-06 | 36.63 | 36.98 | 35.92 | 36.60 | 378,600 |
| 7-Feb-06 | 35.38 | 36.78 | 35.38 | 36.63 | 851,100 |
| 6-Feb-06 | 35.66 | 36.50 | 35.30 | 35.64 | 1,207,400 |
| 3-Feb-06 | 35.52 | 36.85 | 35.45 | 36.54 | 1,593,900 |
| 2-Feb-06 | 37.60 | 39.30 | 35.56 | 36.95 | 4,679,300 |
| 1-Feb-06 | 29.51 | 30.60 | 29.40 | 30.46 | 623,100 |
| 31-Jan-06 | 30.25 | 30.33 | 29.53 | 29.82 | 428,600 |
| 30-Jan-06 | 30.50 | 30.62 | 29.85 | 30.28 | 603,000 |
| 27-Jan-06 | 30.21 | 31.80 | 29.32 | 31.16 | 1,047,100 |
| 26-Jan-06 | 28.97 | 30.18 | 28.78 | 30.18 | 549,100 |
| 25-Jan-06 | 28.81 | 29.06 | 27.91 | 28.63 | 322,500 |
| 24-Jan-06 | 28.02 | 28.77 | 28.00 | 28.64 | 384,100 |
| 23-Jan-06 | 28.54 | 28.62 | 27.75 | 28.08 | 236,500 |
| 20-Jan-06 | 30.04 | 30.31 | 28.00 | 28.36 | 656,100 |
| 19-Jan-06 | 27.63 | 30.54 | 27.63 | 29.92 | 1,172,800 |
| 18-Jan-06 | 26.75 | 27.75 | 26.64 | 27.47 | 530,600 |
| 17-Jan-06 | 26.49 | 27.66 | 26.35 | 27.34 | 267,200 |
| 13-Jan-06 | 27.06 | 27.46 | 26.65 | 27.28 | 296,000 |
| 12-Jan-06 | 27.65 | 27.92 | 27.01 | 27.02 | 363,500 |
| 11-Jan-06 | 27.68 | 28.25 | 27.61 | 27.88 | 540,500 |
| 10-Jan-06 | 27.00 | 28.39 | 26.87 | 28.19 | 737,000 |
| 9-Jan-06 | 26.55 | 26.98 | 26.45 | 26.88 | 225,300 |
| 6-Jan-06 | 26.50 | 26.75 | 25.84 | 26.63 | 281,400 |

Result Page: **Previous** 13 14 15 16 17 18 19 20 21 **22 23**    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service



e.g. "CSCO" or "Google"    Get quotes  Stock screener

## Historical prices  « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 |    **Update**  Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 20-Mar-06 | 35.44 | 36.54 | 35.35 | 36.30 | 654,700 |
| 17-Mar-06 | 35.35 | 36.18 | 34.70 | 35.41 | 1,288,500 |
| 16-Mar-06 | 38.25 | 38.38 | 35.14 | 35.36 | 1,687,100 |
| 15-Mar-06 | 37.85 | 38.50 | 37.38 | 38.20 | 1,153,000 |
| 14-Mar-06 | 37.09 | 38.20 | 36.90 | 37.70 | 803,000 |
| 13-Mar-06 | 37.70 | 38.14 | 37.08 | 37.10 | 752,100 |
| 10-Mar-06 | 38.51 | 38.79 | 37.38 | 37.74 | 2,567,500 |
| 9-Mar-06 | 38.17 | 39.43 | 38.07 | 38.53 | 997,400 |
| 8-Mar-06 | 36.69 | 37.82 | 36.09 | 37.82 | 783,300 |
| 7-Mar-06 | 38.56 | 38.57 | 36.84 | 36.97 | 631,600 |
| 6-Mar-06 | 40.18 | 40.18 | 38.12 | 38.80 | 531,700 |
| 3-Mar-06 | 39.50 | 40.20 | 39.02 | 39.87 | 820,900 |
| 2-Mar-06 | 40.43 | 41.99 | 39.42 | 40.11 | 1,094,500 |
| 1-Mar-06 | 36.83 | 40.99 | 36.83 | 40.70 | 968,100 |
| 28-Feb-06 | 36.42 | 38.26 | 36.40 | 36.84 | 960,900 |
| 27-Feb-06 | 37.82 | 38.30 | 36.50 | 36.64 | 514,800 |
| 24-Feb-06 | 36.87 | 38.00 | 36.72 | 37.67 | 248,500 |
| 23-Feb-06 | 36.95 | 37.50 | 36.70 | 36.78 | 240,400 |
| 22-Feb-06 | 37.40 | 38.41 | 36.50 | 36.96 | 544,000 |
| 21-Feb-06 | 38.47 | 39.12 | 37.25 | 37.40 | 570,100 |
| 17-Feb-06 | 38.86 | 39.05 | 38.55 | 38.57 | 497,100 |
| 16-Feb-06 | 37.43 | 39.00 | 37.43 | 38.90 | 867,400 |
| 15-Feb-06 | 37.79 | 38.32 | 37.50 | 38.23 | 426,000 |
| 14-Feb-06 | 36.60 | 37.90 | 36.25 | 37.78 | 709,100 |
| 13-Feb-06 | 37.09 | 37.18 | 35.96 | 36.75 | 630,200 |

Result Page: **Previous** 12 13 14 15 16 17 18 19 20 **21** 22 23    **Next**

International Google Finance:  Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google  Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾                                    Portfolios | Sign In



e.g. "CSCO" or "Google"

**Get quotes**   Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.** (NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 25-Apr-06 | 42.71 | 44.45 | 42.51 | 44.07 | 961,800 |
| 24-Apr-06 | 42.83 | 43.25 | 41.30 | 42.32 | 624,500 |
| 21-Apr-06 | 44.99 | 44.99 | 42.32 | 43.10 | 677,600 |
| 20-Apr-06 | 43.41 | 45.29 | 43.25 | 44.40 | 1,052,100 |
| 19-Apr-06 | 40.95 | 43.73 | 40.95 | 43.71 | 1,168,900 |
| 18-Apr-06 | 39.36 | 41.24 | 38.92 | 40.99 | 497,600 |
| 17-Apr-06 | 40.89 | 40.89 | 38.78 | 39.06 | 674,800 |
| 13-Apr-06 | 40.07 | 41.98 | 39.85 | 40.65 | 530,200 |
| 12-Apr-06 | 39.04 | 40.19 | 39.00 | 39.91 | 307,700 |
| 11-Apr-06 | 39.13 | 39.58 | 37.88 | 39.09 | 458,500 |
| 10-Apr-06 | 39.60 | 39.94 | 38.86 | 39.21 | 498,500 |
| 7-Apr-06 | 41.17 | 41.38 | 39.37 | 39.55 | 420,900 |
| 6-Apr-06 | 40.96 | 41.49 | 40.47 | 40.99 | 603,800 |
| 5-Apr-06 | 40.44 | 41.46 | 39.72 | 40.95 | 454,200 |
| 4-Apr-06 | 40.57 | 41.15 | 39.50 | 40.44 | 667,500 |
| 3-Apr-06 | 39.40 | 41.35 | 39.07 | 40.36 | 1,018,700 |
| 31-Mar-06 | 39.23 | 39.73 | 38.66 | 39.32 | 672,400 |
| 30-Mar-06 | 39.73 | 41.10 | 38.10 | 38.92 | 646,500 |
| 29-Mar-06 | 38.19 | 39.72 | 37.50 | 39.55 | 461,000 |
| 28-Mar-06 | 39.32 | 39.68 | 37.90 | 38.09 | 496,800 |
| 27-Mar-06 | 39.63 | 39.86 | 39.09 | 39.53 | 500,900 |
| 24-Mar-06 | 37.84 | 39.56 | 37.68 | 39.56 | 1,314,900 |
| 23-Mar-06 | 36.50 | 37.79 | 36.45 | 37.59 | 710,300 |
| 22-Mar-06 | 36.62 | 36.75 | 35.68 | 36.49 | 534,800 |
| 21-Mar-06 | 36.52 | 38.15 | 36.24 | 36.76 | 1,054,800 |

