Exhibit 3



445 Park Avenue, New York, NY 10022  (212) 371-8300

| Equity Research Note: April 21, 2005 | Robert Maire / 212.705.0481 |
| | rmaire@needhamco.com |
| | Vishal Shah / 212.705.0405 |
| | vshah@needhamco.com |

## FormFactor Inc. (FORM)
### Transfer of coverage – Increasing from Hold to Buy

| | |
|---|---|
| Price (04/20/2005): 22.31 | Shares Outstanding (MM):37.44 |
| 52 Week Range: 29.08-16.00 | Market Cap. (MM): 830 |
| Rating/ 12-18 Mo. Target: Buy/$28 | Average Daily Volume (000): 485,200 |
| Price/LTM Sales: 6.6x | Tangible BV Per Share: 6.52 |
| | Total Debt/ Capitalization:0% |

| | FY 12/30/04 A | FY 12/30/05 E | | | FY 12/30/06 E | | |
|---|---|---|---|---|---|---|---|
| | | Was | New | Consensus | Was | New | Consensus |
| Revenue (MM) | 177.7 | 201.5 | 215.3 | 212.1 | 254.0 | 260.6 | 254.2 |
| *Growth* | *80.8* | *13.5* | *21.1* | *19.6* | *26.4* | *21.1* | *18.6* |
| Op. Margin | 20.0 | 15.0 | 16.6 | | 24.0 | 25.7 | |
| EPS: 1Q | 0.13 | 0.08 | 0.12 | 0.12 | 0.20 | 0.24 | 0.23 |
| EPS: 2Q | 0.17 | 0.09 | 0.11 | 0.12 | 0.22 | 0.26 | 0.25 |
| EPS: 3Q | 0.19 | 0.12 | 0.15 | 0.17 | 0.23 | 0.27 | 0.27 |
| EPS: 4Q | <u>0.14</u> | <u>0.18</u> | <u>0.23</u> | <u>0.25</u> | <u>0.25</u> | <u>0.29</u> | <u>0.29</u> |
| EPS: Year | 0.62 | 0.48 | 0.61 | 0.63 | 0.90 | 1.07 | 1.03 |
| *Growth* | *172.7* | *-22.0* | *-1.6* | | *87.5* | *75.4* | *63.5* |
| P/E Ratio | 35.9x | 46.5x | 36.6x | | 24.7x | 20.8x | 21.7x |

**Disclosures applicable to this security: B**  (please refer to end of this report for an explanation of the identified disclosure)

### Investment Conclusion:

We are assuming coverage of Formfactor and increasing the rating from a Hold to a Buy with a price target of $28. Our price target is based on 26 times our new 2006 estimate of $1.07. The company is a leader in the advanced wafer probe card market and is benefiting from the secular trend of low cost testing. Advanced probe cards are taking over from conventional probe cards as semiconductor pin counts rise, operating frequencies increase and more die are tested at one time as a means of reducing overall test cost. The company just reported its March quarter number at $0.12 easily beating Needham's previous estimates.

### Summary:

- **Assuming Coverage and raising rating to a Buy from Hold** – Although our long term view has held that FORM trades at a relative premium to other semiconductor equipment companies we think there is a good likelihood that the stock will see appreciation over the near term as growth in the business is fueled by the relative strength in DRAM and new capacity and thus opportunity coming on line. We would, however, be very cautious as to the potential for a downdraft in the DRAM business.

- **Unique, market dominant and fundamentally driven** – The other similar stock in our universe that comes to mind is CYMI.  The major difference in our mind between these two unique stocks is that the fundamentals are against CYMI at the moment but very much in FORM's favor.  Both stocks feel like "cult" stocks. Stocks with an unusually strong following due to the uniqueness of their story but more volatile than many due to the larger emotional component in the valuation.

