Exhibit 4

Case 3:07-cv-05545-SI   Document 58-5   Filed 08/22/2008   Page 1 of 10



**FormFactor, Inc. NASDAQ:FORM**
A Shiny Diamond in the Rough; Initiating Coverage with Buy Rating

*July 15, 2005*

**RATING: B/3**   Patrick J. Ho   pjho@leggmason.com   (214) 647-3509

| | | | | | |
|---|---|---|---|---|---|
| Price (07/14/05) | $27.94 | FY Ends: Dec | **2004** | **2005** | **2006** |
| S&P Index (07/14/05) | 1,226.50 | Revenue($mm) | $177.8A | $225.0E | $265.0E |
| 52-Week Range | $30 – $16 | **Earnings EPS (Net)** | | | |
| Market Cap.($mm) | $1,151.1 | 1Q | $0.14A | $0.14A | $0.27E |
| Shr.O/S-Diluted (mm) | 41.2 | 2Q | $0.18A | $0.14E | $0.28E |
| Enterprise Val. ($mm) | $912.1 | 3Q | $0.20A | $0.20E | $0.30E |
| Avg Daily Vol (3 Mo) | 353,754 | 4Q | $0.16A | $0.27E | $0.34E |
| LT Debt/Total Cap. | 0.0% | | | | |
| Net Cash/Share | $4.60 | Fiscal Year | $0.67A | $0.75E | $1.20E |
| Dividend ($) | NM | EV/Revenue | 5.1 | 4.1 | 3.4 |
| Yield (%) | NM | P/E | 41.7x | 37.3x | 23.3x |
| Book Value/Share | $6.67 | | | | |
| Target Price | $30.00 | | | | |
| Previous Target Price | | | | | |

Pro forma results exclude one-time charges, extraordinary items and stock-based compensation charges. For GAAP results, please see attached model.

- We are initiating coverage of FormFactor with a Buy rating on the shares, based primarily on what we view as its dominant market share position, strong execution capabilities and a market growth rate that is likely to exceed the industry's rate of growth.

- Based on our assumption of 25x our CY06 EPS estimate of $1.20, this would generate our 6-to-12-month target price of $30.

- FormFactor is the market share leader in the advanced wafer probe card market, a position that we expect the company to maintain for the foreseeable future.

- The advanced probe market is steadily replacing conventional wafer probe cards and we believe FormFactor's leading position bodes favorably for better-than-industry growth.

- As the semiconductor industry continues to migrate to more challenging manufacturing processes (90nm and below), FormFactor appears poised to benefit from these industry shifts, as well.

- Moreover, we believe the cost of ownership benefits that FormFactor's products provide chipmakers is another catalyst for growth for the company.

- As opposed to almost every other back-end company, FormFactor, in our view, offers the best business model and greatest stability in what is historically an extremely volatile sector.

- The company's business model is comparable to some of the best front-end companies, including KLA-Tencor and Applied Materials.

- FormFactor is our top back-end name, although we acknowledge that the valuation and stock price are at premium levels.

- Our Buy recommendation is based more on our long-term outlook for the company versus the short-term appreciation potential of the stock.

**All relevant disclosures and certifications appear on pages 8 - 9 of this report.**   Page 1

**Summary—Best of Breed, Initiating with Buy Rating:** We are initiating coverage of FormFactor with a Buy rating on the shares. Our $30 target price is based on 25x our CY06 EPS estimate of $1.20. We believe that FormFactor deserves this high premium based on its dominant share position in a fast-growing marketplace, its strong technology portfolio and its industry-leading business model. **Our Buy recommendation is based more on our long-term outlook for the company versus the short-term appreciation potential of the stock.** We believe that the wafer probe card market that FormFactor participates in will outgrow the overall semiconductor capital equipment, and based on FormFactor's leadership position, this should translate to higher-than-industry growth rates for the company. The basis behind this superior growth rate is the value-added that FormFactor's products provide in lowering the cost of test ownership for chipmakers. The company's strong technology portfolio should allow the company to maintain its leadership position over the foreseeable future. In our view, the company possesses one of the best business models in the industry, with margin profiles that trail only the top-tier companies (KLA-Tencor, Applied Materials) of the space.

