Exhibit 5

**JANUARY 9, 2006** 

# FORMFACTOR, INC.

## Buy/Aggressive

**Gavin Duffy** (314) 955 3165
**Mark Ringwald,** *Associate Analyst* (314) 955 4683



Symbol: **FORM**
Exchange: **Nasdaq**
Recent Price: **40.44**

*Year Ends December 31*

| 52-Week Price Range | 49.71—26.35 | | *2004A* | *2005A* | *2006E* | *2007E* |
|---|---|---|---|---|---|---|
| Dividend | Nil | EPS | $0.62 | $0.72 | $1.20 | $1.53 |
| Yield | Nil | P/E | — | — | 33.7X | 26.4X |
| | | ROE | 99.5% | 54.4% | 50.5% | 40.1% |

### Fundamental Data

| | |
|---|---|
| 2001-2004 EPS CAGR | NM |
| Est. 2005-2007 EPS CAGR | 45.8X |
| Trailing 12 Months' Sales (mil.) | $342.3 |
| Long-Term Debt to Total Cap.—09/06 | 0.0% |
| Current Ratio—09/06 | 8.8X |
| Book Value Per Share—09/06 | $12.17 |
| Price/Book Value | 3.3X |
| Market Value (mil.) | $4,068.3 |
| Market Value to Sales | 11.9X |
| Relative P/E, FY 2000E, S&P Indus. | 170% |

*CAGR—Compound Annual Growth Rate*

### Trading Data

| | |
|---|---|
| Shares Outstanding (mil.) | 100.6 |
| Estimated Float (mil.) | 100.2 |
| Insider Holdings | 0.4% |
| Institutional Holdings | 87.0% |
| Average Daily Volume—3 Months | 960,000 |

*All prices are as of 1/9/07 unless otherwise noted.*

**Disclosure Information:** Please refer to pages 14-15 of this report for important disclosure information and analyst certifications. Information current as of 1/9/07; contact your AGE Financial Consultant to confirm our analyst's current rating, price objective, suitability, and other relevant information.

## Initiating Coverage with a Buy Rating and $50 Price Objective

- **Differentiated Technology to Lower Testing Costs.** FormFactor's MEMS based MicroSpring technology uses semiconductor-like processes to keep up with the ever-smaller device geometries.
- **Expanding Revenue Base.** Company continues to penetrate deeper into current customer accounts while landing initial orders with new customers across different market segments.
- **Increased Demand for Advanced Probe Card Technologies.** The industry's need to move to advanced probe card technologies versus conventional wafer probe card technologies.
- **Future Growth of Wafer Level Testing.** The need to reduce the cost of testing is driving more and more manufacturers to test at the wafer level, which not only reduces cost but improves overall yields.

**Company Description:** FormFactor designs, manufactures, and sells advanced wafer probe cards that are used in the semiconductor manufacturing process to test integrated circuits (IC) on the wafer level. FormFactor's customers consist of dynamic random access memory (DRAM), Flash and microprocessor manufactures who use the company's products to test 200 millimeter (mm) and 300mm wafers.

## New Ideas

We are initiating coverage of FormFactor with a Buy/Aggressive rating.

FormFactor (FORM) designs, manufactures, and sells advanced wafer probe cards that are used in the semiconductor manufacturing process to test ICs on the wafer level. FormFactor's customers consist of DRAM, Flash and microprocessor manufactures who use the company's products to test 200mm and 300mm wafers. The company uses a micro-electromechanical system (MEMS) process to produce its advanced wafer probe cards. This type of process is semiconductor-like in that FORM uses lithography steps to continually shrink its MicroSpring technology to keep up with the ever changing semiconductor device structures. FORM's probe cards test chips that are incorporated into a wide variety of end products in high-growth markets, including digital cameras, MP3 players, cell phones, automotive electronics, computer peripherals, and PCs.

Semiconductor device manufacturers are looking for more ways to improve production yields and to reduce the costs associated with testing chips. For semiconductor device makers, testing and packaging are often the most significant manufacturing costs which can always run higher, especially if defective die are allowed to be packaged before defects are discovered. For example, a manufacturer makes multi-chip packages (MCP), where three or more chips are stacked, connected and packaged together and then tested for burn-in. If one chip is found to be defective, not only does the manufacturer lose the functional chips but also increases its packaging costs.

Enter FormFactor, with its broad range of advanced wafer probe cards. FORM's forte is in the DRAM market segment where they historically derive almost three-quarters of their revenue. See **Figure 1**. FORM's approximately 70% market share dominants the DRAM memory IC probe card market and is mainly attributable to its proprietary products that allow DRAM customers to test more chips in parallel. This is an especially vital element for a market with commodity-like characteristics. This shows us that they are experienced and highly leveraged in this segment which, we believe will allow FORM to gain market share in other growth segments such as the NAND Flash memory and logic markets, all the while, maintaining dominance in the DRAM market.

