Exhibit 7

36 of 176 DOCUMENTS

Copyright 2006 Business Wire, Inc.
Business Wire

**February** 1, 2006 Wednesday 9:05 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH: 1898** words

**HEADLINE:** FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results; Record Quarterly Revenues of $71.8 Million, up 56% Year Over Year; Quarterly Bookings up 102% Year Over Year; 2005 Net Income Sets a Record

**DATELINE:** LIVERMORE, Calif. Feb. 1, 2006

**BODY:**

   FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the fourth quarter of fiscal year 2005 and for fiscal year ended December 31, 2005. Quarterly revenues were a record $71.8 million, up 15% from $62.4 million in the third quarter of fiscal year 2005, and up 56% from $46.1 million for the fourth quarter of fiscal year 2004. Revenues for fiscal 2005 were $237.5 million, up 34% from $177.8 million in fiscal year 2004.

   Joseph Bronson, President of FormFactor stated, "We are pleased with the Company's results this quarter, as we made substantial progress ramping production at our new, industry-leading MEMS facility. Our ability to execute during a time of rapid growth enabled us to exceed our revenue and profit targets."

   Operating income for the fourth quarter of fiscal year 2005 was 19.3% of revenues, compared to 13.7% for the third quarter of fiscal year 2005, and 11.3% in the fourth quarter of fiscal year 2004. These percentages reflect incurred start-up costs related to our new manufacturing facility of $0.8 million in the fourth quarter of fiscal year 2005, $2.3 million in the third quarter of fiscal year 2005, and $2.9 million in the fourth quarter of fiscal year 2004, as the Company ramped its new factory.

   Net income for the fourth quarter of fiscal year 2005 was $10.5 million or $0.25 per share on a fully diluted basis, compared to $9.8 million or $0.23 per share on a fully diluted basis for the third quarter of fiscal year 2005, and $5.8 million or $0.14 per share on a fully diluted basis for the fourth quarter of fiscal year 2004.

   Net income for fiscal year 2005 was $30.2 million or $0.73 per share on a fully diluted basis, compared to $25.2 million or $0.63 per share on a fully diluted basis for fiscal year 2004.

   Bookings of $82.2 million for the fourth quarter of fiscal year 2005 also set a company record, with an increase of 31% from $62.9 million for the third quarter of fiscal year 2005 and an increase of 102% from $40.7 million for the fourth quarter of fiscal year 2004.

   "Demand for the Company's leading-edge advanced technology products continued strong throughout the year, outpacing industry growth projections. We grew 34% in 2005, matching our compound annual growth rate for the last four years. New applications utilizing new chip designs accelerate the need for our industry leading products, which reduce costs on our customers' test floors," said CEO Igor Khandros.

   The Company has posted its revenue breakdown by region and market segment on the Investors section of its website at www.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PST, or 4:30 p.m. EST, today. The public is invited to listen to a live web cast of FormFactor's conference call on the Investor section of the Company's website at www.formfactor.com. A replay of the web cast will be available approximately two hours after the conclusion of the call. An audio replay of the conference call will also be made available approximately two hours after the

FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results; Record Quarterly Revenues of $71.8 Million, up 56% Year Over Year; Quarterly Bookings up 102% Year Over Year; 2005 Net

conclusion of the call. The audio replay will remain available until February 3, 2006 at 9:30 p.m. PST and can be accessed by dialing (888) 286-8010 or (617) 801-6888 and entering confirmation code 44474389.

About FormFactor:

FormFactor, Inc. (Nasdaq:FORM) is an industry leader in the design, development, manufacture, sale and support of precision, high-performance advanced semiconductor wafer probe cards. The Company's products are based on its proprietary technologies, including its MicroSpring interconnect technology and design processes, which enable FormFactor to produce wafer probe cards for test applications that require reliability, speed, precision and signal integrity. FormFactor is headquartered in Livermore, California. For more information, visit the Company's website at www.formfactor.com.

