# Exhibit 11

Case 3:07-cv-05545-SI     Document 58-12     Filed 08/22/2008     Page 1 of 3

228 of 244 DOCUMENTS

Copyright 2006 Business Wire, Inc.
Business Wire

**June** 6, 2006 Tuesday 3:05 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH: 911** words

**HEADLINE:** FormFactor Introduces Harmony OneTouch Wafer Probe Solution for 300mm Flash Wafer Testing; New Probe Card Uses System Approach to Deliver Greater Productivity and Lower Test Cost Per Die

**DATELINE:** LIVERMORE, Calif. June 6, 2006

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today formally unveiled its Harmony OneTouch probe card for 300-mm Flash memory production. The Harmony OneTouch solution is engineered from the ground up to address the unique challenges associated with one-touchdown 300-mm Flash wafer probing at the lowest overall cost of test. The new solution utilizes the innovative Harmony architecture to maximize test cell uptime, ease-of-use and throughput. FormFactor is partnering with leading prober and tester suppliers -- including Accretech, Advantest, and others -- to bring this new technology to market.

"Our customers are looking for new ways to reduce their test costs and improve their yields," stated Igor Khandros, FormFactor's chief executive officer. "At 300 mm, simply scaling existing wafer probe solutions is not enough to deliver the most cost-effective testing. For one-touchdown testing, minimizing non-productive time in test cell operation is critical. FormFactor has succeeded in improving the productivity in the entire cell, and developed a one-touchdown solution that truly maximizes test cell output."

Reducing the number of touchdowns that a probe card must make to test all devices on a wafer is critical to improving test throughput and lowering the overall cost of test. To realize the benefits, however, test cell utilization must be optimized. Under normal operating conditions, setup and maintenance can lead to hours or even days of lost productivity or downtime. At one touchdown, this downtime represents a greater percentage of total test cell time and has the potential to erode productivity gains. This can equate to a loss of test throughput of several thousand die per hour. With the Harmony OneTouch product, FormFactor tackles test cell utilization from a total system approach -- addressing issues that impact not only the probe card but also the prober and tester -- to enable Flash manufacturers to achieve optimal productivity from one-touchdown 300-mm probing.

FormFactor's proprietary Harmony OneTouch wafer probe solution enables fast setup and low maintenance 300-mm testing in two ways. First, to optimize setup, an innovative bridge capability provides enhanced planarity to quickly adjust the tilt of the probe card relative to the wafer. In addition, the bridge reduces thermal setup time from hours to just minutes. This quick setup also enables system-to-system portability, providing more flexibility on the test floor. The Harmony OneTouch card also incorporates a new MicroSpring(R) contactor that is more robust and specifically designed for long-life in a high volume flash environment.

"Harmony OneTouch extends FormFactor's most advanced technology in a system approach that enables our NAND Flash customers to achieve high uptime and high productivity," Khandros said.

The Harmony OneTouch wafer probe solution is available now. First customer shipments are scheduled for June.

Forward-Looking Statements

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding the performance of our products. These forward-

FormFactor Introduces Harmony OneTouch Wafer Probe Solution for 300mm Flash Wafer Testing; New Probe Card Uses System Approach to Deliver Greater Productivity and Lower Test Cost Per Die  Business Wir

looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the company's ability to optimize 300-mm wafer testing with its Harmony OneTouch wafer test solution; the company's ability to partner with leading prober and tester suppliers; the company's ability to deliver to customers high uptime and high productivity wafer probe solutions and to help them to lower their overall cost of test. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-Q for the period ending April 1, 2006, filed with the Securities and Exchange Commission ("SEC"), and other SEC filings. Copies of SEC filings made by the company are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

About FormFactor

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's web site at www.formfactor.com.

FormFactor, MicroSpring, Harmony and Harmony OneTouch are trademarks or registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

CONTACT: FormFactor, Inc. David Viera, 925-290-4681 (Trade Press) dviera@formfactor.com Investor Relations, 925-290-4949 ir@formfactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** June 7, 2006