Exhibit 15

**Needham**

August 21, 2006

Colin McArdle •cmcardle@needhamco.com • 212-705-0443
Robert Maire • rmaire@needhamco.com • 212-705-0481

**Test & Assembly / Semiconductor Capital Equipment**

# FormFactor, Inc. (FORM/NASDAQ) – Buy

## FORM: Transferring Coverage; Maintain Buy. (Intraday Price: $ 45:13 @ 12:47PM)

**We are transferring coverage and maintaining our Buy rating on FormFactor due to: 1) FORM's strong competitive position; 2) technology leadership and new product portfolio; and 3) high margined business model. Given FORM's significant growth rate and superior profit margins, we apply a 20% premium, or 30x multiple, to our 2007 EPS estimate of $1.69 and derive our $50 12-month target price.**

- **Market share leader** FORM has limited competition for wafer probe cards that test on the front end of the manufacturing process. As such, FORM enjoys very little competitive pricing as shown in the firms revenue growth rate and profitability.

- **Memory markets are vibrant** Demand for both DRAM and NAND flash memory products is robust due to a combination of factors, including healthy sales of 3G phones and PDAs as well as the transition to sub-90nm line widths. Adding to this spending boom is the ongoing transition to 300 mm wafer sizes. We expect these markets to remain healthy due to capacity buying throughout 2006 and into 2007, and we see FORM remaining the dominant player with many compelling product offerings.

- **New products in the offing** We expect new products later in 2006 will continue to solidify FORM's competitive position, including the Harmony line, which addresses the Flash memory market, offering 1 touchdown testing capability saving customers both time and money.

- **Valuation** Allowing for FORM's significant growth rate and superior profit margins, we apply a 20% premium, or 30x multiple, to our 2007 EPS estimate of $1.69 and derive our $50 12-month target price.

| | FY 12/31/05 A | FY 12/31/06 E | | | FY 12/31/07 E | | |
|---|---|---|---|---|---|---|---|
| | | Old | New | Street | Old | New | Street |
| **Rev. (MM)** | $237.5 | $366.1 | $366.1 | $371.4 | $438.1 | $438.1 | $447.0 |
| ***Growth*** | *33.6%* | *54.1%* | *54.1%* | *56.4%* | *19.7%* | *19.7%* | *20.4%* |
| **Op. Mar.** | *14.9%* | | 21.1% | | | *28.1%* | |
| **EPS: 1Q** | 0.12 | 0.31 | 0.31 | 0.25 | 0.39 | 0.39 | 0.38 |
| **EPS: 2Q** | 0.12 | 0.32 | 0.32A | 0.32A | 0.40 | 0.40 | 0.40 |
| **EPS: 3Q** | 0.23 | 0.33 | 0.33 | 0.33 | 0.44 | 0.44 | 0.43 |
| **EPS: 4Q** | 0.25 | 0.36 | 0.36 | 0.35 | 0.46 | 0.46 | 0.46 |
| **EPS: Year** | 0.73 | 1.26 | 1.26 | 1.26 | 1.69 | 1.69 | 1.60 |
| ***Growth*** | *16.7%* | *74.1%* | *74.1%* | *72.1%* | *34.1%* | *34.1%* | *27.2%* |
| **P/E Ratio** | 34.1x | 35.7x | 35.7x | 35.9x | 26.6x | 26.6x | 28.2x |

Note: Pro forma earnings estimates displayed above do not include one-time items or any stock compensation expenses.

**Transferring Coverage**

| Market Data | |
|---|---|
| Price (08/18/06) | $45.09 |
| 12-Month Price Target | $50.00 |
| 52-Week range | $47.04-20.16 |
| Shares Out. (MM) | 43.5 |
| Market cap (MM) | $1,960.2 |
| Avg. daily volume (000) | 852.8 |
| **Financial Data** | |
| Total Debt./Cap. | 0.0% |
| Price/LTM Rev. | 7.9x |
| Tangible BVPS | $7.59 |
| Cash Per Share | $5.06 |

*FormFactor is one of the leading manufacturers of advanced semiconductor wafer probe cards used in wafer test applications. The group's products are based on proprietary MicroSpring interconnect technology that addresses the shortcomings of conventional wafer probe cards and reduces the overall cost of test.*

**Disclosures applicable to this security: B, G.**
**Disclosure explanation on the inside back cover of this report.**

## Summary

**We are transferring coverage and maintaining our Buy rating on FormFactor due to: 1) FORM's strong competitive position; 2) technology leadership and new product portfolio; and 3) high margined business model. Given FORM's significant growth rate and superior profit margins, we apply a 20% premium, or 30x multiple, to our 2007 EPS estimate of $1.69 and derive our $50 12-month target price.**

Having gone public in mid-2003, FORM, based in Livermore, CA, has successfully weathered a fairly volatile period as a young public company in this space. FORM's primary line of business is the design and development of precision semiconductor wafer probe cards that offer high performance wafer probes, or testers, that semiconductor manufacturers use in the front end of the manufacturing process.  These systems are custom designed to test individual customers' chips.  FORM introduced its first MicroSpring wafer probes in 1995 for testing chips at nodes well above 180 nanometers.

FormFactor benefits dramatically from the fulfillment of Moore's Law, as line widths shrink and the need to improve yield increases.  New applications such as NAND flash memory and mobile DRAM also drives demand for probe cards.  Over the last decade, IC manufacturers have increased the frequency at which chips operate while also reducing the voltage to conserve energy.  These have brought about challenges and opportunities in the probe card business. Furthermore, FORM benefits from the shift to 300 millimeter wafer sizes due to the increasing number of pin counts that need to be tested on each individual wafer simultaneously, or in parallel.

