Exhibit 17

177 of 244 DOCUMENTS

Copyright 2006 Business Wire, Inc.
Business Wire

**October** 25, 2006 Wednesday 8:01 PM GMT

**DISTRIBUTION:** Business Editors

**LENGTH: 3248** words

**HEADLINE:** FormFactor, Inc. Announces 2006 Third Quarter Financial Results

**DATELINE:** LIVERMORE, Calif.

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the third quarter of fiscal 2006, ended September 30, 2006. Quarterly revenues were $96.8 million, up 5% from $92.4 million in the second quarter of fiscal 2006, and up 55% from $62.4 million in the third quarter of fiscal 2005. FormFactor had another record quarter as revenue, production and net income reached historical highs. Demand for advanced probe cards in the third quarter continued to reflect the ongoing trends in the market including customers ramping production for memory and logic, the transition to advanced nodes, and the ongoing need for higher parallelism in wafer test, said Joseph Bronson, President of FormFactor. Factory capacity continued to ramp, as production efficiencies and yields increased in many segments of our manufacturing operations. Net income for the third quarter of fiscal 2006 was $15.8 million or $0.33 per share on a fully diluted basis, which included $3.9 million or $0.08 per share of incremental FAS 123R stock option expense, net of tax.

This compares to $15.3 million or $0.32 per share on a fully diluted basis for the second quarter of fiscal 2006, which included $2.8 million or $0.06 per share of incremental FAS 123R stock option expense, net of tax. Net income for the third quarter of fiscal 2005 was $9.8 million or $0.23 per share on a fully diluted basis, which was prior to the adoption of FAS 123R. Bookings for the third quarter of fiscal 2006 were $90.5 million. Bookings for the second quarter of fiscal 2006 and third quarter of fiscal 2005 were $96.5 million and $62.9 million, respectively. We are pleased with our 63% revenue growth year-to-date, said Igor Khandros, Chief Executive Officer of FormFactor. We are encouraged by customers interest in our new Harmony NAND Flash product. We are confident in business growth opportunities in 2007 and beyond, driven by our robust product development pipeline, supporting multiple growth drivers in our customers The company has posted its revenue breakdown by region and market segment on the Investors section of its website at . FormFactor will conduct a conference call at 1:30 p.m. PDT, or 4:30 p.m. EDT, today. The public is invited to listen to a live web cast of FormFactors conference call on the Investors section of the company. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available until October 27, 2006 at 6:30 p.m. PDT and can be accessed by dialing (888) 286-8010 or (617) 801-6888 and entering confirmation code 19398524. Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The companys wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the companys website at . FormFactor and MicroSpring are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners. Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, operations, demand for our products and future growth. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to

FormFactor, Inc. Announces 2006 Third Quarter Financial Results Business Wire October 25, 2006 Wednesday 8:01 PM GMT

various factors, including, but not limited to: the demand for certain semiconductor devices; the rate at which semiconductor manufacturers implement manufacturing capability changes, make the transition to smaller nanometer technology nodes and implement tooling cycles; the companys ability to continue to ramp its factory capacity and increase production efficiencies and yields in its manufacturing operations and to expand globally, including to execute on its global manufacturing roadmap; the companys ability to develop and deliver innovative technologies, including its Harmony NAND Flash product, and to enforce its intellectual property rights; and the companys ability to drive its product development pipeline and support multiple growth drivers in its customers businesses. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal period ended December 31, 2005 and the companys Form 10-Q for the quarterly period ended July 1, 2006, filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the companys SEC filings are available at . The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements. Â Three Months Ended Nine Months Ended September 30, 2006 September 24, 2005 September 30, 2006 September 24, 2005 Â Revenues $96,757Â $62,374Â $270,520Â $165,676Â Cost of revenues 46,492Â 34,088Â 130,699Â 93,484Â Gross margin 50,265Â 28,286Â 139,821Â 72,192Â Â Operating expenses: Research and development 11,994Â 7,881Â 33,397Â 19,461Â Selling, general and administrative 19,321Â 11,871Â 53,034Â 31,283Â Total operating expenses 31,315Â 19,752Â 86,431Â 50,744Â Operating income 18,950Â 8,534Â 53,390Â 21,448Â Â Interest income 4,485Â 1,116Â 10,196Â 2,912Â Other income (expense), net 59Â (630) 45Â (655) 4,544Â 486Â 10,241Â 2,257Â Â Income before income taxes 23,494Â 9,020Â 63,631Â 23,705Â Benefit from (provision for) income taxes (7,675) 758Â (21,763) (4,004) Â Net income $15,819Â $9,778Â $41,868Â $19,701Â Â Net income per share: Basic $0.34Â $0.25Â $0.94Â $0.50Â Â Diluted $0.33Â $0.23Â $0.90Â $0.47Â Â Weighted-average number of shares used in per share calculations: Â Basic 46,417Â 39,733Â 44,625Â 39,343Â Â Diluted 48,494Â 41,762Â 46,690Â 41,492Â Current assets: Cash and cash equivalents $276,365Â $31,217Â Marketable securities 181,128Â 180,391Â Accounts receivable, net of allowance for doubtful accounts of $74 as of September 30, 2006 and December 31, 2005 54,097Â 43,967Â Inventories 26,317Â 18,404Â Â Deferred tax assets 11,233Â 11,396Â Prepaid expenses and other current assets 12,674Â 7,169Â Total current assets 561,814Â 292,544Â Â Restricted cash 2,250Â 2,250Â Â Property and equipment, net 87,398Â 81,588Â Â Deferred tax assets 6,270Â 4,518Â Other assets 994Â 461Â Â Â Total assets $658,726Â $381,361Â Â Current liabilities: Accounts payable $27,346Â $26,369Â Accrued liabilities 21,850Â 20,467Â Income tax payable 7,653Â 9,697Â Deferred rent 353Â 313Â Deferred revenue and customer advances 6,556Â 3,588Â Total current liabilities 63,758Â 60,434Â Â Deferred rent and other long term liabilities 4,559Â 3,138Â Total liabilities 68,317Â 63,572Â Â Stockholders' equity: Common stock, $0.001 par value 47Â 40Â Additional paid in capital 496,296Â 268,291Â Deferred stock-based compensation -Â (2,495) Accumulated other comprehensive loss (114) (359) Retained earnings 94,180Â 52,312Â Total stockholders' equity 590,409Â 317,789Â Total liabilities and stockholders' equity $658,726Â $381,361Â

FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the third quarter of fiscal 2006, ended September 30, 2006. Quarterly revenues were $96.8 million, up 5% from $92.4 million in the second quarter of fiscal 2006, and up 55% from $62.4 million in the third quarter of fiscal 2005.

"FormFactor had another record quarter as revenue, production and net income reached historical highs. Demand for advanced probe cards in the third quarter continued to reflect the ongoing trends in the market including customers' ramping production for memory and logic, the transition to advanced nodes, and the ongoing need for higher parallelism in wafer test," said Joseph Bronson, President of FormFactor. "Factory capacity continued to ramp, as production efficiencies and yields increased in many segments of our manufacturing operations."

Net income for the third quarter of fiscal 2006 was $15.8 million or $0.33 per share on a fully diluted basis, which included $3.9 million or $0.08 per share of incremental FAS 123R stock option expense, net of tax. This compares to $15.3 million or $0.32 per share on a fully diluted basis for the second quarter of fiscal 2006, which included $2.8 million or $0.06 per share of incremental FAS 123R stock option expense, net of tax. Net income for the third quarter of fiscal 2005 was $9.8 million or $0.23 per share on a fully diluted basis, which was prior to the adoption of FAS 123R.

Bookings for the third quarter of fiscal 2006 were $90.5 million. Bookings for the second quarter of fiscal 2006 and third quarter of fiscal 2005 were $96.5 million and $62.9 million, respectively.

"We are pleased with our 63% revenue growth year-to-date," said Igor Khandros, Chief Executive Officer of FormFactor. "We are encouraged by customers' interest in our new Harmony(TM) NAND Flash product. We are confi-

FormFactor, Inc. Announces 2006 Third Quarter Financial Results Business Wire October 25, 2006 Wednesday 8:01 PM GMT

dent in business growth opportunities in 2007 and beyond, driven by our robust product development pipeline, supporting multiple growth drivers in our customers' businesses."

The company has posted its revenue breakdown by region and market segment on the Investors section of its website at www.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PDT, or 4:30 p.m. EDT, today. The public is invited to listen to a live web cast of FormFactor's conference call on the Investors section of the company's website at www.formfactor.com. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available until October 27, 2006 at 6:30 p.m. PDT and can be accessed by dialing (888) 286-8010 or (617) 801-6888 and entering confirmation code 19398524.

About FormFactor:

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's website at www.formfactor.com.

