Exhibit 19



## Technology, Media & Telecom: Semiconductor Manufacturing

Important disclosures can be found on pages 6 - 7 of this report.

### FormFactor Inc. (FORM-$37.75*)    Outperform

Price Target: $55.00
Company Update

December 5, 2006

Mehdi Hosseini • 415.248.2931 • mhosseini@fbr.com

| STOCK DATA | |
|---|---|
| 52 Week Range | $49.71-$23.84 |
| 3-Month ADTV | 1,093,278 |
| Dividend Yield | 0.00% |
| Market Cap (mil) | $1,766.0 |
| Shrs Outstanding (mil) | 46.8 |
| 5-Year CAGR | NA |
| Float % | 94% |

| EARNINGS DATA | | | |
|---|---|---|---|
| **EPS (Operating)** | | | |
| Dec | 2005A | 2006E | 2007E |
| 1Q | 0.19 | 0.30A | 0.40 |
| 2Q | 0.19 | 0.38A | 0.42 |
| 3Q | 0.23 | 0.41A | 0.44 |
| 4Q | 0.26 | 0.39 | 0.45 |
| FY | 0.88 | 1.48 | 1.71 |
| P/E | 42.9x | 25.5x | 22.1x |
| **EPS (GAAP)** | | | |
| Dec | 2005A | 2006E | 2007E |
| 1Q | 0.12 | 0.25A | 0.34 |
| 2Q | 0.12 | 0.32A | 0.35 |
| 3Q | 0.17 | 0.33A | 0.37 |
| 4Q | 0.25 | 0.31 | 0.38 |
| FY | 0.66 | 1.21 | 1.44 |
| P/E | 57.2x | 31.2x | 26.2x |

| FINANCIAL DATA | | | |
|---|---|---|---|
| FY | 2005 | 2006E | 2007E |
| Revenue | $237.5 | $366.0 | $441.0 |

| BALANCE SHEET DATA | |
|---|---|
| | 3Q06 |
| Cash & Equivalents | $460.0 |
| Accounts Receivable | $54.0 |
| Inventories | $26.0 |
| Current Assets | $564.0 |
| Intangibles | $10.0 |
| Total Assets | $659.0 |
| Current Liabilities | $68.0 |
| Long-term Debt | $0.0 |
| Total Liabilities | $68.0 |
| Stockholders' Equity | $591.0 |

## Is it Time to Load up the Truck? Gotta Wait For Incremental Data Points

### Summary and Recommendation

With FORM down ~23% since early September, compared to SOX up ~7% in the same period, many investors are asking us if all of the bad news is in the stock and whether it is time to load up the truck with FORM shares? Our short answer is "not yet." First, we remain a bit concerned about the overall bookings in 4Q06, which could have a spill over impact into 1Q07. Specifically, although DRAM related bookings are still expected to rebound in 4Q06, we remain a bit concerned about the traction in NAND Flash and whether FORM has been able to secure volume orders for its new Harmony probe card. On the logic front (~10%-12% of total), we expect bookings to decline in 4Q06 following a 22% QOQ growth in 3Q06. Secondly, given the uncertainties associated with bookings while the company is adding additional manufacturing capacity, we are also equally concerned about the overall fixed cost and its adverse impact on gross margins. Therefore, although we still believe in company's long term growth prospects, we remain a bit cautious on the stock in the near term until we have further data points that could help us determine trends in bookings and margins in 4Q06.

