Exhibit 20

146 of 244 DOCUMENTS

Copyright 2007 Business Wire, Inc.
Business Wire

**January** 29, 2007 Monday 9:30 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH: 1046** words

**HEADLINE:** FormFactor Unveils Harmony XP(TM) Wafer Probe Card, the Industry's First Two-Touchdown 300-mm DRAM Wafer Probe Solution;
New Probe Card Platform Designed to Address Advanced Technology Requirements and Lower Overall Cost of Test for High-Performance, High-Density DRAM

**DATELINE:** LIVERMORE, Calif.

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today expanded its Harmony(TM) portfolio of full-area 300-mm wafer probe cards with the introduction of its Harmony XP probe card-an advanced wafer probing solution for high-density mobile, commodity and graphics DRAM devices that enables the lowest overall test cost per die. The Harmony XP probe card is specifically designed to address the demanding technical challenges of these devices, enabling DRAM manufacturers' roadmap requirements for higher pin counts, reduced pad and pitch sizes, higher frequency and higher parallelism testing.

Designed to optimally leverage the resources of the most advanced testers (x384 and higher die under test, or DUT) to achieve the highest levels of parallelism, the Harmony XP probe card can enable testing of 300-mm 1GB DRAM wafers in as few as two touchdowns.

"To meet the new era of full 300-mm wafer testing, our customers need wafer probe solutions that simultaneously support device scaling, improve touchdown efficiency and tackle test cell utilization from a total system approach," stated Igor Khandros, FormFactor's chief executive officer. "Harmony is the platform to take our customers to their most advanced test requirements through future innovation and development, and provides a clear path to one touchdown 300-mm DRAM testing at the lowest total cost of ownership."

To enable high-parallelism testing, the Harmony XP wafer probe card incorporates FormFactor's production-proven MicroSpringÂ®technology. The card's innovative spring design allows Harmony XP probe cards to accommodate more than 50,000 MicroSpring contacts, making it ideal for testing high-density mobile DRAM and graphic devices. FormFactor MicroSpring probes provide low contact resistance for optimum electrical performance, and require minimal cleaning for increased probe card availability and higher test cell uptime.

To facilitate the migration by DRAM manufacturers to sub-65-nm design rules, as well as meet their associated lower power and tighter electrical performance requirements, the Harmony XP architecture will enable pad pitches as small as 60 microns and pad sizes as small as 55 microns, with optimal signal integrity. In addition, the Harmony XP solution has an aggressive roadmap for further size reductions. As an option, Harmony XP probe cards can support test frequencies up to 300 MHz, which is key to reducing test time as well as enabling known good die (KGD) applications-where high-frequency testing is critical.

Reducing the number of touchdowns that a probe card makes to test all devices on a wafer has historically led to dramatic reductions in the overall cost of test for DRAM. While this is integral to lowering test costs, the transition to full 300-mm wafer testing is also driving up the need to maximize test cell uptime. Like FormFactor's Harmony One-Touch(TM) probe solution for Flash memory, the Harmony XP solution includes advanced planarization features, which are critical to achieving the roadmap requirements for advanced DRAM testing. The Harmony XP's total system

FormFactor Unveils Harmony XP(TM) Wafer Probe Card, the Industry's First Two-Touchdown 300-mm DRAM Wafer Probe Solution; New Probe Card Platform Designed to Address Advanced Technology Requiremen

approach also provides tilt adjustment of the probe card reducing probe card setup time for increased test cell productivity.

"Since its launch last year, our Harmony OneTouch solution has helped lower overall test costs for Flash manufacturers," said Khandros. "Now, we're bringing the same benefits associated with our Harmony system-level approach to advanced 300-mm DRAM manufacturing."

FormFactor is now taking Harmony XP probe card orders.

**Forward-Looking Statements**

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding the performance of our products. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to, the company's ability to optimize 300-mm high-density DRAM wafer testing with its Harmony XP wafer test solution; to deliver to customers high uptime and high productivity wafer probe solutions, to simultaneously support device scaling, improve touchdown efficiency and tackle test cell utilization from a total system approach, and to help its customers to lower their overall cost of test; to develop and deliver innovative technologies for its customers; and to drive its product development pipeline and support multiple growth drivers in its customers' businesses. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal year ended December 31, 2005 and the company's subsequent 10-Q and 8-K filings, which the company files with the Securities and Exchange Commission ("SEC"). Copies of the company's SEC filings are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

**About FormFactor**

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's web site at www.formfactor.com.

FormFactor, Harmony XP, Harmony, MicroSpring and Harmony OneTouch are trademarks or registered trademarks of FormFactor, Inc.

CONTACT: FormFactor, Inc.
David Viera, 925-290-4681 (Trade Press)
Director of Corporate Communications
dviera@formfactor.com
Investor Relations, 925-290-4949
ir@formfactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** January 30, 2007