Exhibit 22

139 of 244 DOCUMENTS

Copyright 2007 Business Wire, Inc.
Business Wire

**January** 31, 2007 Wednesday 9:05 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH: 733** words

**HEADLINE:** FormFactor Receives Multi-million-dollar Order from Hynix for Harmony OneTouch(TM) Flash Memory Wafer Probe Cards

**DATELINE:** LIVERMORE, Calif.

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today announced that Hynix Semiconductor Inc. has placed a multi-million-dollar order for FormFactor's Harmony OneTouch probe cards for Flash memory production. The probe cards, which will be shipped to Hynix starting in the first quarter of 2007, will be used in the testing of Hynix's latest-generation 60-nm NAND Flash wafers. According to Hynix, FormFactor was chosen from among several probe card suppliers for this volume order due to the high quality, performance and reliability of its advanced wafer probe card solutions.

"With consumer applications driving much of today's demand for Flash memory, it is all the more important that we are able to cost-effectively manufacture and test large volumes of high-yielding Flash devices, and quickly bring them to market," stated Sung Wook Park, senior vice president, Research and Development Division at Hynix. "FormFactor has been a valued supplier in providing high-quality wafer probe cards and dedicated support to help enable testing of our leading-edge DRAM wafers. We look forward to leveraging their new Harmony OneTouch technology and working with them to achieve similar results for Flash memory."

"Our Harmony OneTouch Flash solution is engineered from the ground up to address the unique challenges associated with one-touchdown Flash wafer probing. It is designed with a focus on high availability, ease of service and short lead times to facilitate the shortest time-to-market and lowest total cost of test for our customers," stated FormFactor CEO, Igor Khandros. "We are pleased that Hynix has chosen to work with us in testing their newest generation of Flash memory products, and we believe that our Harmony OneTouch solution will help Hynix to achieve higher test uptime and productivity, as well as improved yields."

**Forward-Looking Statements**

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding the performance of our products. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to, the company's ability to optimize 60-nm NAND Flash wafer testing with its Harmony OneTouch solution; to deliver to its customers high uptime and high productivity wafer probe solutions that provide improved yields; and to help its customers to lower their overall cost of test. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal year ended December 31, 2005 and the company's subsequent 10-Q and 8-K filings, which the company files with the Securities and Exchange Commission ("SEC"). Copies of the company's SEC filings are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

**About FormFactor**

FormFactor Receives Multi-million-dollar Order from Hynix for Harmony OneTouch(TM) Flash Memory Wafer Probe
Cards Business Wire January 31, 2007 Wednesday 9:05 PM GMT

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is head-quartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's web site at www.formfactor.com.

FormFactor, Harmony and Harmony OneTouch are trademarks or registered trademarks of FormFactor, Inc. All other company names, trademarks or service names mentioned in this press release are the property of their respective owners.

CONTACT: FormFactor, Inc.
David Viera, 925-290-4681 (Trade Press)
Director of Corporate Communications
dviera@formfactor.com
Investor Relations, 925-290-4949
ir@formfactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** February 1, 2007