Exhibit 26

102 of 244 DOCUMENTS

Copyright 2007 Business Wire, Inc.
Business Wire

**April** 25, 2007 Wednesday 8:05 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH: 1064** words

**HEADLINE:** FormFactor Announces First Quarter 2007 Financial Results; Record Quarterly Revenues of $102.3 Million, Up 26% Year Over Year

**DATELINE:** LIVERMORE, Calif

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the first quarter of fiscal 2007. Quarterly revenues were a record $102.3 million, up 26% from $81.3 million in the first quarter of fiscal 2006, and up 4% from $98.7 million in the fourth quarter of fiscal 2006.

Net income for the first quarter of fiscal 2007 was $14.8 million or $0.30 per share on a fully diluted basis, which included $5.2 million or $0.11 per share of stock-based compensation expense, net of tax. This compares to $18.9 million or $0.39 per share on a fully diluted basis for the fourth quarter of fiscal 2006, which included $4.8 million or $0.10 per share of stock-based compensation expense, net of tax. Net income for the first quarter of fiscal 2006 was $10.8 million or $0.25 per share on a fully diluted basis, which included $2.8 million or $0.06 per share of stock-based compensation expense, net of tax.

"We had yet another record quarter, as our customers are accelerating their transition to new technology nodes. This trend and our business momentum reaffirm FormFactor's opportunities in 2007 and beyond," said Igor Khandros, CEO of FormFactor.

The company has posted its revenue breakdown by region and market segment on the Investors section of its website at www.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PDT, or 4:30 p.m. EDT, today. The public is invited to listen to a live webcast of FormFactor's conference call on the Investors section of the company's website at www.formfactor.com. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available through April 27, 2007 at 9:00 p.m. PDT and can be accessed by dialing (888) 286-8010 (domestic) or (617) 801-6888 (international) and entering confirmation code 40225130.

**About FormFactor:**

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's website at www.formfactor.com.

FormFactor and the FormFactor logo are registered trademarks of FormFactor, Inc.

**Forward-Looking Statement:**

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, demand for our products and future growth. These forward-looking statements are based on current information and expectations that are inher-

FormFactor Announces First Quarter 2007 Financial Results; Record Quarterly Revenues of $102.3 Million, Up 26% Year Over Year Business Wire April 25, 2007 Wednesday 8:05 PM GMT

ently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the rate at which semiconductor manufacturers implement manufacturing capability changes and make the transition to smaller nanometer technology nodes; the company's ability to execute on its global manufacturing roadmap; the company's ability to develop and deliver innovative technologies; and the company's ability to implement and execute processes and structures for increasing productivity and supporting growth. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal period ended December 30, 2006 filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the company's SEC filings are available at http://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

FORMFACTOR, INC.
CONSOLIDATED STATEMENTS OF INCOME
(in thousands, except per share data)
(Unaudited)

|  | Three Months Ended | |
|---|---|---|
|  | March 31, 2007 | April 1, 2006 |
| Revenues | $ 102,271 | $ 81,330 |
| Cost of revenues | 48,567 | 40,500 |
| Gross margin | 53,704 | 40,830 |
| Operating expenses: | | |
| Research and development | 14,102 | 9,776 |
| Selling, general and administrative | 22,928 | 15,748 |
| Total operating expenses | 37,030 | 25,524 |
| Operating income | 16,674 | 15,306 |
| Interest income | 5,444 | 1,822 |
| Other income (expense), net | (119) | (341) |
|  | 5,325 | 1,481 |
| Income before income taxes | 21,999 | 16,787 |
| Provision for income taxes | 7,167 | 6,019 |
| Net income | $ 14,832 | $ 10,768 |
| Net income per share: | | |
| Basic | $ 0.31 | $ 0.26 |
| Diluted | $ 0.30 | $ 0.25 |
| Weighted-average number of shares used in per share calculations: | | |
| Basic | 47,384 | 41,593 |
| Diluted | 49,060 | 43,473 |

FORMFACTOR, INC.
CONSOLIDATED BALANCE SHEETS
(in thousands, except per share data)
(Unaudited)

|  | March 31, 2007 | December 30, 2006 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |
| Cash and cash equivalents | $ 277,782 | $ 284,131 |
| Marketable securities | 227,782 | 208,263 |
| Accounts receivable, net | 73,280 | 54,571 |
| Inventories | 27,463 | 24,778 |
| Deferred tax assets | 12,500 | 12,500 |

FormFactor Announces First Quarter 2007 Financial Results; Record Quarterly Revenues of $102.3 Million, Up 26% Year Over Year Business Wire April 25, 2007 Wednesday 8:05 PM GMT

| | | | | |
|---|---|---|---|---|
| Prepaid expenses and other current assets | | 12,360 | | 12,138 |
| Total current assets | | 631,167 | | 596,381 |
| Restricted cash | | 2,250 | | 2,250 |
| Property and equipment, net | | 103,767 | | 94,064 |
| Deferred tax assets | | 5,660 | | 4,689 |
| Other assets | | 1,478 | | 945 |
| Total assets | $ | 744,322 | $ | 698,329 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 38,162 | $ | 31,273 |
| Accrued liabilities | | 19,379 | | 28,334 |
| Income tax payable | | 279 | | 8,264 |
| Deferred rent | | 447 | | 448 |
| Deferred revenue and customer advances | | 8,485 | | 7,273 |
| Total current liabilities | | 66,752 | | 75,592 |
| Long term tax payable | | 9,780 | | - |
| Deferred rent and other long term liabilities | | 5,176 | | 5,125 |
| Total liabilities | | 81,708 | | 80,717 |
| Stockholders' equity | | | | |
| Common stock, $0.001 par value | | 48 | | 47 |
| Additional paid in capital | | 534,778 | | 504,709 |
| Accumulated other comprehensive loss | | (144) | | (244) |
| Retained earnings | | 127,932 | | 113,100 |
| Total stockholders' equity | | 662,614 | | 617,612 |
| Total liabilities and stockholders' equity | $ | 744,322 | $ | 698,329 |

CONTACT: FormFactor, Inc.
Ron Foster, 925-290-4024 (Chief Financial Officer)
Brooke Deterline, 925-290-4949 (Investor Relations)
Annie Leschin, 925-290-4949 (Investor Relations)
IR@FormFactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** April 26, 2007