Exhibit 29

83 of 244 DOCUMENTS

Copyright 2007 Business Wire, Inc.
Business Wire

**July** 25, 2007 Wednesday 8:01 PM GMT

**DISTRIBUTION:** Business Editors

**LENGTH: 1146** words

**HEADLINE:** FormFactor, Inc. Announces Second Quarter 2007 Financial Results;
Record Quarterly Revenues of $114.1 Million, up 24% Year over Year

**DATELINE:** LIVERMORE, Calif.

**BODY:**

FormFactor, Inc. (Nasdaq:FORM) today announced its financial results for the second quarter of fiscal year 2007, ended June 30, 2007. Quarterly revenues were a record $114.1 million, up 12% from $102.3 million in the first quarter of fiscal 2007, and up 24% from $92.4 million in the second quarter of fiscal 2006.

Net income for the second quarter of fiscal 2007 was $18.6 million or $0.38 per share on a fully diluted basis, which included $4.2 million or $0.08 per share of stock-based compensation, net of tax. This compares to $14.8 million or $0.30 per share on a fully diluted basis for the first quarter of fiscal 2007, which included $5.2 million or $0.11 per share of stock-based compensation, net of tax. Net income for the second quarter of fiscal 2006 was $15.3 million or $0.32 per share on a fully diluted basis, which included $3.1 million or $0.06 per share of stock-based compensation, net of tax.

"FormFactor had another outstanding quarter - setting revenue, bookings, and operating income records. Our 24% year over year growth was fueled by the particular strength of DRAM, as well as healthy NOR Flash and Logic segments. We continued to focus on the development and qualification of new products in Flash, DRAM and Fine Pitch logic to expand our offerings in multiple applications and innovate to lead the market to the next generation of testing technology," said Igor Khandros, CEO of FormFactor.

The company has posted its revenue breakdown by region and market segment on the Investors section of its website atwww.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PDT, or 4:30 p.m. EDT, today. The public is invited to listen to a live web cast of FormFactor's conference call on the Investors section of the company's website atwww.formfactor.com. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available until July 27, 2007 at 6:30 p.m. PDT and can be accessed by dialing (888) 286-8010 (domestic) or (617) 801-6888 (international) and entering confirmation code 26540387.

**About FormFactor:**

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's website atwww.formfactor.com.

FormFactor and the FormFactor logo are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

**Forward-Looking Statements:**

FormFactor, Inc. Announces Second Quarter 2007 Financial Results; Record Quarterly Revenues of $114.1 Million, up 24% Year over Year Business Wire July 25, 2007 Wednesday 8:01 PM GMT

   Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding product development and future growth. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: the demand for certain semiconductor devices; the company's ability to successfully develop and qualify new products in Flash, DRAM and Fine Pitch logic to expand its offerings in multiple applications; and the company's continuing ability to innovate and develop and deliver the next generation of testing technology. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K for the fiscal period ended December 30, 2006 and the company's Form 10-Q for the quarterly period ended March 31, 2007, filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the company's SEC filings are available athttp://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

FORMFACTOR, INC.
CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data) (Unaudited)

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | June 30, 2007 | July 1, 2006 | June 30, 2007 | July 1, 2006 |
| Revenues | $ 114,124 | $ 92,433 | $ 216,395 | $ 173,763 |
| Cost of revenues | 53,663 | 43,707 | 102,230 | 84,207 |
| Gross margin | 60,461 | 48,726 | 114,165 | 89,556 |
| Operating expenses: | | | | |
| Research and development | 14,384 | 11,627 | 28,485 | 21,403 |
| Selling, general and administrative | 23,056 | 17,965 | 45,984 | 33,713 |
| Total operating expenses | 37,440 | 29,592 | 74,469 | 55,116 |
| Operating income | 23,021 | 19,134 | 39,696 | 34,440 |
| Interest income | 5,557 | 3,889 | 11,001 | 5,711 |
| Other income (expense), net | (61 ) | 327 | (181 ) | (14 ) |
|  | 5,496 | 4,216 | 10,820 | 5,697 |
| Income before income taxes | 28,517 | 23,350 | 50,516 | 40,137 |
| Provision for income taxes | 9,867 | 8,069 | 17,034 | 14,088 |
| Net income | $ 18,650 | $ 15,281 | $ 33,482 | $ 26,049 |
| Net income per share: | | | | |
| Basic | $ 0.39 | $ 0.33 | $ 0.70 | $ 0.60 |
| Diluted | $ 0.38 | $ 0.32 | $ 0.68 | $ 0.57 |

FormFactor, Inc. Announces Second Quarter 2007 Financial Results; Record Quarterly Revenues of $114.1 Million, up 24% Year over Year Business Wire July 25, 2007 Wednesday 8:01 PM GMT

Weighted-average number of shares used in per share calculations:

| | | | | |
|---|---|---|---|---|
| Basic | 47,893 | 45,920 | 47,639 | 43,730 |
| Diluted | 49,516 | 48,165 | 49,289 | 45,792 |

FORMFACTOR, INC.
CONSOLIDATED BALANCE SHEETS
(In thousands, except per share data)
(Unaudited)

| | June 30, 2007 | | December 30, 2006 | |
|---|---|---|---|---|
| ASSETS | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 286,610 | $ | 284,131 |
| Marketable securities | | 239,588 | | 208,263 |
| Accounts receivable, net | | 78,575 | | 54,571 |
| Inventories | | 32,004 | | 24,778 |
| Deferred tax assets | | 12,569 | | 12,500 |
| Prepaid expenses and other current assets | | 14,319 | | 12,138 |
| Total current assets | | 663,665 | | 596,381 |
| Restricted cash | | 2,250 | | 2,250 |
| Property and equipment, net | | 112,352 | | 94,064 |
| Deferred tax assets | | 6,913 | | 4,689 |
| Other assets | | 1,612 | | 945 |
| Total assets | $ | 786,792 | $ | 698,329 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 39,055 | $ | 31,273 |
| Accrued liabilities | | 27,498 | | 28,334 |
| Income tax payable | | 5,316 | | 8,264 |
| Deferred rent | | 447 | | 448 |
| Deferred revenue and customer advances | | 6,371 | | 7,273 |
| Total current liabilities | | 78,687 | | 75,592 |
| Long term tax payable | | 11,239 | | - |
| Deferred rent and other long term liabilities | | 5,435 | | 5,125 |
| Total liabilities | | 95,361 | | 80,717 |
| Stockholders' equity: | | | | |
| Common stock, $0.001 par value | | 48 | | 47 |
| Additional paid in capital | | 545,545 | | 504,709 |
| Accumulated other comprehensive loss | | (744 ) | | (244 ) |
| Retained earnings | | 146,582 | | 113,100 |
| Total stockholders' equity | | 691,431 | | 617,612 |
| Total liabilities and stockholders' equity | $ | 786,792 | $ | 698,329 |

FormFactor, Inc. Announces Second Quarter 2007 Financial Results; Record Quarterly Revenues of $114.1 Million, up 24% Year over Year Business Wire July 25, 2007 Wednesday 8:01 PM GMT

CONTACT: FormFactor, Inc.
Ron C. Foster, 925-290-4024
Chief Financial Officer
Brooke Deterline or Annie Leschin, 925-290-4949
Investor Relations
IR@FormFactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** July 26, 2007