Exhibit 37

Thomas Weisel Partners
EQUITY RESEARCH

December 7, 2007

# FORMFACTOR, INC.
## Japan Checks Suggest Increased Risk To 2008 Revenue And Margin Outlook

FORM (12/06/07): $38.87
OVERWEIGHT
Company Update

**TECHNOLOGY**
Semiconductor Capital Equipment
NEUTRAL

Douglas G. Reid, CFA
212.271.3841
dreid@tweisel.com

Nehal Chokshi
212.271.3653
nchokshi@tweisel.com

| Key Data | | FY | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|
| 52-Week Range: | $33-$48 | **EPS** | | | |
| Market Cap. (mn): | $1,933.0 | Q1 | $0.25A | $0.31A | $0.39E |
| Shares Out. (mn): | 49.7 | Q2 | $0.32A | $0.43A | $0.39E |
| Avg. Daily Vol.: | 880,050 | Q3 | $0.33A | $0.45A | $0.40E |
| Fiscal Year-End: | 31-Dec | Q4 | $0.39A | $0.39E | $0.42E |
| Dividend (Ind. Annual): | NA | **Year** | **$1.28A** | **$1.57E** | **$1.60E** |
| Yield: | NA | **P/E** | **30.26x** | **24.75x** | **24.26x** |
| Debt/Total Capital: | NM | **Rev. (mn)** | | | |
| Price/TTM Sales: | 4.4x | Q1 | $81.3A | $102.3A | $129.4E |
| Net Cash/Share: | $10.85 | Q2 | $92.4A | $114.1A | $133.2E |
| Book Value/Share: | $14.78 | Q3 | $96.8A | $125.3A | $138.6E |
| Price/Book Value: | 2.6x | Q4 | $98.7A | $125.6E | $144.1E |
| 3-5 Year EPS Growth: | 27% | **Year** | **$369.2A** | **$467.3E** | **$545.3E** |
| Price Target: | $43.00 | **TEV/Sales** | **3.8x** | **3.0x** | **2.6x** |

Note: Price is as of the close on the date indicated. Any price target displayed in the data box above represents either a specific price target or the midpoint of a range.
EPS exclude extras, but include options.

**FORM Index Weighting**
Russell 2000:   0.121%
Russell 3000:   0.011%

### Executive Summary

**FORM could face increased margin pressure, our checks indicate.** Checks at SEMICON Japan leave us incrementally more cautious on the long-term growth outlook for FORM. While we are maintaining our below-consensus CY08 EPS estimate of $1.60 (versus Street: $1.70), we believe downside risk to our estimates may result from disappointment in gross margin. Following the 18% decline in FORM shares since September 19, 2007 (versus 2% decline in NASDAQ 100), we believe FORM shares have excessively discounted the risk of a material erosion in FORM's dominant competitive position and long-term growth outlook. We continue to believe FORM can deliver a 5-year EPS CAGR of 27%, despite near-term weakness at key customer Elpida and potential competitive headwinds.

**Still early, but new Advantest probe card adds to longer-term competitive threat to FORM, in our view.** Checks at SEMICON Japan indicate that Advantest has a MEMS-based advanced probe card under evaluation at Elpida, FORM's top customer (27% of 3Q07 revenue). Advantest currently expects to begin shipments of the card in the April-May 2008 timeframe. The sample product on display at SEMICON Japan is capable of 256 devices under test (DUT) and is manufactured to a 70 micron pitch, a comparable spec to offerings from FORM, MJC, and Phicom currently used in DRAM production. We believe MJC is now developing cards for 60 and 65 micron, that Phicom has 65 micron capability, and that Advantest would only be 6 months behind in leading-edge product development. Advantest plans to price the card at a 20% discount to FORM.

Please see analyst certification and other important disclosures starting on page 4 and continuing through page 6.

Thomas Weisel Partners does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Customers of Thomas Weisel Partners in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.tweisel.com or can call (877) 921-3900 to request a copy of this research. Investors should consider this report as only a single factor in making their investment decision.

