Exhibit 38



**FormFactor, Inc.**
**FORM – NASDAQ**
*Hold*

*Semiconductor Capital Equipment*

December 10, 2007

| Changes | From (Previous) | To (Current) |
|---|---|---|
| Rating | -- | Hold |
| FY07E EPS (Net) | -- | $1.84 |
| FY08E EPS (Net) | -- | $1.90 |

| Stock Data | |
|---|---|
| Price (12/07/07): | $33.90 |
| 52-Week Range: | $48 – $33 |
| Market Cap.($mm): | $1,678.0 |
| Shr.O/S-Diluted (mm): | 49.5 |
| Enterprise Val. ($mm): | $1,100.0 |
| Avg Daily Vol (3 Mo): | 880,214 |
| LT Debt/Total Cap.: | 0.0% |
| Net Cash/Share: | $10.67 |
| Dividend ($): | $0.00 |
| Yield (%): | 0.0% |
| Book Value/Share: | $13.96 |
| S&P Index: | 1,504.66 |

| EPS (Net) | 2006A | 2007E | 2008E |
|---|---|---|---|
| 1Q | $0.30A | $0.41A | $0.40 |
| 2Q | 0.38A | 0.46A | 0.43 |
| 3Q | 0.41A | 0.54 | 0.49 |
| 4Q | 0.48A | 0.42 | 0.58 |
| FY Dec | $1.56A | $1.84 | $1.90 |
| P/E | 21.7x | 18.4x | 17.8x |

*Pro forma results EXCLUDE one-time charges and stock option expensing. We will provide final revised 2006 results once the company re-files its financials post the internal review of inventory valuation practices.*

| Revenue (Net) | $369.2M | $468.2M | $530.5M |
|---|---|---|---|
| EV/Revenue | 3.0x | 2.3x | 2.1x |


1 Year Price History for FORM

### No Near-Term Competitive Concerns but Execution Risks Overshadowing Company

**Patrick J. Ho**          (214) 647-3509      pjho@stifel.com

Company Update

- On Friday, shares of FormFactor sold off 13% on concerns over the announcement by Advantest, a leading DRAM test supplier, that it would be introducing a competitive DRAM probe card that would compete against FormFactor.

- In our opinion, these competitive concerns may be somewhat overblown in the near term, as Advantest will likely not have a viable production-worthy offering until 2H08 (at the earliest). Add on the qualification process which surrounds any new product release, any potential financial impact to FormFactor will not likely be seen until 2009.

- However, we remain very concerned over near-term execution issues, which have not been sharp as of late.

- The company has had technical and engineering issues related to its Harmony product release (both DRAM and NAND flash), and last quarter, noted that it was now experiencing capacity constraints in producing the product.

- Moreover, the company's foray into the fine pitch logic space has also experienced delays and we believe that this initiative has become a 2H08 story.

- We are particularly concerned over the company's ability to deliver Harmony, as customers could seek alternative solutions or force potential price concessions due to delays in receiving product.

- At the same time, we do not want to discount any potential competitive forays into the advanced DRAM probe card space, which FormFactor continues to dominate. Given some of the recent execution issues surrounding FormFactor, we believe that the risk profile has increased for the company, and there are more concerns that competitors can narrow the competitive gap sooner than anticipated.

- Although the stock has been under pressure for the past two months, we believe that the near-term fundamental concerns remain in the forefront and given the increased risk profile (and the potential that 2008 estimates may need to be cut), we are maintaining our Hold rating at this time.

Company Description

FormFactor is a leading supplier of advanced semiconductor wafer probe cards. The company's wafer probe cards are used by semiconductor manufacturers to perform wafer probe tests on the whole wafer at the completion of the front end of the semiconductor manufacturing process. The company's products are based on its proprietary MicroSpring

**All relevant disclosures and certifications appear on pages 3 - 4 of this report.**          Page 1

technology.

## Important Disclosures and Certifications

**I, Patrick Ho, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Patrick Ho, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views contained in this research report.**



For a price chart with our ratings and target price changes for FORM go to
http://sf.bluematrix.com/bluematrix/Disclosure?ticker=FORM

The rating and price target history for FormFactor, Inc. and its securities prior to December 1, 2005 on the above price chart reflects the research analyst's views while employed at the prior owner of part of the Stifel Nicolaus Capital Markets business.

Stifel, Nicolaus & Company, Inc. makes a market in the securities of FormFactor, Inc.

Stifel, Nicolaus & Company, Inc.'s research analysts receive compensation that is based upon (among other factors) Stifel Nicolaus' overall investment banking revenues.

Our investment rating system is three tiered, defined as follows:

BUY - We expect this stock to outperform the S&P 500 by more than 10% over the next 12 months. For higher-yielding equities such as REITs and Utilities, we expect a total return in excess of 12% over the next 12 months.

HOLD - We expect this stock to perform within 10% (plus or minus) of the S&P 500 over the next 12 months. A Hold rating is also used for those higher-yielding securities where we are comfortable with the safety of the dividend, but believe that upside in the share price is limited.

SELL - We expect this stock to underperform the S&P 500 by more than 10% over the next 12 months and believe the stock could decline in value.

Of the securities we rate, 40% are rated Buy, 57% are rated Hold, and 3% are rated Sell.

Within the last 12 months, Stifel, Nicolaus & Company, Inc. or an affiliate has provided investment banking services for 15%, 18% and 9% of the companies whose shares are rated Buy, Hold and Sell, respectively.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures applicable to the companies mentioned in this publication that are within Stifel Nicolaus' coverage universe.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, Nicolaus & Company, Inc. or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within.

Stifel, Nicolaus & Company, Inc. is a multi-disciplined financial services firm that regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions. Moreover, Stifel Nicolaus and its affiliates and their respective shareholders, directors, officers and/or employees, may from time to time have long or short positions in such securities or in options or other derivative instruments based thereon.

These materials have been approved by Stifel Nicolaus Limited, authorized and regulated by the Financial Services Authority (UK), in connection with its distribution to professional clients and eligible counterparties in the European Economic Area. (Stifel Nicolaus Limited home office: London +44 20 7557 6030.) No investments or services mentioned are available in the European Economic Area to retail clients or to anyone in Canada other than a Designated Institution. This investment research report is classified as objective for the purposes of the FSA rules. Please contact a Stifel Nicolaus entity in your jurisdiction if you require additional information.

**Additional Information Is Available Upon Request**

© 2007 Stifel, Nicolaus & Company, Inc. One South Street Baltimore, MD 21202. All rights reserved.