Exhibit 40

19 of 31 DOCUMENTS

Copyright 2008 Business Wire, Inc.
Business Wire

February 5, 2008 Tuesday 9:05 PM GMT

**DISTRIBUTION:** Business Editors

**LENGTH:** 1326 words

**HEADLINE: FormFactor,** Inc. Announces Fourth Quarter 2007 Financial Results;
Annual Revenues of $462.2 Million, Up 25% Year Over Year; Quarterly Revenues of $120.5 Million, Up 22% Year Over Year; Company Also Announces Cost Reduction Plan

**DATELINE:** LIVERMORE, Calif.

**BODY:**

**FormFactor,** Inc. (Nasdaq:FORM) today announced its financial results for the fourth quarter of fiscal year 2007, ended December 29, 2007. Quarterly revenues were $120.5 million, down 4% from $125.3 million in the third quarter of fiscal 2007, and up 22% from $98.7 million in the fourth quarter of fiscal 2006. Revenues for the fiscal year ended December 29, 2007 were $462.2 million, up 25% from $369.2 million in fiscal year 2006.

Net income for the fourth quarter of fiscal 2007 was $14.4 million or $0.29 per share on a fully diluted basis, which included $4.3 million or $0.09 per share of stock-based compensation, net of tax. The fourth quarter net income also included a $3.3 million, or $0.07 per share reduction related to a one-time up front tax payment to license intellectual property rights for future benefit in the FormFactor Singapore operation. This compares to net income for the third quarter of fiscal 2007 of $22.2 million or $0.45 per share on a fully diluted basis, which included $3.7 million or $0.08 per share of stock-based compensation, net of tax. Net income for the fourth quarter of fiscal 2006 was $17.5 million or $0.37 per share on a fully diluted basis, which included $4.5 million or $0.09 per share of stock-based compensation, net of tax.

Net income for fiscal year 2007 was $72.9 million or $1.47 per share on a fully diluted basis, which included $17.2 million, or $0.35 per share of stock-based compensation, net of tax, compared to net income of $57.2 million, or $1.21 per share on a fully diluted basis for fiscal year 2006, which included $15.5 million, or $0.33 per share of stock-based compensation, net of tax.

"Overall, 2007 was a solid year for FormFactor, with 25% annual revenue growth, fueled by strong contributions from our Memory business. Market conditions, particularly in DRAM, began to deteriorate in Q4 and that weakness has continued into Q1," said Igor Khandros, CEO of FormFactor. "In light of this, we are taking actions to restructure the company to better align with the market environment."

The company announced a cost reduction plan that will include reducing its global workforce by approximately 14%. FormFactor expects to record charges in the range of $4.0-$5.0 million related to the cost reduction plan, with the majority of the charges being recorded in the first quarter of fiscal 2008.

The company has posted its revenue breakdown by region and market segment on the Investors section of its website atwww.formfactor.com. FormFactor will conduct a conference call at 1:30 p.m. PST, or 4:30 p.m. EST, today. The public is invited to listen to a live web cast of FormFactor's conference call on the Investors section of the company's website atwww.formfactor.com. An audio replay of the conference call will also be made available approximately two hours after the conclusion of the call. The audio replay will remain available until February 7, 2008 at 6:30 p.m. PST and can be accessed by dialing (888) 286-8010 or (617) 801-6888 and entering confirmation code 40225130.

**About FormFactor:**

FormFactor, Inc. Announces Fourth Quarter 2007 Financial Results; Annual Revenues of $462.2 Million, Up 25% Year Over Year; Quarterly Revenues of $120.5 Million, Up 22% Year Over Year; Company Also An

Founded in 1993, FormFactor, Inc. (Nasdaq:FORM) is the leader in advanced wafer probe cards, which are used by semiconductor manufacturers to electrically test integrated circuits, or ICs. The company's wafer sort, burn-in and device performance testing products move IC testing upstream from post-packaging to the wafer level, enabling semiconductor manufacturers to lower their overall production costs, improve yields, and bring next-generation devices to market. FormFactor is headquartered in Livermore, California with operations in Europe, Asia and North America. For more information, visit the company's website atwww.formfactor.com.

FormFactor and the FormFactor logo are registered trademarks of FormFactor, Inc. All other product, trademark, company or service names mentioned herein are the property of their respective owners.

Forward-looking Statements

Statements in this press release that are not strictly historical in nature are forward-looking statements within the meaning of the federal securities laws, including statements regarding business momentum, demand for our products and future growth. These forward-looking statements are based on current information and expectations that are inherently subject to change and involve a number of risks and uncertainties. Actual events or results might differ materially from those in any forward-looking statement due to various factors, including, but not limited to: changes in the market environment, including DRAM; the demand for certain semiconductor devices; the company's ability to address its Harmony production issues; and the company's ability to execute its cost reduction plan, to develop innovative testing technologies, to timely deliver and qualify new products that meet its customers' testing requirements and to implement and execute measures for enabling efficiencies and supporting growth. Additional information concerning factors that could cause actual events or results to differ materially from those in any forward-looking statement is contained in the company's Form 10-K/A for the fiscal period ended December 30, 2006 and the company's Form 10-Q for the quarterly period ended September 29, 2007, filed with the Securities and Exchange Commission ("SEC"), and subsequent SEC filings. Copies of the company's SEC filings are available athttp://investors.formfactor.com/edgar.cfm. The company assumes no obligation to update the information in this press release, to revise any forward-looking statements or to update the reasons actual results could differ materially from those anticipated in forward-looking statements.

