Exhibit 43



**FormFactor, Inc.**
**FORM – NASDAQ**

*Hold*

*Semiconductor Capital Equipment*

February 6, 2008

| Changes | From (Previous) | To (Current) |
|---|---|---|
| Rating | -- | Hold |
| FY08E EPS (Net) | $1.52 | $0.82 |
| FY09E EPS (Net) | -- | $1.37 |

| Stock Data | |
|---|---|
| Price (02/05/08): | $23.19 |
| 52-Week Range: | $48 – $17 |
| Market Cap.($mm): | $1,157.2 |
| Shr.O/S-Diluted (mm): | 49.9 |
| Enterprise Val. ($mm): | $554.7 |
| Avg Daily Vol (3 Mo): | 960,730 |
| LT Debt/Total Cap.: | 0.0% |
| Net Cash/Share: | $11.46 |
| Dividend ($): | $0.00 |
| Yield (%): | 0.0% |
| Book Value/Share: | $15.16 |
| S&P Index: | 1,336.64 |

| EPS (Net) | 2007A | 2008E | 2009E |
|---|---|---|---|
| 1Q | $0.42A | $0.04 | NE |
| 2Q | 0.51A | 0.21 | NE |
| 3Q | 0.53A | 0.25 | NE |
| 4Q | 0.42A | 0.32 | NE |
| FY Dec | $1.87A | $0.82 | $1.37 |
| P/E | 12.4x | 28.3x | 16.9x |

*Pro forma results EXCLUDE one-time charges and stock option expensing. Results include the restatements following the completion of its review of its inventory valuation practices.*

| Revenue (Net) | $462.2M | $380.0M | $500.0M |
|---|---|---|---|
| EV/Revenue | 1.2x | 1.5x | 1.1x |



1 Year Price History for FORM

### The Harmony "House" is Crumbling...Can it be Rebuilt?

**Patrick J. Ho**   (214) 647-3509   pjho@stifel.com

Analysis of Sales/Earnings

- When we lowered our estimates ahead of earnings (see our note, *FormFactor: First Step is Getting the House in Order; Lowering Estimates, Maintain Hold, January 22, 2008*), we expected the company to experience some near term weakness in its core DRAM probe card business, but noted that the key for the company's growth still depended on getting its "house in order," particularly in terms of the ramp of its new Harmony product.

- Based on management's discussion and its outlook for the March quarter, we believe the situation with Harmony is significantly worse than we anticipated and it is now at a critical point where we believe the company's vision for long term outperformance could be dramatically altered.

- The company once again noted that it was experiencing manufacturing issues (following last quarter's capacity constraint reason and before that, customer integration problems) and that this was the cause for not only share loss but a decline in near term revenues.

- Although the near term problems are exacerbated by a weak DRAM market, we are increasingly concerned that these Harmony issues will have long term negative implications for: 1) pricing, 2) margins, 3) revenues and 4) competitive positioning.

- While these ramifications will not be apparent immediately, in our opinion, there is significant risk to the company's long term growth model.

- In addition to the problems related to Harmony, after several quarters of management's commentary about these "issues" we admittedly have a low level of confidence in management's credibility and its ability to correct whatever it is that is hindering its volume ramp.

- We expect the stock to be under severe pressure in Wednesday trading (down 25%+ in Tuesday after market hours).

- While we have major concerns over the company's fundamentals (and its ability to recover at this point), we will maintain our Hold rating based solely on valuation (2.0x cash per share at the close; 1.5x in after hours).

- We would generally avoid the name until we believe that there is some prospect that the company has these Harmony issues under control.

**All relevant disclosures and certifications appear on pages 6 - 7 of this report.**   Page 1

**Summary—In Line Quarter but Disastrous Outlook:** On Tuesday after the market close, FormFactor reported 4Q07 earnings results of $120.5 million in revenue and pro-forma EPS of $0.42, excluding options ($0.35, including options), below our revenue estimate of $126.6 million and in line with our EPS forecast. While we expected a relatively weak March quarter outlook, what was a major surprise to us was the significant shortfall management projected (which we believe is both market and company-specific driven).

