Exhibit 47

**OPPENHEIMER**

EQUITY RESEARCH

**RATING CHANGE**

July 23, 2008

TECHNOLOGY/SEMICONDUCTOR & ELECTRONICS CAPITAL EQUIPMENT

# FormFactor, Inc.

Just When You Thought Harmony Was OK--Downgrading to Perform

**Stock Rating:**

**PERFORM**

| | |
|---|---|
| 12-18 mo. Price Target | $23.00 |
| FORM - NASDAQ | $20.18 |
| 3-5 Yr. EPS Gr. Rate | NM |
| 52-Wk Range | $48.48-$16.17 |
| Shares Outstanding | 48.8M |
| Float | 46.5M |
| Market Capitalization | $985.2M |
| Avg. Daily Trading Volume | 779,120 |
| Dividend/Div Yield | $0.00/0.00% |
| Fiscal Year Ends | Dec |
| Book Value | $15.36 |
| 2008E ROE | NM |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $632M |
| Convertible Available | No |

| EPS (Net) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2007A | 0.31 | 0.43 | 0.45 | 0.35 | 1.54 | 13.1x |
| 2008E | (0.29)A | (0.53) | (0.48) | (0.40) | (1.70) | NM |
| Prior 2008E | -- | -- | (0.37) | (0.14) | (1.33) | NM |
| 2009E | (0.24) | (0.11) | (0.06) | (0.04) | (0.45) | NM |
| Prior 2009E | (0.16) | (0.07) | (0.07) | (0.06) | (0.35) | NM |

| Revenue (Net) | Q1 | Q2 | Q3 | Q4 | Year |
|---|---|---|---|---|---|
| 2007A | 102.0 | 114.0 | 125.0 | 121.0 | 462.0 |
| 2008E | 65.7A | 42.0 | 35.0 | 40.0 | 182.7 |
| Prior 2008E | -- | -- | 45.0 | 55.0 | 207.7 |
| 2009E | 47.0 | 55.0 | 62.0 | 65.0 | 229.0 |
| Prior 2009E | 52.0 | 60.0 | -- | -- | 239.0 |

FY06 and FY07 earnings restated post review of inventory valuation practices

### SUMMARY

Based on a number of negative catalysts, we are downgrading FORM to Perform, and cutting our PT to $23 from $30, as of 7/23. Our checks at Semicon West last week indicate 1) Q2 (June) results are at the low-end of mgmt's guidance for $40-$55M; 2) Q3 shipments are down ~15%-20% Q/Q, due to continued slips in DRAM; 3) wafer probe cards for the upcoming DDR3 transition are no different from those at DDR2, thus FORM will likely still be plagued by share issues at DDR3; and finally 4) an overheating issue has cropped up in the field, en masse, with FORM's Harmony product, necessitating a new product cycle, with prototypes optimistically in Q4:08. We see no buy thesis here.

### KEY POINTS

■ Near term, checks point to more negative catalysts, despite valuation (1.3x book, 57% net cash). Our checks suggest continuing deceleration of FORM's shipments in Q3, to the mid-$30M level, mirroring our checks on competitor MJC. Note: 1) this is an industry-wide trend, and 2) it belies a recent pickup in design activity.

■ While design activity at FORM has rebounded (12 new designs in July vs. 8 in June), we see this only stabilizing revs in Q4, after a 15%-20% further decline in Q3. Thus, even with a model for cash-flow break-even at $55M, we lower '08/'09 ests to ($1.70)/($0.45), and our PT to $23 from $30.

■ Longer term, we had viewed the DRAM industry's transition to DDR3 as a positive for FORM, in terms of market share. However, we have discovered two counterpoints. First, wafer probe cards for DDR3 are nearly identical to DDR2 (i.e., same test frequency)--fundamentally, DDR3 transition not a catalyst for regaining market share.

■ Second and more damaging, checks indicate FORM's Harmony card has had widespread overheating issues for both DRAM and NAND. With customer returns accelerating, we expect FORM to 1) incur incremental warranty costs, further pressuring GM and 2) transition customers to a completely new product, with prototypes in Q4:08. All this points to further share loss.

**Stock Price Performance**



1 Year Price History for FORM

Created by BlueMatrix

**Company Description**

FormFactor is the leading supplier of advanced wafer probe cards used to test logic and memory chips. Its MicroSpring technology enables lower cost of testing and known good die (KGD).

