1 | ROBERT P. VARIAN (SB No. 107459)
*Email: rvarian@orrick.com*
2 | JONATHAN B. GASKIN (SB No. 203625)
*Email: jgaskin@orrick.com*
3 | AMY M. ROSS (SB No. 215692)
*Email: aross@orrick.com*
4 | DANIELLE P. VAN WERT (SB No. 218245)
*dvanwert@orrick.com*
5 | ERIN H. REDING (SB No. 252691)
*ereding@orrick.com*
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
7 | 405 Howard Street
San Francisco, CA 94105-2669
8 | Telephone: 415-773-5700
Facsimile: 415-773-5759
9 |
Attorneys for Defendants
10 |
JEFFREY W. LAWRENCE (SB No. 166806)
11 | *jeffreyl@csgrr.com*
SHIRLEY H. HUANG (SB No. 206854)
12 | *shirleyh@csgrr.com*
COUGHLIN STOIA GELLER
13 | RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
14 | San Francisco, CA 94111
Telephone: 415-288-4545
15 | Facsimile: 415-288-4534

16 | Attorneys for Plaintiffs

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | SAN FRANCISCO DIVISION

20 |

21 | DANNY McCASLAND, Individually and On
Behalf of All Others Similarly Situated,

Case No.  3:07-CV-05545

22 |                                     Plaintiff,

**STIPULATION AND JOINT
REQUEST [PROPOSED] ORDER
REGARDING CASE SCHEDULE
AND PAGE LIMITS**

23 |          v.

24 | FORMFACTOR, INC., et al.,

25 |                                     Defendant.

26 |

27 |          WHEREAS, plaintiffs filed a 101-page Second Amended Complaint for Violations of

28 | Federal Securities Laws on August 22, 2008 and defendants intend to raise and brief numerous

1   arguments that they believe are well-founded in a motion to dismiss the Second Amended

2   Complaint;

3            WHEREAS, there is currently no briefing schedule set for defendants' motion to dismiss;

4            WHEREAS, the Initial Case Management Conference for the matter is currently

5   scheduled for October 10, 2008 at 2 p.m.;

6            WHEREAS, the hearing on defendants' motion to dismiss is scheduled for January 9,

7   2009 at 9:00 a.m.;

8            WHEREAS the parties believe that the briefing schedule proposed below and applicable

9   page limits is necessary to enable the parties to prepare briefs that will assist the Court in reaching

10  a just and efficient resolution of the issues that will be raised on the motion to dismiss; and

11           Accordingly, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO

12  APPROVE the briefing schedule as follows:

13       1.   Defendants shall file their motion to dismiss on or before October 6, 2008; and

14       2.   Plaintiffs shall file their opposition on or before November 19, 2008; and

15       3.   Defendants shall file their reply to the opposition on or before December 17, 2008;

16  and

17       4.   Defendants shall have five (5) additional pages on the initial briefing of the motion

18  to dismiss; and

19       5.   Plaintiffs shall have five (5) additional pages on the opposition; and

20       6.   Defendants shall have two (2) additional pages on the reply; and

21       7.   The Initial Case Management Conference for the matter is moved from October

22  10, 2008 at 2 p.m. to January 9, 2009 at 2:00 p.m. to coincide with the hearing on defendants'

23  motion to dismiss.

24  ///

25  ///

26  ///

27  ///

28

Dated: August 26, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP


_/s/ Robert P. Varian_
ROBERT P. VARIAN
Attorneys for Defendant

ROBERT P. VARIAN (107459)
MICHAEL D. TORPEY (79424)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

Dated: August 26, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


_/s/ Shirley H. Huang_
SHIRLEY H. HUANG
Attorneys for Plaintiff

JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  415-288-4545
Facsimile:  415-288-4534

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


_/s/ Robert P. Varian_
ROBERT P. VARIAN
Attorneys for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

            Based on the Stipulation and Joint Request of the parties, and good cause

appearing therefore, **IT IS SO ORDERED**.


Dated August ___, 2008.


_____
            HONORABLE SUSAN ILLSTON
            UNITED STATES DISTRICT JUDGE

STIPULATION AND JOINT REQUEST [PROPOSED]
ORDER REGARDING  CASE SCHEDULE AND PAGE
LIMITS  (3:07-CV-05545)