*IT IS SO ORDERED AS MODIFIED*
*Judge Susan Illston*

1  ROBERT P. VARIAN (SB No. 107459)
   *Email: rvarian@orrick.com*
2  JONATHAN B. GASKIN (SB No. 203625)
   *Email: jgaskin@orrick.com*
3  AMY M. ROSS (SB No. 215692)
   *Email: aross@orrick.com*
4  DANIELLE P. VAN WERT (SB No. 218245)
   *dvanwert@orrick.com*
5  ERIN H. REDING (SB No. 252691)
   *ereding@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone: 415-773-5700
   Facsimile: 415-773-5759

Attorneys for Defendants

JEFFREY W. LAWRENCE (SB No. 166806)
*jeffreyl@csgrr.com*
SHIRLEY H. HUANG (SB No. 206854)
*shirleyh@csgrr.com*
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., et al.,<br><br>Defendant. | Case No. 3:07-CV-05545<br><br>**STIPULATION AND JOINT REQUEST [PROPOSED] ORDER REGARDING CASE SCHEDULE AND PAGE LIMITS** |

WHEREAS, plaintiffs filed a 101-page Second Amended Complaint for Violations of Federal Securities Laws on August 22, 2008 and defendants intend to raise and brief numerous

OHS West:260496819.1
19769-2001

STIPULATION AND JOINT REQUEST [PROPOSED]
ORDER REGARDING CASE SCHEDULE AND PAGE
LIMITS (3:07-CV-05545)

1  arguments that they believe are well-founded in a motion to dismiss the Second Amended
2  Complaint;
3      WHEREAS, there is currently no briefing schedule set for defendants' motion to dismiss;
4      WHEREAS, the Initial Case Management Conference for the matter is currently
5  scheduled for October 10, 2008 at 2 p.m.;      16
6      WHEREAS, the hearing on defendants' motion to dismiss is scheduled for January ~~9,~~
7  2009 at 9:00 a.m.;
8      WHEREAS the parties believe that the briefing schedule proposed below and applicable
9  page limits is necessary to enable the parties to prepare briefs that will assist the Court in reaching
10  a just and efficient resolution of the issues that will be raised on the motion to dismiss; and
11      Accordingly, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO
12  APPROVE the briefing schedule as follows:
13      1.  Defendants shall file their motion to dismiss on or before October 6, 2008; and
14      2.  Plaintiffs shall file their opposition on or before November 19, 2008; and
15      3.  Defendants shall file their reply to the opposition on or before December 17, 2008;
16  and    The motion shall be heard on 1/16/09 @ 9:00 a.m.
17      4.  Defendants shall have five (5) additional pages on the initial briefing of the motion
18  to dismiss; and
19      5.  Plaintiffs shall have five (5) additional pages on the opposition; and
20      6.  Defendants shall have two (2) additional pages on the reply; and
21      7.  The Initial Case Management Conference for the matter is moved from October
22  10, 2008 at 2 p.m. to January ~~9, 2009~~ 16 at 2:00 p.m. to coincide with the hearing on defendants'
23  motion to dismiss.
24  ///
25  ///
26  ///
27  ///
28

| | |
|---|---|
| Dated: August 26, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

                                /s/ Robert P. Varian
                                ROBERT P. VARIAN
                                Attorneys for Defendant

ROBERT P. VARIAN (107459)
MICHAEL D. TORPEY (79424)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

| | |
|---|---|
| Dated: August 26, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

                                /s/ Shirley H. Huang
                                SHIRLEY H. HUANG
                                Attorneys for Plaintiff

JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


       /s/ Robert P. Varian
       ROBERT P. VARIAN
       Attorneys for Defendant

Based on the Stipulation and Joint Request of the parties, and good cause appearing therefore, **IT IS SO ORDERED**.

Dated August ___, 2008.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE