ROBERT P. VARIAN (SB No. 107459)
Email: rvarian@orrick.com
JONATHAN B. GASKIN (SB No. 203625)
Email: jgaskin@orrick.com
DANIELLE P. VAN WERT (218245)
dvanwert@orrick.com
ERIN H. REDING (252691)
ereding@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendants

JEFFREY W. LAWRENCE (166806)
jeffreyl@csgrr.com
SHIRLEY H. HUANG (206854)
shirleyh@csgrr.com
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., et al.,<br><br>Defendant. | Case No. 3:07-CV-05545<br><br>**STIPULATION AND JOINT REQUEST [PROPOSED] ORDER SETTING CASE SCHEDULE** |

OHS West:260569346.2

STIPULATION AND JOINT REQUEST [PROPOSED]
ORDER REGARDING CASE SCHEDULE AND CASE
MANAGEMENT CONFERENCE DEADLINES (3:07-CV-

WHEREAS, this case is governed by the Private Securities Litigation Reform Act of 1995, and discovery is currently stayed pending resolution of a motion to dismiss;

WHEREAS, on February 7, 2008 the Court ordered that "the parties are not required to comply with the procedures to be completed in connection with the Initial Case Management Conference pursuant to Civil Local Rule 16-2"; and

WHEREAS, defendants have filed a motion to dismiss plaintiffs' Second Amended Complaint, which is set for hearing on January 23, 2009 and an initial case management conference scheduled for the same day;

Subject to the approval of the Court, the parties hereby stipulate and agree as follows:

1. The parties will meet and confer regarding initial disclosures, ADR process selection and a discovery plan no later than 14 days after entry of an order denying defendants' motion to dismiss, and submit a Rule 26(f) Report and a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than 14 days after completion of the meet-and-confer.

Dated: December 19, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Robert P. Varian
ROBERT P. VARIAN
Attorneys for Defendant

ROBERT P. VARIAN (SB No. 107459)
JONATHAN B. GASKIN (SB No. 203625)
DANIELLE P. VAN WERT (218245)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

OHS West:260569346.2

- 2 -

STIPULATION AND JOINT REQUEST [PROPOSED] ORDER REGARDING CASE SCHEDULE AND CASE MANAGEMENT CONFERENCE DEADLINES (3:07-

| | | |
|---|---|---|
| 1 | Dated: December 19, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

/s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE
Attorneys for Plaintiff

JEFFREY W. LAWRENCE (166806)
SHIRLEY H. HUANG (206854)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Robert P. Varian
ROBERT P. VARIAN
Attorneys for Defendant

Based on the Stipulation and Joint Request of the parties, and good cause appearing therefore, **IT IS SO ORDERED**.

Dated _____, 2008.

_Susan Illston_
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE