ROBERT P. VARIAN (SB No. 107459)
*Email: rvarian@orrick.com*
JONATHAN B. GASKIN (SB No. 203625)
*Email: jgaskin@orrick.com*
DANIELLE P. VAN WERT (SB No. 218245)
*Email: dvanwert@orrick.com*
ERIN H. REDING (SB No. 252691)
*Email: ereding@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

Attorneys for Defendant

JEFFREY W. LAWRENCE (SB No. 166806)
*jeffreyl@csgrr.com*
SHIRLEY H. HUANG (SB No. 206854)
*shirleyh@csgrr.com*
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORMFACTOR, INC., et al.,<br><br>Defendant. | Case No.  3:07-CV-05545<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING** |

WHEREAS, the hearing on defendants' Motion to Dismiss, Motion to Strike Exhibit A to the Declaration of Shirley Huang, and the Case Management Conference are currently scheduled for January 30, 2008 at 9:00 am and 2:00 pm respectively;

WHEREAS, counsel for defendants has a conflict on January 30, 2009 that cannot be

resolved;

The parties hereto hereby STIPULATE and AGREE:

1. That the hearing on defendants' Motion to Dismiss and Motion to Strike Exhibit A to the Declaration of Shirley Huang shall be held on February 6, 2009 at 9:00 am; and

2. That the Case Management Conference shall be held on February 6, 2009 immediately following the hearing on the Motion to Dismiss.

Dated: January 15, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           _____/s/ Robert P. Varian_____
                                           ROBERT P. VARIAN
                                           Attorneys for Defendant

                                           ROBERT P. VARIAN (107459)
                                           JONATHAN B. GASKIN (203625)
                                           DANIELLE P. VAN WERT (218245)
                                           ERIN H. REDING (252691)
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           The Orrick Building
                                           405 Howard Street
                                           San Francisco, CA 94105-2669
                                           Telephone: 415-773-5700
                                           Facsimile: 415-773-5759

Dated: January 15, 2009                    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                                           _____/s/ Jeffrey W. Lawrence_____
                                           JEFFREY W. LAWRENCE
                                           Attorneys for Plaintiff

                                           JEFFREY W. LAWRENCE (166806)
                                           SHIRLEY H. HUANG (206854)
                                           COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
                                           100 Pine Street, Suite 2600
                                           San Francisco, CA 94111
                                           Telephone: 415-288-4545
                                           Facsimile: 415-288-4534

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

_____/s/  Robert P. Varian_____
ROBERT P. VARIAN
Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That the hearing on defendants' Motion to Dismiss and Motion to Strike Exhibit A to the Declaration of Shirley Huang shall be held on February 6, 2009 at 9:00 am; and

2. That the Case Management Conference shall be held on February 6, 2009 ~~immediately following the hearing on the Motion to Dismiss~~. @2:30 p.m.

Dated _____, 2009.

_Susan Illston_ (signature)
_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

OHS West:260581974.1 — - 3 - — STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CMC AND MTD HEARING (3:07-CV-05545)