
United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORMFACTOR INC., *et al.*,<br><br>Defendants. | No. C 07-5545 SI<br><br>**JUDGMENT** |

Defendants' motion to dismiss the second amended complaint is granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 14, 2009

SUSAN ILLSTON
United States District Judge