1  ROBERT P. VARIAN (SB No. 107459)
   rvarian@orrick.com
2  DANIELLE P. VAN WERT (SB No. 218245)
   dvanwert@orrick.com
3  ERIN H. REDING (SB No. 252691)
   ereding@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   Attorneys for Defendant
8
   JEFFREY W. LAWRENCE (SB No. 166806)
9  jeffreyl@csgrr.com
   SHIRLEY H. HUANG (SB No. 206854)
10 shirleyh@csgrr.com
   COUGHLIN STOIA GELLER
11 RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone: 415-288-4545
13 Facsimile: 415-288-4534

14 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FORMFACTOR, INC., et al.,<br><br>    Defendant. | Case No.  3:07-CV-05545<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR HEARING ON THE MOTION TO ALTER OR AMEND THE JUDGMENT** |

The hearing on plaintiffs' Motion to Alter or Amend the Judgment is currently scheduled for Friday, September 11, 2009 at 9:00 a.m.  Counsel for defendants has a conflict on September 11 that cannot be resolved.

The parties hereto hereby STIPULATE and AGREE:

   1. That defendants' Opposition brief shall be due on August 21, 2009;

OHS West:260705243.1

STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING ON THE MOTION TO ALTER OR AMEND THE
JUDGMENT  (3:07-CV-05545)

2. Plaintiffs' Reply brief shall be due on August 28, 2009; and

3. The hearing on plaintiffs' Motion to Alter or Amend the Judgment shall be held on Friday, September 18, 2009 at 9:00 a.m..

Dated: August 4, 2009  ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant

Dated: August 4, 2009  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

*/s/ Jeffrey W. Lawrence*
JEFFREY W. LAWRENCE
Attorneys for Plaintiff

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant

1  Based on the Stipulation of the parties, and good cause appearing therefore,

2  **IT IS HEREBY ORDERED**:

3  1. That defendants' Opposition brief shall be due on August 21, 2009;

4  2. Plaintiffs' Reply brief shall be due on August 28, 2009; and

5  3. The hearing on plaintiffs' Motion to Alter or Amend the Judgment shall be held on Friday, September 18, 2009 at 9:00 a.m..

Dated __August 5__, 2009.



_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE