| | |
|---|---|
| 1 | ROBERT P. VARIAN (SB No. 107459) |
|   | *rvarian@orrick.com* |
| 2 | DANIELLE P. VAN WERT (SB No. 218245) |
|   | *dvanwert@orrick.com* |
| 3 | ERIN H. REDING (SB No. 252691) |
|   | *ereding@orrick.com* |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 6 | Telephone:     (415) 773-5700 |
|   | Facsimile:      (415) 773-5759 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | |
|   | JEFFREY W. LAWRENCE (SB No. 166806) |
| 9 | *jeffreyl@csgrr.com* |
|   | SHIRLEY H. HUANG (SB No. 206854) |
| 10 | *shirleyh@csgrr.com* |
|    | COUGHLIN STOIA GELLER |
| 11 | RUDMAN & ROBBINS LLP |
|    | 100 Pine Street, Suite 2600 |
| 12 | San Francisco, CA  94111 |
|    | Telephone:  415-288-4545 |
| 13 | Facsimile:  415-288-4534 |
| 14 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | Case No.  3:07-CV-05545 |
| Plaintiff, | **CORRECTED STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR HEARING ON THE MOTION TO ALTER OR AMEND THE JUDGMENT** |
| v. | |
| FORMFACTOR, INC., et al., | |
| Defendant. | |

This Corrected Stipulation and Proposed Order regarding the schedule for the hearing on the Motion to Alter or Amend the Judgment, corrects the prior stipulation entered by the Court on August 5, 2009, by amending the briefing schedule for the Motion.

The parties hereto hereby STIPULATE and AGREE:

1. That defendants' Opposition brief shall be due on August 26, 2009;

OHS West:260705243.1

CORRECTED STIPULATION AND [PROPOSED] ORDER
REGARDING  HEARING ON THE MOTION TO ALTER OR AMEND
THE JUDGMENT  (3:07-CV-05545)

2. Plaintiffs' Reply brief shall be due on September 4, 2009; and

3. The hearing on plaintiffs' Motion to Alter or Amend the Judgment shall be held on Friday, September 18, 2009 at 9:00 a.m..

Dated: August 6, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/ Robert P. Varian_____
ROBERT P. VARIAN
Attorneys for Defendant

Dated: August 6, 2009

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

_____/s/ Jeffrey W. Lawrence_____
JEFFREY W. LAWRENCE
Attorneys for Plaintiff

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

_____/s/ Robert P. Varian_____
ROBERT P. VARIAN
Attorneys for Defendant

OHS West:260705243.1

- 2 -

CORRECTED STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON THE MOTION TO ALTER OR
AMEND THE JUDGMENT (3:07-CV-05545)

1 | Based on the Stipulation of the parties, and good cause appearing therefore,

2 | **IT IS HEREBY ORDERED**:

3 | 1. That defendants' Opposition brief shall be due on August 26, 2009;

4 | 2. Plaintiffs' Reply brief shall be due on September 4, 2009; and

5 | 3. The hearing on plaintiffs' Motion to Alter or Amend the Judgment shall be held on Friday, September 18, 2009 at 9:00 a.m..

Dated _____, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE