FILED
09 OCT 13 PM 2: 17

1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SHIRLEY H. HUANG (206854)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   shuang@csgrr.com
6
   Lead Counsel for Plaintiffs
7
   [Additional counsel appear on signature page.]
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANNY McCASLAND, Individually and On Behalf of All Others Similarly Situated, | No. C-07-05545-SI |
| Plaintiff, | **(Consolidated)** |
| vs. | <u>CLASS ACTION</u> |
| FORMFACTOR, INC., et al., | NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |
| Defendants. | |

Notice is hereby given that plaintiff in the above-named case, City of Monroe Employees' Retirement System, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on July 14, 2009, as well as from the order denying plaintiff's FRCP 59(e) motion, entered on September 14, 2009.

DATED: October 13, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SHIRLEY H. HUANG

/s/ JEFFREY W. LAWRENCE

JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3.2 REPRESENTATION STATEMENT - C-07-05545-SI - 1 -

# RULE 3-2 REPRESENTATION STATEMENT

1. Plaintiff in this action, City of Monroe Employees' Retirement System, et al., is represented by the following counsel:

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

2. Defendants in this action, FormFactor, Inc., et al., is represented by the following counsel:

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN
MICHAEL D. TORPEY
DANIELLE P. VAN WERT
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700

DATED: October 13, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SHIRLEY H. HUANG

/s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

S:\CasesSD\FormFactor\NOT00062344.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on October 13, 2009, declarant served the **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of October, 2009, at San Francisco, California.

TAMARA J. LOVE

FORMFACTOR (LEAD)
Service List - 10/13/2009  (07-0228)
Page 1 of 1

**Counsel For Defendant(s)**

Robert P. Varian
Michael D. Torpey
Danielle P. Van Wert
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA  94105-2669
   415/773-5700
   415/773-5759(Fax)


**Counsel For Plaintiff(s)**

Jeffrey W. Lawrence
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

Cynthia J. Billings
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI  48075
   248/746-0700
   248/746-2760(Fax)