Result Page: **Previous** 11 12 13 14 15 16 17 18 19 **20** 21 22 23    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼

Portfolios | Sign In

| | Get quotes | Stock screener |

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

**FormFactor, Inc.** (NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   -  Mar 15, 2008     **Update**    Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 31-May-06 | 38.18 | 38.90 | 37.39 | 38.74 | 623,900 |
| 30-May-06 | 39.50 | 39.80 | 37.91 | 37.92 | 396,100 |
| 26-May-06 | 37.90 | 40.38 | 37.34 | 39.40 | 557,700 |
| 25-May-06 | 37.75 | 38.62 | 37.17 | 37.68 | 501,200 |
| 24-May-06 | 37.39 | 38.55 | 36.25 | 37.17 | 595,900 |
| 23-May-06 | 38.50 | 39.30 | 37.33 | 37.44 | 612,900 |
| 22-May-06 | 38.03 | 38.70 | 36.64 | 38.00 | 617,800 |
| 19-May-06 | 36 61 | 40.26 | 36.55 | 38.38 | 1,479,400 |
| 18-May-06 | 37.20 | 38.08 | 36.25 | 36.31 | 512,400 |
| 17-May-06 | 37.70 | 38.18 | 36.50 | 37.19 | 442,800 |
| 16-May-06 | 38.62 | 39.26 | 37.75 | 37.88 | 472,900 |
| 15-May-06 | 39.19 | 39.98 | 37.00 | 38.48 | 866,200 |
| 12-May-06 | 39.80 | 40.70 | 39.27 | 39.33 | 690,600 |
| 11-May-06 | 41.55 | 41.58 | 39.02 | 39.84 | 1,229,600 |
| 10-May-06 | 42.90 | 43.19 | 41.36 | 41.60 | 488,300 |
| 9-May-06 | 42.74 | 43.00 | 41.73 | 42.92 | 565,300 |
| 8-May-06 | 42.70 | 43.69 | 42.59 | 42.95 | 349,000 |
| 5-May-06 | 43.25 | 43.56 | 42.27 | 42.88 | 354,200 |
| 4-May-06 | 41.63 | 43.50 | 41.63 | 43.21 | 504,400 |
| 3-May-06 | 42.65 | 42.87 | 41.33 | 41.76 | 514,500 |
| 2-May-06 | 41.52 | 42.75 | 41.12 | 42.74 | 599,300 |
| 1-May-06 | 41.33 | 42.18 | 41.04 | 41.32 | 873,600 |
| 28-Apr-06 | 40.15 | 42.35 | 40.05 | 41.69 | 865,400 |
| 27-Apr-06 | 42.20 | 42.45 | 39.42 | 40.05 | 3,066,900 |
| 26-Apr-06 | 44.36 | 44.39 | 42.00 | 42.29 | 1,205,000 |

Result Page: **Previous** 10 11 12 13 14 15 16 17 18 19 20 21 22 23     **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾                                    Portfolios | Sign In



e.g. "CSCO" or "Google"

Get quotes    Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.** (NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 |   **Update**   Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 6-Jul-06 | 44.40 | 44.97 | 43.54 | 43.98 | 582,100 |
| 5-Jul-06 | 46.73 | 46.76 | 43.65 | 43.98 | 1,598,300 |
| 3-Jul-06 | 45.19 | 47.30 | 44.63 | 47.04 | 931,900 |
| 30-Jun-06 | 43.25 | 44.82 | 43.15 | 44.63 | 2,080,700 |
| 29-Jun-06 | 39.53 | 43.21 | 39.36 | 41.90 | 1,319,900 |
| 28-Jun-06 | 40.00 | 40.00 | 38.56 | 39.17 | 540,600 |
| 27-Jun-06 | 39.79 | 40.51 | 39.31 | 39.85 | 818,000 |
| 26-Jun-06 | 38.90 | 39.79 | 38.64 | 39.57 | 268,900 |
| 23-Jun-06 | 39.42 | 39.51 | 37.94 | 38.67 | 454,300 |
| 22-Jun-06 | 39.52 | 39.80 | 38.58 | 39.36 | 557,500 |
| 21-Jun-06 | 37.50 | 39.56 | 37.45 | 39.42 | 663,200 |
| 20-Jun-06 | 37.09 | 37.99 | 36.06 | 37.55 | 422,800 |
| 19-Jun-06 | 38.50 | 38.50 | 36.97 | 37.15 | 399,100 |
| 16-Jun-06 | 38.74 | 39.32 | 37.90 | 38.25 | 1,119,600 |
| 15-Jun-06 | 37.12 | 39.39 | 37.11 | 38.87 | 820,600 |
| 14-Jun-06 | 36.50 | 37.50 | 35.99 | 36.76 | 551,000 |
| 13-Jun-06 | 36.50 | 37.92 | 35.35 | 36.00 | 763,100 |
| 12-Jun-06 | 37.60 | 37.60 | 36.00 | 36.16 | 549,000 |
| 9-Jun-06 | 38.60 | 39.80 | 37.36 | 37.55 | 925,800 |
| 8-Jun-06 | 39.30 | 39.80 | 36.93 | 38.31 | 1,639,000 |
| 7-Jun-06 | 39.49 | 40.41 | 39.01 | 39.33 | 674,300 |
| 6-Jun-06 | 39.14 | 39.96 | 37.88 | 39.66 | 535,100 |
| 5-Jun-06 | 40.69 | 41.12 | 38.99 | 39.10 | 427,800 |
| 2-Jun-06 | 41.90 | 41.90 | 40.30 | 40.85 | 510,900 |
| 1-Jun-06 | 39.04 | 41.31 | 38.88 | 41.18 | 598,000 |

Result Page: **Previous** 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Case 3:07-cv-05545-SI    Document 58-2    Filed 08/22/2008



Web   Images   Maps   News   Shopping   Gmail   more ▼                          Portfolios | Sign In

Get quotes    Stock screener

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006    - Mar 15, 2008    **Update**    Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 10-Aug-06 | 42.24 | 43.38 | 42.00 | 43.21 | 463,600 |
| 9-Aug-06 | 42.33 | 43.44 | 42.11 | 42.64 | 972,500 |
| 8-Aug-06 | 42.64 | 42.96 | 41.25 | 41.75 | 707,300 |
| 7-Aug-06 | 42.45 | 43.40 | 42.11 | 42.64 | 427,600 |
| 4-Aug-06 | 43.80 | 45.73 | 42.26 | 43.13 | 1,129,000 |
| 3-Aug-06 | 41.61 | 44.10 | 41.20 | 43.48 | 860,700 |
| 2-Aug-06 | 42.46 | 42.90 | 41.80 | 42.11 | 526,500 |
| 1-Aug-06 | 41.99 | 42.54 | 40.99 | 42.53 | 900,900 |
| 31-Jul-06 | 41.89 | 43.34 | 41.36 | 42.87 | 1,182,900 |
| 28-Jul-06 | 38.03 | 42.95 | 37.67 | 42.25 | 3,876,600 |
| 27-Jul-06 | 37.85 | 38.00 | 34.31 | 35.40 | 2,848,200 |
| 26-Jul-06 | 39.08 | 39.22 | 37.00 | 37.48 | 1,293,300 |
| 25-Jul-06 | 38.73 | 40.28 | 38.42 | 39.69 | 548,800 |
| 24-Jul-06 | 37.40 | 38.96 | 37.40 | 38.85 | 833,400 |
| 21-Jul-06 | 41.46 | 41.73 | 36.80 | 37.14 | 2,377,500 |
| 20-Jul-06 | 44.83 | 45.23 | 41.84 | 41.84 | 1,246,900 |
| 19-Jul-06 | 42.41 | 44.57 | 42.27 | 44.12 | 1,078,000 |
| 18-Jul-06 | 42.01 | 42.89 | 40.35 | 42.08 | 683,700 |
| 17-Jul-06 | 42.01 | 43.49 | 41.80 | 41.88 | 488,800 |
| 14-Jul-06 | 41.47 | 42.79 | 40.38 | 42.32 | 786,500 |
| 13-Jul-06 | 41.68 | 43.98 | 41.06 | 41.65 | 807,800 |
| 12-Jul-06 | 43.88 | 43.94 | 41.88 | 42.23 | 972,200 |
| 11-Jul-06 | 40.64 | 43.87 | 40.00 | 43.87 | 1,369,400 |
| 10-Jul-06 | 43.80 | 44.30 | 40.55 | 41.07 | 1,125,400 |
| 7-Jul-06 | 43.95 | 44.39 | 42.52 | 42.98 | 934,700 |