- **Upside surprise in the quarter** – FormFactor reported strong operating performance in what we believe was a capacity constrained quarter for the company. Revenues were up 10.5% sequentially whereas bookings were up 25% sequentially. Revenues were $51M, ahead of $47 to $48.5M guidance and GAAP EPS were $0.12, ahead of $0.08 to $0.09 guidance.



445 Park Avenue, New York, NY 10022  (212) 371-8300

- **Fundamentals Strong** – First quarter flash weakness was offset by DRAM strength. Fundamentals remain strong - the company could potentially do higher revenues in the second quarter if manufacturing transition to the new facility is on schedule. However we think first quarter DRAM strength was largely due to pull-ins from heavy memory spenders (particularly Samsung). Additionally we think the stock is currently trading at 21 times our 06 EPS estimates and is fairly valued relative to other names in our universe especially given it's large exposure to the DRAM market.

- **Bookings Up** – First quarter bookings were up 25% sequentially with DRAM up 20%, logic up 270% and flash down 10% sequentially. Most of the logic strength was due to re-engagement with existing customers that the company had to forego due to capacity constraints in the prior quarter. DDR2 bookings fell slightly in the quarter, while DDR1 bookings picked up. NOR flash bookings were down while NAND flash bookings were up sequentially.

- **DRAM Fundamentals Strong** – Strong DRAM bookings and revenues suggest that DRAM fundamentals remain robust. DRAM bookings were up 20% sequentially and revenues were up 32% sequentially. FormFactor expects DRAM outlook to remain robust in 2005, mainly driven by DDR2 ramp and 90nm transition. The company saw DDR1 reaccelerate due to 90nm ramp at the DDR1 level. The company suggested that DDR2 bit growth is accelerating and bit parity will be reached in 3Q'05. Size of DDR2 market opportunity is expected to be twice that of the DDR1 market at $300M. As the transition to 90 nm continues to gain momentum, the company is positioned to benefit from this evolution as currently 93% of it's DRAM revenue is derived from sub- 110nm products.

- **Flash could be second half growth driver** – Flash remains weak and could be a second half growth driver for the company. The environment for Flash remained virtually unchanged from 4Q'04, especially as demand for NOR flash continued to remain weak due to oversupply in the market. These factors led to a decline in revenues and bookings during the quarter. However, this was partially offset by an increase in Nand flash bookings, which outpaced those for NOR for the first time. Last quarter, the company announced it's flagship NAND product, NF150S, to further penetrate the NAND market. This quarter, the company recognized the first revenue from this product and customer acceptance of this product is growing.

- FormFactor thinks that it is continuing to move into a design-driven part of the cycle where customers are pursuing increased design activities as they look for ways to increase their revenue per wafer.

- **Raising Estimates** – We are raising our 05 revenues and EPS estimates from $202M and $0.48 to $215M and $0.61 respectively. We are raising our 06 revenue and EPS estimates from $254M and $0.90 to $261M and $1.07 respectively.

- **New Harmony Architecture Introduced** – FormFactor believes that the Harmony architecture will eventually enable it's customers to get 300-mm wafers and beyond in a single touchdown. The company expects to leverage this new architecture as the basis for it's two touchdown and one touchdown wafer testing product, which it plans to introduce over the next few years. This new evolutionary architecture will be the key building block of the company's future DRAM, Flash, wafer-level burn-in, and high-frequency product platform.

**Risks:**

- As with all semiconductor equipment companies the risk to the valuation we use is a combination of market risk and company specific risk.  Market risk includes decreased valuations of the overall market as well as decreased valuations on the semiconductor and semiconductor equipment specific market valuations. Valuations during an upturn in the market are based on a Price to Earnings ratio which is higher or lower depending on the size, quality, market and technological positioning of the company.  Trough valuations are based on a more conservative valuation of the company such as a ratio of Price to Book or Cash value of the company.  Thus during an upturn the failure of the company to achieve estimated earnings or performance which jeopardizes future earnings will have a negative impact on the valuation of the company.