<u>Valuation—Rich Valuation but Long-term Outlook Remains Very Bright</u>
Based on our belief that the industry is heading for an upturn, we have applied a CY06 peak earnings multiple to our coverage universe with an average multiple of between 20x-25x. Having said that, we acknowledge that it is difficult to place an average multiple on a stock that has a very limited trading history. In fact, based on comparative trends, one could say that FormFactor appears to be fully valued at this time. Given the many favorable fundamental features of the company, we are applying a premium multiple of 25x to our CY06 EPS estimate of $1.20 to generate our target price of $30. We want to make it clear that although the upside potential to our target price appears somewhat limited, our Buy rating takes into greater consideration the long-term growth opportunities of this company.

We believe that its market growth opportunities (almost 30% CAGR in the advanced wafer card market) should allow FormFactor to outgrow the overall industry over the next several years. Moreover, we believe that as the company completes its transition to its new facility in Livermore, CA, there remains additional cost and expense savings that could boost our estimates. With a business model that is comparable to some of the best companies in our space (KLA-Tencor, Applied Materials), we believe that this premium multiple is warranted.

On the downside, we suspect that the stock could bottom at approximately 2.5x book value or a stock price of $16.75. However, we believe the industry needs to experience a sharp downturn for the stock to reach these trough levels. The stock's all-time low closing price was $16.00, within the past year, which represents just a little below 2.5x book value.

<u>Investment Rationale</u>
We are initiating coverage of FormFactor with a Buy rating on the shares and a target price of $30 based on 25x our CY06 EPS estimate of $1.20.

*A Back-end Company but Much Less Cyclical Than its Peers*
We believe that this aspect is a major differentiator from its back-end peers, and one of the main reasons it deserves a premium in determining its valuation. In our view, FormFactor is well positioned in the semiconductor capital equipment industry because it caters to both unit volume increases, as well as new design activity. Thus, the company benefits from upturns as device unit volumes increase, and it also benefits from industry technology transitions, such as the move to 90/65nm manufacturing.

*Industry-Leading Margin Profile in Semiconductor Capital Equipment Industry*
We believe that FormFactor delivers some of the best gross margins in the industry, and at the same time, a range that is more narrow than many of its peers. We believe that the company's gross margins can range in the 45%-55% area depending on the time in the cycle. The only company in the sector that we believe possesses better margins than FormFactor is KLA-Tencor. In terms of operating margins, FormFactor (23%) also ranks among the top-tier, trailing only KLA-Tencor (30%-35%) and Applied Materials (27%-30%).

*Differentiated Technology Provides a Pricing Premium for its Products*
FormFactor's products are based on its patented MicroSpring technology, which we believe is a competitive advantage. In our opinion, the company's technology has not only helped established its leadership position today, but will also likely continue to expand its already-dominant market share position.

*Advanced Wafer Probe Market Poised to Outgrow Capital Equipment Market*
According to VLSI Research, the CAGR for the advanced probe card market is expected to grow 29% at a compounded annual growth rate from 2003 to 2007. This growth rate is significantly higher than the overall capital equipment industry growth rate of approximately 10%-15%. Given FormFactor's current leadership position, and our belief that this share is

Page 2

sustainable, we believe that FormFactor can outgrow most of its capital equipment peers over the next several years.

*Delivering Savings in the Cost of Ownership for Chipmakers*
With FormFactor's advanced wafer probe cards, chipmakers can do more precise and detailed testing at the wafer test level before devices reach the final test phase. By providing higher parallelism and more accurate testing at this stage, this trend could potentially reduce the number of final test systems a chipmaker or outsourcer may need to employ. These benefits help reduce the overall cost of test for a manufacturer and this allows FormFactor to charge a premium for its cards.

*Top-tier Customer Base*
The company possesses a very diversified and high level customer base, ranging from virtually all of the leading DRAM suppliers and a majority of the top flash memory makers, including Intel. This exposure reduces some volatility and its concentration with some of the top-tier chipmakers, like Intel and Samsung, also provides greater stability.

*Top Caliber Executive Management Team*
We believe one of the underlying strengths of the company is its executive management team. Over the past nine months, the company has added two key members, which we believe will take the company to the "next level."