With its proprietary MicroSpring technology, the company is paving the way to bring all testing to the front-end manufacturing process so it can be done on the wafer level, thereby reducing customers' costs while improving yields. This is being accomplished by using probe cards not only for the wafer sort test, where all the die are tested at low operational speeds, but also for reliability testing and full functional use testing. Reliability testing, known as burn-in, tests the die at varying temperatures to mimic real-use operating environments. Wafer-level burn-in (WLBI) testing discovers more defective die than wafer sort because the physical properties that make up semiconductors can function differently when used at different temperatures. The last test process where FormFactor is striving to make an imprint is known as at-speed testing, where the company offers its "high-frequency test at probe" (HFTAP) products. Here die are tested at full speed to ensure the utmost functionality of the chips. The WLBI and at-speed testing processes can be used for "known good die" (KGD) applications such as multi-chip packages, where cost reduction is imperative. KGD applications move all testing to the front-end manufacturing process and test all chips at the wafer level before moving on to singulation and packaging.

**FIGURE 1**  **Historical Revenue Breakout by End Market**
*(Figures in thousands)*

|        | FY 2003  | FY 2004   | FY 2005   | Q106     | Q206     | Q306     |
|--------|----------|-----------|-----------|----------|----------|----------|
| DRAM   | 61,429   | 124,329   | 182,828   | 65,976   | 67,269   | 70,386   |
| %      | 62.5%    | 69.9%     | 77.0%     | 81.1%    | 72.8%    | 72.7%    |
| Flash  | 18,086   | 38,953    | 31,640    | 7,007    | 17,565   | 16,675   |
| %      | 18.4%    | 21.9%     | 13.3%     | 8.6%     | 19.0%    | 17.2%    |
| Logic  | 18,787   | 14,480    | 23,027    | 8,347    | 7,599    | 9,696    |
| %      | 19.1%    | 8.1%      | 9.7%      | 10.3%    | 8.2%     | 10.0%    |
| Total  | $98,302  | $177,762  | $237,495  | $81,330  | $92,433  | $96,757  |
| %      | 100.0%   | 100.0%    | 100.0%    | 100.0%   | 100.0%   | 100.0%   |

*Source: Company Reports, A.G. Edwards*

The company's new state-of-the-art facility, opened 2004, is currently geared to handle up to $110 million in revenue per quarter but can be expanded to handle an additional $40 million per quarter if needed. Also with the new facility and production tool sets, the company has been able to reduce its product lead times. The company recently announced that it plans to open a manufacturing facility in Singapore, expected to be operational in 2008 and will focus on back-end test processes initially. We view FORM's future presence in Asia as having many advantages such as improved product and service lead times, regional presence to better defend intellectual property (IP) rights, and a tax benefit received from a blended tax rate.

The wafer probe card market grew from approximately $430 million in 2001 to approximately $790 million in 2005 and according to the industry research firm VLSI is expected to increase to $1.5 billion by 2010. In 2005, the advanced probe card market, including MEMS and Cobra based technologies, reached sales of $435 million, of which FormFactor had 49% market share.

We expect to see continued growth in semiconductor unit shipments throughout 2007, mostly due to increased demand for devices such as cell phones, digital music players, new gaming consoles from Sony and Nintendo, but especially for the anticipated release of Microsoft's Vista OS, set to be released in January 2007. The new Vista OS will require PC makers to substantially increase memory, with main memory at least doubling to 1GB (gigabyte) and graphics memory requiring 512MB (megabytes), whereas before it was shared with the main memory. With this increase in DRAM, manufacturers are looking to increase densities of the chips, such as moving to 70nm DDR2 (double data rate 2) throughout 2007 and then transitioning to DDR3 (double data rate 3) architecture in 2008. This bodes extremely well for FORM, since every time there is a new chip design or increase in density, a new wafer probe card is needed.

We project secular growth in the advanced probe card market in the range of 25%-30% long term, above the 15% projected growth rate for the overall semiconductor equipment market. As we begin calendar 2007, we believe FormFactor shares offer investors an opportunity to participate in the advanced wafer probe card market. With the continued migration to produce more complex chips and the need to reduce the cost of back-end testing, these factors will drive growth for the company.

We suggest that Aggressive investors take advantage of current share price levels to initiate or add to existing positions in FormFactor shares.