FormFactor and MicroSpring are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, future growth and the performance of our products. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the Company's ability to efficiently transition into its new manufacturing facility; and the Company's customers continue to invest in new applications utilizing new chips which accelerate the need for new test technologies on the customers' test floors. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the Company's Form 10-Q for the period ended September 24, 2005, filed with the Securities and Exchange Commission ("SEC"), and other SEC filings. Copies of SEC filings made by the Company are available at http://investors.formfactor.com/edgar.cfm. The Company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

FORMFACTOR, INC.
CONSOLIDATED STATEMENTS OF INCOME

|  | Three Months Ended | | Fiscal Years Ended | |
|---|---|---|---|---|
|  | December 31, 2005 | December 25, 2004 | December 31, 2005 | December 25, 2004 |
|  | (Unaudited) | (Unaudited) | (Unaudited) |  |
| (In thousands, except per share data) | | | | |
| Revenues | $71,819 | $46,113 | $237,495 | $177,762 |
| Cost of revenues | 36,518 | 26,504 | 129,623 | 90,159 |
| Stock-based compensation | 100 | 160 | 479 | 626 |
| Gross margin | 35,201 | 19,449 | 107,393 | 86,977 |
| Operating expenses: | | | | |
| Research and development | 8,754 | 5,393 | 27,638 | 19,813 |
| Selling, general and administrative | 12,124 | 8,378 | 41,352 | 29,018 |
| Stock-based compensation | 470 | 462 | 3,102 | 2,033 |
| Total operating expenses | 21,348 | 14,233 | 72,092 | 50,864 |

FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results; Record Quarterly Revenues of $71.8 Million, up 56% Year Over Year; Quarterly Bookings up 102% Year Over Year; 2005 Net

```
Operating income                          13,853     5,216     35,301    36,113

Interest income                            1,370       710      4,282     2,450
Other income (expense), net                 (437)    1,298     (1,091)      500
                                         --------   -------  ---------  ---------
                                             933     2,008      3,191     2,950

Income before income taxes                14,786     7,224     38,492    39,063
Provision for income taxes                 4,306     1,402      8,310    13,885
                                         --------   -------  ---------  ---------
Net income                               $10,480   $ 5,822   $ 30,182  $ 25,178
                                         ========  ========  =========  =========

Net income per share:
  Basic                                  $  0.26   $  0.15   $   0.76  $   0.67
                                         ========  ========  =========  =========

  Diluted                                $  0.25   $  0.14   $   0.73  $   0.63
                                         ========  ========  =========  =========

Weighted-average number of
 shares used in per share
 calculations:

Basic                                     40,118    38,378     39,547    37,647
                                         ========  ========  =========  =========

Diluted                                   41,859    40,643     41,590    40,054
                                         ========  ========  =========  =========
```

FORMFACTOR, INC.
CONSOLIDATED BALANCE SHEETS
(in thousands, except share and per share data)

```
                                            December 31,  December 25,
                                                2005          2004
ASSETS                                       (Unaudited)
Current assets:
  Cash and cash equivalents                   $ 31,217      $ 34,836
  Marketable securities                        180,391       156,647
  Accounts receivable, net of allowance for
   doubtful accounts of $74 in 2005 and $41
   in 2004                                     43,967        25,054
  Inventories                                  18,404        11,232

  Deferred tax assets                          11,396         7,587
  Prepaid expenses and other current assets     7,169         4,760
                                             ---------     ---------
    Total current assets                      292,544       240,116

Restricted cash                                 2,250         2,250

Property and equipment, net                    81,588        59,356

Deferred tax assets                             4,518           570
Other assets                                      461           274
                                             ---------     ---------
    Total assets                             $381,361      $302,566
                                             =========     =========
```

LIABILITIES AND STOCKHOLDERS' EQUITY

FormFactor, Inc. Announces 2005 Fourth Quarter and Fiscal Year Financial Results; Record Quarterly Revenues of $71.8 Million, up 56% Year Over Year; Quarterly Bookings up 102% Year Over Year; 2005 Net

```
Current liabilities
   Accounts payable                              $ 26,369      $ 17,556
   Accrued liabilities                             30,164        14,685
   Deferred rent                                      313             -
   Deferred revenue and customer advances           3,588         2,770
                                                 ---------     ---------
      Total current liabilities                   60,434        35,011

Deferred revenue and customer advances                 -            195
Deferred rent                                      3,138         2,185
                                                 ---------     ---------
      Total liabilities                           63,572        37,391
                                                 ---------     ---------

Stockholders' equity
   Common stock, $0.001 par value                     40             39
   Additional paid in capital                     268,291       249,149
   Deferred stock-based compensation              (2,495)       (5,413)
   Accumulated other comprehensive loss             (359)         (730)
   Retained Earnings                              52,312        22,130
                                                 ---------     ---------

      Total stockholders' equity                 317,789       265,175

      Total liabilities and stockholders'
       equity                                   $381,361      $302,566
                                                 =========     =========
```

CONTACT: FormFactor, Inc. Ron C. Foster, 925-290-4023 or StreetSmart Investor Relations Brooke Deterline or Annie Leschin, 925-456-3911 IR@FormFactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** February 2, 2006