Testing of chips is generally done once in the front and once in the back end of the manufacturing process.  The testing that takes place in the front end is the focus of FORM's probe cards.  This is done as the last step in the front end before the wafer is diced up using a diamond saw.  We believe FORM's value proposition to customers is becoming even more compelling as customers can identify which are "known good dye."  This allows them to proceed with the back end of the manufacturing process on viable chips only, resulting in improved yield.

**Typical Back-end Test Process Flow**



*Source:  Needham & Company, LLC Research*

During wafer probe test, wafer probe cards are used to establish an electrical contact with the wafer. This contact is commonly referred to as 'touchdown.' Some probe cards are capable of contacting more than one chip on the wafer at a time. This capability is know as parallelism. Depending of the number of chips on the wafer, and the testing parallelism capability of the probe card, wafer probe test requires a varying number of touchdowns.

FORM's customers include the top 10 DRAM manufacturers, Intel, AMD and five of the top 10 Flash manufacturers. FORM's customers include the world's top ten DRAM manufacturers.  Beyond the top ten DRAM chipmakers, FormFactor also sells to Powerchip and ProMOS through its distribution agent for Taiwan,

Singapore, and China – (Spirox Corporation). In 2005, Intel was the company's largest customer, accounting for using FormFactor's MicroSpring technology for NOR flash and MPU test.

FormFactor's products enable customers to optimize the semiconductor manufacturing pipeline, improve yield and lower overall cost of test functions. The company's proprietary MicroSpring technology enables it to provide a differentiated product portfolio and command pricing based on the value-added to the customer. The company designs on average of about 5-10 probe cards a week and manufactures in volume related to the needs of the customer. FORM so far has been somewhat immune from pricing pressure (unlike other companies in our coverage universe) and has one of the highest gross margins in the industry due to the dominance of its advanced probe card market and its highly differentiated products, in our view.

The company uses its proprietary MicroSpring technology in its probe cards. The company micromachines the tiny contacts or MicroSprings that act as the contacting interface between the semiconductor wafer and the tester. While this is a problem that the entire industry faces, we believe that FormFactor has been on the cutting edge of solving the probing problems associated with advanced devices. As a result, it has a high market share and has faced limited pricing pressures, in our view.

Almost all of FormFactor's revenues come from sales of probe cards, which we believe are correlated to semiconductor unit shipments. Semiconductor unit shipments are usually somewhat unaffected by downturns in the industry and have shown strong growth throughout the cycle. FormFactor's revenues are semiconductor unit shipment dependant and, consequently, are protected to some extent from cyclicality in the semiconductor industry. In our view, FormFactor's revenue growth also benefits from design and manufacturing transitions in the industry.

Competition in the wafer probe card space is fairly limited to Japan Electronic Materials, Kulicke &Soffa, Phicom, NanoNexus and Cascade (see below). FORM appears to hold a dominant market share position in excess of 50% of the total worldwide market share. We believe FORM competes on functionality and not price, and competition remains rational in this oligopoly.

| Probe Card Type | Brand Name | Technology | Suppliers |
|---|---|---|---|
| Needles | Epoxy | Manual | Kulicke & Soffa, Japan Electronic Materials, Micronics Japan Co. |
| Advanced | Cobra | Manual | Kullicke & Soffa, Wentworth Laboratories |
| | Cobra-like | Manual | Japan Electronic Materials, Feinmetall GmbH |
| | Membrane | MEMS | Cascade |
| | HAWK | MEMS | Japan Electronic Materials |
| | Nano-spring | MEMS | NanoNexus |
| | Spring-like | MEMS | Phicom |
| | MicroSpring | MEMS | FormFactor |

*Source: Company Reports, Needham & Company, LLC*

**Investment Highlights:**

- **Market share leader** FORM has limited competition for wafer probe cards that test on the front end of the manufacturing process. As such, FORM enjoys very little competitive pricing in the firms revenue growth rate and profitability.

- **Memory markets are vibrant** Demand for both DRAM and NAND flash memory products is robust due to a combination of factors including healthy sales of 3G phones and PDAs as well as the transition to sub-90 nm line widths. Adding to this spending boom is the ongoing transition to 300 mm wafer sizes. We expect these markets to remain healthy due to capacity buying throughout 2006 and into 2007, and we see FORM remaining the dominant player with many compelling product offerings.

- **New factory transition successful** Management has successfully transitioned to a new manufacturing facility and yields are now running at company average. Overall capacity appears to be $125 million quarterly revenue from $100 million previously. Earnings acceleration appears likely as this additional capacity is more fully utilized.

- **New products in the offing** We expect new products later in 2006 will continue to solidify FORM's competitive position including the Harmony line, which addresses the Flash memory market, offering 1 touchdown testing capability saving customers both time and money.

- **Margins are improving** Due to the contribution from higher end products, gross margins continue to expand, with Q2 gross margins of 52.7%, vs. 50.2% in Q1.

- **Strong balance sheet** Despite several aggressive initiatives, including the build out of a third manufacturing facility, FormFactor continues to have a strong balance sheet with $224 million in cash, having recently completed a 5 million share equity offering. A determined asset management effort yielded strong inventory turns improvement with turns standing at 9.3x at quarter end, among the industry's highest.