FormFactor and MicroSpring are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, operations, demand for our products and future growth. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the rate at which semiconductor manufacturers implement manufacturing capability changes, make the transition to smaller nanometer technology nodes and implement tooling cycles; the company's ability to continue to ramp its factory capacity and increase production efficiencies and yields in its manufacturing operations and to expand globally, including to execute on its global manufacturing roadmap; the company's ability to develop and deliver innovative technologies, including its Harmony(TM) NAND Flash product, and to enforce its intellectual property rights; and the company's ability to drive its product development pipeline and support multiple growth drivers in its customers' businesses. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal period ended December 31, 2005 and the company's Form 10-Q for the quarterly period ended July 1, 2006, filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the company's SEC filings are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

```
FORMFACTOR, INC.
            CONSOLIDATED STATEMENTS OF INCOME
             (In thousands, except per share data)
                         (Unaudited)

                                    Three Months Ended    Nine Months Ended
                                    September  September  September  September
                                    30, 2006   24, 2005   30, 2006   24, 2005
                                    ---------  ---------- ---------  ---------

Revenues                            $96,757    $62,374    $270,520   $165,676
Cost of revenues                     46,492     34,088     130,699     93,484
                                    ---------  ---------- ---------  ---------
Gross margin                         50,265     28,286    139,821     72,192
                                    ---------  ---------- ---------  ---------

Operating expenses:
   Research and development          11,994      7,881     33,397     19,461
   Selling, general and
```

FormFactor, Inc. Announces 2006 Third Quarter Financial Results  Business Wire October 25, 2006 Wednesday 8:01 PM GMT

```
   administrative              19,321     11,871    53,034    31,283
                              --------- ---------- --------- ---------
     Total operating
      expenses                 31,315     19,752    86,431    50,744
                              --------- ---------- --------- ---------
Operating income               18,950      8,534    53,390    21,448

Interest income                 4,485      1,116    10,196     2,912
Other income (expense), net        59       (630)       45      (655)
                              --------- ---------- --------- ---------
                                4,544        486    10,241     2,257

Income before income taxes     23,494      9,020    63,631    23,705
Benefit from (provision for)
 income taxes                  (7,675)       758   (21,763)   (4,004)
                              --------- ---------- --------- ---------

Net income                    $15,819     $9,778   $41,868   $19,701
                              ========= ========== ========= =========

Net income per share:
  Basic                         $0.34      $0.25     $0.94     $0.50
                              ========= ========== ========= =========

  Diluted                       $0.33      $0.23     $0.90     $0.47
                              ========= ========== ========= =========

Weighted-average number of
 shares
used in per share
 calculations:

Basic                          46,417     39,733    44,625    39,343
                              ========= ========== ========= =========

Diluted                        48,494     41,762    46,690    41,492
                              ========= ========== ========= =========

FORMFACTOR, INC.
             CONSOLIDATED BALANCE SHEETS
      (In thousands, except share and per share data)
                     (Unaudited)

                                           September  December
                                           30, 2006   31, 2005
                                           ---------  ---------
ASSETS
Current assets:
  Cash and cash equivalents                $276,365   $31,217
  Marketable securities                     181,128   180,391
  Accounts receivable, net of allowance for
   doubtful accounts of $74 as of September 30,
   2006 and December 31, 2005                54,097    43,967
  Inventories                                26,317    18,404

  Deferred tax assets                        11,233    11,396
  Prepaid expenses and other current assets  12,674     7,169
                                           ---------  ---------
    Total current assets                    561,814   292,544

  Restricted cash                             2,250     2,250

Property and equipment, net                  87,398    81,588
```

FormFactor, Inc. Announces 2006 Third Quarter Financial Results  Business Wire October 25, 2006 Wednesday 8:01 PM GMT

```
Deferred tax assets                                        6,270      4,518
Other assets                                                 994        461
                                                        ---------  ---------
    Total assets                                        $658,726   $381,361
                                                        =========  =========

LIABILITIES AND STOCKHOLDERS' EQUITY
Current liabilities:
    Accounts payable                                     $27,346    $26,369
    Accrued liabilities                                   21,850     20,467
    Income tax payable                                     7,653      9,697
    Deferred rent                                            353        313
    Deferred revenue and customer advances                 6,556      3,588
                                                        ---------  ---------
    Total current liabilities                             63,758     60,434

Deferred rent and other long term liabilities              4,559      3,138
                                                        ---------  ---------
    Total liabilities                                     68,317     63,572

Stockholders' equity:
    Common stock, $0.001 par value                            47         40
    Additional paid in capital                           496,296    268,291
    Deferred stock-based compensation                          -     (2,495)
    Accumulated other comprehensive loss                    (114)      (359)
    Retained earnings                                     94,180     52,312
                                                        ---------  ---------
    Total stockholders' equity                           590,409    317,789
                                                        ---------  ---------
    Total liabilities and stockholders'
      equity                                            $658,726   $381,361
                                                        =========  =========
```

CONTACT: FormFactor, Inc.Ron C. Foster, Chief Financial Officer, 925-290-4024Brooke Deterline or Annie Leschin, 925-290-4949IR@FormFactor.comCONTACT: FormFactor, Inc. Ron C. Foster, Chief Financial Officer, 925-290-4024 or StreetSmart Investor Relations Brooke Deterline or Annie Leschin, 925-290-4949 IR@FormFactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** October 26, 2006