### Key Points

- **Bookings expectations in 4Q06.** We are currently modeling for flattish overall bookings, driven by 3%-5% QOQ increase in DRAM related bookings (78% of total), 5%-7% QOQ increase in Flash (NOR + NAND) related bookings (13% of total), and 30%-40% QOQ decline in Logic related bookings (9% of total). However, with nearly a month left to close the quarter, we believe it is still too early to make a call on the overall 4Q06 bookings trends. We note that >50% of FORM's biz is "turn" biz, thus highlighting the importance of the last month of the quarter, especially if the quarter is back-end loaded.
- **Although we are comfortable with our 4Q06 DRAM & Logic related bookings expectations**, we remain a bit concerned about any shortfall to our Flash, particularly NAND Flash, related bookings.
- **Concerns about margins.** We note that FORM demonstrated a significant GM expansion from 2Q05 to 2Q06: revenues up 77% YOY, but gross profit up 128% YOY, helping with GM expansion from 41.6% in 2Q05 to 53.7% in 3Q06, and compared to FORM's LT GM target of 53%-55%. But, despite 4.7% QOQ increase in revenues in 3Q06, gross profit increased by only 4%, thus draggin down GM from 53.7% in 2Q06 to 53.2% in 3Q06. Therefore, given how aggressive FORM has been in adding incremental capacity, we are a bit concerned about the impact on GM if NAND related revenues are further pushed out, or if ultimately FORM ends up splitting the market with its main competitor, MJC (located in Japan).
- **We are keeping our estimates and rating unchanged because**

250

**we still believe in FORM's LT growth prospects.** However, we are a bit hesitant to become aggressive here following the 23% sell off in stock (since early September). We rather wait for incremental data points that could help us determine bookings and margin trends in the month of December.

### Figure 1: Guidance vs. FBR & Consensus Expectations

|  | DEC06E | | | Compares | | MAR07E | | |
|---|---|---|---|---|---|---|---|---|
|  | Est | Guidance | Consensus | SEP06A | DEC05A | Est | Guidance | Consensus |
| Revenue | $95 | $93M-$97M | $95 | $96.8 | $71.8 | $102 | N/A | $100 |
| % Y/Y | 32% |  |  | 55.1% | 55.7% | 25% |  |  |
| % Q/Q | -2% | Flat to -4% |  | 4.7% | 15.1% | 7% |  |  |
| GM | 53% |  |  | 53.2% | 49.0% | 53% |  |  |
| Op. Margin | 26% | 25%-26% |  | 25.5% | 19.3% | 25% |  |  |
| Tax Rate | 36% |  |  | 36% | 29% | 36% |  |  |
| Shares | 48.6 |  |  | 48.5 | 41.9 | 48.7 |  |  |
| Pro-Forma EPS | $ 0.39 | $0.38-$0.41 | $0.39 | $ 0.39 | $ 0.26 | $ 0.40 | N/A | $0.40 |
| GAAP EPS | $ 0.31 | $0.30-$0.33 | $ 0.31 | $ 0.31 | $ 0.25 | $ 0.34 | N/A | $ 0.34 |

*Source: Company reports, First Call, FBR Estiamtes*

## Risks

Risk factors include, but are not limited to: 1) a high concentration of DRAM customers, 2) competition finding a way to circumvent FormFactor's proprietary technology, 3) the company's inability to penetrate adjacent markets, 4) the upfront cost associated with FormFactor's probe card, which may become a prohibitive factor in signing up new customers, 5) the company's dependence on a small concentration of customers, 6) alternative technologies, which could impact the company's growth rate and/or pricing power, and 7) new manufacturing facility adds in California causing downward pressure on margins, especially if the company is unsuccessful in increasing the utilization rates of its new clean room facilities.

## Company Profile

Established in 1993, FormFactor (FORM) is engaged in the design, manufacture, sale, and support of precision, high-performance advanced semiconductor wafer probe cards used to test various dynamic random access memory (DRAM), static random access memory (SRAM), and flash memory chips, as well as serial data devices, chipsets, microprocessors, and microcontrollers by leading chip manufacturers worldwide. The company's products are based on its proprietary technology, including its MicroSpring interconnect technology and proprietary design and manufacturing processes, which enable FormFactor to produce wafer probe cards for leading-edge test applications that require reliability, speed, precision, and signal integrity. The company's headquarters, R&D, and manufacturing operations are based in Livermore, California. FormFactor is expected to ramp capacity at its new manufacturing facility in Livermore in CY06, helping it to increase its total capacity from the current $100 million per quarter to $125 million by 4Q07. The company has about 340 full-time employees, including 196 in operations, 74 in research and development, 45 in sales and marketing, and 26 in general and administrative functions.