**Risk of slower Elpida transition to 65nm increases, suggesting incremental risk to FORM's 2008 outlook.** In our meeting with Elpida, we confirmed that cash constraints at Elpida had led management to contemplate a substantially slower transition from 70nm to 65nm in 2008. While transition timing remains uncertain, a slower transition to 65nm at Elpida's Hiroshima facility would reduce probe card demand at FORM. Recall that Elpida's CEO has in recent days indicated that overall 2008 capex would decrease. We estimate Elpida will reduce capex at its Hiroshima facility from approximately $1.45bn in 2007 to $360mn ( a decrease of 75% y/y) in 2008. We believe Elpida conducts wafer-level testing at Teraprobe (a JV with Advantest, Kingston, and Powertech) at facilities located at the Hiroshima site. While Elpida and Powerchip previously targeted Rexchip (their JV) capacity of 100k wafer starts per month by December 2008, we believe current targets are only 70K. As we believe Powerchip is also a FORM customer, we view increased risk of a slower Elpida transition to 65nm and a reduced capacity ramp as an incremental negative for FORM. The FORM business we do expect Elpida to deliver relates to the ongoing DDR2 transition from 512Mb to 1Gb at Elpida's Hiroshima. Rexchip is already 100% 1Gb DDR2, we believe.

**Key competitor MJC accuses FORM of aggressive cutting.** In contrast to prior meetings we've had with MJC during 2007, management of the company claims that FORM (1) has recently initiated "aggressive" price cutting and (2) continues to add service support to key accounts (including Elpida), giving MJC management increased confidence that existing FORM customer relationships have become more fragile. MJC, which we estimate held a 7-10% market share in advanced DRAM probe cards in 3Q07 (versus 75% for FORM), claims to be capacity constrained (due to probe assembly equipment constraints and shortage of design engineers) but on track to increase total DRAM probe card capacity by 200% y/y in 2007 (for fiscal year ending March 2008) and by 67% in 2008. We believe MJC has advanced DRAM cards in production at 3-4 customers.

**Valuation: Attractive, in our view:** FORM shares currently trade at 24.5x our CY08 EPS estimate compared to the semi cap median of 15.9x.  Our 12-month price target of $43 is based on a 27x multiple on our CY08 EPS estimate of $1.60. Our 27x multiple compares to our estimated five-year earnings CAGR of 27% for FORM based on the company's lead in KGD, coupled with opportunities in SoC test and parametric test.

**Company Description:** *FormFactor, Inc. is engaged in the design, development, manufacture, sale and support of precision, high-performance, advanced semiconductor wafer probe cards. The company's wafer probing solutions are driving wafer-level economies of scale in semiconductor test, delivering the advanced performance and efficiency needed to accommodate more complex, higher-pin-count, finer-pitch, higher-density devices.*

**FORMFACTOR, INC. (FORM)**                                                                Company Update

## FormFactor (FORM) - Earnings Model

($ in millions, except per share amounts)