FORMFACTOR, INC.
CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data) (Unaudited)

|  | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
|  | December 29, 2007 | December 30, 2006 | December 29, 2007 | December 30, 2006 |
| Revenues | $ 120,505 | $ 98,693 | $ 462,191 | $ 369,213 |
| Cost of revenues | 58,921 | 50,130 | 215,484 | 184,087 |
| Gross margin | 61,584 | 48,563 | 246,707 | 185,126 |
| Operating expenses: | | | | |
| Research and development | 16,246 | 13,211 | 60,951 | 46,608 |
| Selling, general and administrative | 23,203 | 18,506 | 92,552 | 71,540 |
| Total operating expenses | 39,449 | 31,717 | 153,503 | 118,148 |
| Operating income | 22,135 | 16,846 | 93,204 | 66,978 |
| Interest income | 5,741 | 4,986 | 22,508 | 15,183 |
| Other income | 293 | 159 | 528 | 204 |
|  | 6,0 | 5,145 | 23, | 15, |

FormFactor, Inc. Announces Fourth Quarter 2007 Financial Results; Annual Revenues of $462.2 Million, Up 25% Year Over Year; Quarterly Revenues of $120.5 Million, Up 22% Year Over Year; Company Also An

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 34 |  |  |  | 036 |  | 387 |
| Income before income taxes |  | 28,169 |  | 21,991 |  | 116,240 |  | 82,365 |
| Provision for income taxes |  | 13,818 |  | 4,535 |  | 43,350 |  | 25,148 |
| Net income | $ | 14,351 | $ | 17,456 | $ | 72,890 | $ | 57,217 |
| Net income per share: |  |  |  |  |  |  |  |  |
| Basic | $ | 0.30 | $ | 0.38 | $ | 1.52 | $ | 1.27 |
| Diluted | $ | 0.29 | $ | 0.37 | $ | 1.47 | $ | 1.21 |
| Weighted-average number of shares used in per share calculations: |  |  |  |  |  |  |  |  |
| Basic |  | 48,610 |  | 46,813 |  | 48,044 |  | 45,172 |
| Diluted |  | 49,924 |  | 48,701 |  | 49,557 |  | 47,193 |

FORMFACTOR, INC.
CONSOLIDATED BALANCE SHEETS
(In thousands, except per share data)
(Unaudited)

|  |  | December 29, 2007 |  | December 30, 2006 |
|---|---|---|---|---|
| ASSETS |  |  |  |  |
| Current assets: |  |  |  |  |
| Cash and cash equivalents | $ | 315,232 | $ | 284,131 |
| Marketable securities |  | 254,814 |  | 208,263 |
| Accounts receivable, net |  | 69,486 |  | 54,571 |
| Inventories |  | 29,309 |  | 18,926 |
| Deferred tax assets |  | 17,995 |  | 14,496 |
| Prepaid expenses and other current assets |  | 15,504 |  | 12,138 |
| Total current assets |  | 702,340 |  | 592,525 |
| Restricted cash |  | 2,250 |  | 2,250 |
| Property and equipment, net |  | 130,882 |  | 94,064 |
| Deferred tax assets |  | 10,038 |  | 4,689 |
| Other assets |  | 9,812 |  | 945 |
| Total assets | $ | 855,322 | $ | 694,473 |
| LIABILITIES AND STOCKHOLDERS' EQUITY |  |  |  |  |
| Current liabilities: |  |  |  |  |
| Accounts payable | $ | 42,893 | $ | 31,273 |
| Accrued liabilities |  | 30,029 |  | 28,334 |
| Income tax payable |  | 1,328 |  | 7,979 |
| Deferred rent |  | 462 |  | 448 |
| Deferred revenue and customer advances |  | 5,535 |  | 7,273 |
| Total current liabilities |  | 80,247 |  | 75,307 |
| Long term tax payable |  | 12,248 |  | - |

FormFactor, Inc. Announces Fourth Quarter 2007 Financial Results; Annual Revenues of $462.2 Million, Up 25% Year Over Year; Quarterly Revenues of $120.5 Million, Up 22% Year Over Year; Company Also An

| | | |
|---|---|---|
| Deferred rent and other long term liabilities | 5,877 | 5,125 |
| Total liabilities | 98,372 | 80,432 |
| Stockholders' equity: | | |
| Common stock, $0.001 par value | 49 | 47 |
| Additional paid in capital | 573,553 | 504,709 |
| Accumulated other comprehensive gain (loss) | 929 | (244) |
| Retained earnings | 182,419 | 109,529 |
| Total stockholders' equity | 756,950 | 614,041 |
| Total liabilities and stockholders' equity | $ 855,322 | $ 694,473 |

CONTACT: FormFactor, Inc.
Ron C. Foster, 925-290-4024
Chief Financial Officer
or
Investor Relations
Michael Magaro, 925-290-4949
IR@FormFactor.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** February 6, 2008