**Investment Conclusion—It's Not Just the Market but Serious Self Evaluation is Needed, Maintain Hold Rating:** When we lowered our estimates ahead of earnings (see our note, *FormFactor: First Step is Getting the House in Order; Lowering Estimates, Maintain Hold, January 22, 2008*), we expected the company to experience some near term weakness in its core DRAM probe card business, but noted that the key for the company's growth still depended on getting its "house in order," particularly in terms of the ramp of its new Harmony product. Based on management's discussion and its outlook for the March quarter, we believe the situation with Harmony is significantly worse than we anticipated and it is now at a critical point where we believe the company's vision for long term outperformance could be dramatically altered. The company once again noted that it was experiencing manufacturing issues (following last quarter's capacity constraint reason and before that, customer integration problems) and that this was the cause for not only share loss but a decline in near term revenues. Although the near term problems are exacerbated by a weak DRAM market, we are increasingly concerned that these Harmony issues will have long term negative implications for: 1) pricing, 2) margins, 3) revenues and 4) competitive positioning. While these ramifications will not be apparent immediately, in our opinion, there is significant risk to the company's long term growth model. In addition to the problems related to Harmony, after several quarters of management's commentary about these "issues" we admittedly have a low level of confidence in management's credibility and its ability to correct whatever it is that is hindering its volume ramp. We expect the stock to be under severe pressure in Wednesday trading (down 25%+ in Tuesday after market hours). While we have deep concerns over the company's fundamentals (and its ability to recover at this point), we will maintain our Hold rating based solely on valuation (2.0x cash per share at the close; 1.5x in after hours). We would generally avoid the name until we believe that there is some prospect that the company has these Harmony issues under control.

**Weak DRAM Market is No Major Surprise:** When we lowered our estimates two weeks ago (see our note, *FormFactor: First Step is Getting the House in Order; Lowering Estimates, Maintain Hold, January 22, 2008*), we accounted for the current weakness in the DRAM market (particularly, in terms of pricing). We suspected that DRAM suppliers (including two of FormFactor's larger customers, Elpida and Powerchip) were taking a much more cautious stance and were paring back costs from across the board (including probe cards), particularly in the month of December. From that standpoint, we were not surprised by this part of management's commentary, and if anything, this scenario is completely consistent with the current industry landscape.

**Ramp of Harmony (or Lack Thereof) is the Crux of the Problem:** What we found as a major surprise was the continued missteps in its Harmony ramp, which we believe is a larger contributor to the weak outlook than the company detailed on its conference call. Management noted that it missed a design with a DRAM supplier at the 70nm node, which was another reason for the slight shortfall in revenues for 4Q07 and its March quarter outlook. However, we believe these issues have lingered for some time, and if anything, have become increasingly frustrated for investors. In our opinion, there appears to be new issues that pop up every quarter related to Harmony (two quarters ago it was customer integration, last quarter capacity constraints, this quarter, manufacturing issues), and more importantly, no solution to these problems. While the company is confident it can re-establish a more meaningful presence with the customer it missed out on at 70nm (at future technology nodes), we are more skeptical, given all the problems that it appears to encounter every quarter. Moreover, we believe the difficulties in the ramp of its Harmony product is a larger contributor to the company's outlook than management's view (management cited that its weak outlook was 2/3rd related to the market and 1/3rd related to Harmony). We believe that this issue (and its resolution) will be the crux for the company for both the near term and its long term growth strategy.

**Significant Long Term Negative Ramifications (if the Issues are Not Resolved Soon):** In our opinion, the biggest issue going forward is the potential negative ramifications from this problem on the long term growth story of this company (which until now, we had a very favorable opinion). Management acknowledged that it had lost a 70nm design-in for Harmony to a competitor, which highlighted what was already a growing concern over the competitive environment. We believe that FormFactor's continuing struggles with Harmony will only exacerbate the competitive landscape. Even if its competitors do not have the capacity or the technology to match FormFactor at this time, we believe the missteps by FormFactor allow these competitors to narrow the competitive gap and perhaps eventually to close it. Each quarter in which FormFactor experiences a delay, we believe the competition gets closer to providing a more viable alternative to FormFactor's Harmony product. Secondly, we believe that pricing will also be negatively impacted. While FormFactor has claimed a technological superiority that would allow it pricing premiums, we believe all these issues have eroded any leverage on this front that it may have once desired. Combine that with a more intense

competitive environment, we do not see this aspect improving for the company. Thirdly, related to pricing, we believe margins will be negatively impacted as the company has lost much of its initial pricing leverage. Additionally, with many re-fittings for tools and capacity not yet put on line, the overall cost structure related to a volume ramp has yet to be determined. Finally, we believe revenues could be impacted, which would alter the company's long term growth strategy. The company has noted in the past that it believes it can grow at a CAGR of 25%+, driven partly by the rollout of its Harmony product. At this time, we are skeptical that this can now be achieved.