See "Important Disclosures and Certifications" section at the end of this report for important disclosures, including potential conflicts of interest.
See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

Gary Hsueh, CFA
415-399-5730
Gary.Hsueh@opco.com

Wenge Yang
415-399-5736
Wenge.Yang@opco.com

## Design Activity Picking Up, But Not A Stabilizer Until Q4

Our checks suggest a recent pick-up in design activity, evidenced by 12 new designs in July vs. only 8 new designs in June (we surmise in anticipation of a wider roll-out of DDR3 DRAM). However, recent DRAM fab push-outs have 1) incrementally softened FORM's top line in Q2 toward the low-end of guidance (for $40-$55M), and 2) driven its shipment forecast to a 15%-20% quarter-to-quarter decline in Q3. A 15%-20% Q/Q decline in Q3 off the low-end of the range in Q2 suggests revenue at the mid-$30M level, well below Street consensus for $52M. This is familiar territory for FORM, and arguably priced into the stock's valuation (1.3x book, 1.7x net cash), but definitely not a reason for an Outperform rating.

Given this near term outlook, we are lowering our '08/'09 estimates to ($1.70)/($0.45) from ($1.33)/($0.35). We note two key points on our new model: 1) Our '09 estimate is coupled to our '08 number as we are modeling '09 based on the wafer probe card industry getting back to a +25% Y/Y growth trajectory. 2) Our model now fully bakes in FORM's near term restructuring to a cash-flow break-even level at $55M/quarter in revenue. Had it not been for this widely anticipated restructuring, our estimate cut on our lowered revenue forecast would have translated to a steeper net loss in '08E.

**Exhibit 1. New vs. Old Estimates on FORM**

| Rev [in $M] | F2007A | 1Q08A | 2Q08E | 3Q08E | 4Q08E | F2008E | 1Q09E | 2Q09E | 3Q09E | 4Q09E | F2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPCO old | $462 | $66 | $42 | $45 | $55 | $208 | $52 | $60 | $62 | $65 | $239 |
| OPCO new | $462 | $66 | $42 | $35 | $40 | $183 | $47 | $55 | $62 | $65 | $229 |
| Consensus | $462 | $66 | $47 | $52 | $62 | $229 | $61 | $66 | $74 | $80 | $322 |
| EPS [in $/sh] | F2007A | 1Q08A | 2Q08E | 3Q08E | 4Q08E | F2008E | 1Q09E | 2Q09E | 3Q09E | 4Q09E | F2009E |
| OPCO old* | $1.54 | ($0.29) | ($0.53) | ($0.37) | ($0.14) | ($1.33) | ($0.16) | ($0.07) | ($0.07) | ($0.06) | ($0.35) |
| OPCO new* | $1.54 | ($0.29) | ($0.53) | ($0.48) | ($0.40) | ($1.70) | ($0.24) | ($0.11) | ($0.06) | ($0.04) | ($0.45) |
| Consensus* | $1.54 | ($0.29) | ($0.46) | ($0.33) | ($0.22) | ($1.25) | ($0.17) | ($0.09) | ($0.02) | $0.03 | ($0.04) |

* Estimates include expense for stock-based compensation

Source: Company reports, First Call, Oppenheimer & Co.

## DRAM Industry's Transition to DDR3 Not a Catalyst for FORM

In hanging onto FORM with an Outperform all the way down from its peak in the high-$40s, we had held out hope that the DRAM industry's transition from the mainstream, DDR2 architecture to DDR3 (Double Data Rate 3) beginning in Q4:08 would be a positive catalyst for FORM. This change was seen as 1) sparking a recovery in the wafer probe card industry, and 2) for FORM specifically, potentially widening its product differentiation vs. its primary competitor, Micronics Japan Corp. (MJC). With wider differentiation, we had argued, comes potential for regaining lost market share in the DDR2 era.

The DRAM industry's transition likely will drive a recovery in wafer probe card demand, particularly if pricing dynamics there remain favorable, but recent checks at industry conferences (SWTW and Semicon West) suggest that wafer probe card requirements will likely remain similar at DDR3 compared to DDR2, initially. Increased parallelism, and by extension pin counts and pad pitch, is likely to continue increasing to reduce the cost of test, but test frequency, what we had perceived as FORM's competitive advantage, will likely remain unchanged, initially.

Initially, core memory clock speeds (which determine the test frequency at wafer probe), are **not** shifting up with the architectural transition from DDR2 to DDR3 (Exhibit 2). Thus, we believe the central issue facing FORM, market share vs. competitor MJC, is likely not to change with upcoming transition to DDR3. In a nutshell, the DRAM industry's transition to DDR3 appears to be a transparent one for wafer probe card suppliers, and thus an unlikely environment for FORM to regain share.