Result Page: **Previous**  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22 23    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web  Images  Maps  News  Shopping  Gmail  more ▾

Portfolios | Sign In

| | Get quotes | Stock screener
e.g. "CSCO" or "Google"

## Historical prices  « Back to overview

FormFactor, Inc.(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - Mar 15, 2008 | Update | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 15-Sep-06 | 45.69 | 45.72 | 44.59 | 45.08 | 1,042,600 |
| 14-Sep-06 | 46.25 | 46.56 | 44.92 | 45.06 | 812,100 |
| 13-Sep-06 | 45.30 | 46.91 | 45.30 | 46.55 | 1,301,300 |
| 12-Sep-06 | 42.39 | 45.59 | 42.31 | 45.36 | 1,305,800 |
| 11-Sep-06 | 41.80 | 43.52 | 41.77 | 42.62 | 1,208,600 |
| 8-Sep-06 | 43.46 | 44.15 | 41.80 | 42.13 | 4,883,600 |
| 7-Sep-06 | 46.28 | 46.50 | 44.44 | 45.25 | 1,910,100 |
| 6-Sep-06 | 48.70 | 48.80 | 46.61 | 46.68 | 1,512,400 |
| 5-Sep-06 | 48.75 | 49.27 | 47.75 | 49.20 | 1,887,900 |
| 1-Sep-06 | 48.12 | 48.98 | 47.10 | 47.63 | 970,900 |
| 31-Aug-06 | 49.16 | 49.71 | 47.85 | 48.30 | 1,149,700 |
| 30-Aug-06 | 46.50 | 49.69 | 46.04 | 49.45 | 1,849,900 |
| 29-Aug-06 | 46.34 | 46.41 | 45.01 | 46.33 | 587,600 |
| 28-Aug-06 | 45.04 | 46.46 | 44.69 | 45.90 | 611,200 |
| 25-Aug-06 | 44.98 | 46.11 | 44.51 | 45.27 | 660,400 |
| 24-Aug-06 | 46.18 | 46.22 | 44.52 | 44.92 | 647,800 |
| 23-Aug-06 | 45.90 | 48.45 | 43.70 | 45.18 | 1,474,200 |
| 22-Aug-06 | 45.00 | 46.69 | 44.90 | 45.88 | 810,800 |
| 21-Aug-06 | 44.86 | 45.50 | 44.49 | 45.25 | 559,100 |
| 18-Aug-06 | 45.65 | 45.74 | 44.25 | 45.09 | 469,300 |
| 17-Aug-06 | 46.00 | 46.95 | 45.15 | 45.46 | 469,000 |
| 16-Aug-06 | 45.00 | 46.16 | 45.00 | 45.90 | 679,700 |
| 15-Aug-06 | 42.86 | 45.05 | 42.54 | 44.76 | 644,100 |
| 14-Aug-06 | 42.63 | 43.00 | 41.79 | 42.22 | 559,500 |
| 11-Aug-06 | 43.43 | 43.43 | 41.61 | 42.27 | 603,500 |

Result Page: **Previous** 7 8 9 10 11 12 13 14 15 **16** 17 18 19 20 21 22 23    **Next**

International Google Finance:  Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼

Portfolios | Sign In

Get quotes   Stock screener

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   - Mar 15, 2008     Update     Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 20-Oct-06 | 43.40 | 43.40 | 42.18 | 42.78 | 573,600 |
| 19-Oct-06 | 42.18 | 43.60 | 41.50 | 43.10 | 488,300 |
| 18-Oct-06 | 44.04 | 44.05 | 41.79 | 42.41 | 798,500 |
| 17-Oct-06 | 44.51 | 44.55 | 42.87 | 43.66 | 597,200 |
| 16-Oct-06 | 43.55 | 45.37 | 43.55 | 44.94 | 1,015,700 |
| 13-Oct-06 | 43.12 | 43.86 | 42.92 | 43.48 | 985,600 |
| 12-Oct-06 | 44.60 | 44.67 | 42.40 | 43.01 | 963,200 |
| 11-Oct-06 | 44.54 | 45.15 | 43.51 | 44.33 | 507,600 |
| 10-Oct-06 | 44.83 | 45.00 | 44.04 | 44.87 | 558,100 |
| 9-Oct-06 | 43.96 | 45.11 | 43.27 | 44.59 | 766,600 |
| 6-Oct-06 | 42.30 | 44.55 | 41.93 | 43.87 | 679,700 |
| 5-Oct-06 | 43.10 | 43.41 | 42.27 | 43.16 | 501,700 |
| 4-Oct-06 | 41.13 | 43.33 | 41.12 | 43.25 | 977,400 |
| 3-Oct-06 | 40.46 | 41.23 | 39.76 | 41.09 | 1,099,200 |
| 2-Oct-06 | 41.80 | 42.14 | 40.70 | 40.77 | 580,700 |
| 29-Sep-06 | 43.44 | 43.54 | 41.69 | 42.13 | 631,700 |
| 28-Sep-06 | 42.50 | 43.51 | 42.09 | 43.24 | 928,000 |
| 27-Sep-06 | 42.91 | 43.33 | 42.03 | 42.21 | 938,400 |
| 26-Sep-06 | 43.87 | 44.25 | 42.02 | 42.92 | 1,140,400 |
| 25-Sep-06 | 41.33 | 42.55 | 40.12 | 42.50 | 1,131,500 |
| 22-Sep-06 | 41.35 | 42.50 | 41.00 | 41.29 | 1,570,300 |
| 21-Sep-06 | 46.22 | 46.51 | 40.90 | 41.09 | 3,024,100 |
| 20-Sep-06 | 46.53 | 47.05 | 45.65 | 46.27 | 716,400 |
| 19-Sep-06 | 47.00 | 47.20 | 45.59 | 46.38 | 911,100 |
| 18-Sep-06 | 45.02 | 47.25 | 44.78 | 47.11 | 1,401,600 |