445 Park Avenue, New York, NY 10022  (212) 371-8300

**Financials:  First Quarter Results**

FormFactor reported 1Q EPS of $0.12 per share on revenues of $51M. The EPS were $0.04 higher than our $0.08 estimate while revenues were higher than the $47 to $48.5M guidance and higher than our $47M estimate.

**Revenues:**  Revenues for the first quarter were $51M, an increase of 10.5% over 4Q'04 and an increase of 37% compared to 1Q'04. From a geographic perspective, the company saw strength across most regions, especially Korea. DRAM revenues grew 31% sequentially fueled by the transition to DDR2. Flash revenues were down 49% sequentially as softness in the NOR market continued. Wafer-level burn-in continued to grow, an increase of 130% sequentially.

**Bookings:** First-quarter bookings grew 24.9% sequentially and 1.6% over 1Q'04 to $50.9M. Geographically, demand was strongest in Taiwan and Korea, with all other regions showing strength except Europe. Bookings increased in every area except Flash. DRAM grew 20% sequentially to $38.5M, due in part to the reacceleration of DDR1 bookings driven by 90nm conversions. Additionally, Logic bookings grew 270% sequentially to $6.7M. Flash bookings declined 10% sequentially, despite a pickup in the NAND bookings.

**Gross Margins:** GAAP gross margins for the first quarter were 43.4%, up from 42.2% in the prior quarter and down from 51% in 1Q'04. Increased revenue and improved efficiencies partially offset by increased nonrecurring new site costs, accounted for most of the sequential improvement in gross margin, while new factory startup costs resulted in the year-over-year decline. First quarter startup costs increased by $1.5M over the prior quarter to $4.4M. Gross margins, net of new factory startup costs, were 52%, up from 48.6% in 4Q'04. Startup costs per share matched the company's guidance of $0.07 per share.

**Operating Margins**: Operating expenses for the quarter were $15.5M, up from $14.2M in 4Q'04. The majority of the increase was related to higher personnel expenses and distributor commissions related to higher shipments to Asia. Legal and compliance costs were flat sequentially at $1.9M as the company continued with it's ongoing litigation and Sarbanes-Oxley compliance work. Operating expenses excluding stock-based compensation as a percent of revenues were 29.2% in the quarter, down from 29.9% in 4Q'04, as R&D and SG&A grew more slowly than revenues. Operating income for the first quarter was $6.7M, an increase of $1.4M, or 28% over 4Q'04. Operating income for the first quarter included $754,000 for the amortization of deferred stock-based compensation.

**2Q Outlook:** Revenues for the second quarter are expected to be $51M to $53M. GAAP operating income is expected to be approximately 11% to 12%, including 9% to 10% of new factory startup costs. The company expects stock-based compensation of $800,000 for the second quarter and GAAP EPS of $0.11 to $0.13. FormFactor expects new factory startup costs of $4.9M, which converts to $0.08 per share.

**Mostly a Turn's Business** – FormFactor's turns ratio, based on customer demand, continued to increase during the quarter from 46% in Q4 to 53% in Q1. The company's backlog returned to standard six to eight weeks. Going forward, FormFactor expects turns to stabilize at about 50% to 55%. Normalization of the company's backlog and higher turns ratio demonstrate that the company is making progress towards it's goals of reducing lead-times and improving on-time delivery.

**Other information**: Cash and marketable securities remained relatively unchanged at $189M at the end of first quarter. Cash flow from operations during the first quarter of 2005 decreased $1.9M compared to a $19M increase in 4Q'04. The sequential decrease in the first quarter was due to the payout of fiscal 2004 bonuses, a reduction in the tax benefit from option exercises and an overall increase in spending to support revenue growth and new factory. During the first quarter, the company spent $2.6M in capital expenditures, down from $14.3M in the fourth quarter. $3.1M was received from the issuance of stock associated with the exercise of employee stock options, down from $5.9M in 4Q'04.