*Transition to DDRII and Higher Densities Supports Revenue Growth in 2005/06*
We believe the shift to DDRII and the move to higher densities in DRAM (256 MB to 512 MB) will support FormFactor's revenue growth in 2005 and into early 2006.

**Investment Risks**
*High Concentration of Business in the Memory Market*
Although the company has a dominant market position with many leading chipmakers, we believe it is still highly concentrated in the very volatile DRAM market. We believe that DRAM will comprise approximately 70% of revenues in 2005, after reaching similar percentages the past two years. Although the company tends to benefit through both capacity and technology purchase spending trends, the company is not completely immune to these volatile fluctuations.

*Heavily Reliant on "Turns" Business*
"Turns" business in the semiconductor world represents orders placed in a quarter that are delivered in that same quarter. Given that the company's customer base, particularly DRAM suppliers, can be volatile and change plans within a quarter, this scenario could have a potential negative effect on FormFactor's quarterly results. We estimate that 50%-55% of the company's quarterly revenues are based on turns business.

*Transition to New Manufacturing Facility*
Although we have received no evidence that there has been any problem in this transition to a new facility (near its old one in Livermore), there remains risk in the transition of manufacturing and delivery of products. Over the past six months, the company has been qualifying customers over at the new facility and ensuring ample supply was available during this period.

*Diversifying Customer Base to More Logic Suppliers*
Although the company still has a very high concentration to memory suppliers, we believe that over the next few years, the customer base will diversify and include more logic companies. Although we expect gradual acceptance of its BladeRunner product, traction to-date has been somewhat limited. We believe its current customers, Intel and AMD, also employ other vendors (namely Kulicke & Soffa).

*Stock Has Limited Public Trading History*
FormFactor went public in July 2003 and because of that, it has a limited trading history comparatively to many of its semi cap peers. In fact, if one goes by historical trends in the group, the stock is trading at the high end of many valuation metrics, including P/E, price/book and even price/sales. Comparable stocks (i.e., Applied Materials, KLA-Tencor, Lam Research) have traded higher than these ranges (see 1999-2000 period), but in previous cycles, the displayed ranges have been the average for the stocks.

*Customers Seek Alternative Sources*
One of the major disadvantages of being a dominant market share leader is the fact that customers do seek to have dual sources of suppliers. This is driven primarily by two main reasons. First, it is simply in the best interest of the chipmaker to have more than one source, should that supplier fail to deliver for whatever reason. To be locked into just one supplier

increases the risk profile for the chipmaker. Secondly, and an underlying factor, the more competition among suppliers, the more pricing leverage a chipmaker has.

### Business Overview: Wafer Probe Card Market
Testing of semiconductor devices occurs at two primary stages in the wafer and device manufacturing process, 1) wafer probe testing, and 2) final test. Once the wafer fabrication is completed, the wafer undergoes a wafer probe test to determine any initial defects and faults on the complete wafer. Once the wafer probe test is completed the devices are individually sliced and packaged and undergo burn-in test and final testing to determine the viability of the product.

Wafer probe test includes several components, a tester, a wafer prober and wafer probe card. The wafer probe card is a printed circuit board (PCB) that contains tips, or probe needles, that will transmit and receive electrical contact between the chips being tested and the tester. Wafer probe cards are specialized for each specific type of device (i.e., DRAM, flash memory, logic).

In general, there are two main types of wafer probe cards: 1) conventional probe cards, and 2) advanced probe cards, the segment in which FormFactor participates. Conventional probe cards are used for low-end device testing, and because they are generally manually assembled, have significant limitations. These cards tend to have low ASPs and are very commodity-like. Advanced wafer probe cards tend to have much higher parallelism, better signal integrity and can perform much more precise testing on a wafer.

### MicroSpring Technology: FormFactor's Competitive Advantage, Lowering the Cost of Test Ownership
The basis for FormFactor's success is its technology, based on its patented and highly protected MicroSpring platform. The MicroSpring interconnect technology includes springs that control the amount of force applied on a bond pad during the wafer test process. These springs maintain their shape and position over a range of compression. The contacts on these springs contain geometrically precise tip structures that are part of the wafer probe card. These tip structures come into contact with the semiconductor device, optimizing the force applied and delivering more precise and predictable electrical feeds.