## Wafer Probe Test Process

To better understand how the company's products are used, the wafer probe test process is briefly explained. The wafer probe test is the first time that chips are tested for functionality and is performed during the front-end manufacturing process. The test cell consists of a wafer prober, a wafer probe card and a tester to perform the wafer probe test. See **Figure 2.**

**FIGURE 2    Test Cell Diagram**



*Source: A.G. Edwards*

A wafer prober is a system that takes the wafer from its carrier and positions it under a wafer probe card. The wafer probe card (FormFactor's product line) serves as an interface to electrically connect with the individual chips on a wafer and test them for application functions as well as functionality at different temperature ranges. The contact between a wafer probe card and the input/output terminals on the chips is referred to as a "touchdown".

Some probe cards can contact more than one terminal on the wafer at a time, allowing for testing of multiple chips. This is known as parallelism and is important because more chips can be tested per touchdown. This results in higher productivity and a reduction in capital expenditures for test equipment. Thirdly, the probe card is attached to the tester, which identifies any chips that fail to meet the specified criteria and is categorized as a reject and will be discarded in the die cut/sort process.

## Company Highlights

**Differentiated Technology—**FormFactor's MEMS based MicroSpring technology uses semiconductor-like processes namely, lithography, to keep up with the ever smaller device geometries.

**Expanding Revenue Base**—Company continues to penetrate deeper into current customer accounts with new product offerings, while landing initial orders with new customers across different market segments.

**Increased Demand for Advanced Probe Card Technologies**—The industry's need to move to advanced probe card technologies versus conventional wafer probe card technologies.

**Future Growth of Wafer Level Testing—**The need to reduce the cost of testing is driving more and more semiconductor manufacturers to test at the wafer level, which not only reduces cost but improves overall yields.

**New State-of-the-Art Facility**—An advanced MEMS fabrication facility that allows for increased capacity and an enhanced production tool set.

**Strong Balance Sheet**—FormFactor has approximately $457 million in cash and cash equivalents/marketable securities) with no debt.

## Key Growth Drivers

**Bit Growth and Expanding IC Designs**—Manufacturers are required to purchase new probe cards with each new IC chip design or bit capacity increase. In **Figure 3,** we see the worldwide DRAM 256 megabit (Mb) equivalent shipment forecast and **Figure 4** shows the forecasted transitions of DDR DRAM.

**Advanced Versus Conventional Probe Card Technologies**—As geometries shrink and the transition to 300mm wafers continues, makers of conventional probe cards are not able to keep up with the demands from semiconductor manufactures. According to research firm VSLI, conventional probe cards made up 45% of the 2005 probe card market compared with 55% for advanced probe cards. See **Figure 5**. FormFactor is in a good position going forward, with its MEMS-based advanced probe card technology that is scalable to the ever-shrinking device geometries and more capable of fewer touchdowns required to test the wafer.

**Known Good Die Applications**—More and more semiconductor manufacturers are wanting to know which die are fully functional before packaging and final test are completed, which is why there is a ongoing migration to bring all testing to the wafer level. FORM uses its proprietary Upstream and HFTAP technology solutions to offer customers high-efficiency wafer burn-in testing and at-speed testing to increase "known good die" (KGD) yields in the manufacture of high-density memory devices. The sooner a defect is detected, the quicker it can be fixed at a lower cost to the manufacturer.

**NAND Flash and Logic Markets**—FormFactor can use its leverage in DRAM to produce probe cards that will allow for greater parallelism in the fast growing NAND Flash market and the need for multi-DUT (device-under-test) in the logic market. In **Figure 6**, we see Worldwide NAND Flash Mb shipments are projected to grow 159% from 2005-2008. With the company's Harmony OneTouch probe card for NAND flash that can test a complete wafer in one touchdown, is expected to ramp volume shipments starting in 2007. FORM's logic products previously addressed only 10% of the logic market, but with its new wire bond flip-chip logic wafer probe card, they are able to address the remaining 90% that predominately uses conventional wafer probe cards.

**FIGURE 3** **Forecasted Worldwide DRAM Megabyte Shipments**
*(256-Mbit Equivalent)*



Source: Gartner Estimates, A.G. Edwards

**FIGURE 4** **DDR Transitions Measured in 256Mb Equivalent DRAM Unit Shipments**
*(Millions)*



Source: Gartner Estimates, A.G. Edwards

*FormFactor, Inc. • A.G. Edwards & Sons, Inc.* 5

| FIGURE 5 | 2005 Wafer Probe Card Market by Technologies |



*Source: VLSI Research, A.G. Edwards*

| FIGURE 6 | Forecasted Worldwide NAND Flash Megabyte Shipments |



*Source: Gartner Estimates, A.G. Edwards*

## Products

FormFactor designs and manufacturers wafer probe cards used to perform wafer probe tests in the front-end semiconductor manufacturing process. The products are differentiated by the types of chips they test and the scope of their testing capabilities. Each product line focuses on reducing the manufacturers overall test cell capital expenditures while improving yields. See **Figure 7**.