- **Future looks bright** Bookings increased 17% in the March quarter and stood at $93.9 million, a company record level. We note that this does not include any Harmony bookings, which is currently being tested by three major customers. The company's DDR2 technology also continues to be well received by the DRAM market, and the company is beginning development of the DDR3 product line. A third new product initiative for both NAND and NOR flash memory that has gained traction is the Known Good Die (KGD) testing for consumer and automotive applications.

- **Valuation** Allowing for FORM's significant growth rate and superior profit margins, we apply a 20% premium, or 30x multiple, to our 2007 EPS estimate of $1.69 and derive our $50 12-month target price.

**Investment Risks:**

- **Visibility remains impaired** While industry fundamentals continue to improve, management's ability to predict future demand remains challenging, particularly beyond one quarter. We note that this risk is shared by both competitors in the probe card market and the wider semiconductor equipment industry. Also, FORM's backlog is thin, implying a "turns" business, which suggests that there is little or no business booked for future delivery, and any curb in demand would be felt immediately.

- **High oil prices** We see an ongoing risk of high energy prices throttling back worldwide demand for semiconductors. A source of strong demand throughout the last year or more, Asia could also be at risk of slowing demand as currency fluctuations hamper demand for U.S.-based products.

- **New competition** While we believe the barriers to entry are substantial given the design-in nature of the business, we believe the high margins and overall growth prospects make this market very attractive to new competitors.

- **Customer concentration** Sales to Spirox and Elpida accounted for 23.0% and 22.7%, respectively, in 2005, above 2003 levels. In 2005, Samsung emerged as a 15% customer, from under 10% previously. Intel accounted for 12% of total revenues, down from 30.1% in 2003.

**Q2 Financial Results:**

- **We adjusted our EPS estimates** To reflect option expensing going forward as well as Q3 guidance, we changed our 2006 and 2007 EPS estimates. Our 2006 EPS estimate is $1.26 from $1.45 previously. On a pro forma basis, our 2006 EPS would be $1.50. Our 2007 GAAP EPS estimate is $1.69.

- **Memory continues to drive sales gains** Overall sales in Q2 increased 14% sequentially as Flash memory sales more than doubled. While the timing shipments in Q3 is uncertain, longer term growth prospects are intact. Demand for DRAM and NAND flash memory products are robust due to a combination of factors, including healthy sales of 3G phones and PDAs as well as the transition to sub-90 nm line widths. Adding to this spending boom is the ongoing transition to 300 mm wafer sizes.

- **1-Touchdown will lead to many more** New product offering such as Harmony 1-Touchdown testers are being well received by new customers due to the inherent value proposition. FORM has shipped its first NAND Flash spring-based product to a customer for evaluation and additional interest is percolating. Also, almost all manufacturing has been transferred to the new facility which should scale easily to support more than $125 million in quarterly sales.

**Revenue.** Revenue of $92.4 million represented an increase of 14% from the prior quarter's $81.3 million. While that quarter-to-quarter growth is unsustainable, as Q3 guidance suggest due to the timing of shipments, we believe it is a testimony to FORM's competitive position and breadth of product offerings. We believe full year 2006 sales growth will far outpace the larger semiconductor equipment market and all signals point to the same for 2007. We see the combination of new product introductions combined with the combining with technology development to push revenue growth of 20% in 2007.

**Gross Margins** Roughly in line with our expectation, gross margins were 52.7% in Q2, which represents a tremendous increase from the 41.6% recorded in the same period last year and some 250 basis points over the prior quarter. This achievement essentially brings gross margins up to management's long term target of 53-55%. We would add that incremental margin opportunity could exist if management were to begin manufacturing in lower cost centers, specifically Asia, which we think is under consideration.

**Earnings** FORM reported GAAP EPS of $0.32 and pro forma earnings of $0.38, versus $0.25 a share in the first quarter, which included $0.05 related to the expensing of stock options. We will be providing EPS estimates going forward that take into account employee stock option expense.

**Strong balance sheet** Despite several aggressive initiatives, including the build out of a third manufacturing facility, FormFactor continues to have a strong balance sheet with $270 million in cash, having completed a 5 million share equity offering earlier this year. A determined asset management effort yielded strong inventory turns improvement with turns standing at 8.6x at quarter end vs. 9.3x in the first quarter. Days sales outstanding was 46 days, one of the lowest in the industry.

- **EPS:** Second quarter, 2006 GAAP EPS of $0.32 well above the $0.25 recorded in the first quarter.

- **Revenues:** 2Q06 revenue was a record $92.4 million, which surpassed our $91.3 million expectation and represented a 14% sequential increase and 77% year over year.

- **Gross Margin:** GAAP gross margin for the quarter was 52.7%, up from 50.2% in the March quarter.

- **Operating Income:** Operating income was $19.1 million including stock option expense, or an impressive 20.7% of revenue.

- **Expense:** Operating expense $29.6 million up from $23 million in the prior quarter.

- **Net Income**: Net income in the second quarter was $15.3 million, up significantly from $13.3 million in the prior quarter.

- **Third Quarter Guidance:** Management suggested revenue would be $93-$95MM range. GAAP operating income margin is expected to be 25%. GAAP EPS is estimated to be $0.32-$0.33, which includes $0.06 related to the expensing of employee stock options.