**FRIEDMAN, BILLINGS, RAMSEY & CO., INC.**

**FormFactor**
($ in millions, except EPS)

| 4 Dec 06 | MAR05A | JUN05A | SEP05A | DEC05A | FY05 | MAR06A | JUN06A | SEP06A | DEC06E | FY06 | MAR07E | JUN07E | SEP07E | DEC07E | FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | 51.0 | 52.3 | 62.4 | 71.8 | **237.5** | 81.3 | 92.4 | 96.8 | 95.0 | **365.5** | 102.0 | 108.0 | 114.0 | 117.0 | **441.0** |
| % Change Y/Y | 37.3% | 21.3% | 21.4% | 55.7% | 33.6% | 59.6% | 76.6% | 55.1% | 32.3% | 53.9% | 25.4% | 16.8% | 17.8% | 23.2% | 20.7% |
| % Change Q/Q | 10.5% | 2.7% | 19.2% | 15.1% | | 13.2% | 13.7% | 4.7% | -1.8% | | 7.4% | 5.9% | 5.6% | 2.6% | |
| **TOTAL COGS** | 24.5 | 30.6 | 34.1 | 36.6 | **125.7** | 40.0 | 42.8 | 45.3 | 45.0 | **173.1** | 47.7 | 50.6 | 53.6 | 55.2 | **207.1** |
| **GROSS PROFIT** | 26.5 | 21.8 | 28.3 | 35.2 | **111.8** | 41.3 | 49.6 | 51.5 | 50.0 | **192.4** | 54.3 | 57.4 | 60.4 | 61.8 | **233.9** |
| % Total Revenue | 52.0% | 41.6% | 45.3% | 49.0% | 47.1% | 50.8% | 53.7% | 53.2% | 52.6% | 52.6% | 53.2% | 53.2% | 53.0% | 52.8% | 53.0% |
| **R&D** | 5.7 | 5.5 | 7.7 | 8.8 | **27.6** | 8.6 | 10.5 | 10.6 | 10.5 | **40.2** | 13.3 | 14.0 | 14.8 | 15.2 | **57.3** |
| % Total Revenue | 11.1% | 10.5% | 12.3% | 12.2% | 11.6% | 10.6% | 11.4% | 10.9% | 11.1% | 11.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| **SG&A** | 9.8 | 10.0 | 12.1 | 12.6 | **44.5** | 13.5 | 15.7 | 16.3 | 15.0 | **60.5** | 15.3 | 16.2 | 17.1 | 17.6 | **66.2** |
| % Total Revenue | 19.2% | 19.1% | 19.3% | 17.5% | 18.7% | 16.7% | 17.0% | 16.8% | 15.8% | 16.6% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| In-process R&D | | | | | | | | | | | | | | | |
| **OPERATING PROFIT** | 11.0 | 6.3 | 8.5 | 13.9 | **39.7** | 19.2 | 23.4 | 24.6 | 24.5 | **91.7** | 25.7 | 27.2 | 28.5 | 29.0 | **110.5** |
| % Total Revenue | 21.7% | 12.0% | 13.7% | 19.3% | 16.7% | 23.6% | 25.3% | 25.5% | 25.8% | 25.1% | 25.2% | 25.2% | 25.0% | 24.8% | 25.0% |
| % Change Y/Y | 35.2% | -42.6% | -34.5% | 69.9% | -1.4% | 73.5% | 274.1% | 188.8% | 76.9% | 131.1% | 34.4% | 16.2% | 15.6% | 18.5% | 20.4% |
| % Change Q/Q | 35.3% | -43.3% | 36.4% | 62.3% | | 38.3% | 22.2% | 5.3% | -0.6% | | 5.1% | 5.7% | 4.7% | 1.9% | |
| **OTHER** | 0.9 | 0.9 | 0.5 | 0.9 | **3.2** | 1.5 | 4.2 | 4.5 | 4.6 | **14.8** | 4.8 | 4.8 | 4.8 | 4.8 | **19.2** |
| **PRETAX PROFIT** | 11.9 | 7.1 | 9.0 | 14.8 | **42.9** | 20.6 | 27.6 | 29.2 | 29.1 | **106.6** | 30.5 | 32.0 | 33.3 | 33.8 | **129.7** |
| % Total Revenue | 23.4% | 13.6% | 14.5% | 20.6% | 18.1% | 25.4% | 29.9% | 30.2% | 30.6% | 29.2% | 29.9% | 29.6% | 29.2% | 28.9% | 29.4% |