| ($ in millions, except per share amounts) | FY03 | FY04 | FY05 | FY06 | Q1 | Q2 | Q3 | Q4E | FY07E | Q1E | Q2E | Q3E | Q4E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | **$98.3** | **$177.8** | **$237.5** | **$369.2** | **$102.3** | **$114.1** | **$125.3** | **$125.6** | **$467.3** | **$129.4** | **$133.2** | **$138.6** | **$144.1** | **$545.3** |
| Growth - q / q % | NA | NA | NA | NA | 3.6% | 11.6% | 9.8% | 0.2% | NA | 3.0% | 3.0% | 4.0% | 4.0% | NA |
| Growth - y / y % | 24.9% | 80.8% | 33.6% | 55.5% | 25.7% | 23.5% | 29.5% | 27.3% | 26.6% | 26.5% | 16.8% | 10.6% | 14.7% | 16.7% |
| **Cost of goods sold** | **50.5** | **90.8** | **130.1** | **178.4** | **48.0** | **50.0** | **58.6** | **61.0** | **217.6** | **63.0** | **65.0** | **67.7** | **70.6** | **266.3** |
| % of Revenue | 51.4% | 51.1% | 54.8% | 48.3% | 46.9% | 43.8% | 46.8% | 48.6% | 46.6% | 48.7% | 48.8% | 48.9% | 49.0% | 48.8% |
| **Gross profit** | **47.8** | **87.0** | **107.4** | **190.8** | **54.3** | **64.1** | **66.7** | **64.6** | **249.7** | **66.4** | **68.3** | **70.8** | **73.5** | **279.0** |
| % of Revenue | 48.6% | 48.9% | 45.2% | 51.7% | 53.1% | 56.2% | 53.2% | 51.4% | 53.4% | 51.3% | 51.2% | 51.1% | 51.0% | 51.2% |
| Incremental GM - q/q %, y/y% | 45.7% | 49.4% | 34.2% | 63.3% | 87.4% | 83.1% | 22.9% | (673.8%) | 60.0% | 48.0% | 48.0% | 48.0% | 48.0% | 37.6% |
| **R & D** | **15.6** | **19.8** | **27.6** | **46.6** | **14.1** | **14.4** | **16.2** | **16.5** | **61.2** | **16.0** | **17.0** | **18.0** | **18.3** | **69.3** |
| % of Revenue | 15.8% | 11.1% | 11.6% | 12.6% | 13.8% | 12.6% | 12.9% | 13.1% | 13.1% | 12.4% | 12.8% | 13.0% | 12.7% | 12.7% |
| Growth - q / q % | NA | NA | NA | NA | 6.7% | 2.0% | 12.8% | 1.7% | NA | (3.0%) | 6.3% | 5.9% | 1.7% | NA |
| **S, G & A** | **21.6** | **30.7** | **43.1** | **71.5** | **22.9** | **23.1** | **23.4** | **25.2** | **94.5** | **26.7** | **27.7** | **28.4** | **29.1** | **111.9** |
| % of Revenue | 22.0% | 17.3% | 18.1% | 19.4% | 22.4% | 20.2% | 18.6% | 20.1% | 20.2% | 20.6% | 20.8% | 20.5% | 20.2% | 20.5% |
| Growth - q / q % | NA | NA | NA | NA | 23.9% | 0.6% | 1.3% | 7.9% | NA | 6.0% | 3.7% | 2.5% | 2.5% | NA |
| **Operating expenses** | **37.2** | **50.5** | **70.7** | **118.1** | **37.0** | **37.4** | **39.6** | **41.7** | **155.8** | **42.7** | **44.7** | **46.4** | **47.4** | **181.2** |
| % of Revenue | 37.8% | 28.4% | 29.8% | 32.0% | 36.2% | 32.8% | 31.6% | 33.2% | 33.3% | 33.0% | 33.5% | 33.5% | 32.9% | 33.2% |
| **Operating income (GAAP, excl. 1x items)** | **10.6** | **36.5** | **36.7** | **72.7** | **17.3** | **26.7** | **27.1** | **22.9** | **93.9** | **23.7** | **23.6** | **24.4** | **26.1** | **97.8** |
| Growth - q / q % | NA | NA | NA | NA | (11.3%) | 54.7% | 1.5% | (15.5%) | NA | 3.5% | (0.6%) | 3.6% | 6.8% | NA |
| % of Revenue | 10.8% | 20.5% | 15.5% | 19.7% | 16.9% | 23.4% | 21.6% | 18.2% | 20.1% | 18.3% | 17.7% | 17.6% | 18.1% | 17.9% |