**Management Credibility (and Capability) Will be Severely Tested:** Given the reaction of the stock price after hours during the conference call, we believe that management will be tested over the next few quarters as it attempts to regain credibility with investors and display that it is capable of delivering on its story. In our opinion, much of this frustration can be traced to the various problems it has detailed in terms of its Harmony ramp. If it is not one thing (i.e., customer integration), it is another (capacity constraints), and perhaps more importantly, there does not seem to be a clear answer to when these issues will be resolved. While it is difficult to project "what if," we believe that many of the struggles the company has faced with Harmony can be traced to the departure of former President and COO (and current Sanmina President), Joe Bronson at the beginning of 2007 (January 2007). We have stated in the past (and when we initiated on the company in 2005) that we held Mr. Bronson in very high regard and believe he was a major driver in the company's success in 2005-06 (particularly on the operations side). His experience can be traced to his over 20 years at Applied Materials, where he ran businesses within Applied larger than FormFactor. It is notable that since his departure in January 2007, many of these issues with Harmony arose and unfortunately, continue to linger. With these current difficulties and what we believe are unclear answers, we believe management's credibility has been severely damaged (particularly after almost three plus quarters of these problems). Moreover, we must admit that we have some question marks on whether management can turn around the current situation. We will give new President, Mario Ruscev (who joined in January 2008), the benefit of the doubt at this time, but we believe the challenges are daunting (given that much of it is operations-related).

**New Estimates:** Although we lowered estimates ahead of earnings, we are making sharp reductions following the conference call. In terms of the March quarter, management guided revenues to be in the range of $70-80 million (down 34-42% sequentially), significantly below our previous estimate of $121.5 million (and Street consensus of $124.5 million). Management cited that 2/3rd of this decline can be attributed to market conditions (weak DRAM market), while the remaining 1/3rd was attributable to its issues with Harmony. However, we believe the issues with Harmony are a larger contributor to this outlook than management is citing. Our new FY08 (Dec) estimates call for $380 million (down from $500 million) and pro-forma EPS of $0.82, excluding options ($0.52, including options), down from $1.52 ($1.12, including options). We are initiating FY09 estimates of $500 million in revenue and pro-forma EPS of $1.37, excluding options ($1.03, including options). We believe there could be upside potential to our 2009 EPS forecast, but we are more suspect of the company's margin profile, as we expect increased pricing pressures for FormFactor.

**December Quarter Results:** FormFactor reported 4Q07 (Dec) earnings results of $120.5 million in revenue and pro-forma EPS of $0.42, excluding options ($0.35, including options). These results exclude a one-time forward royalty tax payment of $3.3 million. Bookings were $93.5 million, down 25% sequentially. On the balance sheet, cash and total investments increased $33 million. Accounts receivable declined $17 million, while inventories fell $3 million. Cash flow from operations was $43 million.

Company Description

FormFactor is a leading supplier of advanced semiconductor wafer probe cards. The company's wafer probe cards are used by semiconductor manufacturers to perform wafer probe tests on the whole wafer at the completion of the front end of the semiconductor manufacturing process. The company's products are based on its proprietary MicroSpring technology.

February 6, 2008

FormFactor, Inc. (FORM)