**Exhibit 2. Core Clock Speed, Thus Test Frequency, Not Changing with DDR3**

| Standard Name | Memory Clock | I/O Bus Clock | Peak Transfer Rate | Nominal Supply Voltage |
|---|---|---|---|---|
| DDR2-533 | 133 MHz | 266 MHz | 4266 MB/s | 1.8 V |
| DDR2-667 | 166 MHz | 333 MHz | 5333 MB/s | 1.8 V |
| DDR2-800 | 200 MHz | 400 MHz | 6400 MB/s | 1.8 V |
| DDR2-1066 | 266 MHz | 533 MHz | 8533 MB/s | 1.8 V |

| Standard Name | Memory Clock | I/O Bus Clock | Peak Transfer Rate | Nominal Supply Voltage |
|---|---|---|---|---|
| DDR3-800 | 100 MHz | 400 MHz | 6400 MB/s | 1.5 V |
| DDR3-1066 | 133 MHz | 533 MHz | 8533 MB/s | 1.5 V |
| DDR3-1333 | 166 MHz | 667 MHz | 10667 MB/s | 1.5 V |
| DDR3-1600 | 200 MHz | 800 MHz | 12800 MB/s | 1.5 V |

Source: JEDEC, Oppenheimer & Co.

## Trials/Tribulations of Harmony, Now In the Field

On FORM's Harmony product, while the company has largely solved initial manufacturing issues last year by replacing manual assembly operation with automatic process, a new issue has since surfaced with volume shipment. The issue is characterized as thermal failure of the cards at customer sites that requires ship-back for repair and recalibration at FORM's factory headquarters.

This problem stems from the complexity of the Harmony design and its small window of thermal tolerance. In general, probe cards operate at a variable temperature environment due to: 1) variable temperature and humidity at different fabs, 2) fluctuating temperature environment from multiple testing routines, and 3) higher temperature during testing due to higher test frequency associated with DRAM speed improvement. While such variability in the testing environment is not new, the temperature change tends to cause a higher thermal failure rate on the Harmony card as a result of its small thermal tolerance, itself due to the combined effect of a large thermal-expansion mismatch between different components, particularly the ceramic plate and embedded metal components, and of smaller geometry from high density pin counts. This failure will result in inaccurate/wrong testing results, and can only be corrected by sending the card back to the factory for repair and recalibration.

Due to the the fundamental design of Harmony card, which has a small thermal tolerance, the overheating of the card seems to be widespread for both DRAM and NAND. Currently, there is no complete fix for the problem except revamping the whole design. (However, we note that checks indicate that there are concurrent R&D programs aimed at solving this issue on FORM's existing Harmony platform. FORM's internal timeline calls for the end of Q3 as the completion date for this solution on Harmony.) Based on our checks, management is actively managing the issue through several steps: 1) expediting the repair of returned Harmony cards for customers, 2) exploring short-term engineering fixes to minimize the thermal failure in the field (the Harmony solution), and 3) accelerating next generation product development that will fundamentally resolve the issue through better design.

The direct impact from the Harmony thermal failure will likely be to: 1) incur incremental warranty cost, and thus further reduce the gross margin; 2) put more pressure on FORM market share as its major rival MJC showed much better thermal stability on its probe cards; and 3)spur a likely product revamp from Harmony to a redesigned next generation product, which is currently scheduled to prototype at



**FormFactor, Inc.**

the end of '08.