Result Page: **Previous** 6 7 8 9 10 11 12 13 14 **15** 16 17 18 19 20 21 22 23   **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                      Portfolios | Sign In



e.g. "CSCO" or "Google"    **Get quotes**    Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 27-Nov-06 | 38.93 | 38.93 | 36.64 | 37.00 | 1,388,200 |
| 24-Nov-06 | 38.76 | 39.17 | 38.51 | 38.66 | 88,200 |
| 22-Nov-06 | 38.12 | 39.30 | 37.93 | 38.96 | 791,600 |
| 21-Nov-06 | 39.30 | 39.30 | 37.79 | 37.94 | 927,200 |
| 20-Nov-06 | 39.65 | 39.80 | 38.70 | 38.95 | 1,227,000 |
| 17-Nov-06 | 40.78 | 40.79 | 39.60 | 39.62 | 810,700 |
| 16-Nov-06 | 40.16 | 40.77 | 40.01 | 40.37 | 988,300 |
| 15-Nov-06 | 40.35 | 40.92 | 39.50 | 40.05 | 608,800 |
| 14-Nov-06 | 39.32 | 40.30 | 38.75 | 40.17 | 666,500 |
| 13-Nov-06 | 38.66 | 39.61 | 38.32 | 39.28 | 390,600 |
| 10-Nov-06 | 38.15 | 38.85 | 37.75 | 38.78 | 415,000 |
| 9-Nov-06 | 40.26 | 40.55 | 37.90 | 38.08 | 971,300 |
| 8-Nov-06 | 39.05 | 40.30 | 38.81 | 39.66 | 561,900 |
| 7-Nov-06 | 38.75 | 39.65 | 38.46 | 39.32 | 808,800 |
| 6-Nov-06 | 37.00 | 38.69 | 36.57 | 38.58 | 618,900 |
| 3-Nov-06 | 37.36 | 37.55 | 36.42 | 37.03 | 641,000 |
| 2-Nov-06 | 37.05 | 38.02 | 36.80 | 36.86 | 828,600 |
| 1-Nov-06 | 38.20 | 38.24 | 37.08 | 37.24 | 706,600 |
| 31-Oct-06 | 37.93 | 38.66 | 37.53 | 38.18 | 617,200 |
| 30-Oct-06 | 37.27 | 38.24 | 36.14 | 38.09 | 805,900 |
| 27-Oct-06 | 38.80 | 39.10 | 37.19 | 37.53 | 1,087,800 |
| 26-Oct-06 | 39.05 | 40.99 | 38.08 | 38.95 | 4,771,900 |
| 25-Oct-06 | 41.02 | 43.50 | 41.00 | 42.91 | 3,209,000 |
| 24-Oct-06 | 42.25 | 42.40 | 40.53 | 40.64 | 695,000 |
| 23-Oct-06 | 42.60 | 43.42 | 41.93 | 42.55 | 829,800 |

Result Page: **Previous** 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service



e.g. "CSCO" or "Google"

Get quotes    Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - Mar 15, 2008 |   **Update**    Download to spreadsheet |
|---|---|---|

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 4-Jan-07 | 38.18 | 40.10 | 37.78 | 40.02 | 1,745,900 |
| 3-Jan-07 | 37.59 | 38.79 | 37.42 | 38.18 | 1,269,000 |
| 29-Dec-06 | 37.12 | 37.99 | 37.01 | 37.25 | 721,700 |
| 28-Dec-06 | 36.90 | 37.50 | 36.80 | 37.10 | 794,500 |
| 27-Dec-06 | 36.78 | 37.41 | 36.78 | 37.35 | 462,500 |
| 26-Dec-06 | 36.63 | 37.00 | 36.45 | 36.90 | 510,700 |
| 22-Dec-06 | 35.89 | 36.67 | 35.71 | 36.51 | 977,300 |
| 21-Dec-06 | 35.82 | 36.38 | 35.74 | 35.82 | 625,900 |
| 20-Dec-06 | 36.00 | 36.47 | 35.72 | 35.86 | 748,400 |
| 19-Dec-06 | 35.78 | 36.17 | 35.56 | 35.95 | 1,178,400 |
| 18-Dec-06 | 36.17 | 36.77 | 35.78 | 36.10 | 702,300 |
| 15-Dec-06 | 36.00 | 36.65 | 35.78 | 36.01 | 963,500 |
| 14-Dec-06 | 36.00 | 36.33 | 35.84 | 36.02 | 800,500 |
| 13-Dec-06 | 36.46 | 36.50 | 35.48 | 35.52 | 1,146,600 |
| 12-Dec-06 | 36.93 | 37.27 | 35.94 | 36.20 | 649,600 |
| 11-Dec-06 | 37.12 | 38.15 | 36.69 | 36.87 | 811,700 |
| 8-Dec-06 | 37.18 | 37.75 | 36.52 | 37.30 | 469,800 |
| 7-Dec-06 | 37.31 | 37.88 | 36.50 | 37.07 | 537,400 |
| 6-Dec-06 | 37.31 | 37.45 | 36.80 | 37.13 | 572,900 |
| 5-Dec-06 | 37.97 | 37.98 | 36.96 | 37.57 | 564,000 |
| 4-Dec-06 | 37.01 | 37.76 | 36.95 | 37.75 | 914,500 |
| 1-Dec-06 | 37.76 | 38.09 | 36.36 | 37.15 | 827,300 |
| 30-Nov-06 | 37.23 | 37.76 | 36.80 | 37.36 | 477,600 |
| 29-Nov-06 | 36.48 | 37.60 | 36.48 | 37.40 | 846,000 |
| 28-Nov-06 | 36.37 | 36.45 | 35.00 | 36.34 | 1,894,700 |

Result Page: **Previous**  4  5  6  7  8  9  10 11 12 13 14 15 16 17 18 19 20 21 22      **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼

Portfolios | Sign In



e.g. "CSCO" or "Google"

Get quotes    Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   - Mar 15, 2008     **Update**    Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 9-Feb-07 | 44.48 | 44.50 | 42.30 | 42.95 | 1,011,300 |
| 8-Feb-07 | 44.60 | 44.85 | 43.99 | 44.25 | 697,500 |
| 7-Feb-07 | 43.65 | 45.16 | 43.65 | 44.55 | 1,039,100 |
| 6-Feb-07 | 43.14 | 43.60 | 42.84 | 43.54 | 854,800 |
| 5-Feb-07 | 43.19 | 43.75 | 43.01 | 43.10 | 944,700 |
| 2-Feb-07 | 44.83 | 44.92 | 43.44 | 43.58 | 1,100,400 |
| 1-Feb-07 | 42.15 | 45.13 | 41.98 | 44.65 | 3,691,700 |
| 31-Jan-07 | 41.40 | 41.47 | 40.02 | 40.65 | 912,500 |
| 30-Jan-07 | 40.30 | 41.56 | 40.21 | 41.53 | 927,200 |
| 29-Jan-07 | 40.28 | 40.40 | 39.26 | 40.27 | 642,700 |
| 26-Jan-07 | 39.33 | 40.11 | 38.83 | 40.06 | 620,900 |
| 25-Jan-07 | 40.11 | 40.93 | 39.18 | 39.34 | 512,100 |
| 24-Jan-07 | 39.55 | 40.20 | 39.05 | 40.08 | 506,300 |
| 23-Jan-07 | 38.20 | 39.60 | 38.11 | 39.07 | 549,300 |
| 22-Jan-07 | 39.20 | 39.50 | 38.18 | 38.37 | 586,600 |
| 19-Jan-07 | 38.81 | 39.44 | 38.66 | 38.99 | 759,300 |
| 18-Jan-07 | 40.31 | 40.33 | 38.22 | 38.96 | 1,102,700 |
| 17-Jan-07 | 40.90 | 41.59 | 40.77 | 41.17 | 491,200 |
| 16-Jan-07 | 42.10 | 42.10 | 40.81 | 41.12 | 1,031,700 |
| 12-Jan-07 | 42.15 | 42.28 | 41.14 | 41.95 | 449,600 |
| 11-Jan-07 | 42.00 | 42.72 | 41.43 | 42.14 | 677,500 |
| 10-Jan-07 | 40.42 | 42.37 | 40.40 | 42.06 | 1,160,000 |
| 9-Jan-07 | 39.88 | 40.65 | 39.30 | 40.44 | 616,600 |
| 8-Jan-07 | 39.34 | 40.20 | 38.88 | 39.79 | 656,200 |
| 5-Jan-07 | 39.00 | 39.65 | 38.50 | 39.16 | 1,858,400 |

Result Page: **Previous** 3 4 5 6 7 8 9 10 11 **12** 13 14 15 16 17 18 19 20 21     **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service



Web   Images   Maps   News   Shopping   Gmail   more ▾                                    Portfolios | Sign In