*445 Park Avenue, New York, NY 10022  (212) 371-8300*

**FormFactor revenues by geography ($, million)**

|  | 2003 | | | | | 2004 | | | | | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Mar 03A | Jun 03A | Sep 03A | Dec 03A | Total 03A | Mar 04A | Jun 04A | Sep 04A | Dec 04A | Total 04A | Mar 05A |
| North America | 9.8 | 14.3 | 13.6 | 11.5 | 49.2 | 15.0 | 18.6 | 17 | 13.1 | 63.7 | 16.5 |
| Europe | 1.6 | 2.9 | 1.6 | 4.0 | 10.1 | 2.8 | 4.8 | 10 | 6.2 | 10.1 | 8.0 |
| Japan | 2.8 | 1.8 | 5.9 | 9.3 | 19.8 | 14.6 | 11 | 11.1 | 8.7 | 19.8 | 6.6 |
| Asia Pacific | 4.5 | 3.1 | 5 | 6.6 | 19.2 | 4.6 | 8.8 | 13.3 | 18.1 | 19.2 | 19.9 |
| **Total** | **18.7** | **22.1** | **26.1** | **31.4** | **98.3** | **37.1** | **43.2** | **51.4** | **46.1** | **98.3** | **51.0** |
| **% revenue breakdown** | | | | | | | | | | | |
| North America | 52% | 65% | 52% | 37% | 50% | 40% | 43% | 33% | 28% | 50% | 32% |
| Europe | 9% | 13% | 6% | 13% | 10% | 8% | 11% | 19% | 13% | 10% | 16% |
| Japan | 15% | 8% | 23% | 30% | 20% | 39% | 25% | 22% | 19% | 20% | 13% |
| Asia Pacific | 24% | 14% | 19% | 21% | 20% | 12% | 20% | 26% | 39% | 20% | 39% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |
| **Sequential revenue growth (%)** | | | | | | | | | | | |
| North America |  | 46% | -5% | -15% |  | 30.0% | 24% | -9% | -23% |  | 26.0% |
| Europe |  | 82% | -45% | 153% |  | -31.1% | 73% | 108% | -38% |  | 29.0% |
| Japan |  | -36% | 230% | 57% |  | 57.4% | -25% | 1% | -22% |  | -24.1% |
| Asia Pacific |  | -31% | 62% | 31% |  | -30.5% | 93% | 51% | 36% |  | 9.9% |
| **Total** |  | **18%** | **18%** | **20%** |  | **18.2%** | **16%** | **19%** | **-10%** |  | **10.6%** |

**FormFactor revenues by market ($, million)**

|  | 2003 | | | | | 2004 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Mar 03A | Jun 03A | Sep 03A | Dec 03A | Total 03A | Mar 04A | Jun 04A | Sep 04A | Dec 04A | Total 04A | Mar 05E |
| DRAM | 10.9 | 13.8 | 14.0 | 21.6 | 60.3 | 28.8 | 27.5 | 34.6 | 31.7 | 122.6 | 41.7 |
| Flash | 3.2 | 4.0 | 7.0 | 3.9 | 18.1 | 4.2 | 10.8 | 12.7 | 11.3 | 39.0 | 5.8 |
| Flipchip Logic | 4.5 | 4.1 | 5.0 | 5.2 | 18.8 | 3.9 | 4.2 | 3.4 | 3.0 | 14.5 | 3.1 |
| Other | 0.1 | 0.2 | 0.1 | 0.7 | 1.1 | 0.2 | 0.7 | 0.7 | 0.1 | 1.7 | 0.4 |
| **Total** | **18.7** | **22.1** | **26.1** | **31.4** | **98.3** | **37.1** | **43.2** | **51.4** | **46.1** | **177.8** | **51.0** |
| **% revenue breakdown** | | | | | | | | | | | |
| DRAM | 58% | 62% | 54% | 69% | 61% | 78% | 64% | 67% | 69% |  | 82% |
| Flash | 17% | 18% | 27% | 12% | 18% | 11% | 25% | 25% | 25% |  | 11% |
| Flipchip Logic | 24% | 19% | 19% | 17% | 19% | 11% | 10% | 7% | 7% |  | 6% |
| Other | 1% | 1% | 0% | 2% | 1% | 1% | 2% | 1% | 0% |  | 1% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |  | **100%** |
| **Sequential revenue growth (%)** | | | | | | | | | | | |
| DRAM |  | 27% | 1% | 54% |  | 33% | -5% | 26% | -8% |  | 32% |
| Flash |  | 25% | 75% | -44% |  | 8% | 157% | 18% | -11% |  | -49% |
| Flipchip Logic |  | -9% | 22% | 4% |  | -25% | 8% | -19% | -12% |  | 3% |
| Other |  | 100% | -50% | 600% |  | -71% | 250% | 0% | -86% |  | 300% |
| **Total** |  | **18%** | **18%** | **20%** |  | **18%** | **16%** | **19%** | **-10%** |  | **11%** |