As testing becomes more complex and more costly at the final test area, the demand for advanced probe cards will increasingly rise as it helps lower the overall cost of test. By employing these cards at the wafer level, it should reduce the overall need for costly test systems at the final test stage. With increasing demand for advanced wafer probe cards, we believe that FormFactor is very well positioned to capitalize on this growth.


### Competition
At this time, and we believe over the foreseeable future, the company does not have any large-scale viable competitors. In the advanced wafer probe card market, competitors include Japan Electronic Materials (JEM), Kulicke & Soffa (Cerprobe), Wentworth Laboratories, Cascade Microtech, and Micronics Japan. Among conventional probe card suppliers which compete against FormFactor, these include Phicom, Advantest, ESJ Corp., SCS Hightech, Tokyo Cathode Laboratory and Nanonexus, Inc. In this group, we believe the most viable entrants include Phicom and Nanonexus. In fact, Phicom has been offering advanced probe cards to a Korean DRAM maker, and this led to FormFactor issuing a patent infringement lawsuit in July 2004.

### Revenues
We believe that memory will continue to comprise the majority of revenues for 2005, particularly DRAM, although we estimate that logic will steadily grow as a percentage going forward. We estimate that DRAM will comprise approximately 70% of revenues in 2005, with flash memory following at 20%.

### Recent Earnings
For the March quarter, the company posted results of $51 million in revenue and pro forma EPS of 0.14, excluding stock compensation charges. Bookings came in at $50.9 million, or up 25% sequentially. Gross margins came in at 43.4%, which included costs related to its manufacturing facility transition. On the balance sheet, cash declined $2 million sequentially, while inventories declined $800,000. The company holds no long-term debt.

### Estimates and Outlook
For 2Q05 (June), we are estimating $53.0 million in revenue and a pro forma EPS of 0.14, which excludes stock-based compensation charges. Including these charges, our EPS estimate would be $0.13, within the company's guidance. Our estimates, however, do include factory start-up and transition costs, which lower gross margins in the near-term. We anticipate gross margins to steadily improve as the facility transition is completed over the next few quarters. For FY05,

we are forecasting $225 million in revenue and a pro forma EPS of $0.75. With our expectations of improving industry fundamentals in 2H05/early 2006, we are projecting $265 million in revenue and $1.20 in EPS in FY06.

**Company Description**

FormFactor is a leading supplier of advanced semiconductor wafer probe cards. The company's wafer probe cards are used by semiconductor manufacturers to perform wafer probe test on the whole wafer at the completion of the front end of the semiconductor manufacturing process. The company's products are based on its proprietary MicroSpring technology.