**Upstream**—This product solution serves the WLBI testing process and when used in conjunction with the company's other products for wafer sort and at-speed testing, is a complete solution for KGD applications.

**Harmony**—The products based on this architecture address customers' needs for higher parallelism as manufacturers continue to transition to 300mm wafers and as chip and pad sizes shrink. In June 2006, the company introduced its Harmony based OneTouch probe card used in 300mm Flash memory production. This product enables customers to achieve higher uptime and productivity. A one touchdown probe card has greater downtime that can result in lost productivity. The OneTouch card optimizes setup and reduces thermal setup by using an innovative bridge capability that enhances planarity to quickly adjust the tilt of the probe card relative to the wafer. The company expects volume shipments of the OneTouch probe card to start in early to mid 2007.

**PH50-150S**—These products are used for both DRAM and Flash memory and offer higher parallelism and high pin count test that reduce the customer's capital expenditures and improves productivity.

**BladeRunner 175 (BR175)**—The BR175 product line is the company's solution for logic device makers. It is a 175-um (microns) pitch wafer probing solution for high-performance flip chip System-On-Chip (SoC) devices targeted to sub 90nm (nanometer) process nodes, which can be used for single-device-under-test (DUT) and multi-DUT. The Multi-DUT wafer probe card tests considerably more flip chip devices in parallel, maximizing throughput and cost-effectiveness. The BR175 also uses less contact force when probing, which is critical for testing logic devices that use fragile materials such as low-k dielectric, thus reducing damaged die and improving yields.

**FIGURE 7   Product Value Assessments**

### DRAM Value Assessment

Assumptions: 300mm DRAM Fab, 30k WSPM, 1,000 die per wafer

| | Lower Test Cell Capex | | Increased Yield | |
|---|---|---|---|---|
| | Standard | FormFactor | Yield Improvements | 1% |
| DUT (Device Under Test) | 64x | 256x | 360 MM units annually | 3.6 MM Units |
| Tester Capex | $105 MM | $30MM | Average Pice per Unit | $4 |
| Savings | | $75 MM | **Annual Yield Savings** | **$14.4 MM** |
| Depreciated over 5 years | | $15 MM | | |
| FormFactor product premium | | ($3 MM) | | |
| **Annual Capex Savings** | | **$12 MM** | | |

### Flash - Harmony OneTouch Value Assesment

Assumptions: 300mm NAND Flash Fab, 40k WSPM, 300-500 die per wafer

| | Lower Test Cell Capex | | Increased Uptime | | |
|---|---|---|---|---|---|
| | Standard | FormFactor | | Standard | FormFactor |
| Touchdowns per wafer | 4x | 1x | Downtime | 11% | 3% |
| Capex | $35 MM | $9 MM | Uptime | 89% | 97% |
| **Total Savings** | | **$26 MM** | **Annual Savings** | | **~20%** |

### Logic Value Assessment

Assumptions: 300mm Fab, 30k WSPM, 550 die per wafer

| | Lower Test Cell Capex | | Increased Yield | |
|---|---|---|---|---|
| | Standard | FormFactor | Yield Improvements | 1% |
| DUT (Device Under Test) | 1x | 4x | 198 MM units annually | 1.98 MM units |
| Tester Capex | $66 MM | $24 MM | Average Price per Unit | $12 |
| Savings | | $42 MM | **Annual Yield Savings** | **$23.8 MM** |
| **Annual Savings (5 yr dep.)** | | **$8.4 MM** | | |

*Source: FormFactor, A.G. Edwards*

**Takumi**—This product solution utilizes an interchangeable wafer probe card architecture for in-line process, reliability, and end-of-line parametric testing. Parametric testing monitors processes, rather than devices in semiconductor fabrications. Shrinking process nodes increase the need for in-process, electrically precise testing prior to the traditional functional testing of chips. It also allows manufacturers to rapidly switch FormFactor probe heads with minimal production downtime.

## Customers

Customers consist of DRAM, Flash, and Logic chip manufacturers such as Elpida, Hynix, Intel, Powerchip and Samsung. In **Figure 8**, we charted FORMs 10% customers over the past six years. While the company has continued to penetrate deeper into current customer accounts and has recently landed initial orders from new customers like Hynix, FormFactor still generates a substantial percentage of its revenues from a small number of customers.

## Competitive Landscape

Although FormFactor enjoys almost 50% market share in the advanced probe card market, it still faces stiff competition in key growth markets such as NAND Flash and logic. Current competitors in advanced probe card technologies include Japan Electronic Materials (JEM), Micronics Japan Co. (MJC), Feinmetall GmbH, Phicom, SV Probe, Cascade Microtech and AMST. See **Figure 9**.