*474*

**FORMFACTOR,** Fiscal Year Ending December

| | 2004 | | | | 2005 | | | | 2006E | | | | 2007E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar Q1 | June Q2 | Sept Q3 | Dec Q4 | Mar Q1 | June Q2 | Sept Q3 | Dec Q4 | Mar Q1A | June Q2 | Sept Q3E | Dec Q4E | Mar Q1E | June Q2E | Sept Q3E | Dec Q4E | 2003 | 2004 | 2005 | 2006E | 2007E |
| **Net Sales** | **37.1** | **43.2** | **51.4** | **46.1** | **51.0** | **52.3** | **62.4** | **71.8** | **81.3** | **92.4** | **93.8** | **98.5** | **102.5** | **106.5** | **111.8** | **117.3** | **98.3** | **177.8** | **237.5** | **366.1** | **438.1** |
| ***Yr/Yr % Change*** | *98.8%* | *95.3%* | *97.0%* | *46.6%* | *37.3%* | *21.3%* | *21.4%* | *55.7%* | *18.0%* | *22.0%* | *22.0%* | *22.0%* | *18.0%* | *22.0%* | *22.0%* | *22.0%* | *24.9%* | *80.8%* | *33.6%* | *54.1%* | *19.7%* |
| Cost of Sales | 18.0 | 20.2 | 25.5 | 26.5 | 28.7 | 30.4 | 34.0 | 36.5 | 40.3 | 43.7 | 44.1 | 45.3 | 46.1 | 47.9 | 49.8 | 52.2 | 49.9 | 90.2 | 129.6 | 173.4 | 196.1 |
| Stock-based compensation | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.0 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.6 | 0.6 | 0.5 | 0.3 | 0.6 |
| Gross profit | 18.9 | 22.8 | 25.8 | 19.4 | 22.1 | 21.8 | 28.3 | 35.2 | 40.8 | 48.7 | 49.7 | 53.2 | 56.2 | 58.4 | 61.8 | 65.0 | 47.8 | 87.0 | 107.4 | 192.4 | 241.4 |
| Operating Expenses: | | | | | | | | | | | | | | | | | | | | | |
| R&D | 4.3 | 4.5 | 5.6 | 5.4 | 5.7 | 5.5 | 7.7 | 8.8 | 9.8 | 11.6 | 11.3 | 11.6 | 12.1 | 12.3 | 12.6 | 13.0 | 15.6 | 19.8 | 27.6 | 44.3 | 50.0 |
| SG&A | 5.9 | 6.9 | 7.9 | 8.4 | 9.2 | 9.4 | 10.7 | 12.1 | 13.2 | 18.0 | 18.3 | 18.7 | 13.9 | 14.4 | 14.5 | 15.3 | 19.0 | 29.0 | 41.4 | 68.2 | 58.1 |
| Stock-based compensation | 0.6 | 0.6 | 0.5 | 0.5 | 0.6 | 0.6 | 1.4 | 0.5 | 2.5 | 0.0 | 0.0 | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.6 | 2.0 | 3.1 | 2.5 | 10.0 |
| Restructuring charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Operating expenses | 10.8 | 11.9 | 13.9 | 14.2 | 15.5 | 15.5 | 19.8 | 21.3 | 25.5 | 29.6 | 29.6 | 30.3 | 28.5 | 29.1 | 29.7 | 30.8 | 37.2 | 50.9 | 72.1 | 115.0 | 118.1 |
| Operating Income | 8.2 | 10.9 | 11.8 | 5.2 | 6.7 | 6.3 | 8.5 | 13.9 | 15.4 | 19.1 | 20.2 | 22.9 | 27.7 | 29.3 | 32.1 | 34.2 | 10.6 | 36.1 | 35.3 | 77.4 | 123.3 |
| ***Operating Margin*** | *22.0%* | *25.3%* | *23.0%* | *11.3%* | *13.1%* | *12.0%* | *13.7%* | *19.3%* | *18.9%* | *20.7%* | *21.5%* | *23.2%* | *27.0%* | *27.5%* | *28.7%* | *29.1%* | *105.1%* | *20.3%* | *14.9%* | *21.1%* | *28.1%* |
| Interest & other income, net | 0.1 | 0.3 | 0.5 | 2.0 | 0.9 | 0.9 | 0.5 | 0.9 | 1.5 | 4.2 | 4.2 | 4.2 | 0.5 | 0.5 | 0.5 | 0.5 | 1.6 | 3.0 | 3.2 | 14.1 | 1.8 |
| Income before taxes | 8.3 | 11.2 | 12.3 | 7.2 | 7.6 | 7.1 | 9.0 | 14.8 | 16.8 | 23.4 | 24.4 | 27.1 | 28.1 | 29.8 | 32.6 | 34.6 | 12.2 | 39.1 | 38.5 | 91.5 | 125.1 |
| Provision for taxes | 3.2 | 4.5 | 4.8 | 1.4 | 2.6 | 2.1 | (0.8) | 4.3 | 6.0 | 8.1 | 8.5 | 9.5 | 9.3 | 10.1 | 11.4 | 12.1 | 4.6 | 13.9 | 8.3 | 32.1 | 42.9 |
| **Net income** | **5.1** | **6.8** | **7.5** | **5.8** | **4.9** | **5.0** | **9.8** | **10.5** | **10.8** | **15.3** | **15.9** | **17.6** | **18.8** | **19.6** | **21.2** | **22.5** | **7.5** | **25.2** | **30.2** | **59.4** | **82.2** |
| **GAAP EPS** | **$0.13** | **$0.17** | **$0.19** | **$0.14** | **$0.12** | **$0.12** | **$0.23** | **$0.25** | **$0.25** | **$0.32** | **$0.33** | **$0.36** | **$0.39** | **$0.40** | **$0.44** | **$0.46** | **$0.22** | **$0.62** | **$0.73** | **$1.26** | **$1.69** |
| **Pro Forma Net Income** | **5.1** | **6.8** | **7.5** | **5.8** | **4.9** | **5.0** | **9.8** | **10.5** | **13.3** | **15.3** | **15.9** | **17.6** | **21.3** | **22.1** | **23.7** | **25.0** | **7.5** | **25.2** | **30.2** | **59.4** | **82.2** |
| **Pro Forma EPS** | **$0.13** | **$0.17** | **$0.19** | **$0.14** | **$0.12** | **$0.12** | **$0.23** | **$0.25** | **$0.31** | **$0.38** | **$0.39** | **$0.42** | **$0.44** | **$0.46** | **$0.49** | **$0.51** | **$0.22** | **$0.62** | **$0.73** | **$1.50** | **$1.90** |