| % Change Y/Y | 43.9% | -36.5% | -33.3% | 45.5% | -0.8% | 72.8% | 287.7% | 223.6% | 96.8% | 148.5% | 48.0% | 15.8% | 14.0% | 16.3% | 21.7% |
| % Change Q/Q | 17.5% | -40.3% | 26.6% | 63.9% | | 39.6% | 33.9% | 5.7% | -0.3% | | 4.9% | 4.8% | 4.0% | 1.7% | |
| **TAXES** | 4.2 | 2.1 | (0.8) | 4.3 | **9.8** | 7.4 | 9.5 | 10.4 | 10.3 | **37.6** | 10.8 | 11.4 | 11.8 | 12.0 | **46.0** |
| Tax rate | 35.0% | 29.7% | -8.4% | 29.1% | 23.0% | 35.9% | 34.6% | 35.5% | 35.5% | 35.3% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| OTHER AFTER TAX | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EXTRAORDINARY ITEMS | 3.0 | 3.1 | 2.5 | 0.6 | **9.1** | 2.5 | 2.8 | 3.8 | 3.8 | **12.8** | 3.3 | 3.4 | 3.3 | 3.4 | **13.4** |
| **NET INCOME - CONT OPS** | 7.8 | 8.1 | 9.8 | 11.0 | **36.7** | 13.2 | 18.1 | 18.8 | 18.8 | **68.9** | 19.7 | 20.6 | 21.5 | 21.8 | **83.6** |
| % Total Revenue | 15.2% | 15.4% | 15.7% | 15.4% | 15.4% | 16.3% | 19.6% | 19.5% | 19.8% | 18.9% | 19.3% | 19.1% | 18.8% | 18.7% | 19.0% |
| % Change Y/Y | 52.1% | 19.4% | 18.8% | 46.0% | 32.5% | 70.5% | 124.1% | 92.6% | 69.9% | 88.0% | 48.8% | 14.2% | 14.0% | 16.3% | 21.4% |
| % Change Q/Q | 2.6% | 3.9% | 21.2% | 13.0% | | 19.8% | 36.6% | 4.1% | -0.3% | | 4.9% | 4.8% | 4.0% | 1.7% | |
| **NET INCOME - TOTAL** | 4.8 | 5.0 | 7.3 | 10.5 | **27.5** | 10.7 | 15.3 | 15.0 | 15.0 | **56.1** | 16.4 | 17.2 | 18.1 | 18.4 | **70.2** |
| % Total Revenue | 9.3% | 9.6% | 11.7% | 14.6% | 11.6% | 13.2% | 16.5% | 15.5% | 15.8% | 15.3% | 16.1% | 15.9% | 15.9% | 15.7% | 15.9% |
| % Change Y/Y | -6.7% | -25.8% | -3.4% | 78.7% | 9.0% | 125.5% | 204.9% | 106.7% | 43.3% | 103.7% | 53.1% | 12.5% | 20.7% | 22.7% | 25.2% |
| % Change Q/Q | -18.8% | 5.3% | 45.1% | 44.1% | | 2.4% | 42.3% | -1.7% | -0.1% | | 9.5% | 4.6% | 5.5% | 1.5% | |
| **SHARES** | 41.4 | 41.5 | 41.8 | 41.9 | **41.6** | 43.5 | 48.2 | 48.5 | 48.6 | **47.2** | 48.7 | 48.8 | 48.9 | 49.0 | **48.8** |
| **EPS - PRO FORMA** | $ 0.19 | $ 0.19 | $ 0.23 | $ 0.26 | $ **0.88** | $ 0.30 | $ 0.38 | $ 0.39 | $ 0.39 | $ **1.46** | $ 0.40 | $ 0.42 | $ 0.44 | $ 0.45 | $ **1.71** |
| % Change Y/Y | 47.8% | 16.8% | 15.2% | 41.8% | 28.9% | 62.4% | 93.1% | 65.8% | 46.4% | 65.9% | 32.9% | 12.7% | 13.1% | 15.3% | 17.2% |
| % Change Q/Q | 0.8% | 3.7% | 20.4% | 12.7% | | 15.4% | 23.3% | 3.4% | -0.5% | | 4.7% | 4.6% | 3.8% | 1.5% | |
| **EPS - GAAP** | $ 0.12 | $ 0.12 | $ 0.17 | $ 0.25 | $ **0.66** | $ 0.25 | $ 0.32 | $ 0.31 | $ 0.31 | $ **1.19** | $ 0.34 | $ 0.35 | $ 0.37 | $ 0.38 | $ **1.44** |