| **Operating income (excl. 1x items & FAS 123R)** | **10.6** | **36.5** | **36.7** | **93.9** | **24.9** | **33.1** | **32.1** | **29.2** | **119.3** | **30.8** | **30.9** | **32.1** | **34.0** | **127.8** |
| % of Revenue | 10.8% | 20.5% | 15.5% | 25.4% | 24.4% | 29.0% | 25.6% | 23.2% | 25.5% | 23.8% | 23.2% | 23.1% | 23.6% | 23.4% |
| Interest & other (expense) | 1.6 | 3.0 | 3.2 | 15.4 | 5.3 | 5.5 | 6.2 | 6.0 | 23.0 | 6.2 | 6.4 | 6.6 | 6.8 | 26.0 |
| **Profit before taxes (GAAP excl. 1x items)** | **12.2** | **39.4** | **39.9** | **88.1** | **22.6** | **32.2** | **33.3** | **28.9** | **116.9** | **29.9** | **30.0** | **31.0** | **32.9** | **123.8** |
| % of Revenue | 12.4% | 22.2% | 16.8% | 23.9% | 22.1% | 28.2% | 26.6% | 23.0% | 25.0% | 23.1% | 22.5% | 22.4% | 22.8% | 22.7% |
| **Taxes** | **4.6** | **14.1** | **12.2** | **27.4** | **7.4** | **11.1** | **11.1** | **9.6** | **39.1** | **10.5** | **10.5** | **10.9** | **11.5** | **43.3** |
| % - Tax rate | 38.2% | 35.9% | 30.6% | 31.1% | 32.6% | 34.5% | 33.2% | 33.2% | 33.5% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| **Net income before extras** | **7.5** | **25.3** | **27.7** | **60.6** | **15.2** | **21.1** | **22.2** | **19.3** | **77.8** | **19.4** | **19.5** | **20.2** | **21.4** | **80.5** |
| Extra items, net of tax | (2.4) | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income after extras** | **9.9** | **25.3** | **28.2** | **60.6** | **15.2** | **21.1** | **22.2** | **19.3** | **77.8** | **19.4** | **19.5** | **20.2** | **21.4** | **80.5** |
| % of Revenue | 10.0% | 14.2% | 11.9% | 16.4% | 14.9% | 18.5% | 17.7% | 15.4% | 16.7% | 15.0% | 14.6% | 14.6% | 14.8% | 14.8% |
| **EPS - Dil., excl. extras, incl options** | **0.22** | **0.62** | **0.67** | **1.28** | **0.31** | **0.43** | **0.45** | **0.39** | **1.57** | **0.39** | **0.39** | **0.40** | **0.42** | **1.60** |
| Growth - q / q % | NA | NA | NA | NA | (20.2%) | 37.3% | 5.0% | (13.5%) | 0.5% | 0.5% | (0.0%) | 3.3% | 5.7% |  |
| Growth - y / y % | (43.3%) | 185.5% | 6.6% | 93.0% | 26.2% | 34.7% | 37.0% | (0.5%) | 22.2% | 25.3% | (8.7%) | (10.2%) | 9.7% | 2.1% |
| Impact of stock-based comp expense (FAS 123R) | NA | NA | NA | 0.31 | 0.11 | 0.09 | 0.07 | 0.08 | 0.34 | 0.09 | 0.09 | 0.10 | 0.10 | 0.39 |
| **EPS - Dil., excl. extras, excl. options** | **0.22** | **0.62** | **0.67** | **1.60** | **0.42** | **0.51** | **0.51** | **0.47** | **1.91** | **0.48** | **0.48** | **0.50** | **0.53** | **1.99** |
| Growth - q / q % | NA | NA | NA | NA | (14.9%) | 23.3% | (0.0%) | (8.6%) |  | 2.7% | 0.5% | 3.4% | 5.3% |  |
| Growth - y / y % | NA | NA | NA | NM | 34.0% | 35.1% | 25.2% | (4.0%) | 19.6% | 15.8% | (5.7%) | (2.5%) | 12.3% | 4.2% |
| Shares outstanding - diluted | 34.4 | 40.5 | 41.6 | 47.2 | 49.1 | 49.5 | 49.7 | 49.9 | 49.6 | 50.0 | 50.2 | 50.3 | 50.4 | 50.2 |