34

Page 4

**FormFactor, Inc.**  
Patrick Ho  
(214) 647-3509

Income Statement ($ in millions except per share data)  
December Fiscal Year

| | 2007 | | | | 2007A | 2008 | | | | 2008E | 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1QA | 2QA | 3QA | 4QA | | 1QE | 2QE | 3QE | 4QE | | |
| **Revenues** | $102.3 | $114.1 | $125.3 | $120.5 | $462.2 | $75.9 | $83.8 | $99.7 | $120.6 | $380.0 | $500.0 |
| Cost of Revenues | $46.3 | $48.8 | $57.5 | $57.6 | $210.1 | $43.3 | $37.7 | $49.8 | $61.1 | $192.0 | $252.8 |
| Stock-Based Compensation | $1.7 | $1.2 | $1.1 | $1.3 | $5.3 | $1.1 | $1.1 | $1.3 | $1.4 | $4.9 | $5.5 |
| **Gross Profit** | $54.3 | $64.2 | $66.7 | $61.6 | $246.7 | $31.5 | $45.0 | $48.5 | $58.0 | $183.1 | $241.7 |
| **Operating Expenses** | | | | | | | | | | | |
| Research & Development | $12.7 | $13.1 | $15.0 | $15.0 | $55.8 | $15.4 | $15.5 | $15.9 | $16.6 | $63.5 | $66.4 |
| SG&A | $18.4 | $19.1 | $19.6 | $19.6 | $76.9 | $18.7 | $18.9 | $19.7 | $22.9 | $80.3 | $94.4 |
| Stock-Based Compensation | $6.0 | $5.2 | $5.0 | $4.7 | $20.8 | $4.5 | $4.7 | $4.9 | $5.0 | $19.1 | $20.2 |
| Total Operating Expense | $37.0 | $37.4 | $39.6 | $39.4 | $153.5 | $38.6 | $39.1 | $40.6 | $44.6 | $162.9 | $181.1 |
| Operating Income (incl. stock options expensing) | $17.3 | $26.7 | $27.1 | $22.1 | $93.2 | ($7.0) | $5.9 | $8.0 | $13.5 | $20.3 | $60.6 |
| Operating Income (excl. stock options expensing) | $24.6 | $33.1 | $33.0 | $28.1 | $118.8 | ($1.8) | $11.4 | $14.2 | $19.9 | $43.7 | $86.4 |
| Total Inv./Interest Income (Expense) | $5.3 | $5.5 | $6.2 | $6.0 | $23.0 | $5.0 | $5.1 | $5.1 | $5.0 | $20.2 | $20.6 |
| Pretax Income (excl. intangible amort.) | $22.6 | $32.2 | $33.3 | $28.2 | $116.3 | ($2.0) | $11.0 | $13.1 | $18.5 | $40.5 | $81.2 |
| Income Tax (Benefit) | $7.4 | $11.1 | $11.1 | $10.5 | $40.1 | ($0.7) | $3.8 | $4.6 | $6.5 | $14.2 | $28.4 |
| Net Income (incl. stock options expensing) | $15.2 | $21.1 | $22.2 | $17.7 | $76.2 | ($1.3) | $7.1 | $8.5 | $12.0 | $26.3 | $52.8 |
| Net Income (excl. stock options expensing) | $20.4 | $25.3 | $26.2 | $20.8 | $92.7 | $2.1 | $10.7 | $12.5 | $16.2 | $41.5 | $69.8 |
| Shares Outstanding (Basic) | 47.4 | 47.9 | 48.3 | 48.6 | 48.0 | 48.8 | 49.0 | 49.2 | 49.4 | 49.1 | 49.9 |
| Shares Outstanding (Diluted) | 49.1 | 49.5 | 49.7 | 49.9 | 49.6 | 50.2 | 50.3 | 50.4 | 50.5 | 50.4 | 51.1 |
| Basic EPS (including stock-based compensation) | $0.32 | $0.44 | $0.46 | $0.36 | $1.59 | ($0.03) | $0.15 | $0.17 | $0.24 | $0.53 | $1.06 |
| Diluted EPS (including stock-based compensation) | $0.31 | $0.43 | $0.45 | $0.35 | $1.54 | ($0.03) | $0.14 | $0.17 | $0.24 | $0.52 | $1.03 |
| **Basic Operating EPS (excl. stock-based compensation)** | **$0.43** | **$0.53** | **$0.54** | **$0.43** | **$1.93** | **$0.04** | **$0.22** | **$0.25** | **$0.33** | **$0.84** | **$1.40** |
| **Diluted Operating EPS (excl. stock-based compensation)** | **$0.42** | **$0.51** | **$0.53** | **$0.42** | **$1.87** | **$0.04** | **$0.21** | **$0.25** | **$0.32** | **$0.82** | **$1.37** |
| Extraordinary Items | $0.0 | $0.0 | $0.0 | ($3.3) | -$3.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reported Net Income | $15.2 | $21.1 | $22.2 | $14.4 | $72.9 | -$1.3 | $7.1 | $8.5 | $12.0 | $26.3 | $52.8 |
| Reported EPS | $0.31 | $0.43 | $0.45 | $0.29 | $1.47 | -$0.03 | $0.14 | $0.17 | $0.24 | $0.52 | $1.03 |
| **As a % of Revenue** | | | | | | | | | | | |
| Gross Margin | 53.1% | 56.2% | 53.2% | 51.1% | 53.4% | 43.0% | 45.0% | 50.0% | 50.7% | 47.2% | 51.0% |
| Research & Development | 12.4% | 11.5% | 12.0% | 12.3% | 12.1% | 20.3% | 18.5% | 16.0% | 13.8% | 16.7% | 13.3% |
| Sales & Marketing | 18.0% | 16.8% | 15.6% | 19.3% | 16.6% | 24.6% | 22.6% | 19.8% | 19.0% | 21.1% | 18.9% |
| Stock-Based Compensation | 5.8% | 4.6% | 4.0% | 3.9% | 4.5% | 5.9% | 5.6% | 4.9% | 4.1% | 5.0% | 4.0% |
| Operating Income | 16.9% | 23.4% | 21.6% | 18.4% | 20.2% | -9.3% | 7.0% | 8.0% | 11.2% | 5.3% | 12.1% |
| Pretax Income | 22.1% | 28.2% | 26.6% | 23.4% | 25.2% | -2.7% | 13.1% | 13.1% | 15.3% | 10.6% | 16.2% |
| Tax Rate (% of Pretax Income) | 32.6% | 34.5% | 33.2% | 37.3% | 34.5% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| Net Income | 14.9% | 18.5% | 17.7% | 14.6% | 16.5% | -1.7% | 8.5% | 8.5% | 10.0% | 6.9% | 10.6% |
| **Y/Y Growth** | | | | | | | | | | | |
| Revenue | 26% | 23% | 29% | 22% | 25% | -26% | -27% | -20% | 0% | -18% | 32% |
| Operating Expenses | 45% | 27% | 26% | 24% | 30% | 4% | 5% | 3% | 13% | 6% | 11% |
| Continuing Operating EPS | 25% | 34% | 37% | -9% | 19% | -109% | -67% | -62% | -33% | -66% | 98% |
| **Q/Q Growth** | | | | | | | | | | | |
| Revenue | -72% | 12% | 10% | -4% | NA | -84% | 10% | 19% | 21% | NA | NA |
| Operating Expenses | -69% | 1% | 6% | 0% | NA | -75% | 1% | 4% | 10% | NA | NA |
| Continuing Operating EPS | -20% | 38% | 5% | -21% | NA | -107% | -635% | 19% | 41% | NA | NA |