**FormFactor, Inc.**

4 

**Exhibit 3. FormFactor Income Statement**

| FormFactor, Inc. (NASDAQ:FORM) Income Model [in $MM] FYE: December 31th | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07 Dec-07 | F2007 Dec-07 | 1Q08 Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | 369.213 | 102.271 | 114.124 | 125.291 | 120.505 | 462.191 | 65.703 | 42.000 | 35.000 | 40.000 | 182.703 | 47.000 | 55.000 | 62.000 | 65.000 | 229.000 |
| Q/Q, % | | 4% | 12% | 10% | -4% | | -45% | -36% | -17% | 14% | | 18% | 17% | 13% | 5% | |
| Y/Y, % | 55% | 26% | 23% | 29% | 22% | 25% | -36% | -63% | -72% | -67% | -60% | -28% | 31% | 77% | 63% | 25% |
| Cost of Goods Sold | 183.687 | 47.988 | 49.966 | 58.609 | 58.921 | 215.484 | 53.131 | 48.300 | 40.950 | 42.000 | 184.381 | 37.600 | 35.750 | 38.440 | 39.975 | 151.765 |
| GROSS MARGIN (GM) | 185.526 | 54.283 | 64.158 | 66.682 | 61.584 | 246.707 | 12.572 | (6.300) | (5.950) | (2.000) | (1.678) | 9.400 | 19.250 | 23.560 | 25.025 | 77.235 |
| Overall GM, % of Sales | 50.2% | 53.1% | 56.2% | 53.2% | 51.1% | 53.4% | 19.1% | -15.0% | -17.0% | -5.0% | -0.9% | 20.0% | 35.0% | 38.0% | 38.5% | 33.7% |
| Incremental GM, % Q/Q | | 160% | 83% | 23% | 107% | | 89% | 80% | NM | 79% | | 163% | 123% | 62% | 49% | |
| Incremental GM, % Y/Y | 59% | 69% | 76% | 60% | 60% | 66% | 114% | 98% | 80% | 79% | 89% | 17% | 197% | 109% | 108% | 170% |
| R&D | 46.608 | 14.102 | 14.384 | 16.219 | 16.246 | 60.951 | 16.388 | 15.750 | 15.500 | 16.000 | 63.638 | 15.750 | 16.250 | 16.500 | 16.500 | 65.000 |
| R&D, % of Sales | 12.6% | 13.8% | 12.6% | 12.9% | 13.5% | 13.2% | 24.9% | 37.5% | 44.3% | 40.0% | 34.8% | 33.5% | 29.5% | 26.6% | 25.4% | 28.4% |
| SG&A | 71.540 | 22.928 | 23.056 | 23.365 | 23.203 | 92.552 | 22.658 | 20.500 | 18.000 | 15.500 | 76.658 | 15.500 | 16.000 | 16.250 | 16.500 | 64.250 |
| SG&A, % of Sales | 19.4% | 22.4% | 20.2% | 18.6% | 19.3% | 20.0% | 34.5% | 48.8% | 51.4% | 38.8% | 42.0% | 33.0% | 29.1% | 26.2% | 25.4% | 28.1% |
| Total Operating Exp | 118.148 | 37.030 | 37.440 | 39.584 | 39.449 | 153.503 | 39.046 | 36.250 | 33.500 | 31.500 | 140.296 | 31.250 | 32.250 | 32.750 | 33.000 | 129.250 |
| OPERATING MARGIN (OpM) | 67.378 | 17.253 | 26.718 | 27.098 | 22.135 | 93.204 | (26.474) | (42.550) | (39.450) | (33.500) | (141.974) | (21.850) | (13.000) | (9.190) | (7.975) | (52.015) |
| Overall OpM, % of Sales | 18% | 17% | 23% | 22% | 18% | 20% | -40% | -101% | -113% | -84% | -78% | -46% | -24% | -15% | -12% | -23% |
| Incremental OpM, % Q/Q | | 11% | 80% | 3% | 104% | | NM | 68% | NM | 119% | | NM | 111% | 54% | 41% | |
| Incremental OpM, % Y/Y | 24% | 14% | 40% | 31% | 24% | 28% | 120% | 96% | 74% | 69% | 84% | NM | 227% | 112% | 102% | 194% |