Get quotes   Stock screener

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   - Mar 15, 2008    **Update**   Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 19-Mar-07 | 45.80 | 46.08 | 45.12 | 45.44 | 483,300 |
| 16-Mar-07 | 45.40 | 45.86 | 44.91 | 45.46 | 594,400 |
| 15-Mar-07 | 45.28 | 45.71 | 44.84 | 45.41 | 385,600 |
| 14-Mar-07 | 45.17 | 45.42 | 44.48 | 45.17 | 617,600 |
| 13-Mar-07 | 45.99 | 46.69 | 45.12 | 45.24 | 652,400 |
| 12-Mar-07 | 46.00 | 46.85 | 45.75 | 46.24 | 756,900 |
| 9-Mar-07 | 45.60 | 45.93 | 45.07 | 45.90 | 755,900 |
| 8-Mar-07 | 43.52 | 45.89 | 43.49 | 45.36 | 968,100 |
| 7-Mar-07 | 43.23 | 43.59 | 42.38 | 43.00 | 436,500 |
| 6-Mar-07 | 42.58 | 43.78 | 42.41 | 43.44 | 389,900 |
| 5-Mar-07 | 41.65 | 43.51 | 41.60 | 42.00 | 563,300 |
| 2-Mar-07 | 43.27 | 43.38 | 42.14 | 42.16 | 649,100 |
| 1-Mar-07 | 41.79 | 44.59 | 41.48 | 43.53 | 821,700 |
| 28-Feb-07 | 43.43 | 44.09 | 42.35 | 42.75 | 873,100 |
| 27-Feb-07 | 45.29 | 45.58 | 43.20 | 43.34 | 1,216,800 |
| 26-Feb-07 | 45.82 | 46.59 | 45.45 | 46.59 | 855,300 |
| 23-Feb-07 | 44.29 | 45.96 | 44.28 | 45.38 | 828,500 |
| 22-Feb-07 | 43.99 | 45.43 | 43.68 | 44.53 | 445,000 |
| 21-Feb-07 | 43.76 | 44.10 | 43.49 | 43.58 | 327,200 |
| 20-Feb-07 | 43.67 | 44.49 | 43.43 | 44.04 | 390,100 |
| 16-Feb-07 | 43.82 | 44.29 | 42.99 | 44.04 | 837,500 |
| 15-Feb-07 | 44.20 | 44.56 | 43.76 | 43.82 | 426,700 |
| 14-Feb-07 | 43.50 | 44.68 | 43.50 | 44.33 | 910,400 |
| 13-Feb-07 | 42.81 | 43.52 | 42.62 | 43.51 | 463,000 |
| 12-Feb-07 | 43.10 | 43.24 | 42.28 | 42.80 | 548,800 |

Result Page: **Previous**  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16 17 18 19 20      **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service



|                                                    | Get quotes | Stock screener |

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 24-Apr-07 | 44.84 | 46.10 | 44.16 | 45.39 | 1,117,900 |
| 23-Apr-07 | 44.89 | 45.25 | 44.33 | 45.14 | 476,000 |
| 20-Apr-07 | 44.59 | 45.09 | 44.18 | 44.88 | 620,400 |
| 19-Apr-07 | 43.86 | 44.93 | 43.39 | 44.19 | 611,100 |
| 18-Apr-07 | 44.04 | 45.16 | 44.03 | 44.33 | 453,500 |
| 17-Apr-07 | 44.92 | 44.92 | 43.94 | 44.29 | 339,800 |
| 16-Apr-07 | 44.33 | 44.75 | 44.16 | 44.65 | 287,000 |
| 13-Apr-07 | 44.49 | 44.49 | 43.72 | 44.17 | 866,100 |
| 12-Apr-07 | 44.02 | 44.64 | 43.63 | 44.62 | 811,200 |
| 11-Apr-07 | 44.44 | 45.10 | 44.29 | 44.30 | 507,600 |
| 10-Apr-07 | 45.47 | 45.57 | 44.30 | 44.34 | 831,300 |
| 9-Apr-07 | 46.17 | 46.19 | 45.03 | 45.67 | 370,300 |
| 5-Apr-07 | 45.69 | 46.61 | 45.48 | 46.24 | 324,300 |
| 4-Apr-07 | 45.29 | 46.25 | 45.29 | 45.61 | 513,100 |
| 3-Apr-07 | 45.00 | 45.90 | 44.96 | 45.31 | 351,300 |
| 2-Apr-07 | 44.88 | 45.01 | 44.10 | 44.91 | 429,000 |
| 30-Mar-07 | 44.42 | 45.38 | 44.39 | 44.75 | 284,700 |
| 29-Mar-07 | 45.18 | 45.50 | 43.66 | 44.48 | 583,400 |
| 28-Mar-07 | 45.08 | 45.65 | 44.78 | 45.11 | 325,600 |
| 27-Mar-07 | 45.57 | 46.30 | 45.49 | 45.64 | 366,600 |
| 26-Mar-07 | 46.03 | 46.26 | 44.92 | 45.80 | 650,000 |
| 23-Mar-07 | 45.59 | 46.45 | 45.34 | 45.92 | 766,600 |
| 22-Mar-07 | 47.91 | 47.91 | 46.79 | 46.97 | 503,800 |
| 21-Mar-07 | 45.56 | 47.81 | 45.00 | 47.78 | 857,800 |
| 20-Mar-07 | 45.33 | 45.65 | 44.92 | 45.46 | 287,900 |

Result Page: **Previous**   1  2  3  4  5  6  7  8  9  **10** 11 12 13 14 15 16 17 18 19      **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾

Portfolios | Sign In



e.g. "CSCO" or "Google"

**Get quotes**   Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 |

**Update**   Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 30-May-07 | 39.65 | 40.21 | 39.41 | 40.04 | 496,000 |
| 29-May-07 | 39.80 | 40.33 | 39.57 | 40.07 | 499,200 |
| 25-May-07 | 39.50 | 40.00 | 39.36 | 39.57 | 884,600 |
| 24-May-07 | 40.42 | 41.06 | 39.10 | 39.26 | 604,000 |
| 23-May-07 | 41.14 | 41.61 | 40.35 | 40.47 | 522,600 |
| 22-May-07 | 40.45 | 41.09 | 39.77 | 40.94 | 1,305,900 |
| 21-May-07 | 40.89 | 41.69 | 40.47 | 40.55 | 768,000 |
| 18-May-07 | 41.08 | 41.37 | 39.91 | 40.83 | 1,143,100 |
| 17-May-07 | 41.23 | 41.52 | 40.91 | 40.98 | 658,600 |
| 16-May-07 | 41.65 | 41.65 | 40.91 | 41.39 | 692,900 |
| 15-May-07 | 42.34 | 42.96 | 41.63 | 41.68 | 521,000 |
| 14-May-07 | 42.71 | 43.07 | 41.83 | 42.30 | 616,300 |
| 11-May-07 | 42.72 | 43.11 | 42.04 | 42.83 | 481,800 |
| 10-May-07 | 43.33 | 43.73 | 41.68 | 41.88 | 812,800 |
| 9-May-07 | 43.02 | 43.80 | 42.80 | 43.74 | 331,400 |
| 8-May-07 | 43.56 | 43.73 | 42.91 | 43.58 | 497,500 |
| 7-May-07 | 43.47 | 43.89 | 43.47 | 43.77 | 597,000 |
| 4-May-07 | 43.31 | 43.73 | 43.04 | 43.64 | 395,800 |
| 3-May-07 | 42.94 | 43.80 | 42.94 | 43.30 | 873,300 |
| 2-May-07 | 42.17 | 43.09 | 41.53 | 42.81 | 676,400 |
| 1-May-07 | 41.53 | 42.46 | 41.06 | 42.32 | 942,000 |
| 30-Apr-07 | 42.79 | 42.79 | 41.04 | 41.29 | 1,301,200 |
| 27-Apr-07 | 43.10 | 43.50 | 42.60 | 43.03 | 560,600 |
| 26-Apr-07 | 43.90 | 44.25 | 42.73 | 43.40 | 1,592,100 |
| 25-Apr-07 | 45.74 | 45.96 | 44.95 | 45.31 | 1,065,800 |