**FormFactor 1Q'05 Bookings Detail:**

| Bookings in $ million | 3Q04 | 4Q04 | 1Q05 | 1Q05/4Q04 % change |
|---|---|---|---|---|
| DRAM | 31.9 | 32.2 | 38.5 | 19.6% |
| Flash | 10.5 | 6 | 5.4 | -10.0% |
| Flipchip | 2 | 1.8 | 6.7 | 272.2% |
| Other | 0.7 | 0.7 | 0.3 | -57.1% |
| **Total** | **45.1** | **40.7** | **50.9** | **25.1%** |

*Source: Company reports*



445 Park Avenue, New York, NY 10022  (212) 371-8300

## Company Description:

FormFactor is one of the leading manufacturers of advanced semiconductor wafer probe cards used in wafer test applications. The group's products are based on proprietary MicroSpring interconnect technology that addresses the shortcomings of conventional wafer probe cards and reduces the overall cost of test.

**FORMFACTOR,** Fiscal Year Ending Dec 31

|  | 2004 | | | | 2005E | | | | 2006E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Mar Q1 | June Q2 | Sept Q3 | Dec Q4 | Mar Q1 | June Q2 | Sept Q3 | Dec Q4 | Mar Q1 | June Q2 | Sept Q3 | Dec Q4 | 2004 | 2005E | 2006E |
| **Net Sales** | 37.1 | 43.2 | 51.4 | 46.1 | 51.0 | 52.2 | 54.5 | 57.6 | 60.1 | 63.7 | 66.4 | 70.3 | 177.8 | 215.3 | 260.6 |
| *Yr/Yr % Change* | 98.8% | 95.3% | 97.0% | 46.6% | 37.3% | 21.0% | 6.0% | 25.0% | 18.0% | 22.0% | 22.0% | 22.0% | 80.8% | 21.1% | 21.1% |
| Cost of Sales | 18.0 | 20.2 | 25.5 | 26.5 | 28.7 | 30.4 | 29.5 | 26.3 | 27.5 | 29.0 | 30.1 | 31.6 | 90.2 | 114.9 | 118.2 |
| Stock-based compensation | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.6 | 0.6 | 0.6 |
| Gross margin | 18.9 | 22.8 | 25.8 | 19.4 | 22.1 | 21.7 | 24.8 | 31.1 | 32.5 | 34.6 | 36.2 | 38.5 | 87.0 | 99.7 | 141.8 |
| Operating Expenses: | | | | | | | | | | | | | | | |
| R&D | 4.3 | 4.5 | 5.6 | 5.4 | 5.7 | 5.7 | 6.3 | 7.2 | 7.8 | 8.3 | 8.6 | 9.1 | 19.8 | 24.9 | 33.9 |
| SG&A | 5.9 | 6.9 | 7.9 | 8.4 | 9.2 | 9.4 | 9.3 | 9.2 | 9.0 | 9.6 | 10.0 | 10.5 | 29.0 | 37.1 | 39.1 |
| Stock-based compensation | 0.6 | 0.6 | 0.5 | 0.5 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 | 1.8 |
| Restructuring charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Operating expenses | 10.8 | 11.9 | 13.9 | 14.2 | 15.5 | 15.6 | 16.0 | 16.9 | 17.3 | 18.3 | 19.1 | 20.1 | 50.9 | 63.9 | 74.8 |