**FormFactor, Inc.**

Patrick Ho
(214) 647-3509

Income Statement ($ in millions except per share data)
December Fiscal Year

| | 2004A | 2005 | | | | 2005E | 2006 | | | | 2006E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1QA | 2QE | 3QE | 4QE | | 1QE | 2QE | 3QE | 4QE | |
| **Revenues** | $177.8 | $51.0 | $53.0 | $57.3 | $63.7 | $225.0 | $62.4 | $65.0 | $67.0 | $70.6 | $265.0 |
| Cost of Revenues | $90.2 | $28.7 | $30.0 | $31.1 | $32.8 | $122.6 | $32.7 | $33.7 | $34.2 | $35.0 | $135.6 |
| Stock-Based Compensation | $0.6 | $0.1 | $0.2 | $0.2 | $0.2 | $0.6 | $0.2 | $0.2 | $0.2 | $0.2 | $0.6 |
| **Gross Profit** | $87.0 | $22.1 | $22.8 | $26.1 | $30.7 | $101.8 | $29.5 | $31.1 | $32.6 | $35.5 | $128.7 |
| **Operating Expenses** | | | | | | | | | | | |
| Research & Development | $19.8 | $5.7 | $5.9 | $6.0 | $6.1 | $23.7 | $5.7 | $5.9 | $6.0 | $6.1 | $23.8 |
| SG&A | $29.0 | $9.2 | $9.0 | $8.7 | $8.4 | $35.2 | $8.3 | $8.6 | $8.8 | $9.0 | $34.8 |
| Stock-Based Compensation | $2.0 | $0.6 | $0.6 | $0.6 | $0.6 | $2.4 | $0.6 | $0.6 | $0.6 | $0.6 | $2.4 |
| Total Operating Expense | $50.9 | $15.5 | $15.4 | $15.2 | $15.1 | $61.3 | $14.6 | $15.2 | $15.4 | $15.8 | $61.0 |
| **Operating Income** | $36.1 | $6.7 | $7.4 | $10.8 | $15.6 | $40.5 | $14.9 | $16.0 | $17.2 | $19.7 | $67.7 |
| Total Inv./Interest Income (Expense) | $3.0 | $0.9 | $0.9 | $0.9 | $0.9 | $3.6 | $1.0 | $1.0 | $1.0 | $1.1 | $4.1 |
| Pretax Income (excl. intangible amort.) | $39.1 | $7.6 | $8.3 | $11.7 | $16.5 | $44.1 | $15.9 | $17.0 | $18.2 | $20.8 | $71.9 |
| Income Tax (Benefit) | $13.9 | $2.6 | $2.9 | $4.1 | $5.8 | $15.4 | $5.6 | $5.9 | $6.4 | $7.3 | $25.1 |
| **Net Income** | $25.2 | $4.9 | $5.4 | $7.6 | $10.7 | $28.7 | $10.3 | $11.0 | $11.8 | $13.5 | $46.7 |
| Shares Outstanding (Basic) | 37.6 | 39.0 | 39.1 | 39.2 | 39.3 | 39.2 | 39.4 | 39.5 | 39.6 | 39.7 | 39.6 |
| Shares Outstanding (Diluted) | 40.5 | 41.2 | 41.3 | 41.4 | 41.4 | 41.3 | 41.5 | 41.5 | 41.6 | 41.6 | 41.5 |
| Basic EPS (including stock-based compensation) | $0.67 | $0.13 | $0.14 | $0.19 | $0.27 | $0.73 | $0.26 | $0.28 | $0.30 | $0.34 | $1.18 |
| Diluted EPS (including stock-based compensation) | $0.62 | $0.12 | $0.13 | $0.18 | $0.26 | $0.69 | $0.25 | $0.27 | $0.28 | $0.33 | $1.12 |
| **Ongoing Operating EPS (Diluted, excl. stock-based compensation)** | **$0.67** | **$0.14** | **$0.14** | **$0.20** | **$0.27** | **$0.75** | **$0.27** | **$0.28** | **$0.30** | **$0.34** | **$1.20** |
| Extraordinary Items | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Reported Net Income** | $25.2 | $4.9 | $5.4 | $7.6 | $10.7 | $28.7 | $10.3 | $11.0 | $11.8 | $13.5 | $46.7 |
| **Reported EPS** | $0.62 | $0.12 | $0.13 | $0.18 | $0.26 | $0.69 | $0.25 | $0.27 | $0.28 | $0.33 | $1.12 |
| **As a % of Revenue** | | | | | | | | | | | |
| Gross Margin | 48.9% | 43.4% | 43.1% | 45.5% | 48.2% | 45.2% | 47.3% | 47.9% | 48.7% | 50.2% | 48.6% |
| Research & Development | 11.1% | 11.1% | 11.1% | 10.4% | 9.6% | 10.5% | 9.2% | 9.1% | 9.0% | 8.7% | 9.0% |
| Sales & Marketing | 16.3% | 18.0% | 16.9% | 15.1% | 13.2% | 15.7% | 13.3% | 13.3% | 13.1% | 12.8% | 13.1% |
| Stock-Based Compensation | 1.1% | 1.2% | 1.1% | 1.0% | 0.9% | 1.1% | 1.0% | 0.9% | 0.9% | 0.8% | 0.9% |
| Operating Income | 20.3% | 13.1% | 14.0% | 18.9% | 24.5% | 18.0% | 23.9% | 24.6% | 25.7% | 27.9% | 25.6% |
| Pretax Income | 22.0% | 14.8% | 15.7% | 20.5% | 25.9% | 19.6% | 25.5% | 26.1% | 27.1% | 29.5% | 27.1% |
| Tax Rate (% of Pretax Income) | 35.5% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| Net Income | 14.2% | 9.6% | 10.2% | 13.3% | 16.8% | 12.7% | 16.5% | 17.0% | 17.6% | 19.1% | 17.6% |
| **Y/Y Growth** | | | | | | | | | | | |
| Revenue | 81% | 37% | 23% | 12% | 38% | 27% | 22% | 23% | 17% | 11% | 18% |
| Operating Expenses | 38% | 44% | 29% | 10% | 6% | 20% | -5% | -2% | 1% | 4% | 0% |
| Continuing Operating EPS | 193% | -6% | -22% | 0% | 81% | 11% | 109% | 104% | 54% | 26% | 62% |
| **Q/Q Growth** | | | | | | | | | | | |
| Revenue | NA | -71% | 4% | 8% | 11% | NA | -72% | 4% | 3% | 5% | NA |
| Operating Expenses | NA | -70% | 0% | -1% | -1% | NA | -76% | 4% | 2% | 3% | NA |
| Continuing Operating EPS | NA | -17% | 9% | 41% | 40% | NA | -4% | 7% | 7% | 14% | NA |