## IP Litigation

FORM's global intellectual property (IP) division is continually protecting the company's IP rights. In February 2004, FormFactor issued two complaints of alleged infringement on four of the company's patents against Phicom in Seoul, South Korea. Phicom challenged the validity of the claims and two of the four patents were upheld. FORM is seeking enforcement action of the infringements on the two upheld patents and is appealing the decision of the other two patents to the Korean Supreme Court.

The company is also involved in litigation with Phicom in the U.S., claiming infringement of four U.S. patents filed in March 2005. Three of the U.S patents are similar to the ongoing case in Korea against Phicom. Discovery has begun on the case and a pre-trial conference is to be held around August 2007, followed by a two to four week trial, yet to be determined.

In November, 2006 the company filed a complaint in the U.S. against MJC claiming infringement on four U.S. patents, two of which are the same as in the U.S. Phicom case. If the company wins against Phicom it would be reasonable to say that the courts would hold validity in the MJC case.

**FIGURE 8**   Historical Greater Than 10% Customers



Source: Company Reports, A.G.Edwards

| FIGURE 9 | 2005 Advanced Wafer Probe Card Market Share |



*Source: VLSI Research, A.G. Edwards*

The company has also been able to withstand claims brought against them by competitors. Over the past two years, MJC has brought claims against FORM in the Korean Patent Court; both claims were dismissed. MJC is currently challenging four patents in the Taiwan; no rulings have been issued. Even though the company appears to be able to defend its IP, it is and will continue to be susceptible to sizeable attorney fees.

## Fundamentals

FormFactor has a revenue CAGR of 44.6% from 2002 to 2005 and we project after 2006 it will rise to 47%. The company has grown gross margin by 650 basis points (bp) from third quarter 2005 to third quarter 2006 with the three most recent quarters above 50%. Operating margins have increased 620 bp during this time and has averaged around 20% the last three quarters. See **Figure 10**. From 2002 to 2005, FORMs earnings grew 162.1% and we project from 2002-2006 that earnings will have a CAGR of 134%.

## Recent Results and Going Forward

### Third Quarter, Fiscal Year 2006 Financial Results

For the third quarter of fiscal 2006, record revenues of $96.8 million increased 5% sequentially and 55% year-over-year. Gross margins came in at 51.9% versus 52.7% sequentially and 45.2% a year ago. On a generally accepted accounting principles (GAAP) basis, FormFactor posted net income of $15.8 million or $0.33 per share including $0.08 for stock compensation expense. The book-to-bill ratio in the third quarter was 0.94X down from 1.04X sequentially.

In terms of revenues on a market segment basis, DRAM represented 72.7%, Flash was 17.3% and Logic accounted for the remaining 10.0%. See **Figure 11**. On a geographic basis, revenues from North America were 31.1%, Japan 34.4%, Asia Pacific 30.6 and Europe 3.9%.

On the balance sheet, the company has cash and cash equivalents/marketable securities of $457.5 million equating to $9.48 cash per share. The company carries no debt and has a current book value of $12.17 per share.

### Looking Ahead

For the fourth quarter of 2006, FormFactor is guiding for revenues of $93 to $97 million with GAAP earnings of $0.30 to $0.33 per share on the bottom line. We are modeling fourth quarter revenues of $95.5 million with gross margins of 52%, resulting in earnings of $0.31 per share.

For fiscal 2006, we are modeling revenues of $366 million with earnings per share of $1.20. For fiscal 2007, we are looking for revenues of $445 million with earnings of $1.53 per share on the bottom line.

**FIGURE 10**    **Historical Revenues and Margins**



Source: Company Reports, A.G.Edwards

**FIGURE 11**    **Third Quarter 2006 Revenue Breakout**



Source: Company Reports, A.G.Edwards

## Executive Officers

**Igor Y. Khandros—***Chief Executive Officer and President*

Dr. Khandros founded FormFactor in 1993 and has served as both the CEO and as a director since the company's inception. As of January 5, 2007, Dr. Khandros assumed the responsibilities of the recently resigned President, Joseph Bronson. The other title held by Mr. Bronson (Office of the Chief Executive) has been eliminated. From 1993 to November 2004, he also served as the company's president. Before founding FormFactor, he co-founded and served as the vice president of Development at Tessera Inc. for two years and has 13 years of industry experience prior to that. Dr. Khandros holds an M.S. equivalent degree from Kiev Polytechnic Institute in metallurgical engineering and a Ph.D. in metallurgy from Stevens Institute of Technology.

**Ronald C. Foster—***Chief Financial Officer*

Mr. Foster has served as the company's CFO since March 2005, where prior to this he served as CFO of JDS Uniphase, a fiber optic communications manufacturer from February 2003 to March 2005. He also held his current title at Novell Corporation and many other roles at both Applied Materials and Hewlett Packard. Mr. Foster received his B.A. in economics from Whitman College and a M.B.A. from the University of Chicago.