| Shares Outstanding used for GAAP | 40.23 | 40.61 | 40.50 | 40.64 | 41.20 | 41.50 | 41.77 | 41.86 | 43.47 | 48.17 | 48.17 | 48.31 | 48.36 | 48.50 | 48.50 | 48.65 | 34.52 | 40.50 | 41.58 | 47.03 | 48.50 |
| Shares Outstanding used for Pro Forma | 40.23 | 40.61 | 40.50 | 40.64 | 41.20 | 41.50 | 41.77 | 41.86 | 43.47 | 48.17 | 48.17 | 48.31 | 48.36 | 48.50 | 48.50 | 48.65 | 34.52 | 40.50 | 41.58 | 47.03 | 48.50 |
| **Margins:** | | | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 48.6% | 46.7% | 49.6% | 57.5% | 56.3% | 58.2% | 54.5% | 50.8% | 49.6% | 47.3% | 47.0% | 46.0% | 45.0% | 45.0% | 44.6% | 44.5% | 50.8% | 50.7% | 54.6% | 47.4% | 44.8% |
| Gross Profit | 51.0% | 52.9% | 50.1% | 42.2% | 43.4% | 41.6% | 45.3% | 49.0% | 50.2% | 52.7% | 53.0% | 54.0% | 54.8% | 54.9% | 55.3% | 55.4% | 48.6% | 48.9% | 45.2% | 52.5% | 55.1% |
| R&D | 11.7% | 10.5% | 10.8% | 11.7% | 11.1% | 10.5% | 12.3% | 12.2% | 12.0% | 12.6% | 12.0% | 11.8% | 11.8% | 11.5% | 11.3% | 11.1% | 15.8% | 11.1% | 11.6% | 12.1% | 11.4% |
| SG&A | 15.8% | 15.9% | 15.4% | 18.2% | 18.0% | 17.9% | 17.1% | 16.9% | 16.2% | 19.4% | 19.5% | 19.0% | 13.6% | 13.5% | 13.0% | 13.0% | 19.4% | 16.3% | 17.4% | 18.6% | 13.3% |
| Operating Income | 22.0% | 25.3% | 23.0% | 11.3% | 13.1% | 12.0% | 13.7% | 19.3% | 18.9% | 20.7% | 21.5% | 23.2% | 27.0% | 27.5% | 28.7% | 29.1% | 10.8% | 20.3% | 14.9% | 21.1% | 28.1% |
| Pretax Income | 22.4% | 26.0% | 24.0% | 15.7% | 14.8% | 13.6% | 14.5% | 20.6% | 20.7% | 25.3% | 26.0% | 27.5% | 27.4% | 27.9% | 29.1% | 29.5% | 12.4% | 22.0% | 16.2% | 25.0% | 28.6% |
| Eff. Tax Rate | 38.5% | 39.8% | 39.1% | 19.4% | 35.0% | 29.7% | -8.4% | 29.1% | 35.8% | 34.0% | 35.0% | 35.0% | 33.0% | 34.0% | 35.0% | 35.0% | 38.2% | 35.5% | 21.6% | 35.1% | 34.3% |
| Net Profit | 13.7% | 15.7% | 14.6% | 12.6% | 9.6% | 9.6% | 15.7% | 14.6% | 13.3% | 16.5% | 16.9% | 17.9% | 18.4% | 18.4% | 18.9% | 19.2% | 7.6% | 14.2% | 12.7% | 16.2% | 18.8% |
| **Qtr/Qtr % Change** | | | | | | | | | | | | | | | | | | | | | |
| Net Sales | 18.0% | 16.3% | 19.1% | -10.2% | 10.5% | 2.7% | 19.2% | 15.1% | 13.2% | 13.7% | 1.5% | 5.0% | 4.0% | 4.0% | 4.9% | 5.0% | | | | | |
| Cost of Sales | 16.7% | 11.8% | 26.4% | 4.1% | 8.3% | 6.1% | 11.7% | 7.5% | 10.4% | 8.5% | 0.9% | 2.8% | 1.7% | 4.0% | 3.9% | 4.8% | | | | | |
| Gross Profit | 19.4% | 20.6% | 12.8% | -24.5% | 13.8% | -1.6% | 29.9% | 24.4% | 16.0% | 19.3% | 2.0% | 7.0% | 5.6% | 4.0% | 5.7% | 5.2% | | | | | |
| R&D | 2.4% | 3.8% | 23.0% | -2.9% | 5.1% | -2.7% | 39.6% | 13.7% | 11.7% | 18.9% | -3.2% | 3.3% | 4.0% | 1.4% | 3.1% | 3.1% | | | | | |
| SG&A | 5.4% | 16.8% | 15.2% | 6.0% | 9.8% | 2.0% | 13.6% | 13.8% | 8.9% | 36.1% | 1.8% | 2.3% | -25.6% | 3.2% | 1.0% | 5.0% | | | | | |
| Net Profit | 33.6% | 32.4% | 11.0% | -22.3% | -15.6% | 2.1% | 95.1% | 7.2% | 3.2% | 41.3% | 3.7% | 11.0% | 7.1% | 4.2% | 7.8% | 6.3% | | | | | |
| **Yr/Yr % Change** | | | | | | | | | | | | | | | | | | | | | |
| Net Sales | 98.8% | 95.3% | 97.0% | 46.6% | 37.3% | 21.3% | 21.4% | 55.7% | 59.6% | 76.6% | 50.4% | 37.2% | 26.0% | 15.3% | 19.1% | 19.1% | 24.9% | 80.8% | 33.6% | 54.1% | 19.7% |
| Cost of Sales | 83.9% | 75.8% | 92.8% | 71.6% | 59.2% | 51.0% | 33.4% | 37.8% | 40.5% | 43.6% | 29.8% | 24.1% | 14.4% | 9.7% | 13.0% | 15.2% | 26.5% | 80.6% | 43.8% | 33.8% | 13.1% |
| Gross Profit | 116.9% | 118.0% | 102.8% | 22.7% | 16.9% | -4.7% | 9.8% | 81.0% | 84.5% | 123.8% | 75.8% | 51.1% | 37.6% | 20.0% | 24.3% | 22.1% | 23.1% | 82.1% | 23.5% | 79.1% | 25.5% |
| R&D | 23.4% | 17.9% | 40.1% | 27.0% | 30.3% | 22.1% | 38.6% | 62.3% | 72.5% | 110.8% | 46.2% | 32.8% | 23.7% | 5.4% | 12.2% | 12.1% | 6.7% | 27.3% | 39.5% | 60.2% | 12.9% |
| SG&A | 46.4% | 53.2% | 58.7% | 50.3% | 56.6% | 36.7% | 34.8% | 44.7% | 43.5% | 91.6% | 71.7% | 54.4% | 5.6% | -19.9% | -20.6% | -18.5% | 12.0% | 52.4% | 42.5% | 64.9% | -14.8% |
| Net Profit | 1106.4% | 554.7% | 234.5% | 52.4% | -3.8% | -25.8% | 30.4% | 80.0% | 120.2% | 204.9% | 62.1% | 67.9% | 74.2% | 28.5% | 33.6% | 28.0% | -19.8% | 235.0% | 19.9% | 96.9% | 38.3% |