Mehdi Hosseini
Sr. Vice President

Institutional Brokerage, Research and Investment Banking

Page 4
Proprietary to Friedman, Billings Ramsey and Co., Inc.

415-248-2931
mhosseini@fbr.com

253

**FRIEDMAN, BILLINGS, RAMSEY & CO., INC.**  FormFactor (USD$M)  Institutional Brokerage, Research and Investment Banking

| ($ Millions) | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06E | 1Q07E | 2Q07E | 3Q07E | 4Q07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income from Operations | 4.76 | 5.01 | 7.27 | 10.48 | 10.74 | 15.28 | 15.03 | 15.02 | 16.44 | 17.19 | 18.15 | 18.43 |
| Depreciation & Amortization | 3.50 | 4.00 | 4.40 | 5.00 | 5.80 | 5.70 | 5.60 | 5.50 | 8.00 | 8.00 | 8.00 | 8.00 |
| (Incr) Decr in Accounts Receivable | (3.59) | (4.70) | (2.12) | (8.50) | (5.98) | 5.06 | (9.21) | 8.29 | (2.26) | (2.83) | (2.83) | (1.41) |
| (Incr) Decr in Inventories | 0.88 | (2.42) | (1.65) | (3.99) | (2.69) | (2.96) | (2.26) | 3.41 | 0.55 | (1.32) | 1.18 | (0.59) |
| (Incr) Decr in Other Current Assets | 0.83 | 1.92 | (5.32) | (1.29) | (1.27) | (3.28) | (0.80) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Incr (Decr) in Current Liab. (Excl. debt) | (8.39) | 8.45 | 8.71 | 16.03 | 2.40 | 10.43 | (3.01) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| =Cash from Operations | (2.00) | 12.27 | 11.30 | 17.73 | 9.00 | 30.23 | 5.35 | 32.22 | 22.73 | 21.05 | 24.50 | 24.42 |
| **Operating Cash Margin** |  |  |  | 17% |  |  |  | 21% |  |  |  | 21% |
| (Incr) Decr in Other Non-Current Assets | (3.82) | (0.04) | 1.92 | 1.84 | 1.41 | 0.87 | (2.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital Spending (Net of sales) | (2.60) | (9.50) | (9.20) | (9.10) | (9.70) | (8.70) | (8.60) | (10.00) | (12.00) | (12.00) | (10.00) | (10.00) |
| =Cash from Investing | (6.42) | (9.54) | (7.28) | (7.26) | (8.29) | (7.83) | (10.85) | (10.00) | (12.00) | (12.00) | (10.00) | (10.00) |
| Incr (Decr) in Non-curr Liab. (Excl. debt) | (0.63) | (0.08) | 0.59 | 0.07 | 0.53 | (0.02) | 0.91 | (0.08) | 0.33 | 0.28 | 0.28 | 0.14 |
| Additional Debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Common Stock/Other Equity | 4.79 | 3.62 | 12.70 | 3.97 | 195.84 | 10.74 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) |
| =Cash from Financing | 4.17 | 3.54 | 13.29 | 4.04 | 196.37 | 10.72 | 25.91 | (0.08) | 0.33 | 0.28 | 0.28 | 0.14 |
| =Increase/(Decrease) in Cash | (4.26) | 6.27 | 17.31 | 14.52 | 197.07 | 33.13 | 20.41 | 22.14 | 11.06 | 9.33 | 14.78 | 14.56 |
| +Beginning Cash | 193.73 | 189.48 | 193.28 | 201.58 | 211.61 | 400.12 | 430.64 | 459.74 | 481.88 | 492.94 | 502.27 | 517.06 |
| +Adjustment | (2.46) | (9.01) | (4.49) | (8.56) | (2.61) | 8.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |
| =End Cash | 189.48 | 193.28 | 201.58 | 211.61 | 400.12 | 430.64 | 459.75 | 481.88 | 492.94 | 502.27 | 517.06 | 531.62 |