Source: Company reports and Thomas Weisel Partners LLC estimates.

**FORMFACTOR, INC. (FORM)** Company Update

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST.

ANALYST CERTIFICATION AND IMPORTANT DISCLOSURES:

The Research Analyst(s) principally responsible for the analysis of any security or issuer included in this report certifies that the views expressed accurately reflect the personal views of the Research Analyst(s) about the subject securities or issuers and certifies that no part of his or her compensation was or is or will be, directly or indirectly, related to the specific recommendations or views expressed by the Research Analyst(s) in this report.



Notes: Price chart updated as of 12/4/2007. All price targets displayed in the chart above represent either a specific price target or the midpoint of a range. Prior to November 16, 2006, Thomas Weisel Partners LLC used a three-tier rating system with different rating names and definitions: Outperform, Peer Perform and Underperform.
Source: First Call, FactSet and Thomas Weisel Partners LLC

Thomas Weisel Partners LLC has managed or co-managed a public offering of securities over the past 12 months for the following company or companies: FormFactor, Inc.

Thomas Weisel Partners LLC has received compensation for investment banking services from the following company or companies mentioned in this report over the past 12 months: FormFactor, Inc.

Thomas Weisel Partners LLC expects to receive or intends to seek compensation for investment banking services from the following company or companies mentioned in this report over the next three months: FormFactor, Inc.

Thomas Weisel Partners LLC makes a market in the securities of the following company or companies mentioned in this report and may sell any of the securities to or buy them from customers on a principal basis: FormFactor, Inc.

Thomas Weisel Partners LLC has provided or is currently providing investment banking services to the following company or companies mentioned in this report during the past 12 months: FormFactor, Inc.

FormFactor, Inc.: FORM valuation attractive, in our view. Our 12-month price target is $43, based on a 27x multiple on our CY08 EPS estimate of $1.60. Our 27x multiple compares to our estimated five-year earnings CAGR of 27% for FORM based on the company's lead in KGD, coupled with opportunities in SoC test and parametric test. Price target risks include: (1) cyclical risk related to the semiconductor industry; (2) price competition, notably from MJC and Phicom in core DRAM markets; (3) potential negative impact of alternative test technologies, such as BIST; and (4) failure of FORM to ramp up the Singapore facility. Our Overweight rating on FORM is partially based on lower-than-peer downside risk as the company's products generate growth in both an upcycle and downcycle of semi cap spending. As such, we believe the lower-than-peer downside risk for FORM along with above-peer growth rates (27% vs 13%) merits an Overweight rating.

**FORMFACTOR, INC. (FORM)**                                              Company Update

The following table outlines the Thomas Weisel Partners LLC stock rating system, along with the relevant definitions, effective November 16, 2006.

| STOCK RATING | STOCK RATINGS DEFINITIONS | PCT. OF SECURITIES RATED IN EACH CATEGORY | PCT. FOR WHICH IB SERVICES HAVE BEEN PROVIDED |
|---|---|---|---|
| Overweight (O) | When an analyst rates a stock Overweight, he/she is advising our clients to carry a position in the stock that is in excess of its weighting relative to the stocks either in that analyst's coverage or an index identified by the analyst that includes, but is not limited to, stocks covered by that analyst. | 47.4% | 31.7% |
| **Total Buy** | | **47.4%** | **31.7%** |
| Market Weight (M) | When an analyst rates a stock Market Weight, he/she is advising our clients to carry a position in the stock that is in line with its weighting relative to the stocks either in that analyst's coverage or an index identified by the analyst that includes, but is not limited to, stocks covered by that analyst. | 49.4% | 8.3% |
| **Total Hold** | | **49.4%** | **8.3%** |
| Underweight (U) | When an analyst rates a stock Underweight, he/she is advising our clients to carry a position in the stock that is below its weighting relative to the stocks either in that analyst's coverage or an index identified by the analyst that includes, but is not limited to, stocks covered by that analyst. | 3.2% | 6.7% |
| **Total Sell** | | **3.2%** | **6.7%** |
| **Suspended Rating (S)** | The stock rating has been suspended. | | |
| **Not Rated (NR)** | The stock is not rated, but it is covered by a Thomas Weisel Partners LLC analyst. | | |
| **Not Covered (NC)** | The stock is not covered by a Thomas Weisel Partners LLC analyst. | | |

Notes: The percentage of investment banking services is calculated as of 9/30/2007. The percentage of securities rated in each category is calculated as of 12/7/2007. The new rating system is effective 11/16/2006. An analyst's coverage universe is defined as all of the stocks within the analyst's industry that reasonably are part of his/her potential coverage, not necessarily the stocks specifically covered. "Buy", "Hold" and "Sell" are not ratings categories defined by Thomas Weisel Partners LLC and should not be interpreted as investment opinions. We show these categories for illustrative purposes in accordance with NASD and NYSE regulations. The above table includes Thomas Weisel International stocks.
Source: FactSet and Thomas Weisel Partners LLC