*Source: Company Reports and Stifel, Nicolaus Estimates*

FormFactor, Inc. (FORM) February 6, 2008

| FormFactor | | | | |
|---|---|---|---|---|
| Balance Sheet ($ in millions except per share data) | | | | |
| December fiscal year | | | | |
| | **2007** | | | |
| **Balance Sheet** | **1QA** | **2QA** | **3QA** | **4QA** |
| **Assets** | | | | |
| Current Assets: | | | | |
|   Cash and Cash Equivalents | $277.8 | $286.6 | $283.4 | $315.2 |
|   Marketable Securities | $227.8 | $239.6 | $253.8 | $254.8 |
|   Accounts receivable | $73.3 | $78.6 | $86.2 | $69.5 |
|   Inventories | $22.2 | $30.4 | $32.6 | $29.3 |
|   Deferred Tax Assets | $14.5 | $14.6 | $14.6 | $18.0 |
|   Prepaid Expenses and Other Current Assets | $12.4 | $14.3 | $15.3 | $15.5 |
| **Total Current Assets** | $628.0 | $664.1 | $685.8 | $702.3 |
| Property and equipment, net | $103.8 | $112.4 | $119.0 | $130.9 |
| Restricted Cash | $2.3 | $2.3 | $2.3 | $2.3 |
| Deferred Tax Assets | $5.7 | $6.9 | $7.6 | $10.0 |
| Other assets | $1.5 | $1.6 | $10.1 | $9.8 |
| **Total Assets** | $741.1 | $787.2 | $824.8 | $855.3 |
| **Liabilities & Shareholders' Equity** | | | | |
| **Liabilities** | | | | |
| Current liabilities: | | | | |
|   Accounts Payable | $38.2 | $39.1 | $43.9 | $42.9 |
|   Accrued Liabilities | $19.4 | $27.5 | $21.7 | $30.0 |
|   Deferred Revenue and Customer Advances | $8.9 | $6.4 | $6.7 | $5.5 |
|   Other Liabilities | $0.3 | $6.8 | $0.5 | $1.8 |
| **Total Current Liabilities** | $66.8 | $79.7 | $72.8 | $80.2 |
|   LT Debt | $0.0 | $0.0 | $0.0 | $0.0 |
|   Long Term Tax Payable | $9.8 | $11.4 | $11.0 | $12.2 |
|   Deferred Rent | $5.2 | $5.4 | $5.9 | $5.9 |
|   Deferred Revenue and Customer Advances | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Liabilities** | $81.7 | $96.5 | $89.7 | $98.4 |
| Common Stock | $534.8 | $545.6 | $566.4 | $573.6 |
| Retained Earnings | $124.6 | $145.1 | $168.6 | $183.3 |
| **Total Stockholders' Equity** | $659.4 | $690.7 | $735.0 | $757.0 |
| **Total Liabilities & Shareholders' Equity** | $741.1 | $787.2 | $824.8 | $855.3 |
| **Balance Sheet Ratio Analysis** | | | | |
| Working Capital | $561 | $584 | $613 | $622 |
| Current Ratio | 9.4x | 8.3x | 9.4x | 8.8x |
| Quick Ratio | 9.1x | 8.0x | 9.0x | 8.4x |
| Receivable Days (DSO) | 64 | 62 | 62 | 52 |
| Days Inventory | 73 | 57 | 52 | 47 |
| Inventory Turns | 5.0x | 6.4x | 7.0x | 7.8x |
| Cash per Share | $10.35 | $10.67 | $10.85 | $11.46 |
| Book Value/Share | $13.44 | $13.95 | $14.78 | $15.16 |
| Debt to Equity (ST & LT) | 0.0% | 0.0% | 0.0% | 0.0% |
| **Returns Analysis** | | | | |
| Return on Equity | 9.2% | 12.2% | 12.1% | 9.3% |
| Return on Assets | 8.2% | 10.7% | 10.8% | 8.3% |
| Return on Sales | 14.9% | 18.5% | 17.7% | 14.6% |