| Other Income (Exp) | 15.386 | 5.325 | 5.496 | 6.181 | 6.034 | 23.036 | 5.668 | 4.648 | 4.653 | 4.634 | 19.603 | 4.657 | 4.710 | 4.778 | 4.873 | 19.019 |
| Interest Income | 15.182 | 5.444 | 5.557 | 5.766 | 5.741 | 22.508 | 4.875 | 4.648 | 4.653 | 4.634 | 18.810 | 4.657 | 4.710 | 4.778 | 4.873 | 19.019 |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other, Net | 0.204 | (0.119) | (0.061) | 0.415 | 0.293 | 0.528 | 0.793 | - | - | - | 0.793 | - | - | - | - | - |
| PRETAX INCOME, OPS | 82.764 | 22.578 | 32.214 | 33.279 | 28.169 | 116.240 | (20.806) | (37.902) | (34.797) | (28.866) | (122.371) | (17.193) | (8.290) | (4.412) | (3.102) | (32.996) |
| Tax Provision | 25.278 | 7.367 | 11.109 | 11.056 | 10.518 | 40.050 | (6.502) | (11.750) | (10.787) | (8.949) | (37.988) | (5.158) | (2.487) | (1.324) | (0.931) | (9.899) |
| Effective Tax Rate | 30.5% | 32.6% | 34.5% | 33.2% | 37.3% | 34.5% | 31% | 31% | 31% | 31% | 31.0% | 30% | 30% | 30% | 30% | 30.0% |
| Preferred Stock Dividend | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NET INCOME (NI), OPS | 57.486 | 15.211 | 21.105 | 22.223 | 17.651 | 76.190 | (14.304) | (26.152) | (24.010) | (19.918) | (84.384) | (12.035) | (5.803) | (3.088) | (2.172) | (23.097) |
| NI, % of Sales | 15.6% | 14.9% | 18.5% | 17.7% | 14.6% | 16.5% | -21.8% | -62.3% | -68.6% | -49.8% | -46.2% | -25.6% | -10.6% | -5.0% | -3.3% | -10.1% |
| EPS, OPS | $1.21 | $0.31 | $0.43 | $0.45 | $0.35 | $1.54 | ($0.29) | ($0.53) | ($0.48) | ($0.40) | ($1.70) | ($0.24) | ($0.11) | ($0.06) | ($0.04) | ($0.45) |
| Total Charges, After Tax | 0.270 | - | - | - | 3.300 | 3.300 | 3.657 | 2.760 | - | - | 6.417 | - | - | - | - | - |
| Cumulative Change in Accounting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Charges | - | - | - | - | - | - | 3.657 | 2.760 | - | - | 6.417 | - | - | - | - | - |
| Write-off Of Fixed Assets | 0.270 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Valuation Allowance | - | - | - | - | 3.300 | 3.300 | - | - | - | - | - | - | - | - | - | - |
| NET INCOME (NI), GAAP | 57.216 | 15.211 | 21.105 | 22.223 | 14.351 | 72.890 | (17.961) | (28.912) | (24.010) | (19.918) | (90.801) | (12.035) | (5.803) | (3.088) | (2.172) | (23.097) |
| EPS, GAAP | $1.20 | $0.31 | $0.43 | $0.45 | $0.29 | $1.47 | ($0.37) | ($0.59) | ($0.48) | ($0.40) | ($1.83) | ($0.24) | ($0.11) | ($0.06) | ($0.04) | ($0.45) |
| Wtd Avg Shares Out, Basic | 45.2 | 47.4 | 47.9 | 48.3 | 48.6 | 48.0 | 48.7 | 49.4 | 49.9 | 50.4 | 49.6 | 50.9 | 51.4 | 51.9 | 52.4 | 51.6 |
| Wtd Avg Shares Out, Diluted | 47.2 | 49.1 | 49.5 | 49.7 | 49.9 | 49.6 | 48.7 | 49.4 | 49.9 | 50.4 | 49.6 | 50.9 | 51.4 | 51.9 | 52.4 | 51.6 |