Result Page: **Previous** 1 2 3 4 5 6 7 8 **9** 10 11 12 13 14 15 16 17 18   **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾                                    Portfolios | Sign In



e.g. "CSCO" or "Google"          **Get quotes**   Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | | - | Mar 15, 2008 | | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 5-Jul-07 | 38.50 | 38.82 | 38.50 | 38.67 | 784,500 |
| 3-Jul-07 | 38.55 | 38.77 | 38.25 | 38.54 | 266,300 |
| 2-Jul-07 | 38.35 | 38.81 | 38.17 | 38.55 | 861,000 |
| 29-Jun-07 | 39.00 | 39.30 | 37.95 | 38.30 | 1,673,800 |
| 28-Jun-07 | 39.55 | 39.70 | 38.50 | 38.95 | 1,965,000 |
| 27-Jun-07 | 40.30 | 40.80 | 40.13 | 40.33 | 923,500 |
| 26-Jun-07 | 40.78 | 41.21 | 40.38 | 40.49 | 491,200 |
| 25-Jun-07 | 41.81 | 41.81 | 40.34 | 40.64 | 1,282,400 |
| 22-Jun-07 | 41.55 | 41.55 | 40.42 | 41.05 | 641,200 |
| 21-Jun-07 | 41.05 | 41.87 | 40.55 | 41.59 | 1,000,000 |
| 20-Jun-07 | 42.26 | 42.32 | 41.37 | 41.45 | 497,600 |
| 19-Jun-07 | 42.20 | 42.28 | 41.64 | 42.08 | 433,300 |
| 18-Jun-07 | 43.00 | 43.00 | 42.03 | 42.32 | 1,089,400 |
| 15-Jun-07 | 42.20 | 43.17 | 41.88 | 42.80 | 1,419,500 |
| 14-Jun-07 | 40.31 | 41.90 | 40.23 | 41.63 | 1,354,900 |
| 13-Jun-07 | 40.61 | 40.75 | 39.87 | 40.13 | 1,399,100 |
| 12-Jun-07 | 41.31 | 41.31 | 39.99 | 40.48 | 899,700 |
| 11-Jun-07 | 41.36 | 41.83 | 40.91 | 41.33 | 784,300 |
| 8-Jun-07 | 40.00 | 41.94 | 39.94 | 41.56 | 1,376,700 |
| 7-Jun-07 | 40.57 | 40.65 | 39.70 | 40.08 | 1,659,800 |
| 6-Jun-07 | 40.35 | 41.03 | 40.18 | 40.94 | 630,700 |
| 5-Jun-07 | 40.47 | 40.94 | 40.27 | 40.74 | 668,000 |
| 4-Jun-07 | 40.27 | 41.20 | 40.27 | 40.72 | 557,400 |
| 1-Jun-07 | 40.04 | 40.97 | 39.89 | 40.42 | 456,400 |
| 31-May-07 | 40.10 | 40.22 | 39.51 | 39.78 | 829,600 |

Result Page: **Previous** 1 2 3 4 5 6 7 **8** 9 10 11 12 13 14 15 16 17    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Get quotes    Stock screener

e.g. "CSCO" or "Google"

## Historical prices   « Back to overview

FormFactor, Inc.(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 9-Aug-07 | 41.76 | 43.89 | 40.34 | 43.12 | 1,355,600 |
| 8-Aug-07 | 40.61 | 43.90 | 40.61 | 42.47 | 2,053,100 |
| 7-Aug-07 | 39.05 | 40.93 | 38.64 | 40.56 | 1,457,200 |
| 6-Aug-07 | 37.96 | 39.24 | 37.52 | 39.12 | 1,023,300 |
| 3-Aug-07 | 39.06 | 39.43 | 37.60 | 37.72 | 1,500,700 |
| 2-Aug-07 | 38.57 | 39.03 | 38.32 | 38.96 | 933,700 |
| 1-Aug-07 | 38.30 | 39.00 | 37.29 | 38.19 | 1,356,800 |
| 31-Jul-07 | 40.82 | 41.07 | 38.27 | 38.39 | 1,441,200 |
| 30-Jul-07 | 40.44 | 40.57 | 39.56 | 40.27 | 1,230,500 |
| 27-Jul-07 | 41.46 | 41.46 | 39.95 | 40.18 | 1,484,500 |
| 26-Jul-07 | 41.90 | 41.98 | 39.38 | `41.12 | 3,659,900 |
| 25-Jul-07 | 39.60 | 40.67 | 39.32 | 40.22 | 3,335,400 |
| 24-Jul-07 | 38.56 | 38.97 | 37.94 | 38.75 | 1,345,900 |
| 23-Jul-07 | 39.16 | 39.25 | 38.76 | 38.93 | 880,400 |
| 20-Jul-07 | 39.21 | 39.47 | 38.73 | 38.84 | 765,200 |
| 19-Jul-07 | 39.47 | 40.00 | 38.98 | 39.30 | 597,300 |
| 18-Jul-07 | 39.37 | 39.44 | 38.40 | 39.38 | 1,159,700 |
| 17-Jul-07 | 37.86 | 39.96 | 37.72 | 39.40 | 1,973,000 |
| 16-Jul-07 | 37.27 | 37.92 | 37.14 | 37.52 | 820,900 |
| 13-Jul-07 | 37.82 | 38.07 | 37.18 | 37.26 | 1,294,100 |
| 12-Jul-07 | 37.02 | 38.00 | 36.85 | 37.83 | 1,256,300 |
| 11-Jul-07 | 37.25 | 37.48 | 36.53 | 36.70 | 1,318,300 |
| 10-Jul-07 | 37.65 | 38.23 | 37.22 | 37.34 | 1,998,000 |
| 9-Jul-07 | 39.24 | 39.27 | 39.00 | 39.08 | 675,600 |
| 6-Jul-07 | 38.67 | 39.26 | 38.67 | 39.12 | 1,073,900 |

Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16   **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼                                      Portfolios | Sign In



e.g. "CSCO" or "Google"

**Get quotes**   Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - | Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 14-Sep-07 | 45.09 | 46.52 | 44.79 | 46.23 | 369,700 |
| 13-Sep-07 | 45.13 | 46.23 | 45.13 | 45.71 | 417,800 |
| 12-Sep-07 | 45.29 | 45.64 | 44.89 | 45.03 | 408,300 |
| 11-Sep-07 | 44.93 | 45.55 | 44.58 | 45.41 | 468,000 |
| 10-Sep-07 | 45.69 | 46.90 | 44.27 | 44.78 | 665,000 |
| 7-Sep-07 | 46.17 | 46.26 | 44.80 | 45.58 | 649,400 |
| 6-Sep-07 | 46.60 | 47.15 | 46.56 | 46.97 | 907,200 |
| 5-Sep-07 | 46.17 | 46.59 | 45.15 | 46.50 | 852,600 |
| 4-Sep-07 | 45.63 | 46.30 | 45.26 | 46.13 | 964,900 |
| 31-Aug-07 | 44.60 | 45.55 | 44.51 | 45.36 | 567,300 |
| 30-Aug-07 | 43.58 | 44.49 | 43.30 | 44.25 | 541,700 |
| 29-Aug-07 | 43.79 | 44.27 | 43.17 | 44.20 | 527,600 |
| 28-Aug-07 | 43.90 | 44.10 | 43.60 | 43.69 | 523,200 |
| 27-Aug-07 | 44.42 | 44.44 | 43.61 | 44.22 | 597,900 |
| 24-Aug-07 | 42.80 | 44.56 | 42.55 | 44.38 | 873,100 |
| 23-Aug-07 | 43.43 | 43.48 | 42.00 | 42.75 | 535,000 |
| 22-Aug-07 | 42.86 | 43.34 | 42.19 | 43.21 | 748,200 |
| 21-Aug-07 | 43.49 | 44.00 | 41.65 | 42.20 | 990,800 |
| 20-Aug-07 | 44.01 | 44.40 | 43.04 | 43.51 | 552,400 |
| 17-Aug-07 | 43.57 | 44.47 | 43.10 | 43.87 | 1,025,300 |
| 16-Aug-07 | 40.65 | 42.36 | 40.17 | 42.22 | 1,415,100 |
| 15-Aug-07 | 40.17 | 41.20 | 39.75 | 40.42 | 656,400 |
| 14-Aug-07 | 41.08 | 41.78 | 40.00 | 40.07 | 667,600 |
| 13-Aug-07 | 42.15 | 42.53 | 40.30 | 41.09 | 945,000 |
| 10-Aug-07 | 41.85 | 42.35 | 39.90 | 41.31 | 1,297,300 |

Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼

Portfolios | Sign In



e g "CSCO" or "Google"

Get quotes | Stock screener

## Historical prices  « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - Mar 15, 2008 | **Update** | Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 19-Oct-07 | 42.04 | 42.23 | 40.76 | 41.21 | 542,000 |
| 18-Oct-07 | 42.01 | 43.01 | 41.80 | 42.08 | 559,200 |
| 17-Oct-07 | 42.66 | 43.58 | 42.24 | 42.50 | 591,700 |
| 16-Oct-07 | 42.74 | 43.83 | 42.10 | 42.27 | 632,700 |
| 15-Oct-07 | 42.94 | 44.17 | 42.75 | 42.96 | 667,100 |
| 12-Oct-07 | 42.67 | 43.52 | 42.54 | 43.00 | 501,100 |
| 11-Oct-07 | 44.12 | 44.58 | 41.87 | 42.78 | 1,006,500 |
| 10-Oct-07 | 43.48 | 44.13 | 43.29 | 43.99 | 663,000 |
| 9-Oct-07 | 44.70 | 44.70 | 42.75 | 43.49 | 1,104,300 |
| 8-Oct-07 | 45.90 | 45.90 | 44.30 | 44.48 | 716,200 |
| 5-Oct-07 | 45.84 | 46.37 | 44.51 | 45.89 | 590,900 |
| 4-Oct-07 | 45.31 | 45.65 | 44.78 | 45.47 | 432,200 |
| 3-Oct-07 | 46.41 | 46.58 | 44.92 | 45.18 | 623,500 |
| 2-Oct-07 | 46.10 | 47.25 | 45.64 | 46.72 | 554,100 |
| 1-Oct-07 | 44.30 | 46.50 | 44.30 | 45.84 | 686,400 |
| 28-Sep-07 | 45.32 | 45.45 | 44.10 | 44.37 | 886,900 |
| 27-Sep-07 | 46.20 | 46.23 | 44.10 | 45.45 | 1,178,100 |
| 26-Sep-07 | 45.85 | 46.99 | 45.77 | 46.14 | 658,000 |
| 25-Sep-07 | 45.40 | 45.89 | 45.10 | 45.73 | 314,100 |
| 24-Sep-07 | 46.78 | 46.82 | 45.45 | 45.64 | 460,300 |
| 21-Sep-07 | 46.06 | 47.05 | 45.46 | 46.84 | 879,900 |
| 20-Sep-07 | 46.98 | 47.25 | 44.71 | 45.63 | 1,703,600 |
| 19-Sep-07 | 47.67 | 48.48 | 46.94 | 47.47 | 774,800 |
| 18-Sep-07 | 46.32 | 47.69 | 45.84 | 47.35 | 859,200 |
| 17-Sep-07 | 46.00 | 46.21 | 45.11 | 45.98 | 847,600 |

Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14   **Next**

International Google Finance:  Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                    Portfolios | Sign In



e.g. "CSCO" or "Google"

Get quotes    Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   _ Mar 15, 2008     Update     Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 26-Nov-07 | 36.39 | 37.87 | 36.39 | 36.93 | 772,300 |
| 23-Nov-07 | 36.81 | 36.97 | 35.87 | 36.32 | 323,000 |
| 21-Nov-07 | 36.99 | 37.39 | 35.53 | 36.67 | 680,100 |
| 20-Nov-07 | 38.30 | 38.63 | 36.60 | 37.13 | 717,500 |
| 19-Nov-07 | 38.81 | 38.83 | 37.63 | 38.11 | 478,900 |
| 16-Nov-07 | 39.05 | 39.44 | 38.29 | 39.17 | 708,400 |
| 15-Nov-07 | 38.29 | 39.66 | 38.28 | 38.97 | 753,700 |
| 14-Nov-07 | 39.25 | 39.54 | 38.72 | 39.30 | 845,700 |
| 13-Nov-07 | 38.90 | 39.75 | 38.17 | 39.08 | 831,500 |
| 12-Nov-07 | 38.59 | 39.97 | 38.15 | 38.46 | 1,118,000 |
| 9-Nov-07 | 38.49 | 39.36 | 37.99 | 38.75 | 938,300 |
| 8-Nov-07 | 37.33 | 38.03 | 36.63 | 37.68 | 544,500 |
| 7-Nov-07 | 37.07 | 37.97 | 36.99 | 37.02 | 478,300 |
| 6-Nov-07 | 37.04 | 38.18 | 36.61 | 38.09 | 809,500 |
| 5-Nov-07 | 36.80 | 37.00 | 36.06 | 36.72 | 770,700 |
| 2-Nov-07 | 38.77 | 38.77 | 37.51 | 38.02 | 813,400 |
| 1-Nov-07 | 39.24 | 39.24 | 37.80 | 38.25 | 804,600 |
| 31-Oct-07 | 38.50 | 39.53 | 37.91 | 39.11 | 1,035,300 |
| 30-Oct-07 | 37.87 | 38.99 | 37.60 | 38.66 | 1,465,900 |
| 29-Oct-07 | 35.21 | 36.40 | 34.85 | 36.23 | 1,330,700 |
| 26-Oct-07 | 35.75 | 36.14 | 32.53 | 35.02 | 2,680,300 |
| 25-Oct-07 | 36.90 | 37.15 | 33.80 | 35.54 | 8,318,700 |
| 24-Oct-07 | 43.66 | 43.66 | 41.84 | 43.24 | 932,300 |
| 23-Oct-07 | 43.01 | 43.55 | 42.36 | 43.52 | 716,600 |
| 22-Oct-07 | 40.61 | 42.89 | 40.13 | 42.51 | 1,048,900 |

Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾

Portfolios | Sign In



e.g. "CSCO" or "Google"     Get quotes     Stock screener

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

| Jan 1, 2006 | - Mar 15, 2008 |     **Update**     Download to spreadsheet |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 2-Jan-08 | 32.92 | 33.86 | 32.76 | 33.16 | 995,800 |
| 31-Dec-07 | 33.37 | 33.80 | 32.71 | 33.10 | 334,600 |
| 28-Dec-07 | 34.20 | 34.50 | 33.20 | 33.47 | 324,300 |
| 27-Dec-07 | 34.51 | 35.00 | 33.72 | 33.85 | 432,500 |
| 26-Dec-07 | 33.82 | 34.87 | 33.79 | 34.51 | 412,700 |
| 24-Dec-07 | 33.52 | 34.12 | 33.25 | 33.62 | 210,700 |
| 21-Dec-07 | 33.46 | 33.46 | 32.69 | 33.39 | 764,700 |
| 20-Dec-07 | 31.77 | 32.82 | 31.54 | 32.82 | 528,300 |
| 19-Dec-07 | 31.30 | 31.67 | 31.14 | 31.57 | 773,600 |
| 18-Dec-07 | 31.78 | 32.04 | 30.90 | 31.42 | 506,500 |
| 17-Dec-07 | 32.39 | 32.51 | 31.45 | 31.46 | 718,200 |
| 14-Dec-07 | 32.80 | 33.79 | 32.26 | 32.71 | 744,900 |
| 13-Dec-07 | 32.70 | 33.33 | 32.48 | 32.91 | 882,300 |
| 12-Dec-07 | 33.19 | 33.27 | 32.56 | 32.93 | 960,100 |
| 11-Dec-07 | 33.94 | 34.41 | 32.19 | 32.32 | 1,339,200 |
| 10-Dec-07 | 33.98 | 35.00 | 33.68 | 33.84 | 1,524,200 |
| 7-Dec-07 | 38.75 | 38.75 | 33.32 | 33.90 | 5,957,600 |
| 6-Dec-07 | 39.08 | 39.29 | 38.27 | 38.87 | 902,600 |
| 5-Dec-07 | 38.74 | 39.50 | 38.36 | 39.20 | 571,200 |
| 4-Dec-07 | 37.34 | 38.59 | 36.87 | 38.20 | 585,600 |
| 3-Dec-07 | 38.08 | 38.32 | 37.55 | 37.70 | 388,200 |
| 30-Nov-07 | 38.57 | 38.93 | 37.44 | 37.94 | 618,000 |
| 29-Nov-07 | 39.01 | 39.28 | 37.48 | 38.50 | 550,400 |
| 28-Nov-07 | 37.94 | 39.52 | 37.59 | 39.32 | 769,800 |
| 27-Nov-07 | 37.22 | 37.90 | 36.78 | 37.45 | 586,800 |