| Operating Income | 8.2 | 10.9 | 11.8 | 5.2 | 6.7 | 6.1 | 8.8 | 14.3 | 15.2 | 16.3 | 17.1 | 18.4 | 36.1 | 35.8 | 67.0 |
| Interest & other income, net | 0.1 | 0.3 | 0.5 | 2.0 | 0.9 | 0.7 | 0.7 | 0.7 | 0.5 | 0.5 | 0.5 | 0.5 | 3.0 | 3.0 | 1.8 |
| Income before taxes | 8.3 | 11.2 | 12.3 | 7.2 | 7.6 | 6.8 | 9.5 | 15.0 | 15.7 | 16.7 | 17.6 | 18.8 | 39.1 | 38.8 | 68.8 |
| Provision for taxes | 3.2 | 4.5 | 4.8 | 1.4 | 2.6 | 2.4 | 3.3 | 5.2 | 5.5 | 5.9 | 6.2 | 6.6 | 13.9 | 13.6 | 24.1 |
| **Net income** | **5.1** | **6.8** | **7.5** | **5.8** | **4.9** | **4.4** | **6.2** | **9.7** | **10.2** | **10.9** | **11.4** | **12.2** | **25.2** | **25.2** | **44.7** |
| **GAAP EPS** | **$0.13** | **$0.17** | **$0.19** | **$0.14** | **$0.12** | **$0.11** | **$0.15** | **$0.23** | **$0.24** | **$0.26** | **$0.27** | **$0.29** | **$0.62** | **$0.61** | **$1.07** |
| Pro Forma Net Income | 5.1 | 6.8 | 7.5 | 5.8 | 4.9 | 4.4 | 6.2 | 9.7 | 10.2 | 10.9 | 11.4 | 12.2 | 25.2 | 25.2 | 44.7 |
| **Pro Forma EPS** | **$0.13** | **$0.17** | **$0.19** | **$0.14** | **$0.12** | **$0.11** | **$0.15** | **$0.23** | **$0.24** | **$0.26** | **$0.27** | **$0.29** | **$0.62** | **$0.61** | **$1.07** |
| Shares Outstanding used for GAAP | 40.23 | 40.61 | 40.50 | 40.64 | 41.20 | 41.30 | 41.40 | 41.50 | 41.60 | 41.70 | 41.80 | 41.90 | 40.50 | 41.35 | 41.75 |
| Shares Outstanding used for Pro Forma | 40.23 | 40.61 | 40.50 | 40.64 | 41.20 | 41.30 | 41.40 | 41.50 | 41.60 | 41.70 | 41.80 | 41.90 | 40.50 | 41.35 | 41.75 |
| **Margins:** | | | | | | | | | | | | | | | |
| Cost of Sales | 48.6% | 46.7% | 49.6% | 57.5% | 56.3% | 58.2% | 54.2% | 45.7% | 45.7% | 45.5% | 45.3% | 45.0% | 50.7% | 53.4% | 45.4% |
| Gross Profit | 51.0% | 52.9% | 50.1% | 42.2% | 43.4% | 41.5% | 45.5% | 54.0% | 54.0% | 54.3% | 54.5% | 54.8% | 48.9% | 46.3% | 54.4% |
| R&D | 11.7% | 10.5% | 10.8% | 11.7% | 11.1% | 11.0% | 11.5% | 12.5% | 13.0% | 13.0% | 13.0% | 13.0% | 11.1% | 11.6% | 13.0% |
| SG&A | 15.8% | 15.9% | 15.4% | 18.2% | 18.0% | 18.0% | 17.0% | 16.0% | 15.0% | 15.0% | 15.0% | 15.0% | 16.3% | 17.2% | 15.0% |