*Source: Company Reports and Legg Mason Estimates*

**FormFactor**
Balance Sheet ($ in millions except per share data)
December fiscal year

| Balance Sheet | 2004 1QA | 2004 2QA | 2004 3QA | 2004 4QA | 2005 1QA |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current Assets: | | | | | |
|   Cash and Cash Equivalents | $99.2 | $73.3 | $66.2 | $77.0 | $23.0 |
|   Marketable Securities | $82.5 | $101.4 | $115.0 | $114.5 | $166.5 |
|   Accounts receivable | $26.4 | $34.2 | $33.6 | $25.1 | $28.6 |
|   Inventories | $8.7 | $9.6 | $10.1 | $11.2 | $10.4 |
|   Deferred Tax Assets | $2.5 | $2.8 | $2.8 | $10.0 | $7.6 |
|   Prepaid Expenses and Other Current Assets | $2.8 | $2.5 | $3.8 | $4.8 | $6.3 |
| **Total Current Assets** | $222.2 | $223.7 | $231.5 | $242.5 | $242.4 |
| Property and equipment, net | $27.4 | $38.3 | $47.2 | $59.4 | $63.7 |
| Restricted Cash | $2.6 | $2.6 | $2.3 | $2.3 | $2.3 |
| Deferred Tax Assets | $0.4 | $1.2 | $1.2 | $0.0 | $0.6 |
| Other assets | $0.3 | $0.3 | $0.3 | $0.3 | $0.7 |
| **Total Assets** | $252.8 | $266.1 | $282.4 | $304.4 | $309.6 |
| **Liabilities & Shareholders' Equity** | | | | | |
| **Liabilities** | | | | | |
| Current liabilities: | | | | | |
|   Accounts Payable | $15.3 | $15.1 | $17.7 | $17.6 | $14.7 |
|   Accrued Liabilities | $9.0 | $13.4 | $15.1 | $15.7 | $15.1 |
|   Deferred Revenue and Customer Advances | $1.3 | $1.6 | $1.4 | $2.8 | $2.5 |
|   Other Liabilities | $0.0 | $0.0 | $0.0 | $0.8 | $0.0 |
| **Total Current Liabilities** | $25.6 | $30.1 | $34.2 | $36.8 | $32.3 |
|   LT Debt | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
|   Deferred Rent | $0.0 | $0.0 | $0.0 | $2.2 | $2.4 |
|   Deferred Revenue and Customer Advances | $0.4 | $0.3 | $0.3 | $0.2 | $0.1 |
| **Total Liabilities** | $26.0 | $30.4 | $34.5 | $39.2 | $34.8 |
| Common Stock | $222.4 | $227.5 | $231.9 | $243.8 | $248.3 |
| Retained Earnings | $4.4 | $8.2 | $16.0 | $21.4 | $26.4 |
| **Total Stockholders' Equity** | $226.8 | $235.7 | $248.0 | $265.2 | $274.7 |
| **Total Liabilities & Shareholders' Equity** | $252.8 | $266.1 | $282.4 | $304.4 | $309.6 |
| **Balance Sheet Ratio Analysis** | | | | | |
| Working Capital | $197 | $194 | $197 | $206 | $210 |
| Current Ratio | 8.7x | 7.4x | 6.8x | 6.6x | 7.5x |
| Quick Ratio | 8.3x | 7.1x | 6.5x | 6.3x | 7.2x |
| Receivable Days (DSO) | 64 | 71 | 59 | 49 | 51 |
| Days Inventory | 58 | 44 | 36 | 39 | 58 |
| Inventory Turns | 6.3x | 8.3x | 10.1x | 9.4x | 6.3x |
| Cash per Share | $4.52 | $4.30 | $4.47 | $4.71 | $4.60 |
| Book Value/Share | $5.64 | $5.80 | $6.12 | $6.52 | $6.67 |
| Debt to Equity (ST & LT) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Returns Analysis** | | | | | |
| Return on Equity | 9.0% | 11.5% | 12.1% | 8.8% | 7.2% |
| Return on Assets | 8.1% | 10.2% | 10.6% | 7.7% | 6.3% |
| Return on Sales | 13.7% | 15.7% | 14.6% | 12.6% | 9.6% |