**Stuart L. Merkadeau—***Senior Vice President, General Counsel and Secretary*

Mr. Merkadeau has served as a senior vice president since October 2003 and as general counsel and secretary since October 2002. Previously, he served as vice president from October 2002 to September 2003, and as the vice president of Intellectual Property from July 2000 to October 2002. Prior to working at FormFactor, he was an associate and then became a partner with Graham & James LLP, where he specialized in licensing and strategic counseling in intellectual property matters. Mr. Merkadeau has a B.S. in industrial engineering from Northwestern University and a J.D. from the University of California at Los Angeles.

## Risk Factors

While we are bullish on FormFactor's long-term prospects, we believe the company faces several risks inherent to its business, which investors should be aware of:

**Cyclical Nature of Semiconductor Markets**—FormFactor sells its products to semiconductor manufacturers and is therefore subject to swings in the overall semiconductor market.

**Customer Concentration—**While FormFactor has expanded its customer base, the company has derived at least 65% of its revenues from four customers over each of the past three years. In the three months ended September 30, 2006, sales to Elpida, Intel and Hynix accounted for 25%, 13.8% and 10% of FormFactor's revenue, respectively.

**Competition—**Even though FormFactor dominates the DRAM wafer probe card market, other markets such as Flash and Logic are relatively new to advanced wafer probe cards. FormFactor faces competition for these new growth markets.

**Global GDP Growth**—Changes in the growth rate of global gross domestic product (GDP) affect stocks in the semiconductor capital equipment industry. As global GDP ebbs and flows its impact is felt at the end of the supply chain in the equipment sector.

See **Figures 12** and **13** for the income statement and balance sheet data.

## Valuation

We project secular growth in the advanced probe card market in the range of 25%-30% long term, above the 15% projected growth rate for the overall semiconductor equipment market. When trying to make a peer comparison to FORM, we incorporate both front-end and back-end manufacturing companies because FormFactor's products serve the testing process, but it is actually performed on the front-end. We believe FORM should trade at a premium to its peers (peers recently trading at approximately 22x multiple) as its growth potential should be near or exceed the high end of the advanced probe card market growth range. FORM has historically traded at a premium to its peer group in the range of the mid-20s to 30x; if we apply an approximate 24x multiple to our fiscal 2008 estimate of $2.11 per share, we arrive at a 12- to 18- month price objective of $50.

Risks to achieving our price objective include the cyclical nature of the semiconductor market, competition in the company's future growth markets, customer concentration and global GDP growth.