*E= Research Estimates*

**8** *An Investment Analysis by Needham & Company, LLC*

**FormFactor Inc.; Balance Sheet ($ in MM)**

| | 31-Mar-04 | 30-Jun-04 | 30-Sep-04 | 31-Dec-04 | 31-Mar-05 | 30-Jun-05 | 30-Sep-05 | 31-Dec-05 | 31-Mar-06 | 30-Jun-06 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | |
| Cash & Short Term Investments | 181.75 | 174.66 | 181.22 | 191.48 | 189.47 | 193.28 | 201.58 | 211.61 | 400.12 | 430.64 |
| Receivables, Net | 26.38 | 34.17 | 33.64 | 25.05 | 28.84 | 33.35 | 35.47 | 43.97 | 49.94 | 44.88 |
| Inventories | 8.74 | 9.61 | 10.05 | 11.23 | 10.35 | 12.77 | 14.42 | 18.40 | 21.10 | 24.06 |
| Prepaid Expenses | 2.76 | 2.51 | 3.79 | 4.76 | 6.29 | 7.59 | 9.75 | 11.40 | 11.34 | 11.34 |
| Other Current Assets | 2.77 | 2.77 | 2.83 | 7.59 | 7.59 | 4.37 | 7.52 | 7.17 | 8.49 | 11.77 |
| **Total Current Assets** | **222.40** | **223.72** | **231.53** | **240.12** | **242.55** | **251.35** | **268.74** | **292.54** | **491.00** | **522.70** |
| | | | | | | | | | | |
| Property, Plant, & Equipment, Net | 27.37 | 38.31 | 47.18 | 59.36 | 63.71 | 67.85 | 75.38 | 81.59 | 84.73 | 88.59 |
| | | | | | | | | | - | 2.25 |
| Goodwill, Net | - | - | - | - | - | - | - | - | - | - |
| Intangibles, Net | - | - | - | - | - | - | - | - | - | - |
| Long Term Investments | | | | | | | | | | |
| Deferred taxes | | | | | | | | | 5.52 | 6.52 |
| Long Term Notes Receivable | | | | | | | | | | |
| Other Assets | 4.10 | 4.08 | 3.72 | 3.09 | 3.50 | 3.47 | 5.39 | 7.23 | 3.12 | 0.74 |
| **Total Assets** | **253.88** | **266.11** | **282.44** | **302.57** | **309.76** | **322.67** | **349.51** | **381.36** | **584.36** | **620.79** |
| | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | |
| Short Term Debt | | | | | | | | | | |
| Accounts Payable & Accrued Payables | 15.33 | 15.14 | 17.72 | 17.56 | 14.68 | 15.54 | 18.81 | 26.37 | 23.21 | 29.03 |
| Accrued Expenses | 8.79 | 13.38 | 15.09 | 14.69 | 15.13 | 18.36 | 20.16 | 30.16 | 15.71 | 23.21 |
| Income tax payable | | | | | | | | | 12.54 | 9.02 |
| Other Current Liabilities | 1.28 | 1.56 | 1.40 | 2.77 | 2.66 | 2.92 | 4.13 | 3.90 | 4.88 | 5.50 |
| **Total Current Liabilities** | **25.41** | **30.08** | **34.22** | **35.01** | **32.48** | **36.83** | **43.11** | **60.43** | **56.33** | **66.76** |
| | | | | | | | | | | |
| Long Term Debt | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | 0.37 | 0.31 | 0.25 | 2.38 | 2.56 | 2.48 | 3.06 | 3.14 | 3.67 | 3.65 |
| **Total Liabilities** | **25.78** | **30.40** | **34.47** | **37.39** | **35.04** | **39.30** | **46.17** | **63.57** | **60.00** | **70.42** |
| | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | |
| Preferred Stock | | | | | | | | | | - |
| Common Equity | 228.10 | 235.72 | 247.97 | 265.18 | 274.73 | 283.37 | 303.34 | 317.79 | 524.36 | 550.38 |
| | | | | | | | | | | |
| **Total Liabilities & Shareholders' Equity** | **253.88** | **266.11** | **282.44** | **302.57** | **309.77** | **322.67** | **349.51** | **381.36** | **584.36** | **620.79** |