**FREE CASH FLOW**

| | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06E | 1Q07E | 2Q07E | 3Q07E | 4Q07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarterly | (4.60) | 2.77 | 2.10 | 8.63 | (0.70) | 21.53 | (3.25) | 22.22 | 10.73 | 9.05 | 14.50 | 14.42 |
| % Y/Y | -40% | -195% | -121% | -279% | -85% | 679% | -255% | 157% | -1629% | -58% | -547% | -35% |
| % Q/Q | -5% | -160% | -24% | 312% | -108% | -3167% | -115% | -784% | -52% | -16% | 60% | -1% |
| FY-End |  |  |  | $ 9 |  |  |  | $ 40 |  |  |  | $ 49 |
| % Y/Y |  |  |  | -64.9% |  |  |  | 347.8% |  |  |  | 22.4% |
| FCF Margin | -9% | 5% | 3% | 12% | -1% | 23% | -3% | 23% | 11% | 8% | 13% | 12% |
| YE-FCF Margin |  |  |  | 4% |  |  |  | 11% |  |  |  | 11% |

**ASSETS**

| | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06E | 1Q07E | 2Q07E | 3Q07E | 4Q07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & equivalents | 189.48 | 193.28 | 201.58 | 211.61 | 400.12 | 430.64 | 459.74 | 481.88 | 492.94 | 502.27 | 517.06 | 531.62 |
| Acounts receivable, net | 28.64 | 33.35 | 35.47 | 43.97 | 49.94 | 44.88 | 54.10 | 45.81 | 48.07 | 50.89 | 53.72 | 55.13 |
| Inventories, net | 10.35 | 12.77 | 14.42 | 18.40 | 21.10 | 24.06 | 26.32 | 22.90 | 22.36 | 23.67 | 22.49 | 23.08 |
| Other current assets | 13.88 | 11.96 | 17.28 | 18.57 | 19.83 | 23.11 | 23.91 | 23.91 | 23.91 | 23.91 | 23.91 | 23.91 |
| Total Current Assets | 242.35 | 251.35 | 268.74 | 292.54 | 491.00 | 522.70 | 564.06 | 574.50 | 587.27 | 600.75 | 617.17 | 633.74 |
| PPE | 63.71 | 67.85 | 75.38 | 81.59 | 84.73 | 88.59 | 87.40 | 91.90 | 95.90 | 99.90 | 101.90 | 103.90 |
| Other non-current assets | 3.50 | 3.47 | 5.39 | 7.23 | 8.64 | 9.51 | 7.26 | 7.26 | 7.26 | 7.26 | 7.26 | 7.26 |
| Total Assets | 309.57 | 322.67 | 349.51 | 381.36 | 584.36 | 620.79 | 658.73 | 673.66 | 690.43 | 707.91 | 726.34 | 744.90 |

**LIABILITIES & SHAREHOLDERS' EQUITY**

| | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06E | 1Q07E | 2Q07E | 3Q07E | 4Q07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Short term debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other current liabilities | 32.28 | 36.83 | 43.11 | 60.43 | 56.33 | 66.76 | 63.76 | 63.76 | 63.76 | 63.76 | 63.76 | 63.76 |
| Total Current Liabilities | 32.28 | 36.83 | 43.11 | 60.43 | 56.33 | 66.76 | 63.76 | 63.76 | 63.76 | 63.76 | 63.76 | 63.76 |
| Long term debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other non-current liabilities | 2.56 | 2.48 | 3.06 | 3.14 | 3.67 | 3.65 | 4.56 | 4.48 | 4.81 | 5.09 | 5.37 | 5.51 |
| Total Liabilities | 34.84 | 39.30 | 46.17 | 63.57 | 60.00 | 70.42 | 68.32 | 68.23 | 68.56 | 68.85 | 69.13 | 69.27 |
| Total Shareholders' Equity | 274.73 | 283.37 | 303.34 | 317.79 | 524.36 | 550.38 | 590.41 | 605.43 | 621.87 | 639.06 | 657.21 | 675.63 |
| Total Liabilities & Shareholders' Equity | 309.57 | 322.67 | 349.51 | 381.36 | 584.36 | 620.79 | 658.73 | 673.66 | 690.43 | 707.91 | 726.34 | 744.90 |