The following grid outlines the Thomas Weisel Partners LLC industry rating system, along with the relevant definitions, effective November 16, 2006.

| INDUSTRY RATINGS | INDUSTRY RATINGS DEFINITIONS |
|---|---|
| Favorable | When an analyst assigns a Favorable rating to an industry that means he/she believes that, generally, the industry's fundamentals or stock prospects are improving. |
| Neutral | When an analyst assigns a Neutral rating to an industry that means he/she believes that, generally, the industry's fundamentals or stock prospects are stable. |
| Unfavorable | When an analyst assigns an Unfavorable rating to an industry that means he/she believes that, generally, the industry's fundamentals or stock prospects are deteriorating. |

Source: Thomas Weisel Partners LLC

**FORMFACTOR, INC. (FORM)** Company Update

The following grid outlines the Thomas Weisel Partners LLC stock rating system, along with the relevant definitions, in effect from April 4, 2003, to November 16, 2006.

| COMPANY RATING | RATINGS DEFINITION |
|---|---|
| **Outperform (O)** | The stock is expected to outperform the median performance of the Analyst's coverage universe over the next six to 12 months. |
| **Peer Perform (P)** | The stock is expected to perform in line with the median performance of the Analyst's coverage universe over the next six to 12 months. |
| **Underperform (U)** | The stock is expected to underperform the median performance of the Analyst's coverage universe over the next six to 12 months. |
| **Suspended Rating (S)** | The stock rating has been suspended. |
| **Not Rated (NR)** | The stock is not rated, but it is covered by a Thomas Weisel Partners LLC analyst. |
| **Not Covered (NC)** | The stock is not covered by a Thomas Weisel Partners LLC analyst. |

| SECTOR RATING | SECTOR RATING DEFINITION |
|---|---|
| **Overweight (OW)** | The Analyst's coverage universe is expected to outperform the S&P 500 over the next six to 12 months. |
| **Market Weight (MW)** | The Analyst's coverage universe is expected to perform in line with the S&P 500 over the next six to 12 months. |
| **Underweight (UW)** | The Analyst's coverage universe is expected to underperform the S&P 500 over the next six to 12 months. |

Source: Thomas Weisel Partners LLC

This report contains statements of fact relating to economic conditions generally and to parties other than Thomas Weisel Partners. Although these statements of fact have been obtained from and are based on sources that Thomas Weisel Partners believes to be reliable, we do not guarantee their accuracy and any such information might be incomplete or condensed. All opinions and estimates included in this report constitute Thomas Weisel Partners LLC's judgment as of the date of this report and are subject to change without notice. This report is for information purposes only. It is not intended as an offer or a solicitation with respect to the purchase or sale of a security, and it should not be interpreted as such. This report does not take into account the investment objective, financial situation or particular needs of any particular investor. Investors should obtain individual financial advice based on their own particular circumstances before making an investment decision based on the recommendations in this report.

In the United Kingdom, this document is intended only to be directed at market counterparties and intermediate customers. It is not intended to be directed at private customers, and it may not and is not intended to be distributed to or passed on, directly or indirectly, to private customers. The investments and/or services detailed in this document are available only to market counterparties and intermediate customers. Only market counterparties and intermediate customers may rely on this document. Private customers should not rely on the contents of this document.

Thomas Weisel Partners International Limited, authorized by the FSA, has approved this document for the sole purpose of the financial promotion regime under Section 21 of the Financial Services and Markets Act of 2000.

© Thomas Weisel Partners LLC, 2007. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and will result in prosecution.