*Source: Company Reports and Stifel, Nicolaus research*

Page 5

35

FormFactor, Inc. (FORM) February 6, 2008

## Important Disclosures and Certifications

**I, Patrick Ho, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Patrick Ho, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views contained in this research report.**



For a price chart with our ratings and target price changes for FORM go to
http://sf.bluematrix.com/bluematrix/Disclosure?ticker=FORM

The rating and price target history for FormFactor, Inc. and its securities prior to December 1, 2005 on the above price chart reflects the research analyst's views while employed at the prior owner of part of the Stifel Nicolaus Capital Markets business.

Stifel, Nicolaus & Company, Inc. makes a market in the securities of FormFactor, Inc.

Stifel, Nicolaus & Company, Inc.'s research analysts receive compensation that is based upon (among other factors) Stifel Nicolaus' overall investment banking revenues.

Our investment rating system is three tiered, defined as follows:

BUY -We expect this stock to outperform the S&P 500 by more than 10% over the next 12 months. For higher-yielding equities such as REITs and Utilities, we expect a total return in excess of 12% over the next 12 months.

HOLD -We expect this stock to perform within 10% (plus or minus) of the S&P 500 over the next 12 months. A Hold rating is also used for those higher-yielding securities where we are comfortable with the safety of the dividend, but believe that upside in the share price is limited.

SELL -We expect this stock to underperform the S&P 500 by more than 10% over the next 12 months and believe the stock could decline in value.

Of the securities we rate, 39% are rated Buy, 59% are rated Hold, and 2% are rated Sell.

Within the last 12 months, Stifel, Nicolaus & Company, Inc. or an affiliate has provided investment banking services for 13%, 17% and 6% of the companies whose shares are rated Buy, Hold and Sell, respectively.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures applicable to the companies mentioned in this publication that are within Stifel Nicolaus' coverage universe. For a discussion of risks to target price

please see our stand-alone company reports and notes for all Buy-rated stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, Nicolaus & Company, Inc. or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within.

Stifel, Nicolaus & Company, Inc. is a multi-disciplined financial services firm that regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions. Moreover, Stifel Nicolaus and its affiliates and their respective shareholders, directors, officers and/or employees, may from time to time have long or short positions in such securities or in options or other derivative instruments based thereon.

These materials have been approved by Stifel Nicolaus Limited, authorized and regulated by the Financial Services Authority (UK), in connection with its distribution to professional clients and eligible counterparties in the European Economic Area. (Stifel Nicolaus Limited home office: London +44 20 7557 6030.) No investments or services mentioned are available in the European Economic Area to retail clients or to anyone in Canada other than a Designated Institution. This investment research report is classified as objective for the purposes of the FSA rules. Please contact a Stifel Nicolaus entity in your jurisdiction if you require additional information.

**Additional Information Is Available Upon Request**

© 2008 Stifel, Nicolaus & Company, Inc. One South Street Baltimore, MD 21202. All rights reserved.