*Source: Company Reports and Oppenheimer & Co. Inc.*



FormFactor, Inc.

**Exhibit 4. FormFactor Balance Sheet**

| FormFactor, Inc. (NASDAQ:FORM) Balance Sheet [in $MM] FYE: December 31th | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07 Dec-07 | F2007 Dec-07 | 1Q08 Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 284.131 | 277.782 | 286.610 | 283.391 | 315.232 | 315.232 | 400.634 | 406.082 | 406.658 | 404.308 | 404.391 | 407.196 | 413.605 | 421.855 | 433.315 | 433.398 |
| Marketable securities | 208.263 | 227.782 | 239.588 | 253.802 | 254.814 | 254.814 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 | 155.083 |
| Accounts receivable, net | 54.571 | 73.280 | 78.575 | 86.191 | 69.486 | 69.486 | 57.214 | 34.521 | 26.849 | 28.493 | 28.493 | 33.479 | 40.384 | 47.562 | 51.288 | 51.288 |
| Inventories | 18.926 | 22.190 | 30.429 | 32.568 | 29.309 | 29.309 | 26.609 | 24.929 | 21.840 | 24.000 | 24.000 | 22.281 | 22.000 | 23.655 | 25.584 | 25.584 |
| Deferred tax assets | 14.496 | 14.496 | 14.565 | 14.551 | 17.995 | 17.995 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 | 27.328 |
| Prepaid expenses and other | 12.138 | 12.445 | 14.319 | 15.338 | 15.504 | 15.504 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 | 12.360 |
| Total current assets | 592.525 | 627.975 | 664.086 | 685.841 | 702.340 | 702.340 | 679.228 | 660.303 | 650.119 | 651.572 | 651.655 | 657.728 | 670.760 | 687.843 | 704.958 | 705.041 |
| Restricted cash | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 | 2.250 |
| Long term investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property, plant & equipment, net | 94.064 | 103.767 | 112.352 | 118.975 | 130.882 | 130.882 | 126.222 | 124.563 | 121.713 | 119.014 | 119.014 | 115.986 | 113.873 | 112.665 | 112.052 | 112.052 |
| Deferred tax assets | 4.689 | 5.660 | 6.885 | 7.610 | 10.038 | 10.038 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 | 11.709 |
| Other assets | 0.945 | 1.478 | 1.612 | 10.108 | 9.812 | 9.812 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 | 9.780 |
| **TOTAL ASSETS** | 694.473 | 741.130 | 787.185 | 824.784 | 855.322 | 855.322 | 829.189 | 808.604 | 795.571 | 794.325 | 794.408 | 797.453 | 808.371 | 824.247 | 840.748 | 840.831 |
| **LIABILITIES & STKHLDR EQTY** | | | | | | | | | | | | | | | | |
| Short term debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | 31.273 | 38.162 | 39.055 | 43.883 | 42.893 | 42.893 | 34.188 | 26.466 | 21.092 | 23.014 | 23.014 | 21.427 | 21.548 | 24.012 | 26.285 | 26.285 |
| Accrued liabilities | 28.334 | 19.379 | 27.498 | 21.749 | 30.029 | 30.029 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 | 21.650 |
| Income tax payable | 7.979 | 0.279 | 6.322 | 0.040 | 1.328 | 1.328 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 |
| Deferred rent | 0.448 | 0.447 | 0.447 | 0.471 | 0.462 | 0.462 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 | 0.460 |
| Deferred revenue and customer adv | 7.273 | 8.485 | 6.371 | 6.674 | 5.535 | 5.535 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 | 5.674 |
| Total current liabilities | 75.307 | 66.752 | 79.693 | 72.817 | 80.247 | 80.247 | 62.072 | 54.350 | 48.976 | 50.898 | 50.898 | 49.311 | 49.432 | 51.896 | 54.169 | 54.169 |
| Long term debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long term tax payable | - | 9.780 | 11.363 | 10.991 | 12.248 | 12.248 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 | 12.658 |
| Deferred rent and other | 5.125 | 5.176 | 5.435 | 5.934 | 5.877 | 5.877 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 | 5.973 |
| **TOTAL LIABILITIES** | 80.432 | 81.708 | 96.491 | 89.742 | 98.372 | 98.372 | 80.703 | 72.981 | 67.607 | 69.529 | 69.529 | 67.942 | 68.063 | 70.527 | 72.800 | 72.800 |
| Convertible Preferred Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL STKHLDR EQTY | 614.041 | 659.422 | 690.694 | 735.042 | 756.950 | 756.950 | 748.486 | 735.624 | 727.964 | 724.796 | 724.796 | 729.511 | 740.308 | 753.720 | 767.949 | 767.949 |
| **TOTAL LIABILITIES & STKHLDR EQTY** | 694.473 | 741.130 | 787.185 | 824.784 | 855.322 | 855.322 | 829.189 | 808.604 | 795.571 | 794.325 | 794.325 | 797.453 | 808.371 | 824.247 | 840.748 | 840.748 |