Result Page: **Previous** 1 2 **3** 4 5 6 7 8 9 10 11 12     **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Web   Images   Maps   News   Shopping   Gmail   more ▾                    Portfolios | Sign In

```
┌─────────────────────────────────┐
│                                 │    Get quotes   Stock screener
└─────────────────────────────────┘
  e.g. "CSCO" or "Google"
```

## Historical prices   « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006   - Mar 15, 2008    **Update**   Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 7-Feb-08 | 21.04 | 21.84 | 21.01 | 21.50 | 2,089,700 |
| 6-Feb-08 | 19.31 | 22.61 | 18.84 | 21.06 | 10,737,100 |
| 5-Feb-08 | 25.49 | 25.93 | 23.19 | 23.19 | 3,500,700 |
| 4-Feb-08 | 25.28 | 26.64 | 25.26 | 26.23 | 1,653,900 |
| 1-Feb-08 | 24.37 | 25.98 | 24.28 | 25.95 | 1,034,700 |
| 31-Jan-08 | 23.99 | 24.43 | 23.83 | 24.22 | 902,200 |
| 30-Jan-08 | 24.26 | 24.91 | 24.13 | 24.41 | 960,300 |
| 29-Jan-08 | 24.64 | 24.80 | 24.09 | 24.48 | 940,800 |
| 28-Jan-08 | 24.56 | 24.87 | 24.12 | 24.44 | 1,013,700 |
| 25-Jan-08 | 25.36 | 25.49 | 24.45 | 24.66 | 1,220,500 |
| 24-Jan-08 | 25.60 | 26.24 | 24.92 | 24.95 | 1,357,600 |
| 23-Jan-08 | 25.03 | 25.61 | 24.07 | 25.58 | 1,057,700 |
| 22-Jan-08 | 24.95 | 26.71 | 17.25 | 25.69 | 865,800 |
| 18-Jan-08 | 26.37 | 27.35 | 25.90 | 26.62 | 649,200 |
| 17-Jan-08 | 28.28 | 28.65 | 26.15 | 26.22 | 883,100 |
| 16-Jan-08 | 26.74 | 29.04 | 25.83 | 28.22 | 1,575,300 |
| 15-Jan-08 | 26.50 | 26.60 | 25.17 | 25.71 | 1,001,000 |
| 14-Jan-08 | 26.60 | 27.24 | 26.60 | 26.77 | 1,013,500 |
| 11-Jan-08 | 28.25 | 28.70 | 25.62 | 26.36 | 1,918,800 |
| 10-Jan-08 | 28.42 | 29.00 | 28.03 | 28.53 | 973,900 |
| 9-Jan-08 | 28.55 | 28.89 | 27.68 | 28.64 | 2,015,200 |
| 8-Jan-08 | 30.06 | 30.84 | 28.99 | 28.99 | 560,200 |
| 7-Jan-08 | 30.65 | 30.95 | 29.65 | 29.98 | 864,600 |
| 4-Jan-08 | 31.55 | 31.97 | 30.19 | 30.57 | 661,900 |
| 3-Jan-08 | 33.16 | 33.38 | 31.82 | 31.97 | 787,500 |

Result Page: **Previous** 1 **2** 3 4 5 6 7 8 9 10 11    **Next**

International Google Finance:   Canada - U.K. - 中国版 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service

Case 3:07-cv-05545-SI Document 68-2 Filed 08/22/2008    Page 24 of 24



Web   Images   Maps   News   Shopping   Gmail   more ▼                    Portfolios | Sign In

Get quotes   Stock screener

e.g. "CSCO" or "Google"

## Historical prices  « Back to overview

**FormFactor, Inc.**(NASDAQ:FORM) - **Daily** | Weekly

Jan 1, 2006  - Mar 15, 2008    Update   Download to spreadsheet

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 14-Mar-08 | 18.22 | 18.37 | 16.97 | 17.18 | 763,800 |
| 13-Mar-08 | 17.75 | 18.23 | 17.13 | 18.10 | 1,090,700 |
| 12-Mar-08 | 17.91 | 18.42 | 17.60 | 17.70 | 700,400 |
| 11-Mar-08 | 17.25 | 17.96 | 17.02 | 17.96 | 848,800 |
| 10-Mar-08 | 17.02 | 17.18 | 16.80 | 16.83 | 823,900 |
| 7-Mar-08 | 16.22 | 17.25 | 16.17 | 17.01 | 1,706,500 |
| 6-Mar-08 | 16.97 | 17.14 | 16.37 | 16.38 | 1,104,000 |
| 5-Mar-08 | 17.35 | 17.55 | 16.92 | 17.08 | 1,390,400 |
| 4-Mar-08 | 17.28 | 17.59 | 16.86 | 17.30 | 1,155,800 |
| 3-Mar-08 | 17.91 | 17.94 | 17.24 | 17.50 | 735,100 |
| 29-Feb-08 | 18.30 | 18.44 | 17.91 | 17.93 | 1,336,600 |
| 28-Feb-08 | 19.69 | 19.69 | 18.28 | 18.58 | 767,900 |
| 27-Feb-08 | 19.63 | 19.74 | 19.08 | 19.35 | 923,300 |
| 26-Feb-08 | 18.87 | 20.24 | 18.59 | 19.43 | 1,252,000 |
| 25-Feb-08 | 18.87 | 19.09 | 18.31 | 19.04 | 782,100 |
| 22-Feb-08 | 19.14 | 19.14 | 18.47 | 18.85 | 576,300 |
| 21-Feb-08 | 19.54 | 19.78 | 18.73 | 18.82 | 748,100 |
| 20-Feb-08 | 19.00 | 19.49 | 18.91 | 19.36 | 686,500 |
| 19-Feb-08 | 19.79 | 19.79 | 18.95 | 19.03 | 990,800 |
| 15-Feb-08 | 19.45 | 19.59 | 19.06 | 19.32 | 1,073,900 |
| 14-Feb-08 | 20.18 | 20.27 | 19.28 | 19.56 | 1,160,600 |
| 13-Feb-08 | 19.68 | 20.30 | 19.57 | 20.09 | 1,077,800 |
| 12-Feb-08 | 19.76 | 20.09 | 19.36 | 19.53 | 1,251,200 |
| 11-Feb-08 | 20.54 | 20.74 | 19.57 | 19.62 | 1,633,200 |
| 8-Feb-08 | 20.87 | 21.23 | 20.20 | 20.47 | 1,503,000 |

Result Page:    1 2 3 4 5 6 7 8 9 10    **Next**

International Google Finance:   Canada - U.K. - 中国 (China)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google   Google Home - Help - Privacy Policy - Terms of Service