| Operating Income | 22.0% | 25.3% | 23.0% | 11.3% | 13.1% | 11.7% | 16.2% | 24.7% | 25.3% | 25.5% | 25.8% | 26.1% | 20.3% | 16.6% | 25.7% |
| Pretax Income | 22.4% | 26.0% | 24.0% | 15.7% | 14.8% | 13.0% | 17.5% | 26.0% | 26.0% | 26.3% | 26.5% | 26.8% | 22.0% | 18.0% | 26.4% |
| Eff. Tax Rate | 38.5% | 39.8% | 39.1% | 19.4% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.5% | 35.0% | 35.0% |
| Net Profit | 13.7% | 15.7% | 14.6% | 12.6% | 9.6% | 8.4% | 11.4% | 16.9% | 16.9% | 17.1% | 17.2% | 17.4% | 14.2% | 11.7% | 17.2% |
| **Qtr/Qtr % Change** | | | | | | | | | | | | | | | |
| Net Sales | 18.0% | 16.3% | 19.1% | -10.2% | 10.5% | 2.5% | 4.3% | 5.8% | 4.3% | 5.9% | 4.3% | 5.8% | | | |
| Cost of Sales | 16.7% | 11.8% | 26.4% | 4.1% | 8.3% | 5.9% | -2.9% | -10.8% | 4.3% | 5.5% | 3.8% | 5.1% | | | |
| Gross Profit | 19.4% | 20.6% | 12.8% | -24.5% | 13.8% | -2.0% | 14.4% | 25.6% | 4.4% | 6.3% | 4.7% | 6.5% | | | |
| R&D | 2.4% | 3.8% | 23.0% | -2.9% | 5.1% | 1.3% | 9.0% | 15.0% | 8.5% | 5.9% | 4.3% | 5.8% | | | |
| SG&A | 5.4% | 16.8% | 15.2% | 6.0% | 9.8% | 2.2% | -1.5% | -0.4% | -2.2% | 5.9% | 4.3% | 5.8% | | | |
| Net Profit | 33.6% | 32.4% | 11.0% | -22.3% | -15.6% | -10.2% | 40.4% | 57.1% | 4.6% | 6.8% | 5.1% | 7.1% | | | |
| **Yr/Yr % Change** | | | | | | | | | | | | | | | |
| Net Sales | 98.8% | 95.3% | 97.0% | 46.6% | 37.3% | 21.0% | 6.0% | 25.0% | 18.0% | 22.0% | 22.0% | 22.0% | 80.8% | 21.1% | 21.1% |
| Cost of Sales | 83.9% | 75.8% | 92.8% | 71.6% | 59.2% | 50.8% | 15.9% | -0.6% | -4.2% | -4.6% | 2.0% | 20.1% | 80.6% | 27.5% | 2.8% |
| Gross Profit | 116.9% | 118.0% | 102.3% | 22.7% | 16.9% | -5.1% | -3.7% | 60.1% | 46.9% | 59.5% | 46.0% | 23.7% | 82.1% | 14.7% | 42.1% |
| R&D | 23.4% | 17.9% | 40.1% | 27.0% | 30.3% | 27.2% | 12.7% | 33.6% | 37.9% | 44.2% | 37.9% | 26.9% | 27.3% | 25.6% | 36.2% |
| SG&A | 46.4% | 53.2% | 58.7% | 50.3% | 56.6% | 37.0% | 17.1% | 10.1% | -1.9% | 1.7% | 7.6% | 14.4% | 52.4% | 27.8% | 5.4% |
| Net Profit | 1106.4% | 554.7% | 234.5% | 52.4% | -3.8% | -34.7% | -17.4% | 67.0% | 107.2% | 146.5% | 84.6% | 25.8% | 235.0% | 0.2% | 77.2% |