*Source: Company Reports and Legg Mason estimates*

## Important Disclosures and Certifications

**I, Patrick Ho, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Patrick Ho, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views contained in this research report.**



For a price chart with our ratings and target price changes for FORM go to
http://legg.bluematrix.com/bluematrix/Disclosure?ticker=FORM

Legg Mason Wood Walker, Inc. makes a market in the securities of FormFactor, Inc.

Legg Mason Wood Walker, Inc.'s research analysts receive compensation that is based upon (among other factors) Legg Mason Wood Walker, Inc.'s overall investment banking revenues.

Our investment rating system is three tiered, defined as follows:

BUY -We expect this stock to outperform the S&P 500 by more than 10% over the next 12 months. For higher-yielding equities such as REITs and Utilities, we expect a total return in excess of 12% over the next 12 months.

HOLD -We expect this stock to perform within 10% (plus or minus) of the S&P 500 over the next 12 months. A Hold rating is also used for those higher-yielding securities where we are comfortable with the safety of the dividend, but believe that upside in the share price is limited.

SELL -We expect this stock to underperform the S&P 500 by more than 10% over the next 12 months and believe the stock could decline in value.

Of the securities we rate, 44% are rated Buy, 54% are rated Hold, and 2% are rated Sell.

Within the last 12 months, our firm has provided investment banking services for 40%, 33% and 11% of the companies whose shares are rated Buy, Hold and Sell, respectively.

We also use a Risk rating for each security. The Risk ratings are Low - 1, Average - 2, and High - 3 and are based primarily on the strength of the balance sheet and the predictability of earnings.

## Additional Disclosures

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities

referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Legg Mason Wood Walker, Inc. or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within.

Legg Mason Wood Walker is a multi-disciplined financial services firm that regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions. Moreover, Legg Mason, its shareholders, directors, officers and/or employees, may from time to time have long or short positions in such securities or in options or other derivative instruments based thereon.

These materials have been approved by Legg Mason Limited, authorized and regulated by the Financial Services Authority (UK), in connection with its distribution to intermediate customers and market counterparties in the European Economic Area. (Legg Mason Limited home office: London +44 20 7557 6030.) No investments or services mentioned are available in the European Economic Area to private customers or to anyone in Canada other than a Designated Institution.

This investment research report is classified as objective for the purposes of the FSA requirements relating to Conflicts of Interest management. Additional information is available upon request. Please contact a Legg Mason entity in your jurisdiction.

This email may be considered advertising under federal law. If you decide not to receive Legg Mason products and services updates, special offers and information via email, please complete the form on our website at http://www.leggmason.com/OptOut/.

**Additional Information Available Upon Request**

© 2005 Legg Mason Wood Walker Incorporated 100 Light Street Baltimore, MD 21202