**FIGURE 12**  **Quarterly Income Statement**
*(Dollars in thousands)*

| | FY 2005 | Q106 Apr-06 | Q206 Jul-06 | Q306 Sep-06 | Q406E Dec-06 | FY 2006E | Q107E Apr-07 | Q207E Jul-07 | Q307E Sep-07 | Q407E Dec-07 | FY 2007E | FY 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Revenue** | $237,495 | $81,330 | $92,433 | $96,757 | $95,500 | $366,020 | $100,500 | $107,000 | $114,000 | $123,000 | $444,500 | $552,000 |
| Q-Q | | 13.2% | 13.7% | 4.7% | -1.3% | | 5.2% | 6.5% | 6.5% | 7.9% | | |
| Y-Y | 33.6% | 59.6% | 76.6% | 55.1% | 33.0% | 54.1% | 23.6% | 15.8% | 17.8% | 28.8% | 21.4% | 24.2% |
| COGS | 130,102 | 40,500 | 43,707 | 46,492 | 45,800 | 176,499 | 47,000 | 50,250 | 54,000 | 58,250 | 209,500 | 259,750 |
| Gross Margin | 107,393 | 40,830 | 48,726 | 50,265 | 49,700 | 189,521 | 53,500 | 56,750 | 60,000 | 64,750 | 235,000 | 292,250 |
| **Gross Margin %** | **45.2%** | **50.2%** | **52.7%** | **51.9%** | **52.0%** | **51.8%** | **53.2%** | **53.0%** | **52.6%** | **52.6%** | **52.9%** | **52.9%** |
| R&D | 27,638 | 9,776 | 11,627 | 11,994 | 11,500 | 44,897 | 12,500 | 13,500 | 14,000 | 15,750 | 55,750 | 69,000 |
| SG&A | 44,454 | 15,748 | 17,965 | 19,321 | 19,000 | 72,034 | 19,500 | 20,000 | 20,500 | 21,500 | 81,500 | 92,500 |
| Total Op. Exp. | 72,092 | 25,524 | 29,592 | 31,315 | 30,500 | 116,931 | 32,000 | 33,500 | 34,500 | 37,250 | 137,250 | 161,500 |
| Operating Profit | 35,301 | 15,306 | 19,134 | 18,950 | 19,200 | 72,590 | 21,500 | 23,250 | 25,500 | 27,500 | 97,750 | 130,750 |
| **Operating Margin %** | **14.9%** | **18.8%** | **20.7%** | **19.6%** | **20.1%** | **19.8%** | **21.4%** | **21.7%** | **22.4%** | **22.4%** | **22.0%** | **23.7%** |
| Interest Income | 4,282 | 1,822 | 3,889 | 4,485 | 4,000 | 14,196 | 4,160 | 4,326 | 4,499 | 4,679 | 17,665 | 20,666 |
| Other Income (Expense) | (1,092) | (341) | 327 | 59 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inc. Bef. Taxes | 38,491 | 16,787 | 23,350 | 23,494 | 23,200 | 86,831 | 25,660 | 27,576 | 29,999 | 32,179 | 115,415 | 151,416 |
| Income Taxes (Benefit) | 8,310 | 6,019 | 8,069 | 7,675 | 8,352 | 30,115 | 8,981 | 9,652 | 10,500 | 11,263 | 40,395 | 46,939 |
| **Net Income** | **30,181** | **10,768** | **15,281** | **15,819** | **14,848** | **56,716** | **16,679** | **17,925** | **19,500** | **20,917** | **75,020** | **104,477** |
| Diluted Shares Out. | 41,579 | 43,473 | 48,165 | 48,494 | 48,600 | 47,183 | 49,000 | 49,000 | 49,000 | 49,000 | 49,000 | 49,500 |
| **Diluted EPS** | **$0.72** | **$0.25** | **$0.32** | **$0.33** | **$0.31** | **$1.20** | **$0.34** | **$0.37** | **$0.40** | **$0.43** | **$1.53** | **$2.11** |
| **% of Total** | | | | | | | | | | | | |
| Cost of Revenue | 54.8% | 49.8% | 47.3% | 48.1% | 48.0% | 48.2% | 46.8% | 47.0% | 47.4% | 47.4% | 47.1% | 47.1% |
| GM | 45.2% | 50.2% | 52.7% | 51.9% | 52.0% | 51.8% | 53.2% | 53.0% | 52.6% | 52.6% | 52.9% | 52.9% |
| R&D | 11.6% | 12.0% | 12.6% | 12.4% | 12.0% | 12.3% | 12.4% | 12.6% | 12.3% | 12.8% | 12.5% | 12.5% |
| SG&A | 18.7% | 19.4% | 19.4% | 20.0% | 19.9% | 19.7% | 19.4% | 18.7% | 18.0% | 17.5% | 18.3% | 16.8% |
| OM | 14.9% | 18.8% | 20.7% | 19.6% | 20.1% | 19.8% | 21.4% | 21.7% | 22.4% | 22.4% | 22.0% | 23.7% |
| Pretax Margins | 16.2% | 20.6% | 25.3% | 24.3% | 24.3% | 23.7% | 25.5% | 25.8% | 26.3% | 26.2% | 26.0% | 27.4% |
| Tax Rate | 21.6% | 35.9% | 34.6% | 32.7% | 36.0% | 34.7% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 31.0% |
| Net Margins | 12.7% | 13.2% | 16.5% | 16.3% | 15.5% | 15.5% | 16.6% | 16.8% | 17.1% | 17.0% | 16.9% | 18.9% |

*Source: Company Reports, A.G. Edwards Estimates*

**FIGURE 13** **Balance Sheet**
*(Figures in Thousands of Dollars)*
*As of September 30, 2006*

### Assets

| | |
|---|---:|
| Cash and Equivalents | $276,365 |
| Marketable Securities | 181,128 |
| Total Receivables | 54,097 |
| Total Inventories | 26,317 |
| Deferred Tax Assets | 11,233 |
| Prepaid Expenses and Other Current Assets | 12,674 |
| **Total Current Assets** | **$561,814** |
| | |
| Restricted Cash | 2,250 |
| Property, Plant, and Equipment, Net | 87,398 |
| Deferred Tax Assets | 6,270 |
| Other Assets | 994 |
| | |
| **Total Assets** | **$658,726** |

### Liabilities

| | |
|---|---:|
| Accounts Payable | 27,346 |
| Accrued Liabilities | 21,850 |
| Income Tax Payable | 7,653 |
| Deferred Rent | 353 |
| Deferred Revenue and Customer Advances | 6,556 |
| **Total Current Liabilities** | **$63,758** |
| | |
| Deferred Rent and Other Long-Term Liabilities | 4,559 |
| | |
| **Total Liabilities** | **$68,317** |
| **Total Stockholders' Equity** | **$590,409** |
| **Total Liabilities and Equity** | **$658,726** |

*Source: FormFactor and A.G. Edwards*

## IMPORTANT DISCLOSURES
## FORMFACTOR INC.





Pricing sources: Factset and IDSI

— Daily Closing Prices
△ Price Objective Changes
■ Rating/Suitability Changes
◆ Analyst Coverage Changes

**PRICE OBJECTIVE (PO) CHANGES ***

| Date | Closing Price | PO | Date | Closing Price | PO | Date | Closing Price | PO |
|---|---|---|---|---|---|---|---|---|
| 01/09/2007 | | 50.00 | | | | | | |

* NA: Positive rating removed; no price objective supplied.