# FormFactor, Inc.

## ($ in MM, except per share data)

| Fiscal Year Ending December 31 | Annual | | Quarterly | | | |
|---|---|---|---|---|---|---|
| | FY 12/31/2004 | FY 12/31/2005 | Ending 3/31/2005 | Ending 6/30/2005 | Ending 9/30/2005 | Ending 12/31/2005 |
| **BALANCE SHEET** | | | | | | |
| **ASSETS** | | | | | | |
| Cash & Short-term Investments | 191.5 | 211.6 | 189.5 | 193.3 | 201.6 | 211.6 |
| Receivables | 25.1 | 44.0 | 28.8 | 33.3 | 35.5 | 44.0 |
| Inventory | 11.2 | 18.4 | 10.4 | 12.8 | 14.4 | 18.4 |
| Other Current Assets | 7.6 | 7.2 | 7.6 | 4.4 | 7.5 | 7.2 |
| Current Assets | 240.1 | 292.5 | 242.6 | 251.4 | 268.7 | 292.5 |
| Property and Equipment | 59.4 | 81.6 | 63.7 | 67.8 | 75.4 | 81.6 |
| Goodwill and Intangibles | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Long-term Marketable Securities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Assets | 3.1 | 7.2 | 3.5 | 3.5 | 5.4 | 7.2 |
| **Total Assets** | **302.6** | **381.4** | **309.8** | **322.7** | **349.5** | **381.4** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current Liabilities | 35.0 | 60.4 | 32.5 | 36.8 | 43.1 | 60.4 |
| Short-term Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Long-term Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Shareholders' Equity | 265.2 | 317.8 | 274.7 | 283.4 | 303.3 | 317.8 |
| **Total Liabilities + Shareholders' Equity** | **302.6** | **381.4** | **309.8** | **322.7** | **349.5** | **381.4** |
| **INCOME STATEMENT** | | | | | | |
| Revenue | 177.8 | 237.5 | 51.0 | 52.3 | 62.4 | 71.8 |
| Gross Profit | 87.0 | 107.4 | 22.1 | 21.8 | 28.3 | 35.2 |
| Operating Income | 36.1 | 35.3 | 6.7 | 6.3 | 8.5 | 13.9 |
| Pretax Income | 39.1 | 38.5 | 7.6 | 7.1 | 9.0 | 14.8 |
| Net Income | 25.2 | 30.2 | 4.9 | 5.0 | 9.8 | 10.5 |
| Shares Outstanding | 40.5 | 41.6 | 41.2 | 41.5 | 41.8 | 41.9 |
| **CASH FLOW STATEMENT** | | | | | | |
| Depreciation and Amortization | 7.0 | 16.5 | 3.4 | 4.4 | 4.4 | 4.3 |
| Cash Flow from Operations | 35.7 | 37.7 | (1.9) | 12.6 | 11.5 | 15.6 |
| Capital Expenditures | (37.7) | (28.3) | (3.0) | (9.5) | (9.2) | (6.6) |
| **CASH MANAGEMENT*** | | | | | | |
| DSOs | 45.9 | 53.0 | 47.6 | 53.5 | 49.6 | 49.8 |
| Inventory Days | 38.0 | 41.7 | 33.9 | 34.2 | 36.0 | 40.4 |
| Days Payable | 54.7 | 58.6 | 52.2 | 41.4 | 43.4 | 50.2 |
| Cash Conversion Cycle | 29.3 | 36.2 | 29.3 | 46.3 | 42.3 | 40.0 |
| **PROFITABILITY** | | | | | | |
| Gross Margin | 48.9% | 45.2% | 43.4% | 41.6% | 45.3% | 49.0% |
| Operating Margin | 20.3% | 14.9% | 13.1% | 12.0% | 13.7% | 19.3% |
| Net Margin | 14.2% | 12.7% | 9.6% | 9.6% | 15.7% | 14.6% |
| Return on Assets* | 9.3% | 8.8% | 6.4% | 6.3% | 11.6% | 11.5% |
| Return on Equity* | 10.5% | 10.4% | 7.3% | 7.2% | 13.3% | 13.5% |
| Total Debt/Capital | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **PER SHARE DATA** | | | | | | |
| Tangible Book Value | 6.55 | 7.64 | 6.67 | 6.83 | 7.26 | 7.59 |
| Cash | 4.73 | 5.09 | 4.60 | 4.66 | 4.83 | 5.06 |
| Net Cash | 4.73 | 5.09 | 4.60 | 4.66 | 4.83 | 5.06 |
| EPS (Pro Forma) | 0.62 | 0.73 | 0.12 | 0.12 | 0.23 | 0.25 |
| EPS (Pro Forma Including Option Expenses) | 0.33 | 0.38 | 0.03 | 0.03 | 0.15 | 0.16 |
| EPS (GAAP) | 0.62 | 0.73 | 0.12 | 0.12 | 0.23 | 0.25 |