Mehdi Hosseini  Friedman, Billings Ramsey  415-248-2931  mhosseini@fbr.com  254
Sr. Vice President

*Closing price of last business day immediately prior to the date of this publication.

## IMPORTANT INFORMATION CONCERNING FRIEDMAN, BILLINGS, RAMSEY & CO., INC.

### Company Specific Disclosures

FBRC has received compensation for investment-banking services from the company during the past twelve months.:FORM
FBRC acts as a market maker for the company's securities.:FORM

For up-to-date company disclosures including price charts, please click on the following link or paste url in a web browser: www.fbrcorp.com/disclosures.asp .

### General Disclosures

**Information about the Research Analyst Responsible for this report:**

The primary analyst(s) covering the issuer(s), Mehdi Hosseini certifies(certify) that the views expressed herein accurately reflect the analyst's personal views as to the subject securities and issuers, and further certifies that no part of such analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in the report. The analyst(s) responsible for this research report has received and is eligible to receive compensation, including bonus compensation, based on Friedman, Billings, Ramsey & Co. Inc.'s ("FBRC") overall operating revenues, including revenues generated by FBRC's investment banking department.

**Information about our investment banking department:**

In the normal course of its business, FBRC seeks to perform investment banking and other services for various companies and to receive compensation in connection with such services. As such, investors should assume that FBRC intends to seek investment banking or other business relationships with the companies.

**Information about our recommendations, holdings and investment decisions:**

Our brokers and analysts may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in a research report. Such recommendations or investment decisions are based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, FBRC, its affiliated entities, and their respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities mentioned in this report.

**Information about our rating system:**

FBRC instituted the following three-tiered rating system on October 11, 2002 for securities it covers:
- Outperform — FBRC expects that the subject company will outperform similar companies within its industry over the next 12 to 18 months. We recommend that investors buy the securities at the current valuation.
- Market Perform — FBRC expects that the subject company will perform in line with similar companies within its industry. We recommend that investors maintain their current positions and add on weakness as the valuation or fundamentals become more favorable.
- Underperform — FBRC expects that the subject company will underperform similar companies within its industry. We recommend that investors reduce their positions until the valuation or fundamentals become more compelling.

A description of the five-tiered rating system used prior to October 11, 2002, can be found at http://www.fbrcorp.com/disclosurespre10702.asp.

| Rating | FBRC Research Distribution [1] | FBRC Banking Services in the past 12 months [1] |
|---|---|---|
| BUY [Outperform] | 47.80% | 14.18% |
| HOLD [Market Perform] | 47.63% | 7.12% |
| SELL [Underperform] | 4.58% | 0.00% |

(1) As of midnight on the business day immediately prior to the date of this publication.

Additional information on the securities mentioned in this report is available upon request. This report is based on data obtained from sources we believe to be reliable, but is not guaranteed as to accuracy and does not purport to be complete. This report should not be construed as advice designed to meet the particular investment needs of any investor, nor as an offer or solicitation to buy or sell the securities mentioned herein, and any opinions expressed herein are subject to change.These securities may be sold to or purchased from customers or others by FBRC acting as principal or agent. This publication has been issued and approved by FBRC under a compliance routine approved by Friedman, Billings, Ramsey, International Ltd., its U.K.FSA Regulated affiliate, for distribution to U.K. and European non-private clients.Commentary regarding the future direction of financial markets is illustrative and is not intended to predict actual results, which may differ substantially from the opinions expressed herein. References to "median," "consensus," "Street," etc., estimates of economic data refer to the median estimate of economists polled by Bloomberg L.P.If any hyperlink is inaccessible, call 800.846.5050 and ask for Editorial.

Copyright 2006 Friedman, Billings, Ramsey & Co., Inc.