# EQUITY RESEARCH DIRECTORY

**Stephen J. Buell • Director of Research • sbuell@tweisel.com • 212.271.3750**
**R. Keith Gay • Associate Director of Research • kgay@tweisel.com • 415.364.2582**

## Consumer

**Gaming & Lodging and Interactive Market Services**
Jake Fuller
jfuller@tweisel.com   212.271.3821
  Timothy Forrester   212.271.3843

**Lifestyles/Sports Retailers**
Jim Duffy
jduffy@tweisel.com   415.364.5974
  Christian Buss   415.364.2519

**Restaurants**
Matthew J. DiFrisco
mdifrisco@tweisel.com   212.271.3673
  Jake Bartlett, CFA   212.271.3802

**Retailing: Hardlines**
Matt Nemer
mnemer@tweisel.com   415.364.5901

**Retailing: Softlines**
Liz Dunn
ldunn@tweisel.com   212.271.3806
  Bill Strauss   212.271.3425
  Christina Colone   212.271.3582

**Specialty Finance and Business Services**
Mark Sproule
msproule@tweisel.com   212.271.3839

## Healthcare

**Biotechnology**
Ian Somaiya
isomaiya@tweisel.com   212.271.3761
  Michael Ulz   212.271.3423
  Stephen Willey   212.271.3620

**Healthcare Information Technology and Pharmaceutical Services**
Steven P. Halper
shalper@tweisel.com   212.271.3807
  Alan Fishman   212.271.3679
  Topher Orr   212.271.3659

**Life Science and Diagnostics**
Peter Lawson, PhD
plawson@tweisel.com   212.271.3859
  Jonathan Palmer   212.271.3834

## Healthcare (Continued)

**Medical Devices**
Robert C. Faulkner
rfaulkner@tweisel.com   212.271.3760
  Philip E. Legendy   212.271.3762

**Pharmaceuticals: Specialty**
Donald B. Ellis, PharmD
dellis@tweisel.com   415.364.7038
  Aaron Mishel   415.364.2622
  Yumi Odama   415.364.5965

## Industrial Growth

**Alternative Energy**
Jeff Osborne
josborne@tweisel.com   212.271.3577
  Dilip Warrier   415.364.2983

**Applied Technologies**
Ajit Pai
apai@tweisel.com   212.271.3695
  Sven Eenmaa   212.271.3838
  Andy Yeung, CFA   415.364.2589

**Defense & Security**
David Gremmels, CFA
dgremmels@tweisel.com   212.271.3787
  Alex Motamed   212.271.3803
  Akil Marsh   212.271.3742

## Media and Telecom

**Internet Services**
Christa Quarles, CFA
cquarles@tweisel.com   415.364.7154
  Cyrus Modanlou   415.364.2976
  Jennifer Wang, CFA   415.364.2590

**Media & Entertainment**
Lloyd Walmsley
lwalmsley@tweisel.com   415.364.2584

**Telecom Services**
James D. Breen, Jr., CFA
jbreen@tweisel.com   617.488.4107
  Shane J. Larkin   617.488.4108

## Technology

**Communications Components**
Jeremy Bunting, PhD
jbunting@tweisel.com   415.364.2610

**Communications Equipment: Core & Wireless**
Hasan Imam, PhD
himam@tweisel.com   212.271.3698

## Technology (Continued)

**Communications Equipment: IP Networking**
Jason Ader, CFA
jader@tweisel.com   617.488.4621
  Jason Kim   617.488.4192

**Electronic Supply Chain**
Matt Sheerin
msheerin@tweisel.com   212.271.3753
  Alberto Mann   212.271.3635

**Enterprise Hardware**
Kevin Hunt, CFA
khunt@tweisel.com   617.488.4162

**Information & Financial Technology Services**
David Grossman
dgrossman@tweisel.com   415.364.2541
  Melissa Moran, CFA   415.364.2586

**Semiconductor Capital Equipment**
Douglas G. Reid, CFA
dreid@tweisel.com   212.271.3841
  Nehal Chokshi   212.271.3653

**Semiconductors: Analog & Mixed Signal**
Tore Svanberg
tsvanbeg@tweisel.com   650.688.5261
  Evan Wang   650.688.5263

**Semiconductors: Multimedia & Specialty**
Heidi T. Poon, CFA
hpoon@tweisel.com   415.364.2505

**Semiconductors: Processors & Components**
Kevin Cassidy
kcassidy@tweisel.com   650.688.5264

**Software: Applications & Communications**
Tom Roderick
troderick@tweisel.com   415.364.5952
  Gur Talpaz   415.364.2608
  Chris Koh   415.364.2655

**Software: Infrastructure**
Tim Klasell
tklasell@tweisel.com   415.364.2949
  Dormain Geyer   415.364.2807