*Source: Company Reports and Oppenheimer & Co. Inc.*



### Exhibit 5. FormFactor Cash Flow Statement

| FormFactor, Inc. (NASDAQ:FORM) Cash Flow [in $MM] FYE: December 31th | F2006 Dec-06 | 1Q07 Mar-07 | 2Q07 Jun-07 | 3Q07 Sep-07 | 4Q07 Dec-07 | F2007 Dec-07 | 1Q08 Mar-08 | 2Q08E Jun-08 | 3Q08E Sep-08 | 4Q08E Dec-08 | F2008E Dec-08 | 1Q09E Mar-09 | 2Q09E Jun-09 | 3Q09E Sep-09 | 4Q09E Dec-09 | F2009E Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATIONS** | | | | | | | | | | | | | | | | |
| Net income | 57.216 | 15.211 | 21.105 | 22.223 | 14.351 | 72.890 | (17.961) | (28.912) | (24.010) | (19.918) | (90.801) | (12.035) | (5.803) | (3.088) | (2.172) | (23.097) |
| Depreciation and amortization | 22.093 | 6.146 | 6.470 | 6.954 | 7.234 | 26.804 | 7.827 | 6.699 | 6.699 | 6.699 | 27.925 | 6.788 | 6.788 | 6.788 | 6.788 | 27.152 |
| Stock-based compensation expense | 21.619 | 7.378 | 6.462 | 6.120 | 5.960 | 25.920 | 6.117 | 6.050 | 6.350 | 6.750 | 25.350 | 6.750 | 6.600 | 6.500 | 6.400 | 26.250 |
| Reversal of non-cash/non operational | 17.975 | 2.722 | 2.795 | 4.599 | 2.891 | 13.007 | 6.312 | - | - | - | 6.312 | - | - | - | - | - |
| Deferred income taxes | (5.604) | (0.961) | (1.316) | (0.673) | (6.222) | (9.172) | (1.551) | - | - | - | (1.551) | - | - | - | - | - |
| Tax benefit from employee SBC plans | (12.515) | (5.129) | (0.341) | (2.016) | (0.431) | (7.917) | (0.026) | - | - | - | (0.026) | - | - | - | - | - |
| Changes in operating assets/liabilities | 4.588 | (19.332) | (1.207) | (35.209) | 19.018 | (36.730) | (6.274) | 16.651 | 5.387 | (1.882) | 13.882 | (4.855) | (6.502) | (6.370) | (3.382) | (21.107) |
| Accounts receivable | (10.596) | (18.709) | (5.295) | (7.615) | 16.708 | (14.911) | 12.282 | 22.693 | 7.671 | (1.644) | 41.003 | (4.986) | (6.904) | (7.178) | (3.726) | (22.795) |
| Inventories | (17.706) | (5.868) | (10.821) | (6.405) | 0.193 | (22.901) | (2.934) | 1.680 | 3.089 | (2.160) | (0.325) | 1.719 | 0.281 | (1.655) | (1.929) | (1.584) |
| Prepaid expenses and other current assets | (5.891) | (0.307) | (1.920) | (0.328) | (0.082) | (2.637) | (4.407) | - | - | - | (4.407) | - | - | - | - | - |
| Other assets | (0.570) | (0.519) | 0.020 | (8.451) | 0.115 | (8.835) | 0.110 | - | - | - | 0.110 | - | - | - | - | - |
| Accounts payable | 7.649 | 8.213 | 1.412 | (2.013) | (2.604) | 5.008 | (2.610) | (7.722) | (5.374) | 1.922 | (13.784) | (1.587) | 0.121 | 2.464 | 2.273 | 3.271 |
| Accrued liabilities | 25.969 | (3.398) | 17.453 | (11.143) | 6.441 | 9.353 | (8.750) | - | - | - | (8.750) | - | - | - | - | - |
| Deferred rent | 2.048 | 0.043 | 0.059 | 0.382 | (0.529) | (0.045) | (0.097) | - | - | - | (0.097) | - | - | - | - | - |
| Deferred revenues and customer advances | 3.685 | 1.213 | (2.115) | 0.364 | (1.224) | (1.762) | 0.132 | - | - | - | 0.132 | - | - | - | - | - |
| **Cash provided (used) by operations** | **105.372** | **6.035** | **33.968** | **1.998** | **42.801** | **84.802** | **(5.556)** | **0.488** | **(5.574)** | **(8.351)** | **(18.909)** | **(3.352)** | **1.084** | **3.830** | **7.635** | **9.197** |
| **CASH FLOW FROM INVESTING** | | | | | | | | | | | | | | | | |
| Capital expenditures | (38.136) | (14.083) | (16.558) | (6.466) | (11.549) | (48.656) | (11.253) | (5.040) | (3.850) | (4.000) | (24.143) | (3.760) | (4.675) | (5.580) | (6.175) | (20.190) |
| Sales/maturities (purchase) of securities | (29.196) | 42.624 | 45.094 | 30.773 | 61.044 | 179.535 | 222.583 | - | - | - | 222.583 | - | - | - | - | - |
| Acquisition of intangible R&D assets | - | (62.368) | (57.824) | (44.205) | (61.567) | (225.964) | (123.618) | - | - | - | (123.618) | - | - | - | - | - |
| **Cash (used) for investing activities** | **(67.332)** | **(33.827)** | **(29.288)** | **(19.898)** | **(12.072)** | **(95.085)** | **87.712** | **(5.040)** | **(3.850)** | **(4.000)** | **74.822** | **(3.760)** | **(4.675)** | **(5.580)** | **(6.175)** | **(20.190)** |
| **CASH FLOW FROM FINANCING** | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 202.399 | 16.347 | 3.765 | 12.794 | 0.657 | 33.563 | 3.253 | 10.000 | 10.000 | 10.000 | 33.253 | 10.000 | 10.000 | 10.000 | 10.000 | 40.000 |
| Excess tax benefits from SBC plans | 12.515 | 5.129 | 0.341 | 2.016 | 0.431 | 7.917 | 0.026 | - | - | - | 0.026 | - | - | - | - | - |
| Repayment of notes receivables from stockhold | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash provided (used) by financing** | **214.914** | **21.476** | **4.106** | **14.810** | **1.088** | **41.480** | **3.279** | **10.000** | **10.000** | **10.000** | **33.279** | **10.000** | **10.000** | **10.000** | **10.000** | **40.000** |
| Effect of FX changes on cash | (0.040) | (0.033) | 0.042 | (0.129) | 0.024 | (0.096) | (0.033) | - | - | - | (0.033) | - | - | - | - | - |
| **Net increase (decrease) in cash** | **252.914** | **(6.349)** | **8.828** | **(3.219)** | **31.841** | **31.101** | **85.402** | **5.448** | **0.576** | **(2.351)** | **89.159** | **2.888** | **6.409** | **8.250** | **11.460** | **29.007** |
| Cash/cash equivalents - beginning | 31.217 | 284.131 | 277.782 | 286.610 | 283.391 | 284.131 | 315.232 | 400.634 | 406.082 | 406.658 | 315.232 | 404.308 | 407.196 | 413.605 | 421.855 | 404.391 |
| Cash/cash equivalents - end | 284.131 | 277.782 | 286.610 | 283.391 | 315.232 | 315.232 | 400.634 | 406.082 | 406.658 | 404.308 | 404.391 | 407.196 | 413.605 | 421.855 | 433.315 | 433.398 |

Source: Company Reports and Oppenheimer & Co. Inc.



FormFactor, Inc.