*E= Research Estimates*

**Needham**

*445 Park Avenue, New York, NY 10022  (212) 371-8300*

| ANALYST CERTIFICATION |
|---|
| I, Robert Maire, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities.  I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.<br><br>I, Vishal Shah, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities.  I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report. |



224

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 5% | 39% |
| Buy | 59 | 23 |
| Hold | 32 | 15 |
| Under Perform | 2 | 17 |
| Rating Suspended | 0 | 0 |
| Restricted | 1 | 60 |
| Under Review | <1 | 0 |

Needham & Company,LLC. (the Firm) employs a rating system based on the following (Effective July 1, 2003):

<u>Strong Buy</u>: A security, which at the time the rating is instituted, indicates an expectation of a total return of at least 25% over the next 12 months.

<u>Buy</u>: A security, which at the time the rating is instituted, indicates an expectation of a total return between 10% and 25% over the next 12 months.

<u>Hold</u>: A security, which at the time the rating is instituted, indicates an expectation of a total return of +/- 10% over the next 12 months.

<u>Underperform</u>: A security, which at the time the rating is instituted, indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

<u>Under Review</u>: Stocks may be placed UR by the analyst, indicating that the stock rating and/or price target are subject to possible change in the near term, usually in response to an event that may effect the investment case or valuation.

<u>Rating Suspended</u>: Needham & Co. has suspended the rating and/or price target, if any, for this stock, because there is not a sufficient fundamental basis for determining a rating or price target.  The previous rating and price target, if any, are no longer in effect and should not be relied upon.

<u>Restricted</u>:  Needham & Co. policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Co.'s engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes (in accordance with NASD requirements), we note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation.  When combined, 64% of companies under coverage would have a "Buy" rating and 24% have had investment banking services provided within the past 12 months; Hold mostly correspond to a "Hold/ Neutral" recommendation; while our Underperform rating closely corresponds to the Sell recommendation required by the NASD.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Co. salesperson for a copy of the most recent research report on the company you are interested in.

**To review our Rating system prior to July 1, 2003 please refer to the following link:**
http://www.needhamco.com/Research_Disclosure.asp

Stock price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Co., 445 Park Ave, 15th Floor (Attn: Compliance/Research), NY, NY 10022

The following disclosures (as listed by letter on the cover page) apply to the securities discussed in this research report:

- "A"   The research analyst and/or research associate (or household member) has a financial interest in the securities of the covered company (i.e., a long position consisting of common stock).
- "B"   The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues.
- "C"   The Firm has managed or co-managed a public offering of securities for the subject company in the past 12 months.
- "D"   The Firm and/or its affiliate has received compensation for investment banking services from the subject company in the past 12 months.
- "E"   The Firm and/or it's affiliate expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.
- "F"   The analyst or a member of the analyst's household serves as officer, director or advisory board member of the covered company.
- "G"   The Firm, at the time of publication, makes a market in the subject company.
- "H"   The Firm, and/or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company.
- "I"   The analyst has received compensation from the subject company in the last 12 months
- "J"   The subject company currently is, or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received investment banking services.
- "J1"  The subject company currently is, or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-investment banking securities related services
- "J2"  The subject company currently is, or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-securities related services.
- "K"   Our affiliate has received compensation for products and services other than investment banking services from the subject company in the past 12 months

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein.  Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC. makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report.  Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice.  The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients.  Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors.  Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target.  Additional information regarding the securities mentioned in this report is available upon request. (c) Copyright 2005, Needham & Company, LLC., Member NASD, SIPC.