**RATING/SUITABILITY CHANGES**

| Date | Closing Price | Rating/Suitability | Date | Closing Price | Rating/Suitability |
|---|---|---|---|---|---|
| 01/09/2007 | | Buy/Aggressive | | | |

**ANALYST COVERAGE CHANGES**

| Analyst | From | To | Analyst | From | To |
|---|---|---|---|---|---|
| Gavin X. Duffy | 01/09/2007 | | | | |

## IMPORTANT DISCLOSURES
## FORMFACTOR INC.



| Rating | Master List Companies | Current Rating Distribution | Past 12 months Investment Banking Clients | % of Investment Banking Clients * |
|---|---|---|---|---|
| Buy | 254 | 34% | 50 | 20% |
| Hold/Neutral | 468 | 62% | 35 | 7% |
| Sell | 32 | 4% | 1 | 3% |

\* Percentage of Investment Banking Clients on Master List by rating.

**OUR 3-TIER RATING SYSTEM** (12-18 month time horizon)

**Buy:** A total return is anticipated in excess of the market's long-term historic rate (approximately 10%). Total return expectations should be higher for stocks which possess greater risk.

**Hold:** Hold the shares, with neither a materially positive total return nor a materially negative total return is anticipated.

**Sell:** Stock should be sold, as a materially negative total return is anticipated.

**RISK SUITABILITY** (Relates to fundamental risk, including earnings predictability, balance sheet strength and price volatility)

**Conservative:** Fundamental risk approximates or is less than the market.
**Aggressive:** Fundamental risk is higher than the market.
**Speculative:** Fundamental risk is significantly higher than the market.

The suitability ratings assigned by A.G. Edwards industry analysts to individual securities should be reviewed by investors and their financial consultants to determine whether a particular security is suitable for their portfolio, with full consideration given to existing portfolio holdings.

**COMPANY SPECIFIC DISCLOSURES:**
FC Note: Access REST for blue sky status.
AGE expects to receive or intends to seek compensation for investment banking services within the next three months.

**Analyst Certification:** The views expressed in this research report accurately reflect the personal views of the research analyst primarily responsible for the content of this report about the subject company and its securities. The research analyst further certifies that he/she receives no compensation that is directly or indirectly related to the specific recommendations or views contained within this report.

AGE's research analysts receive no compensation in connection with the firm's investment banking business. Analysts may be eligible for annual bonus compensation based on the overall profitability of the firm, which takes into account revenues derived from all of the firm's business activities, including its investment banking business.

Price objectives and recommendations contained in this report are based on a time horizon of 12-18 months, but there is no guarantee the objective will be achieved within the specified time horizon. Price objectives are determined by a subjective review of fundamental and/or quantitative characteristics of the issuer and the security that is the subject of this report. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, peer group comparisons, sum of the parts and enterprise values. All securities are subject to market, interest rate and general economic risks. Specific information is provided in the text of our most recent research report.



www.agedwards.com

**A.G. EDWARDS INFORMATION. Additional information available upon request.** With the exception of information about A.G. Edwards & Sons, Inc., the material contained herein has been prepared from sources and data we believe to be reliable but we make no guarantee as to its accuracy or completeness. This material is published solely for informational purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or investment product. This material is not to be construed as providing investment services in any jurisdiction where such offers or solicitation would be illegal. Opinions and estimates are as of a certain date and subject to change without notice. You should be aware that investments can fluctuate in price, value and/or income, and you may get back less than you invested. Past performance is not a guarantee of future performance. Investments or investment services mentioned may not be suitable for you and if you have any doubts you should seek advice from your financial consultant. Where the purchase or sale of an investment requires a change from one currency to another, fluctuations in the exchange rate may have an adverse effect on the value, price or income of the investment. Certain investments may be mentioned that are not readily realizable. This means that it may be difficult to sell or realize the investment or obtain reliable information regarding its value. The levels and basis of taxation can change.

*51*

This document has been approved by A.G. Edwards & Sons (U.K.) Limited, authorized and regulated by the Financial Services Authority.
© 2007 A.G. Edwards & Sons, Inc., Member SIPC.                                                                                                                          R-F07I