** Quarterly calculations reflect annualized quarterly data. Annual calculations reflect LTM data.*

## ANALYST CERTIFICATION

I, Robert Maire, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

I, Colin McArdle, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

Price, Rating, and Price Target History: FormFactor, Inc. (FORM/NASDAQ) as of 8-18-06
12/6/04
H
4/21/05
B : $28.0
6/7/05
H
7/21/05
B : $34.0
7/28/06
B : $50.0
50
45
40
35
30
25
20
15
Jun 03
Sep 03
Dec 03
Mar 04
Jun 04
Sep 04
Dec 04
Mar 05
Jun 05
Sep 05
Dec 05
Mar 06
Jun 06
Sep 06
Source: Factset (Prices) / Needham (ratings and target price)

**Disclosures applicable to this security: B, G.**

*An Investment Analysis by Needham & Company, LLC* **11**

478

Price, Rating, and Price Target History: Intel Corporation (INTC/NASDAQ) as of 8-18-06
2/27/04 RS
8/18/04 H
12/3/04 B : $27.0
3/11/05 B : $29.0
4/20/05 B : $27.0
5/6/05 B : $29.0
6/10/05 B : $30.0
9/8/05 B : $28.0
1/18/06 H
36
34
32
30
28
26
24
22
20
18
16
Jun 03
Sep 03
Dec 03
Mar 04
Jun 04
Sep 04
Dec 04
Mar 05
Jun 05
Sep 05
Dec 05
Mar 06
Jun 06
Sep 06
Source: Factset (Prices) / Needham (ratings and target price)

**Disclosures applicable to this security: B, G.**

**12** *An Investment Analysis by Needham & Company, LLC*

479

| | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 5 | 6 |
| Buy | 63 | 21 |
| Hold | 28 | 7 |
| Under Perform | 2 | 40 |
| Rating Suspended | <1 | 0 |
| Restricted | 2 | 100 |
| Under Review | 0 | 0 |

Needham & Company, LLC. (the Firm) employs a rating system based on the following (Effective July 1, 2003):

Strong Buy: A security, which at the time the rating is instituted, indicates an expectation of a total return of at least 25% over the next 12 months.

Buy: A security, which at the time the rating is instituted, indicates an expectation of a total return between 10% and 25% over the next 12 months.

Hold: A security, which at the time the rating is instituted, indicates an expectation of a total return of +/- 10% over the next 12 months.

Underperform: A security, which at the time the rating is instituted, indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

Under Review: Stocks may be placed UR by the analyst, indicating that the stock rating and/or price target are subject to possible change in the near term, usually in response to an event that may effect the investment case or valuation.

Rating Suspended: Needham & Company, LLC has suspended the rating and/or price target, if any, for this stock, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon.

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes (in accordance with NASD requirements), we note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 68% of companies under coverage would have a "Buy" rating and 20% have had investment banking services provided within the past 12 months; Hold mostly correspond to a "Hold/ Neutral" recommendation; while our Underperform rating closely corresponds to the Sell recommendation required by the NASD.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report on the company you are interested in.

**To review our Rating system prior to July 1, 2003, please refer to the following link:** http://www.needhamco.com/Research_Disclosure.asp.

Stock price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Co. LLC, 445 Park Ave., 15th Floor (Attn: Compliance/Research), NY, NY 10022

ANALYST CERTIFICATION

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

The following disclosures (as listed by letter on the cover page) apply to the securities discussed in this research report:

"A" The research analyst and/or research associate (or household member) has a financial interest in the securities of the covered company (i.e., a long position consisting of common stock).

"B" The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues.

"C" The Firm has managed or co-managed a public offering of securities for the subject company in the past 12 months.

"D" The Firm and/or its affiliate have received compensation for investment banking services from the subject company in the past 12 months.

"E" The Firm and/or its affiliate expect to receive or intend to seek compensation for investment banking services from the subject company in the next three months.

"F" The analyst or a member of the analyst's household serves as officer, director or advisory board member of the covered company.

"G" The Firm, at the time of publication, makes a market in the subject company.

"H" The Firm, and/or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company.

"I" The analyst has received compensation from the subject company in the last 12 months.

"J" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received investment banking services.

"J1" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-investment banking securities related services.

"J2" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-securities related services.

"K" Our affiliate has received compensation for products and services other than investment banking services from the subject company in the past 12 months.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC. makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2006, Needham & Company, LLC., Member NASD, SIPC.