**Price Target Calculation**

We are lowering our price target to $23 from $30 based on our checks that: 1) Q2 results are at the low-end of mgmt's guidance for $40-$55M; 2) Q3 shipments are down ~15%-20% Q/Q, due to continued slips in DRAM; 3) wafer probe cards for the upcoming DDR3 transition are no different from those at DDR2, thus FORM will likely still be plagued by share issues at DDR3; and finally 4) an overheating issue has cropped up in the field, en masse, with FORM's Harmony product, necessitating a complete redesign, with prototypes optimistically in Q4:08. Given the lack of earnings to even support the stock at 1x book--at $15/share in hard book value, and ($0.45) in expected EPS in '09, we revert to a simplistic approach based on book value and cash per share. FORM is currently trading in a trough range of 1.0x to 1.5x for price/book, and 1.5x to 2.0x for price/cash (Exhibit 6). The company's lower break-even level from its cost cutting effort, and stabilizing DRAM market fundamentals, should support the high end of the current trough multiples. Based on book value, assuming a new normalized level of 1.5x on estimated '08 end book value of $15, we assess a fair value at $23. Backing into cash/securities on its balance sheet at the end of '08E ($11.3/sh), and applying a high-end of the cash multiple of 2.0x, we reach a value of $23 as well. Hence, we set our new PT at $23.

**Exhibit 6. FORM's Historical P/B and P/C Ratio**



Source: Company Reports, FactSet, and Oppenheimer & Co.

**Key Risks to Price Target**

In 2008 and heading into 2009, the primary risks to our $23 price target, are: 1) competitive threats, 2) manufacturing transitions, 3) a lumpy customer base, and 4) exposure to a negative sector risks.

**Competitive Threats.** In our view, the primary risk is the company's inability to fend off competitive threats in its core DRAM market. Specifically, we are increasingly concerned that Micronics Japan's (MJC) (6871,Q-Not Rated, Yen3,800) success at exclusively supplying Samsung (005930.KS-Not Rated, KRW672,000) with advanced wafer probe cards for NAND flash has meaningfully bled over to DRAM in 2006 with follow-on potential to threaten FORM's largest customer in 2008, Elpida (6665.T-Not Rated, Yen4,100). We are concerned that ongoing, heavy emphasis on NAND flash (MJC's backyard) in 2008 and increasing customer demand for a viable second-source to FORM in DRAM, could open the door for MJC at other key customers for FORM. We note that in 2007, Phicom (039230.KS-Not Rated, KRW4,410) (a Korea-based competitor) already been qualified for DRAM at Hynix (000660.KS-Not Rated, KRW31,150), which could more meaningfully dent FORM's share in 2008. Second, our checks suggest Elpida remains the hottest

contested ground for competitors looking to sign on as a second-source to FORM. Based on our contacts, nearly every competitor of FORM (Advantest, MJC, and Phicom) has shipped multiple cards into Elpida for qualification. We see the competitive threat to continue at Elpida.

**Operation Improvement.** As a secondary risk, we see potential more operational hiccups during FORM's effort to improve its operation efficiency. We see potential for pitfalls related to: 1) front-end manufacturing cleanup at Livermore, CA; and 2) back-end manufacturing development in Singapore. According to our industry checks, manufacturing maturity and scale were FormFactor's key core competencies vs. budding competitors in DRAM like Japan's MJC in the past. If there are any prolonged yield-ramp issues constraining output capacity, key chipmakers could begin to help cultivate manufacturing execution at FormFactor's competitors.

**Lumpy Customer Base.** FormFactor is extremely vulnerable to competitive threats at any one account as DRAM customers' ordering patterns are extremely lumpy. In a given quarter, a single DRAM customer can contribute as much as 20%-30% of FormFactor's total revenue.

**Semi Cap Equip Sector Risk.** Outside of company-specific risks, we believe the broader risk of a continued correction in the semiconductor capital equipment sector due to materialization of concerns of a prolonged memory cap-ex shrink could pin FORM shares down with it. If any of the following were to occur in the next 12 to 18 months, justifying a continued deterioration in valuation toward a P/B multiple of 1.0x vs. our assumption of a normalized P/B multiple of 2.0x, we calculate downside risk to $15-$16, or roughly 30% below our current price target.

## Important Disclosures and Certifications

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report.The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



FormFactor, Inc.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness

perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| **OUTPERFORM [O]** | 352 | 48.02 | 136 | 38.64 |
| **PERFORM [P]** | 353 | 48.16 | 113 | 32.01 |
| **UNDERPERFORM [U]** | 28 | 3.82 | 8 | 28.57 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

## Company Specific Disclosures

Oppenheimer & Co. Inc. makes a market in the securities of FORM.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitute for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor.Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report.Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations



FormFactor, Inc.

applicable to Oppenheimer & Co. Inc.All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2008.